| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 5410 30th Street DC, LLC |
| United States Bankruptcy Court for the: | Greenbelt    District of MD (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | T&AA Construction, and Any/All Affiliates<br>11820 Parklawn Dr, Suite 380<br>Rockville, MD 20852 | Albeiro Medina<br>202-702-8120<br>llctaaconstruction@gmail.com | Construction Services | Contingent | | | Unknown |
| 2 | BHI Construction and Any/All Affiliates<br>9342 Annapolis Rd<br>Lanham, MD 20706 | 240-832-7911<br>Nevel65@yahoo.com | Construction Services | Contingent | | | Approximately $88,178.45 |
| 3 | City Concrete and Any/All Affiliates<br>9284 Corp Circle<br>Manassas, VA 20110 | Email Unknown<br>703-257-2044 | Construction Services | Disputed | | | Approximately $56,625.00 |
| 4 | DC Municipal Investments, LLC and Any/All Affiliates<br>c/o Heidi S. Kenny, Esq<br>Kenny Law Group, LLC<br>11426 York Rd, 1st Floor<br>Cockeysville, MD 21030 | Email Unknown<br>410-415-7071 | Tax Lien | Contingent | | | Unknown |
| 5 | Fund That Flip dba Upright<br>1300 East 9th St<br>Suite 1310<br>Cleveland, OH 44114 | Cindy Funk<br>info@upright.com<br>cindy.funk@upright.com<br>216-428-5144<br>646-895-6090 | Lender | Contingent | | | Unknown |
| 6 | DC Office of Tax Rev<br>Office of CFO<br>1101 4th St, SW<br>Washington, DC 20024 | e-services.otr@dc.gov | Taxes | Contingent | | | $31,763.11 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor _____    Case number (*if known*)_____
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |