United States Bankruptcy Court

District of Maryland

**In re** 5410 30th Street DC LLC          **Case No.** _____

          **Debtor(s)**              **Chapter**          11

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **5410 30th Street DC LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**X** None [Check if applicable]


**October 14, 2025**              **/s/ Deirdre T. Johnson, Esq**
Date                    Deirdre T. Johnson, Esq 14227

                    Signature of Attorney or Litigant Counsel for **5410 30th Street DC LLC**
                    Deirdre T. Johnson, Esq Attorney at Law
                    9701 Apollo Dr, Suite 301
                    Upper Marlboro, MD 20774
                    Phone:  (301) 742-5385
                    Fax:  (301)  627-3582
                    dtjesq@dtjohnsonlaw.com