# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Greenbelt Division)

| | |
|---|---|
| IN RE:<br><br>**5410 30th Street DC LLC**<br>Debtor | Case No.: 25-19605-LSS<br><br>Chapter 11 |

## NOTICE OF APPEARANCE OF COUNSEL FOR
## UNITED STATES TRUSTEE FOR REGION 4

To the Clerk of the Court:

    Kindly enter the appearance of L. Jeanette Rice as counsel for the United States Trustee for Region 4 in this case.

Dated: October 15, 2025

    MATTHEW W. CHENEY
    Acting United States Trustee for Region 4
    By Counsel:


*/s/ L. Jeanette Rice*
L. Jeanette Rice, Bar No. 12933
Assistant United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD  20770
Telephone: (301) 344-6216
Fax: (301) 344-8431
Email: Jeanette.rice@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Appearance of Counsel for United States Trustee will be served electronically by the Court's CM/ECF system on the following:

- **Deirdre Theresa Johnson    dtjesq@dtjohnsonlaw.com**
- **US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV**

             /s/L. Jeanette Rice
             L. Jeanette Rice