# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **25–19605 – LSS**   Chapter: **11**

**5410 30th Street DC LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 1 – Chapter 11 Voluntary Petition Non–Individual 1738. Fee Amount $1738 Filed by 5410 30th Street DC LLC. Chapter 11 Plan Exclusivity expires 02/11/2026. Government Proof of Claim due by 04/13/2026. (Attachments: # 1 Voluntary Petition # 2 Voluntary Petition – Wet Signature # 3 List of 20 Largest Creditors # 4 Attachment to Voluntary Petition # 5 Statement of Corporate Ownership # 6 Verification of Creditor Matrix) (Johnson, Deirdre)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 10/30/25. Corporate Resolution Required**

CURE: File Corporate Resolution.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 10/16/25

　　　　　　　　　　　　　　　　　　　　　Mark A. Neal, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　by Deputy Clerk, Shannon McKenna
　　　　　　　　　　　　　　　　　　　　　301–344–3390

cc:   Debtor
　　　Attorney for Debtor – Deirdre Theresa Johnson

defntc (rev. 09/01/2025)