# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **25−19605 − LSS**   Chapter: **11**

**5410 30th Street DC LLC**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Schedule D due 10/28/2025** |
| | **Schedule E/F due 10/28/2025** |
| | **Schedule A/B due 10/28/2025** |
| | **Schedule G due 10/28/2025** |
| | **Summary of Assets and Liab. due 10/28/2025** |
| | **Schedule H due 10/28/2025** |
| | **Declaration for Schedules due 10/28/2025** |
| | **Stmt. of Fin. Affairs due 10/28/2025** |
| CONSEQUENCE: | **If the problem is not cured by the date below, YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521** |
| | **Federal Rule of Bankruptcy Procedure 1007** |

**All deficiencies must be cured by <u>10/28/25</u>.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 10/16/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna
301−344−3390

cc:   Debtor
      Attorney for Debtor − Deirdre Theresa Johnson

Form ntcddl (03/05)