Entered: October 20th, 2025
Signed: October 19th, 2025

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:    Case No.: **25–19605 – LSS**    Chapter: **11**

**5410 30th Street DC LLC**
Debtor

## ORDER DIRECTING DEBTOR'S COUNSEL
## TO COMPLY WITH LOCAL BANKRUPTCY RULE 2016–1(b)

Counsel entered an appearance for the Debtor after filing of this bankruptcy case. Local Bankruptcy Rule 2016–1(b) provides:

RULE 2016–1 COMPENSATION OF PROFESSIONALS

(b) Disclosure of Compensation. An attorney representing a debtor in a case or in connection with a case must file a Federal Bankruptcy Rule 2016(b) disclosure statement with the petition. If an attorney commences representation of the debtor in a case or in connection with a case after the filing of the petition, such attorney must file the Federal Bankruptcy Rule 2016(b) disclosure statement at the time representation is commenced.

Counsel listed below is directed to comply with Local Bankruptcy Rule 2016–1(b) within fourteen (14) days after the date of entry of this Order, failing which counsel shall return all compensation collected from the Debtor for this case.

cc:  Debtor
     Attorney for Debtor – Deirdre Theresa Johnson
     Case Trustee – For Internal Use Only

**End of Order**

11x08 (rev. 12/01/2009) – ShannonMcKenna