IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND

at GREENBELT

In re: 5410 30th Street DC, LLC           ,     Case Number:  25-19605

Debtor.                                          Chapter 11


**DISCLOSURE OF SUPPLEMENTAL COMPENSATION**

<u>**OF ATTORNEY FOR DEBTOR**</u>

1. Pursuant to 11 U.S.C. § 329(a) and Federal Bankruptcy Rule 2016(b), I certify that I am the attorney for the above named debtor and that compensation paid, or agreed to be paid, to me after one year before the filing of the petition in bankruptcy for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case in addition to any amounts already disclosed is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 1,500.00 |
| Prior to the filing of this statement, I have received | $ 1,500.00 |
| Balance due | $ 0.00 |

2. The source of the compensation paid to me was:

   ☒ The debtor  ☐ Other (specify): _____

3. The source of the compensation to be paid to me is:

   ☐ The debtor  ☐ Other (specify): N/A_____

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement,

together with a list of the names of the people sharing in the compensation, is attached.

5. Since the filing of any prior Federal Bankruptcy Rule 2016(b) Disclosure in this case, I have agreed to perform the following additional services for the supplemental fees identified above: N/A_____

.

6. By agreement with the debtor, the above-disclosed fee does not include the following services: N/A_____

.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy case.

**Date**: 10/28/2025_____        /s/ Deirdre T. Johnson, Esq_____

**Name of Attorney**: Deirdre T Johnson, Esq
**Firm**:  Deirdre T. Johnson, Esq – Atty at Law
**Address**:  9701 Apollo Dr, Suite 301
**City, State Zip**:  Upper Marlboro, MD  20774
**Telephone Number**:  (301) 742-5385
**Email Address:** dtjesq@dtjohnsonlaw.com
**Attorney for Debtor**