**Fill in this information to identify the case:**

Debtor: 5410 30th Street DC, LLC

United States Bankruptcy Court for the: Greenbelt   District of MD
(State)

Case number (If known): 25-19605

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1**
Priority creditor's name and mailing address:
DC Office of Tax & Revenue, Office of CEO
1104 4th Street, SW
Washington, DC  20024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 30,000.00 Estimated
Priority amount: $ 30,000.00

Date or dates debt was incurred: Unknown

Basis for the claim: Property Taxes

Last 4 digits of account number: Unknown

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8B )

**2.2**
Priority creditor's name and mailing address:
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $_____
Priority amount: $_____

Date or dates debt was incurred: _____

Basis for the claim: _____

Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3**
Priority creditor's name and mailing address:
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $_____
Priority amount: $_____

Date or dates debt was incurred: _____

Basis for the claim: _____

Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Debtor: 5410 30th Street DC, LLC
Case number (if known): 25-19605

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
BHI Construction
9342 Annapolis Rd
Lanham, MD 20706

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred: Unknown
Last 4 digits of account number: N/A

Is the claim subject to offset?
☒ No
☐ Yes

$ 88,000.00

**3.2** Nonpriority creditor's name and mailing address
Fund That Flip / Upright
1300 E. 9th St, Suite 130
Cleveland, OH 44114

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred: 9/5/2025
Last 4 digits of account number: N/A

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

**3.3** Nonpriority creditor's name and mailing address
Kylie Properties, LLC
712 H St, NE #540
Washington, DC 20002

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred: Unknown
Last 4 digits of account number: N/A

Is the claim subject to offset?
☒ No
☐ Yes

$ 375,000.00 Estimated

**3.4** Nonpriority creditor's name and mailing address
T&AA Construction
11820 Parklawn Dr, Suite 380
Rockville, MD 20852

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Construction

Date or dates debt was incurred: Unknown
Last 4 digits of account number: N/A

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

**3.5** Nonpriority creditor's name and mailing address
Yonis Benitez
612 Oglethorpe St, NW
Washington, DC 20011

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred: 2023
Last 4 digits of account number: N/A

Is the claim subject to offset?
☐ No
☐ Yes

$ 50,000.00

**3.6** Nonpriority creditor's name and mailing address
City Copncrete
9284 Corporate Circle
Manassas, VA 20110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Construction

Date or dates debt was incurred: Unknown
Last 4 digits of account number: N/A

Is the claim subject to offset?
☒ No
☐ Yes

$ 875,000.00 Estimated

Debtor _____    Case number *(if known)*_____
                        *Name*

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | _____ <br> _____ <br> _____ | Line _____ <br> ❑ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.2. | _____ <br> _____ <br> _____ | Line _____ <br> ❑ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.3. | _____ <br> _____ <br> _____ | Line _____ <br> ❑ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.4. | _____ <br> _____ <br> _____ | Line _____ <br> ❑ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 41. | _____ <br> _____ <br> _____ | Line _____ <br> ❑ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.5. | _____ <br> _____ <br> _____ | Line _____ <br> ❑ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.6. | _____ <br> _____ <br> _____ | Line _____ <br> ❑ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.7. | _____ <br> _____ <br> _____ | Line _____ <br> ❑ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.8. | _____ <br> _____ <br> _____ | Line _____ <br> ❑ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.9. | _____ <br> _____ <br> _____ | Line _____ <br> ❑ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.10. | _____ <br> _____ <br> _____ | Line _____ <br> ❑ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.11. | _____ <br> _____ <br> _____ | Line _____ <br> ❑ Not listed. Explain _____ <br> _____ | __ __ __ __ |

Debtor  5410 30th Street DC, LLC
        Name

Case number (if known) 25-19605

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 30,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,388,000.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,418,000.00 |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___