**Fill in this information to identify the case:**

Debtor name: 5410 30th Street DC, LLC

United States Bankruptcy Court for the: Greenbelt   District of MD
(State)

Case number (If known): 25-19605

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
Santorini Capital, LLC

Creditor's mailing address
2000 Massachusetts Ave, NW
Washington, DC  20036

Creditor's email address, if known
steven.snider@weinstein.com

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
5631 MacArthur Blvd
Washington, DC  20015

Describe the lien
Loan

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: $ 975,000.00  Approximately
Value: $ 4.5 - 5.0M  Estimated

**2.2** Creditor's name
IBI SBL Investment LLP

IBI Falcon US, LLC
Creditor's mailing address
C/O Gingo Palumbo Law Group, LLC
Summit One 4700 Rockside Road #440
Independence, OH  44131

Creditor's email address, if known
dor@ibi.co.il
michael@gplawllc.com

Date debt was incurred  7/2004

Last 4 digits of account number  Unknown

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
      First _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
5631 MacArthur Blvd, NW
Washington, DC  20016

Describe the lien
Loan

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Amount: $ 2,676,531.91
Value: $ 4.5 - 5.1 M

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 3,651,531.91

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 1