**Fill in this information to identify the case:**

Debtor name: 5410 30th Street DC, LLC

United States Bankruptcy Court for the: Greenbelt District of MD (State)

Case number (If known): 25-19605

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B............................................................................................... $ 5,000,000.00

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B............................................................................................. $ 0.00

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B............................................................................................... $ 5,000,000.00

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............................ $ 3,651,531.91

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F............................................... $ 30,000.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.................. + $ 1,388,000.00

4. **Total liabilities...........................................................................................................................** $ 5,069,531.91
    Lines 2 + 3a + 3b