**Fill in this information to identify the case:**

Debtor name: 5410 30th Street DC, LLC

United States Bankruptcy Court for the: Greenbelt  District of MD (State)

Case number (If known): 25-19605

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | T&AA Construction, and Any/All Affiliates<br>11820 Parklawn Dr, Suite 380<br>Rockville, MD  20852 | Albeiro Medina<br>202-702-8120<br>llctaaconstruction@gmail.com | Construction Services | Contingent | | | Unknown |
| 2 | BHI Construction and Any/All Affiliates<br>9342 Annapolis Rd<br>Lanham, MD  20706 | 240-832-7911<br>Nevel65@yahoo.com | Construction Services | Contingent | | | Approximately $88,178.45 |
| 3 | City Concrete and Any/All Affiliates<br>9284 Corp Circle<br>Manassas, VA  20110 | Email Unknown<br>703-257-2044 | Construction Services | Disputed | | | Approximately $56,625.00 |
| 4 | DC Municipal Investments, LLC and Any/All Affiliates<br>c/o Heidi S. Kenny, Esq<br>Kenny Law Group, LLC<br>11426 York Rd, 1st Floor<br>Cockeysville, MD  21030 | Email Unknown<br>410-415-7071 | Tax Lien - Lis Pendens | Contingent | | | $31,000.00 |
| 5 | Fund That Flip dba Upright<br>1300 East 9th St<br>Suite 1310<br>Cleveland, OH 44114 | Cindy Funk<br>info@upright.com<br>cindy.funk@upright.com<br>216-428-5144<br>646-895-6090 | Lender | Contingent | | | Unknown |
| 6 | DC Office of Tax Rev<br>Office of CFO<br>1101 4th St, SW<br>Washington, DC  20024 | e-services.otr@dc.gov | Taxes | Contingent | | | $31,763.11 |
| 7 | Kylie Properties<br>712 H St, NE #540<br>Washington, DC  20002 | Sanjay Patel<br>spatel@kylieproperties.com | Loan | | | | Approximately $375,000.00 |
| 8 | Yonis Benitez<br>612 Oglethorpe St, NW<br>Washington, DC  20011 | | Loan | | | | $50,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1