## CORPORATE RESOLUTION

## AUTHORIZING FILING OF BANKRUPTCY PETITION

I, [Zanetta Williams], do hereby certify that this Resolution of the ownership of [5410 30th Street DC LLC] ("the Company"), a limited liability company organized and existing under the laws of Maryland authorizing the Company to file a voluntary bankruptcy petition was adopted on 08/28/2025.

WHEREAS, it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

BE IT HEREBY RESOLVED that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

FURTHER RESOLVED that [insert name and title of authorized person] is authorized to execute all documents necessary for the Company to file a voluntary petition under Chapter 11 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

FURTHER RESOLVED that Zanetta Wiliams, Sole Member is authorized to employ Diedre T. Johnson Esq to file a voluntary bankruptcy petition on the Company's behalf and to represent the Company during the bankruptcy case;

FURTHER RESOLVED that Zanetta Williams, Sole Member is authorized to retain such other professionals as he or she deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

FURTHER RESOLVED that Zanetta Williams, Sole Member is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

FURTHER RESOLVED that all acts lawfully done by Zanetta Williams, Sole Member to effectuate the intent of these resolutions are hereby ratified and approved.

Date: 10/29/2025

Signature: *[signed]*

Name: Zanetta Williams

Title: Sole Member