

**DEIRDRE T. JOHNSON, ESQ**
Attorney at Law
Admitted to practice in Maryland

# CHAPTER 11 BANKRUPTCY RETAINER AGREEMENT

This Retainer Agreement ("Agreement") is made and entered into this 29th day of August, 2025, by and between 5410 30th Street DC, LLC (represented by Zanetta Williams, Sole Member) and the law firm of Deirdre T. Johnson, Esq.

## 1. PURPOSE AND SCOPE OF REPRESENTATION

Attorney agrees to represent Client in connection with preparing, filing, and prosecuting a Chapter 11 business reorganization case before the United States Bankruptcy Court for the District of Maryland (Greenbelt Division).

Representation includes:
- Evaluating Client's financial condition and eligibility for Chapter 11 relief;
- Preparing and filing the voluntary petition, schedules, and related documents;
- Advising Client regarding duties of a debtor-in-possession under 11 U.S.C. §§1107–1108;
- Representing Client at the §341 Meeting of Creditors and status conferences;
- Preparing motions, applications, and reports required by the Bankruptcy Code and Local Rules;
- Assisting with plan and disclosure statement preparation; and
- Communicating with the U.S. Trustee, creditors, and other parties in interest.

## 2. SERVICES NOT INCLUDED

Unless otherwise agreed in writing, this Agreement does not include:
- Adversary proceedings or contested matters beyond initial case administration;
- Appeals or post-confirmation matters;
- Tax, securities, or employment law advice;
- Any non-bankruptcy litigation or regulatory defense.

Additional services may be provided under a separate written agreement and may require court approval of supplemental fees.

## 3. RETAINER AND FEES

Client agrees to pay Attorney as follows:

Initial Retainer: $1,500.00 (to be held in Attorney's trust account pending court approval of employment).

The initial retainer will be applied to fees and expenses as approved by the Bankruptcy

Court pursuant to 11 U.S.C. §§327–330 and Fed. R. Bankr. P. 2016. All compensation is subject to court approval. Attorney cannot draw on the retainer or collect additional compensation without a court-approved application for compensation.

### 4. COSTS AND EXPENSES

Client shall reimburse Attorney for all reasonable out-of-pocket expenses, including:
- Court filing fees;
- Service of process, postage, and copying costs;
- Travel and parking expenses; and
- Third-party professional fees (subject to court approval).

### 5. CLIENT'S DUTIES

Client agrees to:
1. Provide complete and accurate financial records;
2. Designate an authorized representative to communicate with Attorney;
3. Timely cooperate in preparing and filing monthly operating reports;
4. Maintain debtor-in-possession accounts and comply with U.S. Trustee guidelines;
5. Refrain from transferring assets outside the ordinary course of business without court authorization;
6. Attend all required hearings and meetings.

**Failure to comply may constitute cause for Attorney to withdraw and may jeopardize the reorganization.**

### 6. ATTORNEY'S DUTIES

Attorney shall:
- Diligently represent Client's interests within the bounds of the law and court rules;
- Keep Client informed of case developments;
- Maintain confidentiality; and
- Seek timely approval of employment and compensation as required by the Bankruptcy Code.

### 7. COURT APPROVAL OF EMPLOYMENT

Attorney's employment is subject to approval by the U.S. Bankruptcy Court for the District of Maryland (Greenbelt Division) under 11 U.S.C. §327.
Attorney will file an Application to Employ Counsel and Rule 2014 Affidavit of Disinterestedness.

No services will be billed to the estate until approval is granted.

## 8. TERMINATION OF REPRESENTATION

Either party may terminate this Agreement upon written notice.
Attorney may withdraw with court approval if:
- Client fails to cooperate or provide information;
- Client fails to comply with payment or reporting obligations; or
- Continued representation would violate law or ethical rules.

Upon termination, Attorney will take reasonable steps to protect Client's interests and return original documents.

## 9. NO GUARANTEE OF OUTCOME

Client acknowledges that Attorney has made no promises or guarantees regarding the outcome of the Chapter 11 case, plan confirmation, or discharge of debts.

## 10. GOVERNING LAW AND VENUE

This Agreement shall be governed by the laws of the State of Maryland. Venue for any dispute shall lie in the U.S. Bankruptcy Court for the District of Maryland, Greenbelt Division.

## 11. ENTIRE AGREEMENT

This document constitutes the entire understanding between Attorney and Client. No other promises, representations, or agreements are binding unless in writing and signed by both parties.

CLIENT (Debtor):
Name of Authorized Representative: Zanetta Williams
Title: Sole Member
Signature: /s/ Zanetta Williams     Date: 8/29/25

ATTORNEY/LAW FIRM:
Signature: /s/ Deirdre T. Johnson, Esq     Date: 8/29/25
Deirdre T. Johnson, Esq