**Fill in this information to identify the case:**

Debtor: 5410 30th Street DC, LLC

United States Bankruptcy Court for the: Greenbelt    District of MD
(State)

Case number (If known): 25-19605

☒ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>DC office of Tax & Revenue, Office of CFO<br>1104 4th St, SW<br>Washington, DC 20024 | As of the petition filing date, the claim is: $ 30,000.00<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 30,000.00 |
|  | Date or dates debt was incurred<br>Unknown | Basis for the claim:<br>Property Taxes |  |
|  | Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |
| **2.2** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ |
|  | Date or dates debt was incurred | Basis for the claim: |  |
|  | Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset?<br>☐ No<br>☐ Yes |  |
| **2.3** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ |
|  | Date or dates debt was incurred | Basis for the claim: |  |
|  | Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset?<br>☐ No<br>☐ Yes |  |

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1 of 4

Debtor __5410 30th Street DC, LLC_____  Case number (if known) __25-19605__
       Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
BHI Construction

9342 Annapolis Rd

Lanham, MD  20706

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

$ 88,000.00

Date or dates debt was incurred  Unknown
Last 4 digits of account number   N/A

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Fund That Flip / Upright

1300 E. 9th St Suite 130

Cleveland, OH 44114

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ Unknown

Date or dates debt was incurred  9/5/25
Last 4 digits of account number   N/A

Is the claim subject to offset?
☒ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Kylie Properties

712 H St, NE #540

Washington, DC  20002

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 375,000.00 Estimated

Date or dates debt was incurred  Unknown
Last 4 digits of account number   N/A

Is the claim subject to offset?
☒ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
T&AA Construction

11820 Parklawn Sr, Suite 380

Rockville, MD  20852

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Construction

$ Unknown

Date or dates debt was incurred  Unknown
Last 4 digits of account number   N/A

Is the claim subject to offset?
☒ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Yonis Benitez

612 Oglethorpe St, NW

Washington, DC  20011

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 50,000.00

Date or dates debt was incurred  2023
Last 4 digits of account number   N/A

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
City Concrete

9284 Corporate Circle

Manassas, VA  20110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 50,000.00 Estimated

Date or dates debt was incurred  _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 2 of 4

Debtor   5410 30th Street DC, LLC   Case number (if known) 25-19605
         ─────────────────────────
         Name

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line ____  ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.2. | | Line ____  ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.3. | | Line ____  ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.4. | | Line ____  ☐ Not listed. Explain _____ | ― ― ― ― |
| 41. | | Line ____  ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.5. | | Line ____  ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.6. | | Line ____  ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.7. | | Line ____  ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.8. | | Line ____  ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.9. | | Line ____  ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.10. | | Line ____  ☐ Not listed. Explain _____ | ― ― ― ― |
| 4.11. | | Line ____  ☐ Not listed. Explain _____ | ― ― ― ― |

Debtor  545410 30th Street DC, LLC
Name

Case number (if known) 25-19605

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 30,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 563,000.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 593,000.00 |