**Fill in this information to identify the case:**

Debtor name: 5410 30th Street DC, LLC

United States Bankruptcy Court for the: Greenbelt District of MD (State)

Case number (If known): 25-19605

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B..................................................... $ 5,000,000.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................... $ 0.00

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B..................................................... $ 5,000,000.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............ $ 3,651,531.91

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F...................... $ 30,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F........ + $ 593,000.00

4. **Total liabilities.......................................................................... $ 4,274,531.91
   Lines 2 + 3a + 3b