# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **25–19605 – LSS**   Chapter: **11**

**5410 30th Street DC LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 29 – Amended Schedules filed: Schedule EF, on Behalf of 5410 30th Street DC LLC . Filed by Deirdre Theresa Johnson. (Johnson, Deirdre)

31 – Summary of Assets and Liabilities Schedules for Non–Individual on behalf of 5410 30th Street DC LLC Filed by Deirdre Theresa Johnson. (Johnson, Deirdre)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 12/1/25.**

CURE: 1) A Certificate of Service on the Notice of Meeting of Creditors and Amended Schedules must be filed. (Local Bankruptcy Rule 1009–1(a)–(c))
2) The debtor's declaration under penalty of perjury must be filed. (Federal Bankruptcy Rule 1008)
3) The filing fee of $34 for Amended Matrix/Schedule must be paid.
(28 U.S.C. §1930)

Any filing fee may be paid in cash, by money order or certified check, payable to Clerk, U.S. Bankruptcy Court. Checks or money orders may be submitted by mail with a copy of this notice enclosed to the following location:

   U.S. Bankruptcy Court
   Garmatz Federal Courthouse
   101 W. Lombard Street, Suite 8530
   Baltimore, MD 21201

Payments by cash, check or money order can also be made in Baltimore at the Clerk's Office in the Garmatz Federal Courthouse during regular business hours. Parties can also pay fees with a debit card online by scanning the QR code below or by visiting https://www.mdb.uscourts.gov/forms/filing–fees.



For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf. Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.
Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 11/17/25

                                              Mark A. Neal, Clerk of Court
                                              by Deputy Clerk, Shannon McKenna
                                              301−344−3390

cc:   Debtor
       Attorney for Debtor – Deirdre Theresa Johnson

defntc (rev. 09/01/2025)