UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND (GREENBELT DIVISION)

# In re:

5410 30th Street DC, LLC, Debtor.
Case No.: 25-19605
Chapter 11

## APPLICATION FOR EMPLOYMENT OF COUNSEL PURSUANT TO FED. R. BANKR. P. 2014

Debtor, **5410 30th Street DC, LLC** (the "Debtor"), by and through the undersigned, respectfully requests entry of an order authorizing the employment of **Deirdre T. Johnson, Esq** ("Counsel") as bankruptcy counsel pursuant to 11 U.S.C. §327 and Federal Rule of Bankruptcy Procedure 2014. In support thereof, the Debtor states as follows:

## I. JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 28 U.S.C. §§157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. §157(b). The requested relief is authorized by 11 U.S.C. §§327, 328, and 1107.

## II. RELIEF REQUESTED

The Debtor seeks authority to employ **Deirdre T. Johnson, Esq** as its counsel in this Chapter 11 case.

## III. SERVICES TO BE RENDERED

Counsel will perform, among other things, the following services:

- Evaluate the Debtor's financial condition and Chapter 11 eligibility;
- Prepare and file the voluntary petition, schedules, and related documents;
- Advise the Debtor regarding its duties as a debtor-in-possession under 11 U.S.C. §§1107–1108;
- Represent the Debtor at the §341 Meeting of Creditors and Court status conferences;
- Prepare all motions, applications, and reports required by the Bankruptcy Code, Federal Rules, and Local Rules (including the Local Bankruptcy Rules for the District of Maryland);
- Assist with preparation of a Chapter 11 plan and disclosure statement; and

- Communicate with the United States Trustee, creditors, and parties in interest.

## IV. DISINTERESTEDNESS AND CONNECTIONS

To the best of the Debtor's knowledge, Counsel:

- Has no connection with the Debtor;
- Has no connection with any creditors;
- Has no connection with their respective attorneys or accountants;
- Has no connection with the United States Trustee or its employees; and
- **Is a personal friend of Zanetta Williams, the LLC's sole member**, which is disclosed pursuant to Fed. R. Bankr. P. 2014.

Counsel believes this relationship does not impair disinterestedness under 11 U.S.C. §101(14).

## V. COMPENSATION

The Debtor paid Counsel a prepetition retainer of **$1,500.00 on August 29, 2025**. Compensation will be subject to approval under 11 U.S.C. §§330–331.

## VI. NECESSITY OF EMPLOYMENT

The Debtor submits that Counsel's employment is necessary and in the best interest of the estate due to Counsel's experience representing Chapter 11 debtors in the District of Maryland.

## VERIFIED STATEMENT OF THE PERSON TO BE EMPLOYED

I, **Deirdre T. Johnson, Esq,** pursuant to Fed. R. Bankr. P. 2014(a), state:

1. I am an attorney licensed to practice in Maryland and the United States Bankruptcy Court for the District of Maryland.
2. I have been asked to serve as counsel for the Debtor.
3. After reasonable inquiry, my connections are as follows:
    - Debtor: None
    - Creditors: None
    - Attorneys and accountants of interested parties: None
    - U.S. Trustee: None
    - Employees of U.S. Trustee's office: None
    - Other party in interest: Personal friend of Zanetta Williams, the Debtor LLC's sole member
4. I am a "disinterested person" as defined in 11 U.S.C. §101(14) except as disclosed.
5. The Debtor paid a retainer of **$1,500.00 on August 29, 2025**.
6. I understand compensation is subject to Court approval.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/17/25

/s/ Deirdre T. Johnson, Esq

Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq – Attorney at Law
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20774
301-742-5385
dtjesq@dtjohnsonlaw.com