# PROPOSED ORDER

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MARYLAND (GREENBELT DIVISION)

In re: **5410 30th Street DC, LLC**, Debtor.
Case No.: 25-19605
Chapter 11

## ORDER AUTHORIZING EMPLOYMENT OF COUNSEL PURSUANT TO FED. R. BANKR. P. 2014

Upon consideration of the Debtor's Application to Employ **Deirdre T. Johnson, Esq** as bankruptcy counsel, and the Verified Statement submitted pursuant to Fed. R. Bankr. P. 2014, it is hereby ORDERED:

1. The Application is **GRANTED**.
2. The Debtor is authorized to employ **Deirdre T. Johnson, Esq** as counsel pursuant to 11 U.S.C. §327.
3. Compensation shall be subject to approval under 11 U.S.C. §§330–331.

SO ORDERED.

Date: _____

_____
United States Bankruptcy Judge