# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November, 2025, a copy of the foregoing **Application for Employment of Counsel**, together with the **Verified Statement** and **Proposed Order**, was served pursuant to Local Bankruptcy Rules of the District of Maryland upon:

- The Office of the United States Trustee
- All creditors and parties in interest as listed on the Court's mailing matrix

/s/ Deirdre T. Johnson, Esq
_____
Deirdre T. Johnson, Esq