## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November, 2025, a copy of the foregoing **Schedule E/F – Amended and Summary of Assets And Liabilities - Amended**, was served pursuant to Local Bankruptcy Rules of the District of Maryland upon:

- The Office of the United States Trustee
- All creditors and parties in interest as listed on the Court's mailing matrix

/s/ Deirdre T. Johnson, Esq
_____
Deirdre T. Johnson, Esq
Deirdre T Johnson, Attorney at Law
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20772