# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2025, a copy of the **Notice of Meeting of Creditors** was served pursuant to Local Bankruptcy Rules of the District of Maryland upon:

Yonis Benitez
612 Oglethorpe St, NW
Washington, DC  20011


/s/ Deirdre T Johnson, Esq
_____
Deirdre T. Johnson, Esq
Deirdre T Johnson, Attorney at Law
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20772