# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **25–19605 – LSS**    Chapter: **11**

**5410 30th Street DC LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 37 – Certificate of Service Amended Sched E/F and Summary of Assets and Liabilities Filed by Deirdre Theresa Johnson. (Johnson, Deirdre)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 12/2/25. List of creditors was not attached to certificate of service.**

CURE: List of Creditors must be attached. File Amended Certificate of Service.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 11/18/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna
301–344–3390

cc:   Debtor
      Attorney for Debtor – Deirdre Theresa Johnson

defntc (rev. 09/01/2025)