# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **25–19605 – LSS**   Chapter: **11**

**5410 30th Street DC LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 35 – Application to Employ Deirdre T Johnson, Esq as Attorney and Verified Statement of Proposed Party Filed by 5410 30th Street DC LLC. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Johnson, Deirdre)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 12/2/25. Certificate of Service references all creditors on the mailing matrix but no mailing matrix was attached.**

CURE: An Amended Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 9013–4). Include the names and addresses of all parties served or attach a copy of the mailing matrix.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS−COS.pdf. Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.
Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 11/18/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna
301–344–3390

cc:  Debtor
     Attorney for Debtor – Deirdre Theresa Johnson

defntc (rev. 09/01/2025)