# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re: Case No.: **25–19605 – LSS** Chapter: **11**

**5410 30th Street DC LLC**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 49 – Motion to Redact and Restrict Public Access Filed by 5410 30th Street DC LLC (related document(s)46 Support Document filed by Debtor 5410 30th Street DC LLC). (Attachments: # 1 Certificate of Service # 2 Proposed Order) (Johnson, Deirdre) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 12/9/25. 1) COS must state names and address of parties served. 2) Motion to Redact has a filing fee.** |
| CURE: | 1) An Amended Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 9013–4). \*\*\*Include the names and addresses of all parties served or attach a copy of the mailing matrix\*\*\*.<br>2) The filing fee of $28 for Motion to Redact must be paid.<br>(28 U.S.C. §1930) |

Any filing fee may be paid in cash, by money order or certified check, payable to Clerk, U.S. Bankruptcy Court. Checks or money orders may be submitted by mail with a copy of this notice enclosed to the following location:

> U.S. Bankruptcy Court
> Garmatz Federal Courthouse
> 101 W. Lombard Street, Suite 8530
> Baltimore, MD 21201

Payments by cash, check or money order can also be made in Baltimore at the Clerk's Office in the Garmatz Federal Courthouse during regular business hours. Parties can also pay fees with a debit card online by scanning the QR code below or by visiting https://www.mdb.uscourts.gov/forms/filing–fees.



For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

| | |
|---|---|
| CONSEQUENCE: | Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution. |

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf. Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 11/25/25

                                                               Mark A. Neal, Clerk of Court
                                                               by Deputy Clerk, Shannon McKenna
                                                               301–344–3390

cc:    Debtor
        Attorney for Debtor – Deirdre Theresa Johnson

defntc (rev. 09/01/2025)