# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2025, a copy of the foregoing Motion to Restrict Public Access and Permit the Filing of a Redacted Replacement Document was served via first-class mail or CM/ECF upon all required parties, including:

Jeanette Rice
The Office of the United States Trustee
63045 Ivy Lane, Suite 600
Greenbelt, MD 20770

/s/ Deirdre T. Johnson, Esq
Deirdre T Johnson, Esq