# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **25–19605 – LSS**   Chapter: **11**

**5410 30th Street DC LLC**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 52 – Certificate of Service Amended Filed by Deirdre Theresa Johnson. (Johnson, Deirdre). Related document(s) 49 Motion to Redact and Restrict Public Access filed by Debtor 5410 30th Street DC LLC. Modified on 11/26/2025 to add linkage. (McKenna, Shannon). |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 12/10/25. Certificate of Service must clearly state how the parties were served.** |
| CURE: | An Amended Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 9013–4). Include the names and addresses of all parties served or attach a copy of the mailing matrix. |
| CONSEQUENCE: | Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution. |

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf. Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements. Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 11/26/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna
301–344–3390

cc:   Debtor
Attorney for Debtor – Deirdre Theresa Johnson

defntc (rev. 09/01/2025)