United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-19605-LSS |
| 5410 30th Street DC LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 26, 2025 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 5410 30th Street DC LLC, 12138 Central Ave, Bowie, MD 20721-1910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 28, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 3

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **25−19605 − LSS**   Chapter: **11**

**5410 30th Street DC LLC**
Debtor

## DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 52 − Certificate of Service Amended Filed by Deirdre Theresa Johnson. (Johnson, Deirdre). Related document(s) 49 Motion to Redact and Restrict Public Access filed by Debtor 5410 30th Street DC LLC. Modified on 11/26/2025 to add linkage. (McKenna, Shannon). |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 12/10/25. Certificate of Service must clearly state how the parties were served.** |
| CURE: | An Amended Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 9013−4). Include the names and addresses of all parties served or attach a copy of the mailing matrix. |
| CONSEQUENCE: | Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution. |

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS−COS.pdf. Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 11/26/25

                                              Mark A. Neal, Clerk of Court
                                              by Deputy Clerk, Shannon McKenna
                                              301−344−3390

cc:  Debtor
     Attorney for Debtor − Deirdre Theresa Johnson

defntc (rev. 09/01/2025)