# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF MARYLAND (GREENBELT DIVISION)

In re:

**5410 30th Street DC, LLC**,                                        Case No.: 25-19605

     Debtor                                                                 Chapter 11

---

**AMENDED APPLICATION TO APPROVE
EMPLOYMENT OF DEIRDRE T. JOHNSON, ESQ.
AS GENERAL REORGANIZATION COUNSEL TO
5410 30TH STREET DC, LLC**

Comes now 5410 30TH Street DC, LLC (the "Debtor" or "Applicant"), pursuant to Sections 327 and 329 of Title 11 of the United States Code (the "Bankruptcy Code"), as well as Federal Rule of Bankruptcy Procedure 2014, and applies to engage Deirdre T. Johnson, Esq. as general reorganization counsel to the Debtor, and in support thereof states as follows:

1.      This case was commenced when the Debtor filed a petition for Chapter 11 relief, pursuant to Section 301 of the Bankruptcy Code, on October 14, 2025.

2.      The Debtor is, and at all times relevant has been, a debtor-in-possession.

3.      Approval is hereby sought of Deirdre T. Johnson, Esq.'s employment to provide the following services to the Debtor as general reorganization counsel:

    a.  Evaluate the Debtor's financial condition and Chapter 11 eligibility;

    b.  Prepare and file the voluntary petition, schedules, and all other necessary related documents on behalf of the Debtor;

    c.  Advise the Debtor regarding its duties as a debtor-in-possession under 11 U.S.C. §§1107–1108;

d.  Represent the Debtor at the §341 Meeting of Creditors and Court status conferences;

e.  Negotiate with creditors, equity holders, and other interested parties;

f.  Prepare all motions, applications, and reports required by the Bankruptcy Code, Federal Rules, and Local Rules (including the Local Bankruptcy Rules for the District of Maryland);

g.  Assist with preparation of a Chapter 11 plan and disclosure statement;

h.  Communicate with the United States Trustee, creditors, and parties in interest;

i.  Represent the Debtor in any adversary proceedings, contested matters, and other proceedings involved in the initial case administration before this Honorable Court; and

j.  Such other and further matters as necessary and appropriate as a part of this case

4.      Deirdre T. Johnson, Esq. does not represent any other person or entity in connection with this case, and is disinterested as that term is used in Section 101(14) of the Bankruptcy Code. Deirdre T. Johnson, Esq. is not a creditor, an equity holder, or an insider of the Debtor; was not, within two years before the date of the petition for relief, a director, officer, or employee of the Debtor; and does not have any interest materially adverse to the interests of the estate or any class of creditors or equity holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor (or for any other reason). Further, Deirdre T. Johnson, Esq. holds no interest adverse to the interests of the Debtor in connection with any of the matters for which employment is sought.

5.      Deirdre T. Johnson, Esq. has no legal connection with the Debtor, the creditors herein, or any other parties in interest, nor with their respective counsel, nor with the United States Trustee or any person employed in the office of the United States Trustee.   Deirdre T. Johnson, Esq. is a personal friend of Zanetta Williams, the LLC's sole member, which is hereby disclosed pursuant to Fed. R. Bankr. P. 2014.

6.     Deirdre T. Johnson, Esq.  has agreed to represent the Debtor for the flat rate of One Thousand Five Hundred Dollars and No Cents ($1,500.00).

7.      The Debtor has also agreed to provide compensation to Deirdre T. Johnson, Esq.  in the manner set forth in the Statement Pursuant to Rule 2016(b) filed herein. All compensation sought in this matter will be subject to the review and approval of the United States Bankruptcy Court for the District of Maryland.

8. Attached hereto, and incorporated herein by reference, is the declaration of Deirdre T. Johnson, Esq. in support of this application.

WHEREFORE, the Debtor respectfully prays this Honorable Court (i) enter an order approving the employment of Deirdre T. Johnson, Esq. as general reorganization counsel to the Debtor; and (ii) afford such other and further relief as may be just and proper.

Respectfully submitted,

Date: December 2, 2025

/s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com
*Proposed Counsel for the Debtor*