## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MARYLAND (GREENBELT DIVISION)

In re:

**5410 30th Street DC, LLC**,                                                            Case No.: 25-19605

    Debtor                                                                                       Chapter 11

---

## PROPOSED ORDER AUTHORIZING EMPLOYMENT OF COUNSEL PURSUANT TO FED. R. BANKR. P. 2014

Upon consideration of the Debtor's Application to Employ **Deirdre T. Johnson, Esq** as bankruptcy counsel, and the Declaration of the person to be employed submitted pursuant to Fed. R. Bankr. P. 2014, it is hereby

ORDERED that the application is **GRANTED**; and it is further

ORDERED that the Debtor is authorized to employ **Deirdre T. Johnson, Esq** as counsel pursuant to 11 U.S.C. §327; and it is further

ORDERED that compensation shall be subject to approval under 11 U.S.C. §§330–331.

Date: _____

_____
United States Bankruptcy Judge