## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of December, 2025, a copy of the foregoing **Amended Application to Approve Employment**, together with the Declaration in Support of Application to Approve Employment and **Proposed Order**, was served via first class mail pursuant to Local Bankruptcy Rules of the District of Maryland upon:

- The Office of the United States Trustee
- All creditors and parties in interest as listed on the mailing matrix, attached


/s/ Deirdre T. Johnson, Esq
_____
Deirdre T. Johnson, Esq

Attn: Albeiro Medina
T&AA Construction, and Any / All Affiliates
11820 Parklawn Dr, Suite 380
Rockville, MD 20852


BHI Construction, and Any/All Affiliates
9342 Annapolis Rd
Lanham, MD 20706


City Concrete, and Any / All Affiliates
9284 Corp Circle
Manassas, VA 20110


DC Municipal Investments, LLC
c/o: Heidi S. Kenny, Esq
Kenny Law Group, LLC
11426 York Rd, 1st Floor
Cockeysville, MD 21030


Kylie Properties, LLC
712 H St, NE #540
Washington, DC 20002


Fund That Flip
1300 E. 4th St, Suite 1310
Cleveland, OH 44114

DC Office of Tax & Revenue
Office of CFO
1101 4th St, SW
Washington, DC 20024


Maurice B. VerStandig
The VerStandig Law Firm
9812 Falls Rd, #114-160
Potomac, MD 20854

IBI SBL Investment LP
IBI Falcon US, LLC
c/o Gingo Palumbo Law Group
Summit One
4700 Rockside Road #440
Independence, OH  44131


Santorini Capital LLC, and Any/All Affiliates
2000 Massachusetts Ave, NW
Washington, DC 20036


Washington Gas
Attn:  Customer Care
6801 Industrial Rd
Springfield, VA  22151


PEPCO
701 9th St, NW
Washington, DC  20068


DC Water
1385 Canasl St, SE
Washington, DC  20003


Vonis Benitez
612 Oglethorpe St, NW
Washington, DC  20011