UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND (GREENBELT DIVISION)

In re:

5410 30th Street DC, LLC,                                                    Case No.: 25-19605

    Debtor                                                                    Chapter 11

MOTION TO ENFORCE THE AUTOMATIC STAY AND
FOR SANCTIONS FOR WILLFUL VIOLATION OF 11 U.S.C. § 362

    Debtor, by and through undersigned counsel, moves for entry of an order enforcing the automatic stay and imposing sanctions against IBI Falcon US, LLC / IBI SBL Investment LP ("Creditor") for willful violation of 11 U.S.C. § 362, and in support states as follows:

JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. §§ 157 & 1334.

2. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (G), and (O).

3. Venue is proper under 28 U.S.C. § 1408.

4. Relief is sought under 11 U.S.C. §§ 105(a), 362(a), 362(k); Fed. R. Bankr. P. 9014, 9020.

FACTS SUPPORTING CAUSES OF ACTION

5. Debtor filed this Chapter 11 case on October 14, 2025 ("Petition Date").

6. Creditor received notice of the bankruptcy via the BNC on October 15, 2025, and was also included on the debtor's creditor matrix.  The clerk's notice to the Creditor's counsel was not returned by the postal service.

7. Despite actual and constructive notice, the Creditor filed the following documents with the District of Columbia Recorder of Deeds:
    a. Affidavit of Foreclosure, Document No. 2025110562, Filed November 13, 2025 (*See* Exhibit 1 - Affidavit of Foreclosure)
    b. Appointment of Substitute Trustee, Document No. 2025112580, Filed

November 19, 2025. (*See* Exhibit 2 - Appointment of Substitute Trustee)

8. These filings were made after the Petition Date and constitute continued foreclosure activity.

## ARGUMENT

9. 11 U.S.C. § 362(a) stays:

    - "the commencement or continuation… of a judicial, administrative, or other action" (§362(a)(1));
    - "any act to obtain possession of property of the estate" (§362(a)(3));
    - "any act to create, perfect, or enforce any lien against property of the estate" (§362(a)(4)).

10. Post-petition foreclosure document filings are void. *In re Lampkin*, 116 B.R. 450 (Bankr. D. Md. 1990).

11. Foreclosure filings—even out of state—constitute a stay violation. See *In re Seaton*, 462 B.R. 582 (Bankr. E.D. Va. 2011).

12. A willful violation occurs when the creditor knows of the bankruptcy and intentionally performs the act.

13. Creditor had actual notice prior to filing the D.C. foreclosure documents.

14. Creditor therefore willfully violated §362.

15. Under §362(k)(1), an individual injured by a willful violation "shall" recover actual damages, including attorney's fees and, in appropriate circumstances, punitive damages.

16. Bankruptcy courts have authority to enforce the stay through contempt. In re Walters, 868 F.2d 665 (4th Cir. 1989).

17. Under Taggart v. Lorenzen, 139 S. Ct. 1795 (2019), contempt is appropriate where there is "no fair ground of doubt" that the conduct violated the stay.

18. Filing foreclosure documents post-petition leaves no such doubt.

No memorandum will be filed, and the Movant will rely solely upon the preceding motion and exhibits.

WHEREFORE, the Debtor hereby respectfully requests that this Honorable Court enter an order:

A. Declaring the D.C. Foreclosure Affidavit and Notice of Substitute Trustee void;

B. Ordering Creditor to immediately withdraw those filings;

C. Awarding punitive damages if warranted;

D. Finding Creditor in civil contempt under §105(a) and Fed. R. Bankr. P. 9020;

E. Granting such other relief as justice requires.

Respectfully submitted,

Date: December 3, 2025

/s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com
*Proposed Counsel for the Debtor*

Doc #: 2025110562
11/13/2025 09:06 AM



**Government of the District of Columbia**
Office of Tax and Revenue
Recorder of Deeds
**1101 4th Street, SW**
**Washington, DC 20024**
**Phone (202) 727-5374**

## AFFIDAVIT OF NON-RESIDENTIAL MORTGAGE FORECLOSURE

**EXHIBIT 1**

5410 30th Street DC LLC, a Maryland limited liability company
Property Owner's Last Name

Property Owner's First Name

Defaulted Borrower(s) Name
(If Different From Property Owner's Above)

0043/1446
Lot/Square Number:

I, Michael J. Palumbo  [name], Authorized Signatory [title]

of **IBI Falcon US LLC, a Delaware limited liability company**
[name of institution] ("Lender"), make oath and say that:

1. I have personal knowledge of the matters referred to herein.

2. The subject property is located at

   5631 MacArthur Boulevard NW, Washington, DC 20016

3. IBI Falcon US LLC, a Delaware limited liability company is the holder of the mortgage recorded as Instrument Number 2023039109 in the District of Columbia Recorder of Deeds ("Mortgage").

4. The subject property identified above is not secured by a residential mortgage as defined by D.C. Official Code § 42-815.01(a).

5. For the reason(s) set forth above, foreclosure of the Mortgage is not subject to mandatory mediation and, therefore, does not require a Mediation Certificate issued by the Mediation Administrator.

I declare and affirm under penalty of perjury that the statements made herein are true and correct to the best of my knowledge, information and belief.

Signature: *Michael J. Palumbo*
Printed Name: Michael J. Palumbo
Title: Authorized Signatory
Date: November 11, 2025
State of Ohio
County of Cuyahoga

SSL: 1446/0043

Recording requested by:
Russell S. Drazin
Pardo & Drazin LLC
4400 Jenifer Street, NW
Suite 2
Washington, DC 20015

When recorded mail to:
Russell S. Drazin
Pardo & Drazin, LLC
4400 Jenifer Street, NW
Suite 2
Washington, DC 20015

This Affidavit of Non-Residential Mortgage Foreclosure was acknowledged before me on this 11th day of November, 20 25 by Michael J. Palumbo (name of person) as Authorized Signatory (type of authority, e.g. officer, trustee, etc.) of IBI Falcon US LLC, a Delaware limited liability company (name of party on behalf of whom instrument was executed).

