UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND (GREENBELT DIVISION)

In re:

5410 30th Street DC, LLC,	Case No.: 25-19605

Debtor	Chapter 11

NOTICE OF MOTION

PLEASE TAKE NOTICE that the undersigned has filed a MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS FOR WILLFUL VIOLATION OF 11 U.S.C. § 362 (the "Motion").

Any response or objection to the Motion must be filed with the Court and served on the undersigned within the time allowed by the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, unless otherwise ordered.

THE MOVANT HAS ALSO FILED A MOTION TO SHORTEN THE TIME FOR RESPONSE AND/OR FOR AN EXPEDITED HEARING. IF THAT MOTION TO SHORTEN OR EXPEDITE IS GRANTED, THE TIME TO OBJECT AND/OR DATE FOR HEARING WILL BE CHANGED AS PROVIDED IN SUCH ORDER.

Respectfully submitted,

Date: December 3, 2025

/s/ Deirdre T. Johnson, Esq
_____
Deirdre T. Johnson, Esq
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com
*Proposed Counsel for the Debtor*