UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND (GREENBELT DIVISION)

In re:

5410 30th Street DC, LLC,                                                   Case No.: 25-19605

   Debtor                                                                      Chapter 11

## PROPOSED ORDER ENFORCING THE AUTOMATIC STAY AND IMPOSING SANCTIONS

Upon consideration of the Debtor's Motion to Enforce the Automatic Stay and for Sanctions, and good cause appearing, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Creditor IBI Falcon US, LLC / IBI SBL Investment LP violated the automatic stay imposed by 11 U.S.C. § 362 by filing post-petition foreclosure documents in the District of Columbia; and it is further

ORDERED, that the Affidavit of Foreclosure filed on November 13, 2025 and the Notice of Substitute Trustee filed on November 19, 2025 in the D.C. Recorder of Deeds are VOID; and it is further

ORDERED, that Creditor shall withdraw those filings within seven (7) days of this Order; and it is further

ORDERED, that Creditor is assessed punitive damages in the amount of $_____; and it is further

ORDERED, that continued violation of this Court's Order shall subject Creditor to further sanctions, including contempt.

SO ORDERED.

_____
United States Bankruptcy Judge

Date: _____

END OF ORDER