## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion to Enforce Automatic Stay and for Sanctions, Proposed Order, and Notice of Motion will be served electronically by the Court's CM/ECF system on the following:

 Jeanette Rice Jeanette.Rice@usdoj.gov

 Maurice VerStandig mac@mbvesq.com

I hereby further certify that on the 3rd day of December, 2025, a copy of the Motion to Request Expedited Hearing was also mailed first class mail, postage prepaid to:

 IBI Falcon US, LLC / IBI SBL Investment LP
 c/o Gingo Palumbo Law Group
 Summit One
 4700 Rockside Road #440
 Independence, OH  44131

 Russel S. Drazin
 Suite 2
 4400 Jenifer Street, NW
 Washington, DC  20015

/s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq