IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE: 5410 30th Street DC, LLC     *

                                                                           Case No. 25-19605
                                                  *       Chapter 11

        Debtor(s).                            *

## MOTION TO SHORTEN TIME AND REQUEST FOR EXPEDITED HEARING

       The Movant requests that the Court shorten the time to object to the motion or other paper identified herein in accordance with Local Bankruptcy Rule 9013-7 and for the reasons explained below. If a timely objection is filed or the Court otherwise finds a hearing necessary, the Movant requests that the Court set a hearing on the motion or other paper on the date requested below or as soon as reasonably practicable.

Title of Motion or Other Paper: MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS FOR WILLFUL VIOLATION OF 11 U.S.C. § 362

Requested Hearing Date: December 9, 2025

Reasons for Request: The existence of these documents in the public record creates a negative impact to Debtors prospects for sale of the property, and creates a false appearance that the property is in active foreclosure, thus deterring prospective buyers. The longer these documents remain on the record, the greater the negative impact on potential buyer confidence, showing activity, and potential sale price. Because the sale of this property is the core of the debtor's reorganization efforts, this issue requires urgent correction.

Parties affected by the relief requested in the Motion or Other Paper: IBI Falcon US, LLC / IBI SBL Investment LP

☒ I hereby certify that the reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

                                                                   Respectfully submitted,

Date: December 3, 2025                      /s/ Deirdre T. Johnson, Esq
                                                                   Deirdre T. Johnson, Esq
                                                                   Bar No. MD14227
                                                                   9701 Apollo Dr, Suite 301
                                                                   Upper Marlboro, MD 20774
                                                                   Phone: (301) 742-5385
                                                                   dtjesq@dtjohnsonlaw.com
                                                                   *Proposed Counsel for the Debtor*