IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at GREENBELT

| | | |
|---|---|---|
| IN RE: 5410 30TH Street DC, LLC | * | Case No. 25-19605 |
| | * | Chapter 11 |
| Debtor(s). | * | |

**PROPOSED ORDER GRANTING MOTION TO SHORTEN TIME
AND/OR REQUEST FOR EXPEDITED HEARING**

Having considered the Movant(s)' Motion to Shorten Time and/or Request for Expedited Hearing, it appearing that cause exists to grant the relief requested, and pursuant to Local Bankruptcy Rule 9013-7, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS FOR WILLFUL VIOLATION OF 11 U.S.C. § 362 will be held on the date and time set forth above in Courtroom _____ of the U.S. Bankruptcy Court in Greenbelt, or if no date is set forth above, *a separate Notice or Order of this Court may be issued*; and it is further

ORDERED, that the Movant shall serve by overnight delivery, electronic mail, or facsimile a copy of the MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS FOR WILLFUL VIOLATION OF 11 U.S.C. § 362 and this Order on the affected parties identified in the Motion to Shorten Time and/or Request for Expedited Hearing and file the applicable Certificate of Service within one day of entry of this Order; and it is further

ORDERED, that if no objection is filed by any party in interest to MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS FOR WILLFUL VIOLATION OF 11 U.S.C. § 362may be granted without further notice or hearing.

SO ORDERED.

_____
United States Bankruptcy Judge

Date: _____

**END OF ORDER**