## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of December, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion to Shorten Time and Request for Expedited Hearing and Proposed Order will be served electronically by the Court's CM/ECF system on the following:

    Jeanette Rice   Jeanette.Rice@usdoj.gov

    Maurice VerStandig mac@mbvesq.com

I hereby further certify that on the 3rd day of December, 2025, a copy of the Motion to Request Expedited Hearing was also mailed first class mail, postage prepaid to:

    IBI Falcon US, LLC / IBI SBL Investment LP
    c/o Gingo Palumbo Law Group
    Summit One
    4700 Rockside Road #440
    Independence, OH  44131

    Russel S. Drazin
    Suite 2
    4400 Jenifer Street, NW
    Washington, DC  20015

/s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq