Entered: December 16th, 2025
Signed: December 16th, 2025

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **25–19605 – LSS**   Chapter: **11**

**5410 30th Street DC LLC**
Debtor

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing Motion to Redact and Restrict Public Access at docket entry no.[49], filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above−referenced filing is stricken from the official record of the instant case.

cc:   Debtor
      Attorney for Debtor – Deirdre Theresa Johnson
      Interested Party –

## End of Order

14x01 (rev. 02/02/2006) – DanielWalston