

**Government of the District of Columbia**
Office of Tax
and Revenue
Recorder of Deeds
1101 4th Street, SW
Washington, DC 20024
Phone (202)727-5374

# NOTICE OF FORECLOSURE SALE OF REAL PROPERTY OR CONDOMINIUM UNIT

(Pursuant to Public Low 90-566, approved October 12, 1968)

Square [ ]   Suffix [ ]   Lot [ ]

List Name and adress of each owner of the real property encumbered by said deed of trust, mortgage, or security instrument.)

TO: [ ]
[ ]
[ ]
[ ]

FROM: [ ]   PHONE: [ ]

YOU ARE HEREBY NOTIFIED THAT IN ORDER TO SATISFY THE DEBT SECURED BY THE DEED OF TRUST, MORTGAGE, OR OTHER SECURITY INSTRUMENT, THE REAL PROPERTY OR CONDOMINIUM UNIT HEREIN DESCRIBED WILL BE SOLD AT A FORECLOSURE SALE TO BE HELD ON [ ], 20[ ], AT THE OFFICE OF [ ]
[ ]
[ ] A.M./P.M. THIS SALE DATE IS SUBJECT TO POSTPONEMENT FOR A PERIOD NOT TO EXCED THIRTY (30) CALENDAR DAYS FROM THE ORIGINAL DATE OF FORECLOSURE SALE, AFTER WHICH THIS NOTICE OF FORECLOSURE SHALL EXPIRE.

Security Instrument recorded in the land records of the District of Columbia at the Recorder of Deed on [ ], 20[ ].

Liber: [ ]   Folio: [ ]   Instrument No: [ ]

Maker(s) of the Note secured by the instrument: [ ]
[ ]                    [ ]
Phone                    Last Known Address

Description of Property: [ ]
(two-story brick, dwelling, apartment building, vacant lot condominium unit, etc.)

Address: [ ]

Square: [ ]   Lot: [ ]   or Parcel No: [ ]

Holder of the Note (Name): [ ]
Phone: [ ]   Address: [ ]

Balance owed on the Note: $[ ]
Minimum balance required to cure default obligation pursuant to D.C. Law 5-82 ìRight to Cure a Residential Mortgage Foreclosure DefaultAct of 1984.î
$[ ]

Name of person to contact to stop foreclosure sale: [ ]
Address: [ ]   Phone: [ ]



**Government of the District of Columbia**
Office of Tax and Revenue
Recorder of Deeds
1101 4th Street, SW
Washington, DC 20024
Phone (202)727-5374

## NOTICE OF FORECLOSURE SALE OF REAL PROPERTY OR CONDOMINIUM UNIT

Square [ ]    Suffix [ ]    Lot [ ]

    I hereby certify that a Notice of Foreclosure Sale was sent to the present owner(s) of the real property encumbered by the said deed of trust, mortgage, or other security instrument described above, by certified mail, return receipt required on [ ] ,20[ ]; and I further certify that I understand that Public Law 90-566 prohibits any foreclosure sale under a power of sale provision contained in any deed of trust, mortgage, or other security instrument until after the owner(s) of the real property encumbered by the said deed of trust, mortgage, or security instrument has been given written notice of such sale, and the Recorder of Deeds, D.C. has received a copy of such notice at least 30 days in advance of such sale.

[ ]
Date          _____
                    (Signature of Noteholder or his agent)

I, [ ] , a Notary Public in and for the [ ] , DO HEREBY CERTIFY THAT [ ] who is personally well known to me as a party(ies) to this Notice of Foreclosure Sale bearing on the [ ] day of [ ] , 20[ ], personally appeared before me and executed the said Notice of Foreclosure Sale and acknowledged the same to be [ ] act and deed.

    Given under my hand and seal this [ ] day of [ ] , 20[ ].

_____
Notary Public

My Commission Expires: [ ]
                          mmddyyyy