IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re: ) | Case No. 25-19605-LSS |
| ) | (Chapter 11) |
| 5410 30TH STREET DC LLC ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |

**ORDER DENYING MOTION TO ENFORCE
THE AUTOMATIC STAY AND FOR SANCTIONS**

Upon consideration of the motion to enforce the automatic stay and for sanction, DE #60 (the "Motion"), filed by 5410 30th Street DC LLC, the opposition of IBI Falcon US LLC and IBI SBL Investment LP thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, DENIED.


Copies: All counsel of record

1