Entered: December 30th, 2025
Signed: December 29th, 2025

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **25−19605 − LSS**   Chapter: **11**

**5410 30th Street DC LLC**
Debtor

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing Amendment to List of Creditors.at docket no.[57], filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above−referenced filing is stricken from the official record of the instant case.

cc:   Debtor
      Attorney for Debtor − Deirdre Theresa Johnson
      Interested Party −
      Case Trustee − For Internal Use Only

**End of Order**

14x01 (rev. 02/02/2006) − DanielWalston