# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **25–19605 – LSS**   Chapter: **11**

**5410 30th Street DC LLC**
Debtor

# NOTICE

In person hearing Courtroom 3–E Greenbelt, Judge Simpson.

PLEASE TAKE NOTICE that a hearing will be held

on 1/26/26 at 10:00 AM

to consider and act upon the following:

60 – Motion for Sanctions / Motion to Enforce Automatic Stay Filed by 5410 30th Street DC LLC. (Attachments: # 1 Notice of Motion # 2 Proposed Order # 3 Certificate of Service) (Johnson, Deirdre)

68 – Opposition on behalf of IBI SBL Investment LP, IBI Falcon US LLC Filed by Maurice Belmont VerStandig (related document(s)60 Motion for Sanctions filed by Debtor 5410 30th Street DC LLC). (Attachments: # 1 Exhibit A – Notice of Foreclosure Sale of Real Property or Condominium Unit # 2 Proposed Order) (VerStandig, Maurice)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 12/30/25

                              Mark A. Neal, Clerk of Court
                              by Deputy Clerk, Daniel Walston
                              301–344–3496

Form ntchrgmdb (rev. 08/13/2024)