IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**MOTION TO CONTINUE (OR ADVANCE) HEARING ON MOTION
TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS**

Come now IBI Falcon US LLC ("IBI Falcon") and IBI SBL Investment LP, by and through undersigned counsel, pursuant to Local Rule 9013-7, and move this Honorable Court to either continue, or advance, the hearing scheduled on motion to enforce the automatic stay (the "Motion to Enforce"), DE #60, filed by 5410 30th Street DC LLC (the "Debtor"), and currently scheduled for January 26, 2026, DE #76, with IBI Falcon requesting the hearing either be (i) advanced to January 21 or 22, 2026; or (ii) continued to a date after January 26, 2026, and states as follows:

Undersigned counsel has a longstanding personal obligation, outside of the Washington metropolitan area, from January 23, 2026 through January 26, 2026. The obligation is purely personal in nature (not being a conflicting professional engagement), has absolutely no relation to IBI Falcon, and is of no relation to this case. But the obligation prevents counsel from being able to be present for a hearing on January 26, 2026.

IBI Falcon is absolutely *not* looking to delay the hearing on the Motion to Enforce and, as noted above, intentionally seeks alternate hearing dates that include two dates in advance of the currently-scheduled date. IBI Falcon does, however, obviously wish to have the services of its counsel at the hearing on the Motion to Enforce, and thusly seeks either an advancement or continuance of the hearing date.

1

WHEREFORE, IBI Falcon respectfully prays this Honorable Court (i) advance the hearing on the Motion to Enforce, to either January 21, 2026 or January 22, 2026; (ii) in the alternative, continue the hearing on the Motion to Enforce, to a date after January 26, 2026; and (ii) afford such other and further relief as may be just and proper.

                Respectfully submitted,

Dated: January 2, 2026                By: /s/ Maurice B. VerStandig
                                          Maurice B. VerStandig, Esq.
                                          Bar No. 18071
                                          The VerStandig Law Firm, LLC
                                          9812 Falls Road, #114-160
                                          Potomac, Maryland 20854
                                          Phone: (301) 444-4600
                                          Facsimile: (301) 444-4600
                                          mac@mbvesq.com
                                          *Counsel for IBI Falcon US LLC and*
                                          *IBI SBL Investment LP*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of January, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Deirdre Theresa Johnson   dtjesq@dtjohnsonlaw.com
- L. Jeanette Rice   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt   USTPRegion04.GB.ECF@USDOJ.GOV

                                          /s/ Maurice B. VerStandig
                                          Maurice B. VerStandig