IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION TO CONTINUE (OR ADVANCE) HEARING ON MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS**

Upon consideration of the motion to continue (or advance) hearing on motion to enforce the automatic stay, DE #79 (the "Motion"), filed by IBI Falcon US LLC and IBI SBL Investment LP, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the hearing on the underlying motion to enforce the automatic stay be, and hereby is, advanced (or continued) to the date set forth in the top right of this order.

Copies: All counsel of record

1