**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MARYLAND (GREENBELT DIVISION)**

In re:

5410 30th Street DC, LLC,                                             Case No.: 25-19605

    Debtor                                                                         Chapter 11

---

**MOTION TO ADVANCE (OR CONTINUE) HEARING
ON DEBTOR'S MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR
SANCTIONS FOR WILLFUL VIOLATION OF 11 U.S.C. § 362**

    Debtor, by and through undersigned counsel, hereby moves this Honorable Court to continue (or advance) the in-person hearing scheduled for January 26, 2026 on the Debtor's Motion to Enforce the Automatic Stay and for Sanctions for Willful Violation of 11 U.S.C. § 362, and in support thereof, states the following:

    Undersigned counsel is scheduled for foot surgery at 7am on the morning of January 26, 2026. Counsel will not be able to stand for thirty (30) days post-surgery, and would not be able to attend an in-person hearing until after February 26, 2025. Counsel has an all-day hearing previously scheduled for January 23, 2026.

    WHEREFORE, the Debtor hereby respectfully requests that this Honorable Court enter an order:

    A. Advancing the in-person hearing date to January 21, 2026 or January 22, 2026

    B. Continuing the in-person hearing date to a date after February 26, 2025

    C. Schedule a virtual hearing after February 1, 2025

Respectfully submitted,

Date: January 6, 2026

/s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com
*Proposed Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of January, 2026, a copy of the foregoing was served electronically upon filing by the Court's CM/ECF system, with copies to:

| | |
|---|---|
| Jeanette Rice | Jeanette.Rice@usdoj.gov |
| Maurice VerStandig | mac@mbvesq.com |
| US Trustee | USTPRegion04.GB.ECF@USDOJ.GOV |

/s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq