UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND (GREENBELT DIVISION)

In re:

5410 30th Street DC, LLC,                                              Case No.: 25-19605

    Debtor                                                                    Chapter 11

---

# ORDER GRANTING DEBTORS MOTION TO ADVANCE (OR CONTINUE) HEARING ON DEBTOR'S MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS FOR WILLFUL VIOLATION OF 11 U.S.C. § 362

Upon consideration of the Motion to Advance (or Continue) hearing on Motion to Enforce the Automatic Stay (the "Motion"), filed by the Debtor, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, it is hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the hearing on the underlying motion to enforce the automatic stay be, and hereby is, advanced (or continued) to the date set forth in the top right of this order.

cc: Debtor
    Attorney for Debtor – Deirdre T. Johnson
    Attorney for IBI Falcon – Maurice VerStandig
    Case Trustee

**End of Order**