Entered: January 6th, 2026
Signed: January 6th, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **25–19605 – LSS**   Chapter: **11**

**5410 30th Street DC LLC**
Debtor

**ORDER GRANTING MOTION TO RESTRICT PUBLIC ACCESS TO SUPPORT DOCUMENT– BANK STATEMENT AT DOCKET ENTRY NO.[46]**

This matter came before the Court on the Motion to restrict public access to personal identification information contained in a document filed in this case at the document number indicated above.

The Court, having considered the Motion, finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 157 and 1334(b), (ii) no further notice is necessary to grant the relief requested, and (iii) based on the Motion, the pleadings in this case, including the document at issue, and the applicable law, cause exists for granting the relief requested in the Motion. It is therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Court shall retain jurisdiction relating to the implementation and interpretation of this Order; and it is further

ORDERED, that the document as specified in the Motion shall be restricted from public access; and it is further

ORDERED, that the Clerk shall docket the redacted document in accordance with Fed. R. Bankr. P. 9037(h)(2); and it is further

ORDERED, that the movant shall serve copies of this Order to the Debtor, counsel for the Debtor, the case trustee, and the U.S. Trustee, and any individual whose personal identifying information has been restricted from public access within fourteen (14) days of the date of entry of this Order.

## End of Order

46x01 (rev. 12/01/2019) – DanielWalston