Entered: January 6th, 2026
Signed: January 6th, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **25–19605 – LSS**    Chapter: **11**    Doc No.: **79**

**5410 30th Street DC LLC**
Debtor

---

## ORDER CONTINUING HEARING ON MOTION FOR SANCTIONS SET FOR
## JANUARY 26, 2026

Upon consideration of the motions for continuance filed in the above–captioned matter by Debtor and IBI Falcon US LLC, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the hearing scheduled for January 26, 2026, is continued; and it is further,

ORDERED, that the parties shall meet and confer and coordinate with the Courtroom Deputy to select a new in-person hearing date, then file a line informing the Court of the chosen date.**.**

cc:    All Parties
       All Counsel

### End of Order