United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-19605-LSS |
| 5410 30th Street DC LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 06, 2026 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 5410 30th Street DC LLC, 12138 Central Ave, Bowie, MD 20721-1910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 08, 2026 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 4

Entered: January 6th, 2026
Signed: January 6th, 2026

**SO ORDERED**



**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **25-19605 - LSS**    Chapter: **11**

**5410 30th Street DC LLC**
Debtor

**ORDER GRANTING MOTION TO RESTRICT PUBLIC ACCESS TO SUPPORT DOCUMENT– BANK STATEMENT AT DOCKET ENTRY NO.[46]**

This matter came before the Court on the Motion to restrict public access to personal identification information contained in a document filed in this case at the document number indicated above.

The Court, having considered the Motion, finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 157 and 1334(b), (ii) no further notice is necessary to grant the relief requested, and (iii) based on the Motion, the pleadings in this case, including the document at issue, and the applicable law, cause exists for granting the relief requested in the Motion. It is therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Court shall retain jurisdiction relating to the implementation and interpretation of this Order; and it is further

ORDERED, that the document as specified in the Motion shall be restricted from public access; and it is further

ORDERED, that the Clerk shall docket the redacted document in accordance with Fed. R. Bankr. P. 9037(h)(2); and it is further

ORDERED, that the movant shall serve copies of this Order to the Debtor, counsel for the Debtor, the case trustee, and the U.S. Trustee, and any individual whose personal identifying information has been restricted from public access within fourteen (14) days of the date of entry of this Order.

**End of Order**

46x01 (rev. 12/01/2019) – DanielWalston