# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2026, a copy of the foregoing Order Granting Motion to Restrict Public Access to Support Document – Bank Statement at Docket Entry No. [46] was served via first class mail pursuant to Local Bankruptcy Rules of the District of Maryland upon:

>Jeanette Rice
>The Office of the United States Trustee
>6305 Ivy Lane, Suite 600
>Greenbelt, MD  20770

>5410 30th Street DC, LLC
>2011 Brooks Dr #130
>District Heights, MD 20747

>Deirdre T. Johnson, Esq
>9701 Apollo Dr, Suite 301
>Upper Marlboro, MD  20774

/s/ Deirdre T. Johnson, Esq
---
Deirdre T. Johnson, Esq

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND (GREENBELT DIVISION)

In re:

5410 30th Street DC, LLC,                                                              Case No.: 25-19605

    Debtor                                                                              Chapter 11

---

**DECLARATION IN SUPPORT OF APPLICATION TO
APPROVE EMPLOYMENT OF DEIRDRE T. JOHNSON, ESQ.
AS GENERAL REORGANIZATION COUNSEL TO
5410 30TH STREET DC, LLC**

1. My name is Deirdre T. Johnson, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am an attorney licensed to practice before the Courts in the State of Maryland, and the United States District and Bankruptcy Courts for the District of Maryland

3. I maintain a mailing address of 9701 Apollo Dr, Suite 301, Upper Marlboro, MD 20774

4. I represent no other entity in connection with this case, and am disinterested as that term is defined in 11 U.S.C. §101(14). I (i) am not a creditor, an equity security holder, or an insider of the Debtor; (ii) I am not and was not, within two years before the date of filing of the petition for relief, a director, officer or employee of the Debtor; (iii) I do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason. Further, I hold no interest adverse to the interest of the Debtor; and (iv) I am a personal friend of Zanetta Williams, the LLC's sole member, which is hereby disclosed pursuant to Fed. R. Bankr. P. 2014.

5.     On August 29, 2025, shortly before the petition for relief herein was filed, I was paid in full One Thousand Five Hundred Dollars and No Cents ($1,500.00), pursuant to a pre-petition retainer tendered by the Debtor, for all bankruptcy-related services. I understand that such compensation will be subject to Court approval under 11 U.S.C. §§330–331.

6.     Excepting as disclosed above, I have no connection with the Debtor, the Debtor's creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

7.     All facts contained in the application to which this declaration is affixed are true and correct to the best of my knowledge.

I, Deirdre T. Johnson, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Respectfully submitted,

Date: December 2, 2025

_____
Deirdre T. Johnson, Esq
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com
*Proposed Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND (GREENBELT DIVISION)

In re:

| | |
|---|---|
| **5410 30th Street DC, LLC**, | Case No.: 25-19605 |
| Debtor | Chapter 11 |

## PROPOSED ORDER AUTHORIZING EMPLOYMENT OF COUNSEL PURSUANT TO FED. R. BANKR. P. 2014

Upon consideration of the Debtor's Application to Employ **Deirdre T. Johnson, Esq** as bankruptcy counsel, and the Declaration of the person to be employed submitted pursuant to Fed. R. Bankr. P. 2014, it is hereby

ORDERED that the application is **GRANTED**; and it is further

ORDERED that the Debtor is authorized to employ **Deirdre T. Johnson, Esq** as counsel pursuant to 11 U.S.C. §327; and it is further

ORDERED that compensation shall be subject to approval under 11 U.S.C. §§330–331.

Date: _____

_____
United States Bankruptcy Judge