Entered: January 26th, 2026
Signed: January 26th, 2026
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MARYLAND (GREENBELT DIVISION)

In re:

**5410 30th Street DC, LLC,**                                        Case No.: 25-19605

    Debtor                                                                   Chapter 11

---

### ORDER AUTHORIZING EMPLOYMENT OF COUNSEL PURSUANT TO FED. R. BANKR. P. 2014

Upon consideration of the Debtor's Application to Employ **Deirdre T. Johnson, Esq** as bankruptcy counsel, and the Declaration of the person to be employed submitted pursuant to Fed. R. Bankr. P. 2014, it is hereby

ORDERED that the application is **GRANTED**; and it is further

ORDERED that the Debtor is authorized to employ **Deirdre T. Johnson, Esq** as counsel pursuant to 11 U.S.C. §327; and it is further

ORDERED that compensation shall be subject to approval under 11 U.S.C. §§330–331.

cc:  Debtor
     Attorney for Debtor – Deirdre T. Johnson
     Case Trustee

**End of Order**