October 12, 2025

5410 30TH STREET DC LLC
ZANETTA MARIE WILLIAMS
12138 Central Avenue, Suite 388, Bowie, Maryland 20721

Re: $2,222,000.00 Dated: May 3rd, 2023
Property: 5631 MacArthur Boulevard Northwest, Washington, D.C. 20016

Dear Borrower:

On behalf of IBI Falcon US LLC, a Delaware limited liability company (the "Lender"), we are providing you a settlement letter on the above mortgage loan per your request, conditioned on a payoff by October 15, 2025 ("Payoff Date"). Subject to any payment or advancements made or fees incurred, the amounts due to satisfy the mortgage on the payoff date are as follows:

| | |
|---|---|
| Principal | $2,222,000.00 |
| Outstanding interest due from 06/27/2024-10/15/2025 | $365,651.91 |
| Extension fee 1% Until 06/30/2025 | $22,220.00 |
| Forbearance fee 2% | $44,440.00 |
| Extension fee 1% Until 09/30/2025 | $22,220.00 |

Total    $2,676,531.91

There shall be an adjustment for the per-diem amount of 1,481.33$ per day for later payment. This settlement letter is subject to advancements made by the lender, or other fees or expenses incurred before the loan's payoff in full, including attorney's fees and costs. It shall not diminish or waive in any way the lender's right under the notes, mortgages, or other loan documents. This letter is for settlement purposes and shall expire and be null and void if not paid in full on or before the payoff Date.

Payment should be sent by wire to:

Bank Name: Valley National Bank
Bank Swift: ▇▇▇▇▇▇▇▇
Bank ABA/Routing: ▇▇▇▇▇▇▇▇
Account Name: IBI Falcon High Yield, LP
Account Number: ▇▇▇▇▇▇▇▇

Please Reference this transaction in the written memo. Call to confirm wire instructions to prevent fraud. Contact us if any other method of payment is required.