| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 25-19605<br>District of Maryland<br>Greenbelt<br>Thu Jan 29 05:21:22 EST 2026 | 5410 30th Street DC LLC<br>12138 Central Ave<br>Bowie, MD 20721-1910 | IBI Falcon US LLC<br>c/o The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 |
| IBI SBL Investment LP<br>c/o The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 | U.S. Trustee<br>Office of The United States Trustee<br>6305 Ivy Lane<br>Suite 600<br>Greenbelt, MD 20770-6305 | Attn: Albeiro Medina<br>T&AA Construction, and Any/ All Affiliat<br>11820 Parklawn Dr, Suite 380<br>Rockville, MD 20852-2526 |
| BHI Construction, and Any/All Affiliates<br>9342 Annapolis Rd<br>Lanham, MD 20706-3104 | City Concrete, and Any/ All Affiliates<br>9284 Corp Circle<br>Manassas, VA 20110 | DC Municipal Investments, LLC<br>c/o: Heidi S. Kenny, Esq<br>Kenny Law Group, LLC<br>11426 York Rd, 1st Floor<br>Cockeysville, MD 21030-1800 |
| DC Office of Tax & Revenue<br>Office of CFO<br>1101 4th St, SW<br>Washington, DC 20024-4457 | (p)DC WATER<br>ATTN COLLECTIONS DEPARTMENT<br>1385 CANAL STREET SE<br>WASHINGTON DC 20003-5015 | Fund That Flip<br>1300 E. 4th St, Suite 1310<br>Cleveland, OH 44114 |
| IBI SBL Investment LP<br>IBI Falcon us, LLC<br>c/o Maurice B. VerStandig<br>The VerStandig Law Firm<br>9812 Falls Rd, #114-160<br>Potomac, MD 20854-3976 | Kylie Properties, LLC<br>712 H St, NE #540<br>Washington, DC 20002-3627 | PEPCO<br>701 9th St, NW<br>Washington, DC 20068<br>DC Water<br>1385 Canasl St, SE<br>Washington, DC 20003-5015 |
| Santorini Capital LLC, and Any/All Affiliate<br>2000 Massachusetts Ave, NW<br>Washington, DC 20036-1022 | US Trustee - Greenbelt<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | Washington Gas<br>Attn: Customer Care<br>6801 Industrial Rd<br>Springfield, VA 22151-4205 |
| Yonis Benitez<br>612 Oglethorpe St, NW<br>Washington, DC 20011-2037 | Deirdre Theresa Johnson<br>9701 Apollo Dr<br>Suite 301<br>Suite 301<br>Upper Marlboro, MD 20774-4790 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DC Water
1385 Canasl St, SE
Washington, DC 20003

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)For Internal Use Only

End of Label Matrix
Mailable recipients    19
Bypassed recipients     1
Total                  20