IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## **WITNESS AND EXHIBIT LIST**

Come now IBI Falcon US LLC and IBI SBL Investment LP, by and through undersigned counsel, and furnish this list of witnesses to be called, and exhibits to be introduced, at a hearing on the motion to enforce the automatic stay, DE #60, filed by 5410 30th Street DC LLC (the "Debtor"):

**Witnesses**

1. Any witness designated by the Debtor (without regard to the scope of examination by the Debtor)

2. Any witness necessary to offer rebuttal or impeachment evidence

**Exhibits**

Creditor Exhibit 1.    Petition for Relief (DE #1)

Creditor Exhibit 2.    Certificate of Notice (DE #7)

Creditor Exhibit 3.    Exhibits to be offered for rebuttal or impeachment purposes

*[Certificate of Service on Following Page]*

1

Respectfully submitted,

Dated: February 4, 2026

By: /s/ Maurice B. VerStandig
    Maurice B. VerStandig, Esq.
    Bar No. 18071
    The VerStandig Law Firm, LLC
    9812 Falls Road, #114-160
    Potomac, Maryland 20854
    Phone: (301) 444-4600
    Facsimile: (301) 444-4600
    mac@mbvesq.com
    *Counsel for IBI Falcon US LLC and IBI SBL Investment LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Deirdre Theresa Johnson    dtjesq@dtjohnsonlaw.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV

/s/ Maurice B. VerStandig
Maurice B. VerStandig