Entered: February 5th, 2026
Signed: February 4th, 2026

**SO ORDERED**

The hearing is scheduled for March 3, 2026 at 10:30 a.m. in Courtroom 3E, 6500 Cherrywood Lane, Greenbelt, MD, 20770.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **25–19605 – LSS**   Chapter: **11**

**5410 30th Street DC LLC**
Debtor

### ORDER SETTING HEARING TO
### CONVERT CHAPTER 11 TO CHAPTER 7

IBI Falcon US LLC (IBI Falcon) and IBI SBL Investment LP, having filed a motion to convert, it is, pursuant to Federal Bankruptcy Rule 2002(a), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to convert will be held on the date and time set forth above, in Courtroom 3E of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770; and it is further

ORDERED, that if no objection is filed by any party in interest to IBI Falcon US LLC (IBI Falcon) and IBI SBL Investment LP,'s motion to convert within fourteen (14) days after the date a copy of this Order is served, the motion to convert may be granted without a hearing.

cc:   Debtor
      Attorney for Debtor – Deirdre Theresa Johnson
      Case Trustee – For Internal Use Only
      All Creditors
      All parties in interest

### End of Order

13x04 (rev. 05/02/2017) – DanielWalston