UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND (GREENBELT DIVISION)

| | |
|---|---|
| In re: | Case No.: 25-19605 |
| 5410 30th Street DC, LLC, | |
|     Debtor | Chapter 11 |

**DEBTOR'S REQUEST FOR HEARING ON**
**MOTION TO CONVERT CASE TO CHAPTER 7**

The Debtor, by and through undersigned counsel, respectfully requests that the Court schedule a hearing on the Motion to Convert Chapter 11 Case to Chapter 7 (the "Motion") filed by IBI Falcon on January 29, 2026 at ECF No. 95.

In support of this Request, the Debtor states:

1. The Motion seeks conversion of this Chapter 11 case to Chapter 7 pursuant to 11 U.S.C. § 1112.

2. The Motion raises contested issues of fact and law, including but not limited to:

    a. Whether "cause" exists to convert the case;

    b. Whether conversion or dismissal is in the best interests of creditors and the estate; and

    c. Whether unusual circumstances exist demonstrating that conversion is not warranted.

3. The Debtor has filed an Opposition to the Motion and disputes that cause exists for conversion under § 1112(b).

4. Because the Motion is contested and will require presentation of evidence and argument, the Debtor respectfully requests that the Court set this matter for an evidentiary hearing.

5. The Debtor estimates that the hearing will require approximately ninety (90) minutes of court time.

WHEREFORE, the Debtor respectfully requests that the Court schedule a hearing on the Motion to Convert at the Court's earliest available date and grant such other relief as is just and proper.

Respectfully submitted,

Date: February 7, 2026

/s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com
*Counsel for the Debtor*