# **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of February, 2026, a copy of the foregoing Debtor's Opposition to Motion to Convert Case to Chapter 7 and Request for Hearing was served by US Mail (First Class) pursuant to Local Bankruptcy Rules of the District of Maryland upon:

    Jeanette Rice
    The Office of the United States Trustee
    6305 Ivy Lane, Suite 600
    Greenbelt, MD  20770

    And

    All Creditors and Parties in Interest as listed on the Court's Mailing Matrix (attached)


/s/ Deirdre T Johnson, Esq
_____
Deirdre T. Johnson, Esq
Deirdre T Johnson, Attorney at Law
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20772