United States Bankruptcy Court
District of Maryland

In Re: 5410 30th Street DC, LLC					Case Number: 25-19605

Debtor(s)							Chapter: 11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 2/7/26			Signature of Debtor(s):   /s/ Zanetta Williams
                                                  /s/