IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**MOTION TO CONTINUE (OR ADVANCE) HEARING ON MOTIONS
FOR SANCTIONS AND TO CONVERT TO CHAPTER 7**

Come now IBI Falcon US LLC ("IBI Falcon") and IBI SBL Investment LP, by and through undersigned counsel, pursuant to Local Rule 9013-7, and move this Honorable Court to either continue, or advance, the hearing scheduled on motion to enforce the automatic stay (the "Motion to Enforce"), DE #60, filed by 5410 30th Street DC LLC (the "Debtor"), as well as the motion to convert (the "Motion to Convert"), DE #95, filed by IBI Falcon, both of which are currently scheduled for March 3, 2026, DE #98-99, with IBI Falcon requesting the hearings either be (i) advanced to March 2, 2026; or (ii) continued to a date as soon as practicable after March 3, 2026, and states as follows:

Undersigned counsel represents 41 substantively consolidated retail debtors in the business of operating Hallmark stores, in chapter 11 proceedings in the District of Columbia. *See In re Banners of Abingdon, et al.*, Case No. 25-378-ELG (Bankr. D.D.C. 2025). A hearing on confirmation of the debtors' plan of reorganization is currently scheduled for March 3, 2026, commencing at 11:00 am. *Id.* at DE #169. It is not presently known the degree to which plan confirmation will—or will not—be contested, other than to observe (i) the United States Trustee has indicated an intent to object to certain provisions; and (ii) there are approximately 285 creditors

1

in the case, many (albeit far from most) of whom are represented by counsel. So the probability of an at least semi-contested confirmation hearing is rather high.

Accordingly, undersigned counsel has a conflict on March 3, 2026. Attempting to move the District of Columbia confirmation hearing is not pragmatic for myriad self-evident reasons. So a continuance (or advancement) of the hearings in this case is respectfully requested. Counsel is free the day before and can be available most days after; there is no desire or intent to cause delay or prejudice—there is simply (and, unfortunately, for the second time now) a scheduling conflict that does not readily lend itself to resolution absent rescheduling of a hearing.

WHEREFORE, IBI Falcon respectfully prays this Honorable Court (i) advance the hearing on the Motion to Enforce and the Motion to Convert, to March 2, 2026; (ii) in the alternative, continue the hearing to a date after March 3, 2026; and (ii) afford such other and further relief as may be just and proper.

Respectfully submitted,

Dated: February 13, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for IBI Falcon US LLC and IBI SBL Investment LP*

*[Certificate of Service on Following Page]*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of February, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Deirdre Theresa Johnson    dtjesq@dtjohnsonlaw.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV

/s/ Maurice B. VerStandig
Maurice B. VerStandig
