IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO CONTINUE (OR ADVANCE) HEARING ON MOTIONS FOR SANCTIONS AND TO CONVERT TO CHAPTER 7**

Upon consideration of the motion to continue (or advance) hearing on motions for sanctions and to convert to chapter 7 (the "Motion"), filed by IBI Falcon US LLC and IBI SBL Investment LP, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the hearing on the underlying motions (i) for sanctions; and (ii) to convert this case to chapter 7, be, and hereby are, advanced (or continued) to the date set forth in the top right of this order.

Copies: All counsel of record

1