UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND (GREENBELT DIVISION)

In re:

5410 30th Street DC, LLC,                                               Case No.: 25-19605

    Debtor                                                                   Chapter 11

---

**DEBTOR RESPONSE TO MOTION TO CONTINUE (OR ADVANCE) HEARING ON MOTIONS FOR SANCTIONS AND TO CONVERT TO CHAPTER 7**

    Debtor, by and through undersigned counsel, hereby provides the following response to Creditor IBI Falcon's MOTION TO CONTINUE (OR ADVANCE) HEARING ON MOTIONS FOR SANCTIONS AND TO CONVERT TO CHAPTER 7 (DE #108):

    Undersigned counsel is not opposed to the Creditor's Motion, but requests that the hearing is continued rather than advanced. Debtor's Counsel further states that she is unavailable on March 4th and March 11th, 2026 due to previously-scheduled conflicts.

    Respectfully submitted,

Date: February 17, 2026

/s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of February, 2026, a copy of the foregoing DEBTOR RESPONSE TO MOTION TO CONTINUE HEARING was served electronically upon filing by the Court's CM/ECF system, with copies to:

| | |
|---|---|
| Jeanette Rice | Jeanette.Rice@usdoj.gov |
| Maurice VerStandig | mac@mbvesq.com |
| US Trustee | USTPRegion04.GB.ECF@USDOJ.GOV |

/s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq