**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MARYLAND (GREENBELT DIVISION)**

| | | |
|---|---|---|
| In re: | | |
| 5410 30th Street DC, LLC, | | Case No.: 25-19605 |
| Debtor | | Chapter 11 |

### WITNESS AND EXHIBIT LISTS

Come now the Debtor, by and through undersigned counsel, and furnishes this list of witnesses to be called, and exhibits to be introduced, at the hearing on the Debtor's Motion to Enforce the Automatic Stay (DE #60):

#### WITNESSES

1. Zanetta Williams, Sole Member, 5410 30th Street DC, LLC
2. Any witness designated by the Creditor IBI Falcon (without regard to the scope of examination by the Creditor)
3. Any witness necessary to offer rebuttal or impeachment evidence

#### EXHIBITS

Debtor Exhibit 1 -  Affidavit of Foreclosure 11-13-25

Debtor Exhibit 2 -  Michael Palumbo Email #1

Debtor Exhibit 3 – Michael Palumbo Email #2

Debtor Exhibit 4 – Certificate of Notice (DE #7)

Debtor Exhibit 5 – Undeliverable Mail Notice

Debtor Exhibit 6 – DC Municipal Regulation Section 26-C2727.1

Debtor Exhibit 7 – Evidence of negative Impact - REDACTED

Debtor Exhibit 8 – Verification of Creditor Matrix  (DE #25)

Debtor Exhibit 9 - Any Exhibits to be offered for rebuttal or impeachment purposes

Respectfully submitted,

Date: February 19, 2026

/s/ Deirdre T. Johnson, Esq

Deirdre T. Johnson, Esq
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of February, 2026, a copy of the foregoing DEBTOR'S WITNESS AND EXHIBIT LISTS was served electronically upon filing by the Court's CM/ECF system, with copies to:

| | |
|---|---|
| Jeanette Rice | Jeanette.Rice@usdoj.gov |
| Maurice VerStandig | mac@mbvesq.com |
| US Trustee | USTPRegion04.GB.ECF@USDOJ.GOV |

/s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq