


📘 D.C. Municipal Regulations (Last Updated: September 13, 2017)
- Title 26. INSURANCE, SECURITIES, AND BANKING
  - SubTilte 26-C. BANKING AND FINANCIAL INSTITUTONS
    - Chapter 26-C27. FORECLOSURE MEDIATION

## Section 26-C2727. FORECLOSURE OF A SECURITY INTEREST OTHER THAN A RESIDENTIAL MORTGAGE

*Latest version.*

2727.1   A lender or trustee that initiates a foreclosure pursuant to a security interest other than a residential mortgage shall file and record with the District of Columbia Office of the Recorder of Deeds an Affidavit of Non-Residential Mortgage Foreclosure (Form FM-6) prior to, or contemporaneously with, a Notice of Foreclosure pursuant to Section 539 of the Act (D.C. Official Code § 42-815).

2727.2   The Affidavit of Non-Residential Mortgage Foreclosure (Form FM-6) shall be in the form prescribed by the Commissioner and available on the Commissioner's website at http://disb.dc.gov, and shall include all information required in Form FM-6.

**AUTHORITY**

Section 539b of An Act to establish a code of law for the District of Columbia, approved March 3, 1901 (31 Stat. 1189; D.C. Official Code § 42-815.02(j) (2012 Repl.)), and Mayor's Order 2011-51, dated March 2, 2011.

**SOURCE**

Emergency and Proposed Rulemaking published at 58 DCR 2958 (April 8, 2011) [EXPIRED]; as amended by Emergency and Proposed Rulemaking published at 58 DCR 8247 (September 23, 2011)[EXPIRED]; as amended by Final Rulemaking published at 58 DCR 11469 (December 30, 2011); as amended by Final Rulemaking published at 61 DCR 6390 (June 27, 2014).

Disclaimer | Terms of Use | Privacy Policy | Contact Us | Feedback
Copyright © 2026 by eLaws. All rights reserved.