FW: MacArthur Boulevard

From: _____

To: zanettaw@yahoo.com

Date: Monday, February 9, 2026 at 02:50 PM EST

**EXHIBIT 7**

**REDACTED**

From: _____
Sent: Monday, February 9, 2026 11:47 AM
To: _____
Cc: _____
Subject: FW: MacArthur Boulevard

I asked _____ to translate the title work, lol.  Below is ____ 'summary.

Thanks,

From: _____
Sent: Monday, February 9, 2026 11:38 AM
To: _____
Subject: RE: MacArthur Boulevard

Hello again, _____

Here is the summary.  Title shows 3 open Deeds of Trust as follows:

1. DOT for $2,222,000.00 recorded 5/10/23 as Inst. #39109, last assigned to IBI Falcon US, LLC.  Further secured by a UCC Statement.  **This loan is in Foreclosure** – See Foreclosure Affidavit recorded 11/13/25 as Inst. #110562 and Deed of Appt. of Sub Trustee recorded 11/19/25 as Inst. #112580.
2. DOT for $374,500.00 recorded 2/9/24 as Inst. #12684 securing Santorini Capital, LLC .
3. DOT for $404,800.00 recorded 4/18/25 as Inst. #38726 securing Santorini Capital, LLC.