# United States Bankruptcy Court
## District of Maryland

In Re: **5410 30th Street DC, LLC**  Case Number: 25-19605

Debtor(s)  Chapter: 11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 2/7/26  Signature of Debtor(s): /s/ Zanetta Williams
/s/

Attn: Albeiro Medina
T&AA Construction, and Any / All Affiliates
11820 Parklawn Dr, Suite 380
Rockville, MD 20852


BHI Construction, and Any/All Affiliates
9342 Annapolis Rd
Lanham, MD 20706


City Concrete, and Any / All Affiliates
9284 Corp Circle
Manassas, VA 20110


DC Municipal Investments, LLC
c/o: Heidi S. Kenny, Esq
Kenny Law Group, LLC
11426 York Rd, 1st Floor
Cockeysville, MD 21030


DC Office of Tax & Revenue
Office of CFO
1101 4th St, SW
Washington, DC 20024


DC Water
1385 Canal St, SE
Washington, DC 20003


Fund That Flip
1300 E. 9th St, Suite 1310
Cleveland, OH 44114


IBI SBL Investment LP
IBI Falcon US, LLC
c/o Gingo Palumbo Law Group
Summit One
4700 Rockside Road #440

Independence, OH 44131


Kylie Properties, LLC
712 H St, NE #540
Washington, DC 20002


Maurice B. VerStandig
The VerStandig Law Firm
9812 Falls Rd, #114-160
Potomac, MD 20854


PEPCO
701 9th St, NW
Washington, DC 20068


Santorini Capital LLC, and Any/All Affiliates
Suite 200
2000 Massachusetts Ave, NW
Washington, DC 20036


Washington Gas
Attn: Customer Care
6801 Industrial Rd
Springfield, VA 22151


Yonis Benitez
612 Oglethorpe St, NW
Washington, DC 20011