Entered: February 24th, 2026
Signed: February 24th, 2026

**SO ORDERED**

The hearing is rescheduled to April 20, 2026 at 10:00 a.m. in Courtroom 3E, U.S. Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD 20770.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **25−19605 − LSS**    Chapter: **11**    Doc No.: **108**

**5410 30th Street DC LLC**
Debtor

5410 30th Street DC LLC
Movant

vs.

IBI Falcon US LLC and
IBI SBL Investment LP
Respondent

## ORDER CONTINUING HEARING ON MOTION FOR SANCTIONS AND CONVERSION TO CHAPTER 7 SET FOR MARCH 3, 2026

Upon consideration of the motion for continuance filed in the above−captioned matter by Maurice B. VerStandig, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing scheduled for March 3, 2026 is continued to **date and time indicated above, in Courtroom 3E of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.**

cc:    All Parties
       All Counsel

## End of Order

12x01 (rev. 05/21/2012) − DanielWalston