Page 1 of 2    01/30/26
VA



468-13-01-00 13069 0 C 001 30   50 004
5410 30TH STREET DC LLC
2011 BROOKS DR APT 130
DISTRICT HEIGHTS MD   20747-1040

# Your account statement
For 01/30/2026

**Contact us**

 Truist.com

(844) 4TRUIST or
(844) 487-8478

### ■ TRUIST SIMPLE BUSINESS CHECKING

**Account summary**

| | |
|---|---:|
| Your previous balance as of 12/31/2025 | $50.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 250.00 |
| Your new balance as of 01/30/2026 | = $300.00 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 01/29 | DEPOSIT | 250.00 |
| Total deposits, credits and interest | | = $250.00 |

■ PAGE 1 OF 2

0008018