Entered: February 26th, 2026
Signed: February 26th, 2026

**SO ORDERED**

The hearing is scheduled for April 20, 2026 at 10:00 a.m. in U.S. Bankruptcy Court, Courtroom 3E, 6500 Cherrywood Lane, Greenbelt, MD 20770.



**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **25–19605 – LSS**   Chapter: **11**

**5410 30th Street DC LLC**
Debtor

## ORDER AND NOTICE FOR HEARING
## ON DISCLOSURE STATEMENT

To the Debtor, its creditors, and other parties in interest:

A Disclosure Statement and a Plan under Chapter 11 of the Bankruptcy Code having been filed by Deirdre T. Johnson on behalf of 5410 30th Street DC LLC (the "Plan Sponsor") on February 10, 2026,

IT IS ORDERED, and notice is hereby given, that:

1. The hearing to consider the approval of the Disclosure Statement shall be held in **Courtroom 3E of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, on date and time indicated above.**

2. **March 17, 2026,** is fixed as the last day for filing and serving in accordance with Federal Bankruptcy Rule 3017(a) written objections to the Disclosure Statement.

3. **Within seven (7) days** after the entry of this Order, this Order and the Disclosure Statement and Plan shall be distributed by the Plan Sponsor in accordance with Federal Bankruptcy Rule 3017(a); and counsel for the Plan Sponsor shall file a certificate of service.

4. Requests for copies of the Disclosure Statement and Plan shall be mailed to the Plan Sponsor, c/o counsel at:

Deirdre Theresa Johnson
9701 Apollo Dr
Suite 301
Upper Marlboro, MD 20774

cc:   Attorney for Plan Sponsor
      U.S. Trustee

**End of Order**

04x03 (rev. 02/27/2017) – DanielWalston