UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND (GREENBELT DIVISION)

In re:

5410 30th Street DC, LLC,

    Debtor

Case No.: 25-19605

Chapter 11

MOTION TO APPROVE SUPPLEMENTAL COMPENSATION ARRANGEMENT
AND MODIFY SCOPE OF EMPLOYMENT

Deirdre T. Johnson, Esq, counsel for the Debtor (the "Debtor"), by undersigned counsel, pursuant to 11 U.S.C. §§ 327, 330, and 331 and Fed. R. Bankr. P. 2014 and 2016, respectfully moves for entry of an Order approving a supplemental compensation arrangement and modifying the scope of employment, and states:

1. JURISDICTION

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2).

2. BACKGROUND

2. The Debtor filed a voluntary petition under Chapter 11 on October 14, 2025.

3. By Order entered January 26, 2025 (DE #93), this Court approved the employment of Deirdre T. Johnson, Esq as counsel to the Debtor pursuant to 11 U.S.C. § 327(a).

4. The Application for Employment – Amended disclosed that counsel had received a $1,500 flat fee for preparation and filing of the Chapter 11 petition and provision of standard Chapter 11 case administration services.

5. The employment Order provides that compensation is subject to approval pursuant to 11 U.S.C. §§ 330 and 331.

### 3. NEED FOR EXPANDED REPRESENTATION

6. The original engagement agreement excluded adversary proceedings, contested matters beyond routine administration, appeals, and post-confirmation matters.

7. Subsequent developments in this case now require legal services beyond the originally contemplated scope, including:

   - Motion to Enforce the Automatic Stay
   - Opposition to Motion to Convert to Chapter 7
   - Objection to proof of claim litigation
   - Other and further adversary proceedings

8. These services involve litigation and significant additional legal work not covered by the original flat-fee arrangement.

### 4. SUPPLEMENTAL COMPENSATION AGREEMENT

9. On February 5, 2026, the Debtor and counsel executed an Addendum to Retainer Agreement (attached as Exhibit A).

10. The Addendum expands the scope of representation to include adversary proceedings, contested matters, appeals, and post-confirmation matters.

11. Compensation for such additional services shall be billed at the hourly rate of $300.00 per hour, plus reimbursement of actual and necessary expenses.

12. Counsel has not previously disclosed an hourly rate structure because such additional services were not contemplated at the time of the original employment application.

13. All compensation remains subject to application and approval by this Court pursuant to 11 U.S.C. §§ 330 and 331.

## 5. LEGAL BASIS

14. Under 11 U.S.C. § 327(a), the Debtor may employ attorneys with Court approval.

15. Under 11 U.S.C. § 330(a), the Court may award reasonable compensation for actual, necessary services rendered.

16. Fed. R. Bankr. P. 2016(b) requires disclosure of any compensation agreement.

17. The proposed hourly rate of $300.00 is reasonable and consistent with rates charged by attorneys of comparable experience in the District of Maryland.

18. The supplemental arrangement ensures that the Debtor will have competent representation in litigation and contested matters necessary to the administration of this Chapter 11 case.

WHEREFORE, Counsel respectfully requests that the Court enter an Order:

A. Approving the modification of the scope of employment to include adversary proceedings, contested matters, appeals, and post-confirmation matters;

B. Approving the supplemental compensation arrangement providing for compensation at the hourly rate of $300.00, subject to application and approval under 11 U.S.C. §§ 330 and 331; and

C. Granting such other and further relief as is just and proper.

Respectfully submitted,

Date: February 26, 2026

/s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com
*Counsel for the Debtor*