

**Deirdre T. Johnson, Esq**
Attorney at Law
Admitted to practice in Maryland

# ADDENDUM TO BANKRUPTCY RETAINER AGREEMENT
(Adversary Proceedings, Contested Matters, and Post-Confirmation Services)

This Addendum is entered into by and between **Deirdre T. Johnson, Esq** ("Attorney") and **Zanetta Williams, Sole Member off 5410 30th Street, DC, LLC** ("Client").

## 1. Reference to Prior Agreement

This Addendum modifies and supplements the Bankruptcy Retainer Agreement dated August 29, 2025 ("Agreement"). All terms of the Agreement remain in full force and effect except as expressly modified herein.

## 2. Expansion of Scope of Representation

Notwithstanding the "Services Not Included" provision in the Agreement, Client hereby retains Attorney to provide legal services in connection with the following additional matters arising in Client's bankruptcy case:

- Adversary proceedings;
- Contested matters beyond initial case administration (including, but not limited to, objections to claims, motions for relief from stay, lien avoidance actions, valuation hearings, and similar litigation matters);
- Appeals;
- Post-confirmation matters, including but not limited to plan modifications, defense of motions to dismiss, and related proceedings.

Representation in any specific adversary proceeding, contested matter, or appeal is subject to Attorney's separate evaluation of merit and resource availability, and may require court approval where applicable.

## 3. Compensation for Additional Services

All services described in this Addendum shall be billed at the hourly rate of:

**$300.00 per hour**

Attorney's hourly rate is subject to periodic adjustment upon reasonable written notice to Client.

Client understands that fees for these additional services:

- Are separate from any flat fee previously agreed upon for basic bankruptcy case administration;
- May require court approval in the bankruptcy case;
- Will be billed against any advance retainer held by Attorney, or invoiced monthly if no retainer balance remains.

## 4. Costs and Expenses

Client remains responsible for all out-of-pocket costs associated with such additional proceedings, including but not limited to:

- Adversary filing fees
- Service of process fees
- Deposition and transcript costs
- Expert witness fees
- Mediation fees
- Copying and postage

Such costs may be advanced by Attorney and billed to Client.

## 5. Court Approval

Client understands that in bankruptcy matters, compensation may be subject to approval by the United States Bankruptcy Court. Attorney will seek approval as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and applicable local rules.

## 6. No Guarantee of Outcome

Attorney makes no guarantees regarding the outcome of any adversary proceeding, contested matter, appeal, or post-confirmation issue.

## 7. Effective Date

This Addendum is effective as of February 5, 2026.

AGREED AND ACCEPTED:

Client: /s/ Zanetta Williams

Name: Zanetta Williams

Date: February 5, 2026

Attorney: /s/ Deirdre T. Johnson, Esq

Name: Deirdre T. Johnson, Esq

Date: February 5, 2026