## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MARYLAND (GREENBELT DIVISION)

In re:

5410 30th Street DC, LLC,  Case No.: 25-19605

    Debtor  Chapter 11

---

### **PROPOSED ORDER**

    Upon consideration of the Debtor's Objection to Claim #2, and good cause appearing, it is hereby:

    ORDERED that Claim No. 2 is disallowed in its entirety.

SO ORDERED.


Copies:  All Counsel of record


**End of Order**