UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND (GREENBELT DIVISION)

| | | |
|---|---|---|
| In re: | | |
| 5410 30th Street DC, LLC, | | Case No.: 25-19605 |
| Debtor | | Chapter 11 |

DEBTOR'S REQUEST FOR EVIDENTIARY HEARING AND DISCOVERY

The Debtor, by and through undersigned Counsel, respectfully requests that the Court schedule an evidentiary hearing on the Debtor's Objection to Claim No. 2 filed by IBI Falcon US, LLC, pursuant to Fed. R. Bankr. P. 9014, requiring Claimant to produce the original note for inspection. The Debtor further requests authority to conduct discovery, including:

A. Document Requests

1. Original promissory note
2. Allonges
3. Transfer history
4. Custodial records
5. Servicing agreements
6. Pooling and servicing agreements
7. Loan schedules
8. Authority to file claim
9. Payment history
10. Default notices

### B. Interrogatories

1. Identify holder of note
2. Identify current possessor
3. Date of each transfer
4. Location of original note
5. Identity of custodian
6. Basis for standing

### C. Depositions

Debtor requests depositions of:

- custodian of note
- servicing agent
- corporate representative

WHEREFORE, the Debtor respectfully requests that this Court:

A.  Set an evidentiary hearing;

B. Allow the Debtor to conduct discovery as requested above;

C. Require production of original note;

D. Award Rule 3001(c)(2)(D) Relief, if appropriate; and

E. Grant such other and further relief as justice requires.

|  |  |
|---|---|
| | Respectfully submitted, |
| Date: February 26, 2026 | /s/ Deirdre T. Johnson, Esq |
| | Deirdre T. Johnson, Esq |
| | Bar No. MD14227 |
| | 9701 Apollo Dr, Suite 301 |
| | Upper Marlboro, MD  20774 |
| | Phone: (301) 742-5385 |
| | dtjesq@dtjohnsonlaw.com |
| | *Counsel for the Debtor* |

### CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing DEBTOR'S REQUEST FOR EVIDENTIARY HEARING AND DISCOVERY will be served electronically by the Court's CM/ECF system on the following:

Jeanette Rice - Jeanette.Rice@usdoj.gov

Maurice VerStandig - mac@mbvesq.com

US Trustee - Greenbelt  - USTPRegion04.GB.ECF@USDOJ.GOV

/s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq