# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| In re: 5410 30th Street DC, LLC | Case No.: 25 − 19605 |
| Debtor | Chapter 11 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5h day of March, 2026, a copy of the Order and Notice for Hearing on Disclosure Statement, and Chapter 11 Disclosure Statement and Plan dated February 10, 2026, was sent via US Mail, postage prepaid, to:

Attn:  L. Jeanette Rice
Office of US Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

5410 30th Street DC, LLC
2011 Brooks Drive #130
District Heights, MD  20747

Attn:  Bankruptcy Counsel
Securities & Exchange Commission
444 South Flower Street, Suite 900
Los Angeles, California 90071-9591


/s/ Deirdre T. Johnson, Esq
_____

Deirdre T. Johnson, Esq
Deirdre T Johnson, Attorney at Law
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20772