IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

In re: 5410 30th Street DC, LLC        Case No.: 25 − 19605

Debtor        Chapter 11

---

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March, 2026, a copy of the foregoing Amended Chapter 11 Disclosure Statement and Plan and Amended Chapter 11 Disclosure Statement and Plan – With Changes, was served electronically upon filing via the ECF system, with copies to:

- L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice VerStandig – MAC@MBVESQ.COM

I FURTHER CERTIFY that on this 5th day of March, 2026, a copy of the foregoing was also sent via US Mail, postage prepaid, to:

Attn: Albeiro Medina
T&AA Construction
11820 Parklawn Dr, Suite 380
Rockville, MD  20852

BHI Construction
9342 Annapolis Rd
Lanham, MD  20706

Santorini Capital LLC
Suite 200
2000 Massachusetts Ave, NW
Washington, DC 20036


/s/ Deirdre T. Johnson, Esq

---

Deirdre T. Johnson, Esq
Deirdre T Johnson, Attorney at Law
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20772