Entered: March 17th, 2026
Signed: March 17th, 2026

**SO ORDERED**

No opposition.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MARYLAND (GREENBELT DIVISION)

In re:                                          |

5410 30th Street DC, LLC,                        |          Case No.: 25-19605

    Debtor                                  |          Chapter 11

---

## PROPOSED ORDER APPROVING MODIFICATION OF SCOPE OF EMPLOYMENT AND SUPPLEMENTAL COMPENSATION ARRANGEMENT

Upon consideration of the Motion to Approve Supplemental Compensation Arrangement and Modify Scope of Employment (the "Motion") filed by Deirdre T. Johnson, Esq, counsel for the Debtor (the "Debtor"); and it appearing that proper notice has been given; and no timely objection having been filed (or any objections having been resolved); and the Court having determined that the relief requested is in the best interests of the Debtor and the estate; it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the scope of employment of Deirdre T. Johnson, Esq, previously approved pursuant to 11 U.S.C. § 327(a) by Order entered January 26, 2025 (DE #93), is modified to include representation of the Debtor in adversary proceedings, contested matters, appeals, and post-confirmation matters arising in this Chapter 11 case; and it is further

ORDERED that compensation for such additional services may be sought at the hourly rate of $300.00 per hour, plus reimbursement of actual and necessary expenses; and it is further

ORDERED that all compensation shall remain subject to application and approval by this Court pursuant to 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure, and applicable Local Bankruptcy Rules; and it is further

ORDERED that nothing in this Order shall be construed as approval of any specific fee request, and the Court retains the authority to review the reasonableness of all compensation requested; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Copies:  All Counsel of record

End of Order