United States Bankruptcy Court

District of Maryland

In re:                                                                                          Case No. 25-19605-LSS

5410 30th Street DC LLC                                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 18, 2026 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 5410 30th Street DC LLC, 12138 Central Ave, Bowie, MD 20721-1910 |
| cr | + | IBI Falcon US LLC, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| intp | + | IBI SBL Investment LP, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

District/off: 0416-0                  User: admin                          Page 2 of 2
Date Rcvd: Mar 18, 2026               Form ID: pdfparty                     Total Noticed: 3

US Trustee - Greenbelt
                      USTPRegion04.GB.ECF@USDOJ.GOV


TOTAL: 4

Entered: March 17th, 2026
Signed: March 17th, 2026

**SO ORDERED**

No opposition.



_Lori Simpson_
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MARYLAND (GREENBELT DIVISION)

| | | |
|---|---|---|
| In re: | &#124; | |
| | &#124; | |
| 5410 30th Street DC, LLC, | &#124; | Case No.: 25-19605 |
| | &#124; | |
| Debtor | &#124; | Chapter 11 |
| | &#124; | |

PROPOSED ORDER APPROVING MODIFICATION OF SCOPE OF EMPLOYMENT AND
SUPPLEMENTAL COMPENSATION ARRANGEMENT

Upon consideration of the Motion to Approve Supplemental Compensation Arrangement and Modify Scope of Employment (the "Motion") filed by Deirdre T. Johnson, Esq, counsel for the Debtor (the "Debtor"); and it appearing that proper notice has been given; and no timely objection having been filed (or any objections having been resolved); and the Court having determined that the relief requested is in the best interests of the Debtor and the estate; it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the scope of employment of Deirdre T. Johnson, Esq, previously approved pursuant to 11 U.S.C. § 327(a) by Order entered January 26, 2025 (DE #93), is modified to include representation of the Debtor in adversary proceedings, contested matters, appeals, and post-confirmation matters arising in this Chapter 11 case; and it is further

ORDERED that compensation for such additional services may be sought at the hourly rate of $300.00 per hour, plus reimbursement of actual and necessary expenses; and it is further

ORDERED that all compensation shall remain subject to application and approval by this Court pursuant to 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure, and applicable Local Bankruptcy Rules; and it is further

ORDERED that nothing in this Order shall be construed as approval of any specific fee request, and the Court retains the authority to review the reasonableness of all compensation requested; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Copies:  All Counsel of record

End of Order