# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2026, a copy of the **Monthly Operating Report for February 2026** was served by US Mail (First Class) pursuant to Local Bankruptcy Rules of the District of Maryland upon:

> Jeanette Rice
> The Office of the United States Trustee
> 6305 Ivy Lane, Suite 600
> Greenbelt, MD  20770

> And

> All Creditors and Parties in Interest as listed on the Court's Mailing Matrix (attached)

/s/ Deirdre T Johnson, Esq

Deirdre T. Johnson, Esq
Deirdre T Johnson, Attorney at Law
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20772

Attn: Albeiro Medina
T&AA Construction, and Any / All Affiliates
11820 Parklawn Dr, Suite 380
Rockville, MD 20852

BHI Construction, and Any/All Affiliates
9342 Annapolis Rd
Lanham, MD 20706

City Concrete, and Any / All Affiliates
9284 Corp Circle
Manassas, VA 20110

DC Municipal Investments, LLC
c/o: Heidi S. Kenny, Esq
Kenny Law Group, LLC
11426 York Rd, 1st Floor
Cockeysville, MD 21030

DC Office of Tax & Revenue
Office of CFO
1101 4th St, SW
Washington, DC 20024

DC Water
1385 Canal St, SE
Washington, DC 20003

Fund That Flip
1300 E. 9th St, Suite 1310
Cleveland, OH 44114

IBI SBL Investment LP
IBI Falcon US, LLC
c/o Gingo Palumbo Law Group
Summit One
4700 Rockside Road #440

Independence, OH  44131


Kylie Properties, LLC
712 H St, NE #540
Washington, DC 20002


Maurice B. VerStandig
The VerStandig Law Firm
9812 Falls Rd, #114-160
Potomac, MD  20854


PEPCO
701 9th St, NW
Washington, DC  20068


Santorini Capital LLC, and Any/All Affiliates
Suite 200
2000 Massachusetts Ave, NW
Washington, DC 20036


Washington Gas
Attn:  Customer Care
6801 Industrial Rd
Springfield, VA  22151


Yonis Benitez
612 Oglethorpe St, NW
Washington, DC  20011