

Page 1 of 2    02/27/26
VA





468-13-01-00 13069  0 C 001 30    50 004
5410 30TH STREET DC LLC
2011 BROOKS DR APT 130
DISTRICT HEIGHTS MD  20747-1040

# Your account statement
## For 02/27/2026

### Contact us

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

---

**▪ TRUIST SIMPLE BUSINESS CHECKING**

**Account summary**

| | |
|---|---:|
| Your previous balance as of 01/30/2026 | $300.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 250.00 |
| Deposits, credits and interest | + 0.00 |
| **Your new balance as of 02/27/2026** | **= $50.00** |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/03 | ACH CORP DEBIT PAYMENT   QUARTERLY FEE 5410 30TH STREET DC CUSTOMER ID 0000 | 250.00 |
| **Total other withdrawals, debits and service charges** | | **= $250.00** |

0008067