IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER OVERRULING CLAIM OBJECTION

Upon consideration of the Debtor's Objection to Proof of Claim No. 2 (the "Objection"),

DE #116, the opposition of IBI Falcon US LLC ("IBI Falcon") thereto, DE #126, the amended

proof of claim filed by IBI Falcon, Claims Register #2-2, governing law, and the record herein, it

is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Objection be, and hereby is, OVERRULED as moot

.

Copies: All counsel of record

1