# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **25–19605 – LSS**    Chapter: **11**

**5410 30th Street DC LLC**
Debtor

# NOTICE

In person hearing Courtroom 3–E Greenbelt, Judge Simpson.

PLEASE TAKE NOTICE that a hearing will be held

on 4/20/26 at 10:00 AM

to consider and act upon the following:

116 – Objection to Claim Number 2 In Re: IBI Falcon US, LLC in the Amount of $2,676,531.91. Notice Served on 2/26/2026 Filed by 5410 30th Street DC LLC. Responses due by 3/30/2026. (Attachments: # 1 Proposed Order # 2 Notice of Motion # 3 Certificate of Service # 4 Request for Hearing & Discovery) (Johnson, Deirdre)

126 – Response on behalf of IBI Falcon US LLC Filed by Maurice Belmont VerStandig (related document(s)116 Objection to Claim filed by Debtor 5410 30th Street DC LLC). (Attachments: # 1 Proposed Order) (VerStandig, Maurice)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 4/8/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Daniel Walston
301–344–3496

Form ntchrgmdb (rev. 08/13/2024)