IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**WITNESS AND EXHIBIT LIST**

Come now IBI Falcon US LLC ("IBI Falcon") and IBI SBL Investment LP, by and through undersigned counsel, and furnish this list of witnesses to be called, and exhibits to be introduced, at a hearing on the motion to enforce the automatic stay, DE #60, filed by 5410 30th Street DC LLC (the "Debtor"), and on a motion to convert, DE #95, filed by IBI Falcon:

**Witnesses**

1. Any witness designated by the Debtor (without regard to the scope of examination of the Debtor)

2. Any witness necessary to offer rebuttal or impeachment evidence

**Exhibits**

Creditor Exhibit 1.      Petition for Relief (DE #1)

Creditor Exhibit 2.      Certificate of Notice (DE #7)

Creditor Exhibit 3.      Schedule D (DE #15)

Creditor Exhibit 4.      February 2026 Monthly Operating Report (DE #125)

Creditor Exhibit 5.      Claim of T&AA Construction LLC (Claims Register 3-1)

Creditor Exhibit 6.      February 17, 2026 Property Tax Bill

Creditor Exhibit 7.      Property Listing on Realtor.com (limited evidentiary use)

1

Creditor Exhibit 8.  Exhibits to be offered for rebuttal or impeachment purposes

Respectfully submitted,

Dated: April 15, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for IBI Falcon US LLC and*
*IBI SBL Investment LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of April, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Deirdre Theresa Johnson    dtjesq@dtjohnsonlaw.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2