<table>
<tr><td colspan="3"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td colspan="2">5410 30th Street DC, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Greenbelt</td><td>District of MD<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td colspan="2">25-19605</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
Santorini Capital, LLC

**Creditor's mailing address**
2000 Massachusetts Ave, NW
Washington, DC  20036

**Creditor's email address, if known**
steven.snider@weinstein.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
5631 MacArthur Blvd
Washington, DC  20015

**Describe the lien**
Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 975,000.00   Approximately
Column B: $ 4.5 - 5.0M   Estimated

**2.2**

**Creditor's name**
IBI SBL Investment LLP
IBI Falcon US, LLC
**Creditor's mailing address**
C/O Gingo Palumbo Law Group, LLC
Summit One 4700 Rockside Road #440
Independence, OH  44131

**Creditor's email address, if known**
dor@ibi.co.il
michael@gplawllc.com

**Date debt was incurred**   7/2004

**Last 4 digits of account number**   Unknown ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.
       First
       _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
5631 MacArthur Blvd, NW
Washington, DC  20016

**Describe the lien**   Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $ 2,676,531.91
Column B: $ 4.5 - 5.1 M

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 3,651,531.91