**Fill in this information to identify the case:**

Debtor 1   5410 30th Street DC LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **District of Maryland**

Case number:  **25–19605**

FILED

**U.S. Bankruptcy Court**
**District of Maryland**

2/6/2026

**Mark A. Neal, Clerk**

## Official Form 410
# Proof of Claim

04/25

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

| 1. **Who is the current creditor?** | T&AA CONSTRUCTION LLC |
| --- | --- |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor      ALBEIRO MEDINA |

| 2. **Has this claim been acquired from someone else?** | ☑ No <br> ☐ Yes. From whom? |
| --- | --- |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- |
| T&AA CONSTRUCTION LLC | |
| Name | Name |
| 21220 Dorsey Spring Pl <br> 21220 Dorsey Spring Pl | |
| Germantown, MD 20876 | |
| Contact phone _____2027028120_____ | Contact phone _____ |
| Contact email <br> __llctaaconstruction@gmail.com__ | Contact email _____ |
| Uniform claim identifier (if you use one): <br> _____ | |

| 4. **Does this claim amend one already filed?** | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____ <br> MM / DD / YYYY |
| --- | --- |

| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No <br> ☐ Yes. Who made the earlier filing? _____ |
| --- | --- |

Official Form 410                    Proof of Claim                    page 1

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
| --- | --- |

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7. How much is the claim?**

$ 416852.00

**Does this amount include interest or other charges?**
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

CONSTRUCTION SERVICE

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

Official Form 410                                    Proof of Claim                                    page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☐ No

☑ Yes. *Check all that apply*:

**Amount entitled to priority**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $ _____

☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $ _____

☑ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $ 249776.00

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies    $ _____

* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    2/6/2026

MM / DD / YYYY

/s/  ALBEIRO MEDINA

Signature

Print the name of the person who is completing and signing this claim:

Name    ALBEIRO MEDINA

First name    Middle name    Last name

Title    OWNER

Company    T&AA CONSTRUCTION LLC

Identify the corporate servicer as the company if the authorized agent is a servicer

