Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue
1101 4th Street, SW
Washington, DC 20024





Z WILLIAMS
5410 30TH STREET DC LLC
2011 BROOKS DR APT 130
DISTRICT HEIGHTS MD  20747-1040

*Below are instructions for individuals with limited English Proficiency who need assistance. All others please turn to the next page for important information from the Office of Tax and Revenue.*



**Language Assistance**

Si necesita ayuda en Español, por favor llame al **(202) 727-4829** para proporcionarle un intérprete **de manera gratuita**.

Nếu quý vị cần giúp đỡ về tiếng Việt, xin gọi **(202) 727-4829** để chúng tôi thu xếp có thông dịch viên đến giúp quý vị **miễn phí**.

Si vous avez besoin d'aide en Français appelez-le **(202) 727-4829** et l'assistance d'un interprète vous sera **fournie gratuitement**.

በአማርኛ እርዳታ ከፈለጉ  በ **(202) 727-4829**  ይደውሉ። የነፃ አስተርጓሚ ይመደብልዎታል።

한국어로 언어 지원이 필요하신 경우 **(202) 727-4829** 로 연락을 주시면 **무료로** 통역이 제공됩니다.

如果您需要用(中文)接受幫助，請電洽 **(202) 727-4829** 將免費向您提供口譯員服務。

**Office of the Chief Financial Officer**
**Office of Tax & Revenue**
**Customer Service Administration**
**1101 4th Street, SW Suite W270**
**Washington, DC 20024**





Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue

1101 4th Street, SW
Washington, DC 20024

Date of Notice:   February 17, 2026

Notice Number:   L0015847963

## PROPERTY TAX BILL

| Square | Suffix | Lot | Property Address | Bill Year | Assessment |
|---|---|---|---|---|---|
| 1446 | | 0043 | 5631 MACARTHUR BLVD NW | 2026 | $1,109,000 |

| Description | Class | Tax | Penalty | Interest | Credit | Total |
|---|---|---|---|---|---|---|
| 2026 First Half Tax | 1B | $4,713.25 | $0.00 | $0.00 | $0.00 | $4,713.25 |
| Prior Liabilities *See Last Page | | $22,870.89 | $2,287.08 | $10,722.33 | $0.00 | $36,460.30 |
| **Total** | | **$27,584.14** | **$2,287.08** | **$10,722.33** | **$0.00** | **$41,173.55** |
| **Amount Due By March 15, 2026** | | | | | | **$42,202.56** |
| **Amount Due By March 31, 2026** | | | | | | **$42,272.20** |

| Additional Information | (Please see reverse side for important information.) |
|---|---|

- Real Property Tax is based on the Taxable Assessment of $1,109,000.00 at a rate of Class 1B. Estimated annual tax amount $9,426.50.
- 23.40% of your Tax Year 2026 Real Property Tax is used to pay the General Obligation Bonds debt service requirement.
- Our records indicate that the original tax bill was requested by your mortgage company on your behalf.
- Your real property is **NOT** receiving Homestead Deduction/Senior/Disabled Tax Relief or Disabled Veterans Homestead.
- Properties sold at tax sale owe the additional Tax Sale Interest Adjustment.

### Forecasted Amounts for Late Payments

| If paid by: | Apr 1, 2026 | Amount Due | $43,783.04 | If paid by: | May 1, 2026 | Amount Due | $44,892.20 |
|---|---|---|---|---|---|---|---|
| If paid by: | Apr 16, 2026 | Amount Due | $43,852.68 | If paid by: | May 16, 2026 | Amount Due | $44,961.84 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RETURN THIS PORTION WITH YOUR REMITTANCE AND/OR CORRESPONDENCE

Z WILLIAMS
5410 30TH STREET DC LLC
2011 BROOKS DR APT 130
DISTRICT HEIGHTS MD  20747-1040

| | |
|---|---|
| **Media Number:** | 1729102 |
| **Notice Number:** | L0015847963 |
| **Tax Type:** | Real Property Tax |
| **Account ID:** | 700-001600405 |
| **SSL:** | 1446-   -0043 |
| **Due Date:** | 31-Mar-2026 |
| **Amount Due:** | $42,272.20 |

OFFICE OF TAX AND REVENUE
DC GOVERNMENT REAL PROPERTY
TAXES
P.O. BOX 718095
PHILADELPHIA, PA 19171-8095

Amount Enclosed:   $ [ ][ ][ ] , [ ][ ][ ] , [ ][ ][ ] . [ ][ ]

**Make check or money order payable to: DC TREASURER**
Please use the enclosed envelope and include your SSL
and tax type on your payment



1446XXXX00430100000000017291027000016004050042272206

## TAX BILL INFORMATION

**PAYMENTS:**
**The real property tax payment due date for this tax bill is displayed on the reverse side within the tax liability table.** If the due date falls on a weekend or holiday, the payment will be due the next business day.

