

KELLER WILLIAMS
CAPITAL PROPERTIES

<img src="menu" /> ☰     ⌂ **realtor**.com®

‹ **Back**    | Washington, DC    ✕   🔍 |    ♡   ⤴   🔕

Listed by **Zanetta Williams**
Brokered by **Keller Williams Capital Properties**

New construction    Open house 4/18

Fly around     Virtual tour        1/59

Kitchen

Living room

Dining room

<u>Veterans: Check 2026 VA Loan Req</u>      <u>How much home can I afford? (Find out!)</u>

House for sale

# $3,999,901

**6** bed   **6.5** bath   **6,946** sqft   **6,534** sqft lot

<u>5631 Macarthur Blvd NW, Washington, DC 20016</u>

Street View

🚗 **Add a commute**

<u>Est.$25,701/mo</u> ✏️    Get pre-approved

Elevator   Outdoor kitchen   High ceiling   Ensuite   Fireplace   Two or more stories

🏠 **Single family**
Property type

📅 **241 days**
On Realtor.com

📏 **$576**
Price per sqft

🏘 **2 Cars**
Garage

🔨 **2025**
Year built

Ask a question     Compare my home

**64** <u>views</u> | **3** <u>saves</u>

Realtor.com checked: A few minutes ago | Listing last updated: Apr 14, 2026 at 6:23 PM (EDT)
Source: BrightMLS, MLS #DCDC2215732

Veterans United®    <u>Veterans: Check VA Loan Eligibility in DC</u>
NMLS #1907

## Open houses

**Saturday, Apr 18**
1:00 PM to 3:00 PM
📅 Add to calendar

---

**Tour when it works for you.**    Request a private showing

---

## Property details

This is a bespoke new construction home that was recently appraised at $5M. The seller has repriced it at an exceptional value, under $4M for immediate sale. The seller is prioritizing clean offers with strong terms and closing timelines. At this price, the property is offered as built. The prior RH lifestyle package, elevator installation, and closet customization offerings can only be discussed with stronger offers or enhanced terms. Secure immediate equity, security and long-term value in a volatile market. Welcome to 5631 MacArthur Blvd NW - A rare bespoke 7,000+ sq ft new-construction residence in DC's coveted Kent neighborhood, blending architectural brilliance with a fully curated luxury lifestyle. Purposefully designed for elegance and everyday ease, this 6-bedroom, 7-bath home offers soaring 10 ft ceilings, expansive windows, and refined finishes throughout. Move seamlessly into a residence that is not only architecturally stunning but fully tailored to elevate the way you live. Features and Finishes: Elevator-ready shaft for effortless access to all levels. Multiple wet bars & entertainment spaces. Ensuite baths with marble flooring for each bedroom. Multiple outdoor spaces. Kitchen: Custom walnut cabinetry, quartzite countertops, dual dishwashers, and premium Viking & Thermador appliances. Outdoor terrace. Generous walk-in closets. Two car garage and a three-car parking pad. The Details: Six ensuite bedrooms with walk-in closets. Waterworks and Kohler plumbing fixtures, soaring 10-ft ceilings, solid wood interior doors with Emtek lock sets and pivot hinges, Andersen windows, and custom millwork throughout. The primary suite offers a 14-ft cathedral ceiling, private terrace, and oversized walk-in closet. Location Highlights: Ideally located, this residence is walkable to Georgetown and Palisades dining and convenience to include Starbucks, CVS, the UPS Store, USPS, acclaimed dining (Et Voila, Bambu Asian Cuisine, Aracosia, Sweet Agave, Chen's Gourmet), Palisades Key Elementary and Palisades Recreation Center, minutes to Georgetown and Sibley Hospital, with easy access to top private schools and cultural landmarks. This home is available for private showings by appointment only. Please contact listing agent for upgrade menu, appraisal summary and full spec sheet. Experience a residence that redefines turnkey luxury in Washington, DC. **Show less**

 CHASE 🏦  **$5,000 Closing Guarantee if you qualify**

### 🛋 Interior

**Bedrooms**
- Bedrooms: 6

**Bathrooms**
- Total Bathrooms: 7
- Full Bathrooms: 6
- 1/2 Bathrooms: 1

**Appliances**
- Built-In Microwave
- Dryer - Electric
- Dryer - Front Loading
- Oven - Wall
- Oven/Range - Gas
- Range Hood

**Show more** ⌄

---

**Find out more about this property.**    Contact agent

## Local Home Services

Advertisement

### Cable and Internet

See Internet & TV Offers Near You

**SEE OFFERS NOW**

Presented By

smartmove▶

### Financial Services

US Military & Veterans $100,000 Home Giveaway. See Off. Rules

**ENTER NOW**

Presented By

★ ENTER TO WIN ★ $100,000

Collapse ∧

## Monthly Payment



**$25,701**
/month

| | |
|---|---|
| Principal & interest | $19,982 (78%) |
| Property tax | $4,552 (18%) |
| Home insurance | $1,167 (5%) |

Get pre-approved

Expand ∨

## Home value



**Real**Estimate℠

| | |
|---|---|
| Current list price | $3,999,901 |
| Collateral Analytics | - |

Case 25-19605    Doc 131-7    Filed 04/15/26    Page 4 of 8

| Cotality™ | $4,456,700 |
|---|---|
| Quantarium | $4,386,017 |

Expand ⌄

---

## Veterans & Military Benefits

 Veterans United.

