# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MARYLAND (GREENBELT DIVISION)

In re:

5410 30th Street DC, LLC,                                                          Case No.: 25-19605

      Debtor                                                                               Chapter 11

---

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that the undersigned has filed an OBJECTION TO AMENDED PROOF OF CLAIM NO. 2-2.

Your rights may be affected.

Within thirty (30) days after the date on the Certificate of Service of the objection, the Claimant may file and serve a response, together with any documents and other evidence the claimant wishes to attach in support of its claim, unless the claimant wishes to rely solely upon the proof of claim, pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, unless otherwise ordered.

                                            Respectfully submitted,

Date: February 26, 2026

                                    Deirdre T. Johnson, Esq
_____
Deirdre T. Johnson, Esq
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com
*Counsel for the Debtor*