IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | \| | |
| | \| | |
| 5410 30th Street DC, LLC, | \| | Case No.: 25-19605 |
| | \| | |
| Debtor | \| | Chapter 11 |
| | \| | |

DEBTOR'S EXHIBIT AND WITNESS LIST FOR HEARING ON MOTION TO ENFORCE THE
AUTOMATIC STAY AND FOR SANCTIONS FOR WILLFUL VIOLATION OF 11 U.S.C. § 362
(DE #60)

Pursuant to the Court's scheduling orders and applicable local rules, 5410 30th Street DC LLC (the

"Debtor"), by and through undersigned counsel, hereby submits the following exhibit and witness list in

connection with the April 20, 2026 hearing on the Debtor's Motion to Enforce the Automatic Stay and for

Sanctions for Willful Violation of 11 U.S.C. § 362 (DE #60) (the "Stay Motion"). The Debtor reserves the

right to use any exhibit listed by any other party and to supplement this list upon reasonable notice to the

Court and all counsel.

## PART I: DEBTOR'S EXHIBIT LIST

| Ex. No. | Description | Source / Doc. No. | Relevance / Purpose |
|---|---|---|---|
| 1 | Affidavit of Non-Residential Mortgage Foreclosure executed November 11, 2025 and recorded November 13, 2025 in the DC Land Records | DC Recorder Doc. No. 2025110562 | Establishes post-petition act to enforce lien against estate property in violation of 11 U.S.C. § 362(a)(4); establishes identity of IBI Falcon as filing party; confirms recording date 30 days post-petition |

| 2 | Deed of Appointment of Substitute Trustee executed November 18, 2025 and recorded November 19, 2025 in the DC Land Records | DC Recorder Doc. No. 2025112580 | Establishes post-petition appointment of foreclosure counsel as substitute trustee, constituting commencement of foreclosure process in violation of § 362(a)(1) and (a)(4); confirms recording date 36 days post-petition; identifies Russell S. Drazin / Pardo & Drazin, LLC as substitute trustee |
|---|---|---|---|
| 3 | Voluntary Petition for Relief Under Chapter 11 filed by 5410 30th Street DC LLC on October 14, 2025 | PACER, Case 25-19605, DE #1 | Establishes Petition Date of October 14, 2025 and commencement of automatic stay under 11 U.S.C. § 362(a); establishes creditor matrix identifying IBI Falcon and IBI SBL at Tel Aviv, Israel address |
| 4 | BNC Certificate of Notice — Bankruptcy filing notice, showing IBI Falcon US LLC listed as 'BYPASSED RECIPIENT' due to foreign address, and IBI SBL Investment LP listed with domestic address | PACER, Case 25-19605, DE #7 | Establishes BNC notice attempt; confirms IBI Falcon was bypassed due to foreign address; establishes IBI SBL received notice; provides basis for Debtor's further service efforts |
| 5 | Email from Michael J. Palumbo, Gingo Palumbo Law Group LLC, to Zanetta M. Williams, dated October 16, 2025, subject: '5631 MacArthur Boulevard Washington DC 20016 — 5410 30th Street DC LLC,' transmitting Notice of Default and Maturity and Notice of Intent to Foreclose, and identifying IBI Falcon as Palumbo's client | Debtor's records | CRITICAL: Establishes that IBI Falcon's own authorized agent and Attorney-in-Fact had actual knowledge of the Debtor and the Property on October 16, 2025 — two days after the Petition Date; notice to agent constitutes notice to principal (Restatement (Third) of Agency § 5.02); defeats IBI Falcon's claim that it lacked notice of the bankruptcy |
| 6 | BNC Notice of Undeliverable Mail for IBI Falcon US LLC at 9 Ahad Ha'am St, Tel Aviv 3129101, received by Debtor's counsel on October 17, 2025 | Debtor's records / BNC system | Establishes that Debtor's counsel received the BNC undeliverability notice on October 17, 2025 and immediately took steps to re-serve IBI Falcon at correct addresses |
| 7 | USPS First-Class Mail service cover sheet and/or certificate of mailing reflecting service of bankruptcy notice on October 18, 2025 to: (1) Gingo Palumbo Law Group LLC, 4700 Rockside Road, Suite 440, Independence, Ohio 44131; and (2) corrected Tel Aviv address for IBI Falcon | Debtor's records | Establishes that bankruptcy notice was re-served on IBI Falcon's agent (Gingo Palumbo) at the Ohio address provided by Palumbo himself in his October 16 email; establishes date of service |
| 8 | USPS Service Standards — Transit Time Map printout from usps.com/service-standards showing First-Class Mail delivery time of 3 days from ZIP code 20774 (Upper Marlboro, MD) to Ohio | USPS.com / Debtor's records | Establishes that Gingo Palumbo Law Group LLC received mailed bankruptcy notice on or about October 21, 2025 — 23 days before the Affidavit of Foreclosure |

