

\* Required field

\* Mailing & Shipping Services

First-Class Mail® Letters and Flats

\* Entry Point 5-digit ZIP Code™

20774

**Search**



With Priority Mail® Next Day, the expected delivery date reflects a delivery time of 1 business day and is based on the specified origin, destination, and drop-off time in most cases. The expected delivery date does not come with a money-back guarantee.

For any USPS Ground Advantage® packages that contain HAZMAT, the service standards for USPS Ground Advantage Over 1 lb - 70 lbs apply.



Mail & Shipping Services | USPS

usps.com/ship/mail-shipping-services.htm

**Mail & Shipping Services**

USPS has express and standard mail services to fit your needs. Depending on what items you're sending (and when you want them delivered), choose based on:

- Fastest delivery speed
- Most affordable price
- Shipping online vs. at a Post Office™ location

**Compare Mail Services**

Compare USPS mail services by starting retail prices, delivery speed, and more. Most services automatically include USPS Tracking® (except First-Class Mail® service), and you can add Insurance and extra services.

Save on Shipping: If you're using Priority Mail Express®, Priority Mail®, or USPS Ground Advantage® service, you can ship online with Click-N-Ship® and get lower Commercial Rates. Businesses can get additional savings by opting in to the Business Rate Card.

| | Fastest Delivery Speed | Simple, Affordable, Reliable | | Postcards & Envelopes |
|---|---|---|---|---|
| | Fast air delivery for your most important mail and packages (with some Flat Rate options). | Save money shipping packages by ground. | | Mail, like postcards, letters in small envelopes (up to 3.5 oz), and large envelopes (up to 13 oz). |
| Description | Priority Mail Express® | Priority Mail® | USPS Ground Advantage® | First-Class Mail® |
| | You're sending something urgent that must arrive in 1-3 days.[1] You need date-certain delivery with money-back guarantee.[3] | You're sending important items that need to arrive in 3-5 days.[1] | Low rates for packages with expected delivery in 3-5 days[2] (also the primary option for HAZMAT items that can't travel by air). | You're sending a letter envelope (under 3.5 oz) or large envelope (under 13 oz) that's flat and bends easily. |
| Price | Flat Rate Envelope: From $33.52 USPS Shipping Box or Your Own Box By Weight/Zone: From $33.00 | Flat Rate Envelope: From $11.50 USPS Shipping Box (Flat Rate): From $12.60 Your Own Box By Weight/Zone: From $10.30 | From $7.50 | From $0.61 (postcards) From $0.76 (letters) From $1.65 (large envelopes) |
| Delivery Speed | 1-3 days[1] | 3-5 days[1] | 3-5 days[2] | 1-5 days |

Expand All Compared Features ∨

## Compare Mail Services

Compare USPS mail services by starting retail prices, delivery speed, and more. Most services automatically include USPS Tracking® (except First-Class Mail® service), and you can add insurance and extra services.

**Save on Shipping:** If you're using Priority Mail Express®, Priority Mail®, or USPS Ground Advantage® service, you can ship online with Click-N-Ship® and get lower Commercial Rates. Businesses can get additional savings by opting in to the Business Rate Card.

| | **Fastest Delivery Speed**<br><br>Fast air delivery for your most important mail and packages (with some Flat Rate options). | **Simple, Affordable, Reliable**<br><br>Save money shipping packages by ground. | **Postcards & Envelopes**<br><br>Mail, like postcards, letters in small envelopes (up to 3.5 oz), and large envelopes (up to 13 oz). |
|---|---|---|---|
| **Description** | Priority Mail Express®<br><br>You're sending something urgent that must arrive in 1-3 days.[1] You need date-certain delivery with money-back guarantee.[2] | Priority Mail®<br><br>You're sending important items that need to arrive in 2-3 days.[4] | USPS Ground Advantage®<br><br>Low rates for packages with expected delivery in 2-5 days[5] (also the primary option for HAZMAT items that can't travel by air). |
| | | | First-Class Mail®<br><br>You're sending a letter envelope (under 3.5 oz) or large envelope (under 13 oz) that's flat and bends easily. |
| **Price** | Flat Rate Envelope: From $33.25 USPS Shipping Box or Your Own Box By Weight/Zone: From $33.00 | Flat Rate Envelope: From $11.95 USPS Shipping Box (Flat Rate): From $12.65 Your Own Box By Weight/Zone: From $10.20 | From $7.30 |
| | | | From $0.61 (postcards) From $0.78 (letters) From $1.63 (large envelopes) |
| **Delivery Speed** | 1-3 days[1] | 2-3 days[4] | 2–5 days[5] |
| | | | 1-5 days |