Doc #: 2025112580
11/19/2025 08:12 AM

AFTER RECORDING, RETURN TO:

Russell S. Drazin
Pardo & Drazin, LLC                                    5631 MacArthur Boulevard, NW
4400 Jenifer Street, NW, Suite 2                              Washington, DC 20016
Washington, DC 20015                                      Lot 0043 in Square 1446

## DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEE

**WHEREAS,** by that certain Deed of Trust, Assignment of Leases and Rents, Fixture Filing, and Security Agreement (the **"Deed of Trust"**) dated May 3, 2023 and recorded on May 10, 2023 as Instrument No. 2023039109, 5410 30TH STREET DC LLC (**"Borrower"**), a Maryland limited liability company, as grantor, conveyed to First American TR Services of D.C., LLC (**"Original Trustee"**), a District of Columbia limited liability company, as trustee, the real property and improvements (if any) (the **"Property"**) commonly known as 5631 MacArthur Boulevard, NW, Washington, DC 20016 (Lot 0043 in Square 1446) and more particularly described in the Deed of Trust and on **EXHIBIT A** attached hereto for the benefit of FTF Lending, LLC (**"Original Lender"**), a Delaware limited liability company, as beneficiary, to secure repayment of that certain Promissory Note (the **"Note"**) dated May 3, 2023 in the principal amount of $2,222,000.00 made by Borrower, as maker, payable to the order of Original Lender, as payee; and

**WHEREAS,** by that certain Assignment of Mortgage/Deed of Trust, Assignment of Leases and Rents, Fixture Filing, and Security Agreement dated March 6, 2024 and recorded on March 27, 2024 as Instrument No. 2024028399, Original Lender, as assignor, sold and assigned the Deed of Trust, the Note, and all related rights to IBI SBL Investment LP, a Delaware limited partnership, as assignee; and

**WHEREAS,** by that certain Assignment of Deed of Trust dated July 8, 2025 and recorded on July 9, 2025 as Instrument No. 2025067961, IBI SBL Investment LP, a Delaware limited partnership, as assignor, sold and assigned the Deed of Trust, the Note, and all related rights to IBI Falcon US LLC (**"Lender"**), a Delaware limited liability company, as assignee.

**WHEREAS,** the Deed of Trust and District of Columbia law provide that the holder of the Note secured thereby may remove Original Trustee, and any successor trustee, and appoint a successor trustee; and

1

WHEREAS, as of the execution of this Deed of Appointment of Substitute Trustee, Lender is the current holder of the Note secured by the Deed of Trust, with full power and authority to remove Original Trustee, and any successor trustee, and to appoint a successor trustee.

NOW, THEREFORE, by virtue of the authority contained in the Deed of Trust, and pursuant to District of Columbia law, the undersigned holder of the Note secured by the Deed of Trust hereby (1) removes Original Trustee, (2) removes any successor trustee, and (3) appoints **RUSSELL S. DRAZIN**, with an address of **4400 Jenifer Street, NW, Suite 2, Washington, DC 20015**, as Substitute Trustee, to succeed to all of the rights, title, interest, power, and duties conferred upon Original Trustee by the terms of the Deed of Trust, and by applicable law.

IN WITNESS WHEREOF, the current holder of the Note has signed and sealed this instrument on this 18th day of November , 2025 .

**IBI Falcon US LLC,**
a Delaware limited liability company

Name: Michael J. Palumbo
Title: Authorized Signatory

State of OHIO )
County of CUYAHOGA ) to wit:
)

I HEREBY CERTIFY that on this 18th day of November , 2025 , before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared Michael J. Palumbo , known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained and in the capacity therein stated, and further acknowledged the foregoing instrument to be his/her act and deed.

AS WITNESS my hand and notarial seal the day and year above written.

Attorney Anthony J. Gingo
Resident Cuyahoga County
Notary Public, State of Ohio
My Commission Has No Expiration Date
Sec 147.03 RC

Anthony J. Gingo, State of Ohio, Notary Public

My Commission Expires:_____

2

## EXHIBIT A

(Legal Description)

All that certain lot or parcel of land situate in the **District of Columbia** and being more particularly described as follows:

> **Lot 43 in Square 1446 in a subdivision made by Zoran Dragacevac and Snezana Mitrovic Living Trust dated May 6, 2018, as per plat recorded in Plat Book 220 at Page 24 in the Office of the Surveyor of the District of Columbia**

**5631 MacArthur Boulevard, NW**
**Washington, DC 20016**

**Lot 0043 in Square 1446**

3

```
Doc #: 2025112580
Filed & Recorded
11/19/2025 08:12 AM
DANIEL ALTOMARE
DEPUTY RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
  RECORDING FEES          $25.00
  SURCHARGE               $5.00
TOTAL:                    $30.00
```