IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER DENYING MOTION TO CONTINUE HEARING ON CONVERSION**

Upon consideration of the debtor's motion to continue a hearing on conversion of this case (the "Motion to Continue"), DE #136, the opposition of IBI Falcon US LLC ("IBI Falcon") thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion to Continue be, and hereby is, DENIED as to the hearing on the motion of IBI Falcon to have this matter converted to chapter 7; and it is further

ORDERED, that the Motion to Continue be, and hereby is, GRANTED to the extent the debtor seeks to continue a hearing on approval of the debtor's proposed disclosure statement.

.

Copies: All counsel of record

1