UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND (GREENBELT DIVISION)

|  |  |  |
|---|---|---|
| In re: | | |
| 5410 30th Street DC, LLC, | | Case No.: 25-19605 |
| Debtor | | Chapter 11 |

## DEBTOR'S AMENDED WITNESS AND EXHIBIT LISTS

Come now the Debtor, by and through undersigned counsel, and furnishes this list of witnesses to be called, and exhibits to be introduced, at the hearing on the Debtor's Motion to Enforce the Automatic Stay (DE #60):

### WITNESSES

1. Zanetta Williams, Sole Member, 5410 30th Street DC, LLC

2. Any witness designated by the Creditor IBI Falcon (without regard to the scope of examination by the Creditor)

3. Any witness necessary to offer rebuttal or impeachment evidence

### EXHIBITS

Debtor Exhibit 1 -  Affidavit of Foreclosure 11-13-25

Debtor Exhibit 2 -  Deed of Appointment of Substitute Trustee 11-19-25

Debtor Exhibit 3 – BNC Certificate of Notice (DE #7)

Debtor Exhibit 4 – Michael Palumbo Email 10-16-25

Debtor Exhibit 5 – USPS Delivery Service Standards

Debtor Exhibit 6 – First Assignment of Deed of Trust

Debtor Exhibit 7 – Second Assignment of Deed of Trust

Debtor Exhibit 8 – Limited Power of Attorney - Gingo Palumbo Law Group 10-6-25

Debtor Exhibit 9  - Debtor's Original Verification of Creditor Matrix  (DE #6)

Debtor Exhibit 10 – First Allonge

Debtor Exhibit 11 – Second Allonge

Debtor Exhibit 12 – DC Recorder of Deeds

Debtor Exhibit 13 – Promissory Note

Debtor Exhibit 14A, 14B, 14C, 14D  – Billing Records

Debtor Exhibit 15 -  Evidence of negative Impact - REDACTED

Debtor Exhibit 16 - Any Exhibits to be offered for rebuttal or impeachment purposes


Respectfully submitted,


Date: April 20, 2026

/s/ Deirdre T. Johnson, Esq
_____
Deirdre T. Johnson, Esq
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com
*Counsel for the Debtor*


## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of February, 2026, a copy of the foregoing DEBTOR'S WITNESS AND EXHIBIT LISTS  was served  electronically upon filing by the Court's CM/ECF system, with copies to:

Jeanette Rice            Jeanette.Rice@usdoj.gov

Maurice VerStandig    mac@mbvesq.com

US Trustee              USTPRegion04.GB.ECF@USDOJ.GOV

_____
Deirdre T. Johnson, Esq