Notary Public
My Commission Expires:

Attorney Anthony J. Gingo
Resident Cuyahoga County
Notary Public, State of Ohio
My Commission Has No Expiration Date
Sec 147.03 RC

```
Doc #: 2025110562
Filed & Recorded
11/13/2025 09:06 AM
DANIEL ALTOMARE
DEPUTY RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
  RECORDING FEES          $25.00
  SURCHARGE                $5.00
TOTAL:                    $30.00
```

Doc #: 2025112580
11/19/2025 08:12 AM

**EXHIBIT 2**

AFTER RECORDING, RETURN TO:

Russell S. Drazin
Pardo & Drazin, LLC
4400 Jenifer Street, NW, Suite 2
Washington, DC 20015

5631 MacArthur Boulevard, NW
Washington, DC 20016
Lot 0043 in Square 1446

# DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEE

**WHEREAS**, by that certain Deed of Trust, Assignment of Leases and Rents, Fixture Filing, and Security Agreement (the "**Deed of Trust**") dated May 3, 2023 and recorded on May 10, 2023 as Instrument No. 2023039109, 5410 30TH STREET DC LLC ("**Borrower**"), a Maryland limited liability company, as grantor, conveyed to First American TR Services of D.C., LLC ("**Original Trustee**"), a District of Columbia limited liability company, as trustee, the real property and improvements (if any) (the "**Property**") commonly known as 5631 MacArthur Boulevard, NW, Washington, DC 20016 (Lot 0043 in Square 1446) and more particularly described in the Deed of Trust and on **EXHIBIT A** attached hereto for the benefit of FTF Lending, LLC ("**Original Lender**"), a Delaware limited liability company, as beneficiary, to secure repayment of that certain Promissory Note (the "**Note**") dated May 3, 2023 in the principal amount of $2,222,000.00 made by Borrower, as maker, payable to the order of Original Lender, as payee; and

**WHEREAS**, by that certain Assignment of Mortgage/Deed of Trust, Assignment of Leases and Rents, Fixture Filing, and Security Agreement dated March 6, 2024 and recorded on March 27, 2024 as Instrument No. 2024028399, Original Lender, as assignor, sold and assigned the Deed of Trust, the Note, and all related rights to IBI SBL Investment LP, a Delaware limited partnership, as assignee; and

**WHEREAS**, by that certain Assignment of Deed of Trust dated July 8, 2025 and recorded on July 9, 2025 as Instrument No. 2025067961, IBI SBL Investment LP, a Delaware limited partnership, as assignor, sold and assigned the Deed of Trust, the Note, and all related rights to IBI Falcon US LLC ("**Lender**"), a Delaware limited liability company, as assignee.

**WHEREAS**, the Deed of Trust and District of Columbia law provide that the holder of the Note secured thereby may remove Original Trustee, and any successor trustee, and appoint a successor trustee; and

1

WHEREAS, as of the execution of this Deed of Appointment of Substitute Trustee, Lender is the current holder of the Note secured by the Deed of Trust, with full power and authority to remove Original Trustee, and any successor trustee, and to appoint a successor trustee.

NOW, THEREFORE, by virtue of the authority contained in the Deed of Trust, and pursuant to District of Columbia law, the undersigned holder of the Note secured by the Deed of Trust hereby (1) removes Original Trustee, (2) removes any successor trustee, and (3) appoints **RUSSELL S. DRAZIN**, with an address of **4400 Jenifer Street, NW, Suite 2, Washington, DC 20015**, as Substitute Trustee, to succeed to all of the rights, title, interest, power, and duties conferred upon Original Trustee by the terms of the Deed of Trust, and by applicable law.

IN WITNESS WHEREOF, the current holder of the Note has signed and sealed this instrument on this 18th day of November, 2025.

**IBI Falcon US LLC,**
a Delaware limited liability company

*/s/ Michael J. Palumbo/*

Name: Michael J. Palumbo
Title: Authorized Signatory

State of OHIO                )
                             )  to wit:
County of CUYAHOGA           )

I HEREBY CERTIFY that on this 18th day of November, 2025, before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared Michael J. Palumbo, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained and in the capacity therein stated, and further acknowledged the foregoing instrument to be his/her act and deed.

AS WITNESS my hand and notarial seal the day and year above written.

Attorney Anthony J. Gingo
Resident Cuyahoga County
Notary Public, State of Ohio
My Commission Has No Expiration Date
Sec 147.03 RC

Anthony J. Gingo, State of Ohio, Notary Public

My Commission Expires:_____

2

## EXHIBIT A

(Legal Description)

All that certain lot or parcel of land situate in the **District of Columbia** and being more particularly described as follows:

> **Lot 43 in Square 1446 in a subdivision made by Zoran Dragacevac and Snezana Mitrovic Living Trust dated May 6, 2018, as per plat recorded in Plat Book 220 at Page 24 in the Office of the Surveyor of the District of Columbia**

**5631 MacArthur Boulevard, NW**
**Washington, DC 20016**

**Lot 0043 in Square 1446**

```
Doc #: 2025112580
Filed & Recorded
11/19/2025 08:12 AM
DANIEL ALTOMARE
DEPUTY RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
  RECORDING FEES        $25.00
  SURCHARGE              $5.00
TOTAL:                  $30.00
```