Address    21220 Dorsey Spring Pl

Number   Street

Germantown, MD 20876

City   State   ZIP Code

Contact phone    2027028120    Email    llctaaconstruction@gmail.com

Official Form 410    Proof of Claim    page 3



## T&AA Construction LLC

"Building a Future Together

| Miss Zanetta | | | DESCRIPTION | TOTAL | | T&AA | |
|---|---|---|---|---|---|---|---|
| | | | **Interior House** | | | | |
| | | 1 | System HVAC | $ | 22,419.00 | | |
| | | 2 | Sprinkle System | $ | 11,120.00 | | |
| $ | 9,590.00 | 3 | Fees PEPCO | $ | 9,590.00 | | |
| $ | 13,838.00 | 4 | Fees GAS | $ | 13,838.00 | | |
| | | 5 | Electrical Heavy Up (400) Amp and electrical permit | $ | 4,701.00 | $ | 4,701.00 |
| | | 6 | (39) Interior doors (Materials) | $ | 22,000.00 | $ | 22,000.00 |
| | | 7 | (39) Interior doors (Labor) | $ | 6,342.00 | $ | 6,342.00 |
| | | 8 | (1) Interior Stairs (Materials) | $ | 4,338.00 | $ | 4,338.00 |
| | | 9 | (1) Interior Stairs (Labor) | $ | 3,822.00 | $ | 3,822.00 |
| | | 10 | (3) Interior stair railing (Materials) | $ | 3,875.00 | $ | 3,875.00 |
| | | 11 | (3) Interior stair railing (Labor) | $ | 4,378.50 | $ | 4,378.50 |
| | | 12 | (2) Garage doors (Materials) | $ | 3,510.00 | | |
| | | 13 | (2) Garage doors (Labor) | $ | 1,825.00 | | |
| | | 14 | Baseboard 1 x 8 (Materials) | $ | 6,562.00 | $ | 6,562.00 |
| | | 15 | Baseboard 1 x 8 (Labor) | $ | 3,245.00 | $ | 3,245.00 |
| | | 16 | Shoemolding 3/4"x3/4" (Materials) | $ | 3,360.00 | $ | 3,360.00 |
| | | 17 | Shoemolding 3/4"x3/4" (Labor) | $ | 2,205.00 | | |
| | | 20 | Interior paint (Materials) | $ | 6,950.00 | | |
| | | 21 | Interior paint (Labor) | $ | 15,250.00 | | |
| $ | 18,025.00 | 22 | Kitchen cabinets (Materials) | $ | 18,025.00 | | |
| $ | 8,350.00 | 23 | Install kitchen cabinets (Labor) | $ | 8,350.00 | | |
| | | 24 | (1) Kitchen sink | $ | 390.00 | | |
| | | 25 | (1) Garbage disposal | $ | 190.00 | | |
| | | 26 | (1) Kitchen countertops | $ | 9,220.00 | | |
| | | 27 | (1) Kitchen backsplash (Labor) | $ | 1,780.00 | | |
| | | 28 | (1) Kitchen backsplash (Materials) | $ | 1,350.00 | | |
| | | 29 | Appliances | $ | 30,000.00 | | |
| | | 30 | Fireplace | $ | 6,125.00 | $ | 6,125.00 |
| $ | 12,000.00 | 31 | Vanities | $ | 12,000.00 | | |
| | | 32 | Windows carpentry (Materials) | $ | 6,030.00 | $ | 6,030.00 |
| | | 33 | Windows carpentry (Labor) | $ | 5,117.00 | $ | 5,117.00 |
| | | 34 | Plumbing final (connections and valves) (Materials) | $ | 3,510.00 | | |
| | | 35 | Plumbing final (Labor) | $ | 8,900.00 | | |
| | | 36 | Electrical final (Materials) | $ | 11,032.00 | | |
| | | 37 | Electrical final (Labor) | $ | 7,250.00 | | |
| | | 38 | Fine carpentry (Closets) (Materials) | $ | 5,000.00 | | |
| | | 39 | Fine carpentry (Closets) (Labor) | $ | 4,287.00 | | |
| | | | **Exterior House** | | | | |
| | | 40 | Exterior Front metal railing (Materials) | $ | 3,220.00 | | |
| | | 41 | Exterior Left metal railing (Materials) | $ | 1,485.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 42 | Exterior metal railing second level (Materials) | $ | 610.00 | | |
| | 43 | Exterior Front metal railing (Labor) | $ | 5,125.00 | | |
| | 44 | Exterior Left metal railing (Labor) | $ | 2,315.00 | | |
| | 45 | Exterior metal railing second level railing (Labor) | $ | 950.00 | | |
| | 46 | Dumpster | $ | 5,200.00 | | |
| | 47 | Gutters/Downspouts (Materials) | $ | 2,250.00 | | |
| | 48 | Gutters/Downspouts (Labor) | $ | 2,780.00 | | |
| $ 30,000.00 | 49 | Stormwater management (Materials and Labor) | $ | 30,000.00 | | |
| | 50 | Concrete stairs and landing (Materials) | $ | 9,750.00 | | |
| | 51 | Concrete stairs and landing (Labor) | $ | 7,820.00 | | |
| | 52 | Metal hand railings concrete stairs (Materials) | $ | 1,650.00 | | |
| | 53 | Metal hand railings concrete stairs (Labor) | $ | 1,350.00 | | |
| | 54 | Excavation of the rear patio (Materials and Labor) | $ | 3,120.00 | $ | 3,120.00 |
| | 55 | Compaction and leveling of the flooring | $ | 2,150.00 | $ | 2,150.00 |
| | 56 | Dirt dumpster fees | $ | 6,108.00 | $ | 6,108.00 |
| | 57 | (335 ft$^2$) Rear patio of the house (Materials) | $ | 3,150.00 | $ | 3,150.00 |
| | 58 | (335 ft$^2$) Rear patio of the house (Labor) | $ | 4,015.00 | $ | 4,015.00 |
| | 59 | (37') Retaining wall (Materials) | $ | 8,140.00 | $ | 8,140.00 |
| | 60 | (37') Retaining wall (Labor) | $ | 6,660.00 | $ | 6,660.00 |
| | 61 | (10 X 6) Deck (Materials) | $ | 4,373.00 | $ | 4,373.00 |
| | 62 | (10 X 6) Deck (Labor) | $ | 3,781.00 | $ | 3,781.00 |
| | 63 | Metal hand railings deck (Materials) | $ | 1,120.00 | $ | 1,120.00 |
| | 64 | Metal hand railings deck (Labor) | $ | 1,440.00 | $ | 1,440.00 |
| | 65 | Driveway (Materials) | $ | 7,710.00 | | |
| | 66 | Driveway (Labor) | $ | 6,290.00 | | |
| | 67 | Staging | $ | 25,000.00 | | |
| | 68 | Landscaping | $ | 5,650.00 | $ | 5,650.00 |
| $ 91,803.00 | | Total | $ | 451,098.50 | $ | 129,602.50 |