Pay Online

Make a secure **ACH** or **Credit Card** payment through the *MyTax.DC.gov* online portal:

1. From the *MyTax.DC.gov* homepage, click on the "Make a Real Property Payment" link and enter the Square, Suffix, Lot number, or Street Address.
2. Select the desired payment method (ACH or Credit Card).
3. Select the tax account for which you would like to make a payment.
4. Enter the appropriate information and submit the payment.
5. Retain the confirmation number for your records.

Pay by Check

1. Make your check payable to the "DC Treasurer."
2. To ensure your payment is recorded accurately, you **must** write your **Square, Suffix, Lot (SSL) number** on your check or money order.
3. If you are submitting payments for more than one property, you **must** include separate checks for each payment voucher.
4. Mail your check with the voucher at the bottom of this notice to: Office of Tax and Revenue DC Government Real Property Taxes, P.O. Box 718095, Philadelphia, PA 19171-8095.
   Payments must be received at that address by the due date to be credited as timely. The District cannot be responsible for delays in the mail.

**Please note:** OTR accepts MasterCard, Visa, American Express, and Discover cards for credit card payments made online.  There is a 2.5 percent non-refundable convenience fee, charged by the processor, when making a credit card payment.  The convenience fee does not apply to ACH payments.  Also, the credit card payment amount is not to exceed $100,000.00 (inclusive of 2.5 percent non-refundable convenience fee) per transaction and is limited to a maximum of two (2) transactions per month.

**TAX SALE:**
Properties delinquent in the payment of real property tax, BID tax, vault rent, special assessments, or other certified liens may be subject to sale at the District's annual tax sale.

**PENALTY, INTEREST, AND FEES:**
The law provides that if your real property and/or BID tax is not paid in full by the due date on the tax bill, the Office of Tax and Revenue **must** charge a penalty equal to 10% of the delinquent tax, as well as interest at the rate of 1.5% per month (or part thereof) until paid in full. Furthermore, a $65 fee will be assessed for each dishonored payment. Waiver requests can be submitted via MyTax.DC.gov for consideration.

**BILL QUESTIONS:**
For assistance with billing related inquiries as well as MyTax.DC.gov, please contact our e-Services Unit at (202) 759-1946 or email e-services.otr@dc.gov, 8:15 am to 5:30 pm, Monday through Friday. For assistance with property classification III (3) and IV (4), please contact the Office of Residential Inspection Unit of the Department of Building at (202) 671-3500 or email vacantbuildings@dc.gov.

**TAX RATES:**

| Class | Tax Rate per $100 | Description |
|---|---|---|
| 1A | $0.85 | Residential real property, including multifamily |
| 1B | $0.85/$1.00 | Residential real property with no more than 2 dwelling units, where first $2.558 M is taxed at the lower rate and the amount above $2.558 M is taxed at the higher rate |
| 2 | $1.65 | Commercial and industrial real property, including hotels and motels, if assessed value is not greater than $5 million |
| 2 | $1.77 | Commercial and industrial real property, including hotels and motels, if assessed value is greater than $5 million but not greater than $10 million |
| 2 | $1.89 | Commercial and industrial real property, including hotels and motels, if assessed value is greater than $10 million |
| 3 | $5.00 | Vacant real property |
| 4 | $10.00 | Blighted real property |



Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue

1101 4th Street, SW
Washington, DC 20024

Notice Number:   L0015847963

## OUTSTANDING LIABILITIES

| Description | Class | Tax | Penalty | Interest | Credit | Total |
|---|---|---|---|---|---|---|
| 2026 First Half Tax | 1B | $4,713.25 | $0.00 | $0.00 | $0.00 | $4,713.25 |
| 2025 Tax | 1B | $9,285.24 | $928.52 | $1,114.24 | $0.00 | $11,328.00 |
| 2025 Tax Sale Interest Adjustment | | $0.00 | $0.00 | $2,456.46 | $0.00 | $2,456.46 |
| 2024 Tax | 1 | $9,141.08 | $914.10 | $2,742.40 | $0.00 | $12,797.58 |
| 2024 Tax Sale Interest Adjustment | | $0.00 | $0.00 | $2,016.40 | $0.00 | $2,016.40 |
| 2023 Tax Sale Tax | 1 | $4,444.57 | $444.46 | $1,933.43 | $0.00 | $6,822.46 |
| 2023 Tax Sale Fee | | $0.00 | $0.00 | $0.00 | $0.00 | $200.00 |
| 2023 Tax Sale PCLE Fee | | $0.00 | $0.00 | $0.00 | $0.00 | $380.00 |
| 2023 Tax Sale Interest Adjustment | | $0.00 | $0.00 | $459.40 | $0.00 | $459.40 |
| **Total** | | **$27,584.14** | **$2,287.08** | **$10,722.33** | **$0.00** | **$41,173.55** |
| **Amount Due By March 15, 2026** | | | | | | **$42,202.56** |
| **Amount Due By March 31, 2026** | | | | | | **$42,272.20** |