🕐 Fast VA loan eligibility check     $ No down payment     No private mortgage insurance

Expand ⌄

---

## Property history

| ↗ | $ | ⚒ | ⚒ |
|---|---|---|---|
| **+$2,499,901** | **$54,619** | **19 permits** | **1 year old** |
| Since last sold in 2023 | 2025 taxes | Recorded since 2022 | Built in 2025 |

## Price history

**Today**

| Feb 17, 2026 | ↑ | Price increased | $3,999,901 | $576/sqft |
|---|---|---|---|---|
| | | BrightMLS | $1 | |

**2025**

| Nov 13, 2025 | ↓ | Price decreased | $3,999,900 | $576/sqft |
|---|---|---|---|---|
| | | BrightMLS | -$295,100 | |
| Oct 25, 2025 | ↓ | Price decreased | $4,295,000 | $618/sqft |
| | | BrightMLS | -$150,000 | |
| Oct 16, 2025 | ↓ | Price decreased | $4,445,000 | $640/sqft |
| | | BrightMLS | -$200,000 | |
| Aug 17, 2025 | | Listed | $4,645,000 | $669/sqft |
| | | BrightMLS | +209.67% | |

Show more ⌄

## Tax history

| Year | Taxes | Total assessment | Land | | Additions | |
|---|---|---|---|---|---|---|
| 2025 | $54,619 | $3,749,410 | = | $810,460 | + | $2,938,950 |
| 2024 | $53,771 | $1,092,380 | = | $806,480 | + | $285,900 |

Case 25-19605    Doc 131-7    Filed 04/15/26    Page 5 of 9

| 2023 | $8,889 | $1,045,780 | = | $776,580 | + | $269,200 |
| 2022 | $8,379 | $985,830 | = | $735,620 | + | $250,210 |
| 2021 | $48,591 | $971,830 | = | $731,940 | + | $239,890 |

Show more ⌄

The price and tax history data displayed is obtained from public records and/or MLS feeds from the local jurisdiction. Contact your REALTOR® directly in order to obtain the most up-to-date information available.

## Permit history

| Date | Type of work ⓘ | Project type ⓘ | Project name ⓘ | Status ⓘ |
|---|---|---|---|---|
| Sep 24, 2025 | Shop drawing | • Residential | - | Issued |
| Apr 9, 2025 | Supplemental | • Electrical work | - | Issued |
| Mar 24, 2025 | Excavation | • Excavation and grading | - | Issued |
| Jan 22, 2025 | Excavation | • Excavation and grading | - | Issued |

Show more ⌄

The permit history displayed is obtained from public records and provided for informational purposes only. It may not represent the complete permit history for the property. Accuracy is not guaranteed.

Collapse ⌃

## Neighborhood & schools



Location scores by Local Logic | Locations by Yelp | Boundaries data by Precisely | School ratings by GreatSchools.org

### Northwest Washington neighborhood

 Wellness

### Schools nearby

9/10  🎓 Mann Elementary School

6/10  🎓 Hardy Middle School

2/10  🎓 MacArthur High School

Expand ⌄

---

## Environmental risk



| Minimal 1/10 | Moderate 3/10 | Severe 7/10 | Moderate 4/10 | Moderate 3/10 |
| Flood Factor | Fire Factor | Heat Factor | Wind Factor | Air Factor |

Provided by First Street

Expand ⌄

## Learn more about 5631 Macarthur Blvd NW

**More about this property**

Full name *

Email *

Phone *

How can an agent help?

I'm interested in 5631 Macarthur Blvd NW.

Email agent

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More...

Listed by Zanetta Williams

Brokered by Keller Williams Capital Properties

(855) 583-6128

| | |
|---|---|
| Broker location: | WASHINGTON, DC |
| Data source: | BrightMLS |
| Source's property ID: | DCDC2215732 |
| Data source Copyright: | ©2026 Bright MLS, Inc. All Rights Reserved. |



About us

Careers

Accessibility

Feedback

Media room

Ad Choices

Advertise with us

Agent support

Privacy

Terms

Home Made

Tech Blog

Agent Blog

Sitemap

Do Not Sell or
Share My Personal
Information

Get the app

 

Any mortgage lead generation activity in the state of Connecticut is performed by MSIM, LLC (NMLS #2121192), a subsidiary of Move, Inc.

© 1995-2026 **National Association of REALTORS** ® and **Move, Inc.** All rights reserved.