| | | | was recorded on November 13, 2025; establishes willfulness |
|---|---|---|---|
| 9 | Deed of Trust, Assignment of Leases and Rents, Fixture Filing, and Security Agreement dated May 3, 2023, recorded May 10, 2023 in the DC Land Records as Instrument No. 2023039109, identifying First American TR Services of D.C., LLC as Original Trustee | DC Recorder Inst. No. 2023039109 / Case 25-19605, Claim 2 Part 3 | Establishes the original deed of trust, the identity of the original trustee (First American TR Services of D.C., LLC), and the property subject to the lien; provides foundation for showing that the Appointment of Substitute Trustee replaced the original trustee in contemplation of foreclosure |
| 10 | Second Assignment of Deed of Trust dated July 8, 2025, recorded July 9, 2025 in the DC Land Records as Instrument No. 2025067961, transferring the deed of trust from IBI SBL Investment LP to IBI Falcon US LLC, signed by Michael J. Palumbo / Gingo Palumbo Law Group LLC as Attorney-in-Fact | DC Recorder Inst. No. 2025067961 / Case 25-19605, Claim 2 Part 7 | Establishes IBI Falcon's claimed basis for holding the deed of trust; identifies Gingo Palumbo Law Group LLC as IBI Falcon's Attorney-in-Fact — the same entity that emailed the Debtor on October 16, 2025; establishes that Michael J. Palumbo, who filed the post-petition foreclosure instruments, is IBI Falcon's authorized agent |
| 11 | Power of Attorney granted by IBI SBL Investment LP to Gingo Palumbo Law Group LLC, recorded in the DC Land Records on October 6, 2025 | DC Land Records / Case record | Establishes that Gingo Palumbo Law Group LLC is the recorded Attorney-in-Fact for IBI Falcon's predecessor in interest; confirms agency relationship between Gingo Palumbo and IBI Falcon entities; supports imputed notice argument |
| 12 | IBI Falcon's Opposition to Motion to Enforce the Automatic Stay and for Sanctions (DE #68 / DE #126) | PACER, Case 25-19605 | Establishes IBI Falcon's position that it lacked notice of the bankruptcy; relevant to rebuttal; demonstrates IBI Falcon's awareness of the legal standards for willfulness; IBI Falcon's own admissions regarding the timeline of events |
| 13 | Debtor's creditor matrix filed with the Voluntary Petition, listing IBI Falcon US LLC and IBI SBL Investment LP | PACER, Case 25-19605, DE #1-6 | Establishes that both IBI Falcon and IBI SBL were listed on the creditor matrix at the time of filing; establishes the Debtor's good-faith efforts to provide notice |
| 14 | Counsel's billing records and invoices reflecting attorneys' fees and costs incurred by the Debtor in connection with (a) preparing and filing the Stay Motion (DE #60); (b) preparing and filing the present exhibit and witness list; (c) preparing for and attending the April 20, 2026 hearing; and (d) | DTJ Law firm records | Establishes actual damages in the form of attorneys' fees and costs recoverable under 11 U.S.C. § 362(k)(1); required for the Court's determination of the damages award |

| | | | |
|---|---|---|---|
| | all related filings necessitated by IBI Falcon's stay violations | | |
| 15 | Any and all exhibits listed or introduced by IBI Falcon US LLC or IBI SBL Investment LP in connection with the April 20, 2026 hearing | IBI Falcon's exhibit list | Reserved; the Debtor reserves the right to use any exhibit offered by any other party |

## PART II: DEBTOR'S WITNESS LIST

| Witness | Title / Role | Summary of Expected Testimony | Est. Time |
|---|---|---|---|
| **Zanetta Marie Williams** | Sole Member and Manager of 5410 30th Street DC LLC; Debtor's principal | Ms. Williams is expected to testify regarding: (1) her receipt of the email from Michael J. Palumbo of Gingo Palumbo Law Group LLC on October 16, 2025, and the contents of that email, including Palumbo's identification of himself as IBI Falcon's representative and his transmittal of the Notice of Intent to Foreclose; (2) the Debtor's filing of the bankruptcy petition on October 14, 2025 and her awareness of the automatic stay; (3) the Debtor's efforts to re-serve notice of the bankruptcy on IBI Falcon and its agents, including mailing to the Gingo Palumbo Ohio address on October 18, 2025; (4) her discovery of the recorded Affidavit of Foreclosure and Appointment of Substitute Trustee in the DC Land Records, and the impact those filings had on the Debtor's efforts to market and sell the Property; (5) the actual and financial harm suffered by the Debtor as a result of the post-petition foreclosure filings, including the cloud on title created by those instruments and the chilling effect on potential buyers and lenders; (6) the attorneys' fees and costs the Debtor has incurred in filing and prosecuting the Stay Motion; and (7) such other matters as may be elicited on direct or cross-examination. | 30-45 min. |

## PART III: RESERVATION OF RIGHTS

The Debtor expressly reserves the right to:

1. Supplement this Exhibit and Witness List upon reasonable notice to the Court and all counsel, including to add exhibits or witnesses that become necessary in light of any filings or disclosures made by IBI Falcon or other parties prior to the April 20, 2026 hearing;

2. Use any exhibit listed or offered by any other party at the hearing, regardless of whether such exhibit appears on the Debtor's list;

3. Offer rebuttal testimony and exhibits in response to any evidence offered by IBI Falcon or other parties at the hearing;

4. Offer exhibits and elicit testimony for purposes of laying foundation, impeachment, or rehabilitation, without regard to whether such exhibits or testimony appear on this list; and

5. Call as a witness at the hearing, subject to the Court's permission, any witness listed by IBI Falcon or any other party, and any witness whose testimony becomes necessary in light of evidence presented at the hearing, including Michael J. Palumbo of Gingo Palumbo Law Group LLC.

Respectfully submitted,

Dated: April 15, 2026

By: /s/ Deirdre T. Johnson, Esq.
Deirdre T. Johnson, Esq.
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD 20774
(301) 742-5385 | dtjesq@dtjohnsonlaw.com
*Counsel for Debtor, 5410 30th Street DC LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of April, 2026, a copy of the foregoing Motion to Strike was served electronically via the Court's ECF system upon all parties registered to receive notice, including:

Maurice B. VerStandig, Esq. (mac@mbvesq.com)

L. Jeanette Rice Jeanette.Rice@usdoj.gov, and

Office of the United States Trustee (USTPRegion04.GB.ECF@USDOJ.GOV).

/s/ Deirdre T. Johnson, Esq.