Agreement made on April 4, 2025 between T&AA and Zanetta Williams

Date: 4/4/25

T&AA Construction LLC.

Zanetta Williams.



# T&AA Construction LLC

"Building a Future Together"
LICENSE #410520000697

# CHANGE ORDER #6

Date: 04/16/2025

**TO** Zanetta Williams.
5631 Macarthur Blvd NW,
Washington, DC 20016.

| SALES PERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| ALBEIRO MEDINA | 5631 Macarthur Blvd NW | Due On Receipt | 04/20/2025 |

| | DESCRIPTION | TOTAL |
|---|---|---|
| 1 | Electrical box | $ 2,200.00 |
| 2 | Replace the electrical box | $ 950.00 |
| 3 | Framing for closet in the elevator space (Materials) | $ 1,890.00 |
| 4 | Framing for closet in the elevator space (Labor) | $ 1,450.00 |
| 5 | Plumbing (Materials) | $ 1,345.00 |
| 6 | Plumbing (Labor) | $ 1,575.00 |
| 7 | Make the concrete structure for the windows well, drainage, and metal stairs | $ 8,550.00 |
| 8 | 2 new retaining walls on the side of the house (Materials) | $ 13,350.00 |
| 9 | 2 new retaining walls on the side of the house (Labor) | $ 5,675.00 |
| | Total | $ 36,985.00 |

**Note:**

1. The plumbing work consisted of: Water connection for the entire house, installation of valves and toilet.

CHANGE ORDER ACCEPTED: _____

*Thank you for your business! T&AA Construction LLC*
*11820 Parklawn Dr, Suite 380, Rockville MD 20852*
*(202) 702-8120 llctaaconstruction@gmail.com*

1

DocuSign Envelope ID: D34216C9-0F8D-4511-BDG1-7B20CAE4F649



# QUOTE

"Building a Future Together"
LICENSE # 410520000697

**Date: 4/30/2024**

## EIFS

**TO** **5631 MacArthur Boulevard**
**Washington, DC 20016**
**Zaneta Williams**
**Preslo Real Estate**

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
| **ALBEIRO MEDINA** | **5631 MacArthur Boulevard** | **Due On Receipt** | **5/10/2024** |

| | DESCRIPTION | TOTAL |
|---|---|---|
| | | |
| 1 | Install this system on all four sides front, left side, right side, and back. | |
| 2 | Install Tyvek wrap. | |
| 3 | Install 1 ½ foam with mechanical fasteners. | |
| 4 | Install detail windows, doors, and soffit area. | |
| 5 | Apply mesh base coat and finish coat. | |
| 6 | Apply caulking to areas needed. | |
| 7 | Apply heavy mesh to the areas needed. | |
| 8 | Install flashing windows, doors, and areas needed. | |
| 9 | Returned the half-opened door and window. | |
| | **TOTAL** | **$78,000.00** |

Price for job:

Outsulation System

We offer a one-year guarantee on all work done at 5631 MacArthur Blvd.
The material being used is dryvet.

1

DocuSign Envelope ID: D34216C9-0F8D-4511-BDG1-7B20CAE4E649

All the above work is to be completed in a substantial and workmanlike manner according to standard practice for the sum of.

**The cost total for all work $ 78,000.00**

40% Initial payments of $31,200.00
40% The second payment $31,200.00
20% The third payment of $15,600.00


**QUOTE ACCEPTED:**

DocuSigned by:

*Zanetta Williams*

9F46EA09038E4E9...

**Zaneta William**


*Thank you for your business! T&AA Construction LLC*

*11900 Parklawn Dr Office 403 Rockville Md*

*(202) 702-8120*  llctaaconstruction@gmail.com

2