Doc #: 2025110562
11/13/2025 09:06 AM



**Government of the**
**District of Columbia**
Office of Tax and Revenue
Recorder of Deeds
**1101 4th Street, SW**
**Washington, DC 20024**
**Phone (202) 727-5374**

# AFFIDAVIT OF NON-RESIDENTIAL MORTGAGE FORECLOSURE

5410 30th Street DC LLC, a Maryland limited liability company
Property Owner's Last Name

Property Owner's First Name

Defaulted Borrower(s) Name
(If Different From Property Owner's Above)

0043/1446
Lot/Square Number:

I, Michael J. Palumbo                    [name], Authorized Signatory [title]

of **IBI Falcon US LLC, a Delaware limited liability company**
[name of institution] ("Lender"), make oath and say that:

1. I have personal knowledge of the matters referred to herein.

2. The subject property is located at

5631 MacArthur Boulevard NW, Washington, DC 20016

3. IBI Falcon US LLC, a Delaware limited liability company is the holder of the mortgage

recorded as Instrument Number 2023039109                    in the District

of Columbia Recorder of Deeds ('Mortgage').

4. The subject property identified above is not secured by a residential mortgage as defined by D.C. Official Code § 42-815.01(a).

5. For the reason(s) set forth above, foreclosure of the Mortgage is not subject to mandatory mediation and, therefore, does not require a Mediation Certificate issued by the Mediation Administrator.

I declare and affirm under penalty of perjury that the statements made herein are true and correct to the best of my knowledge, information and belief.

Signature: *Michael J. Palumbo*

Printed Name: Michael J. Palumbo

Title: Authorized Signatory

Date: November 11, 2025

State of Ohio

County of Cuyahoga

This Affidavit of Non-Residential Mortgage Foreclosure was acknowledged before me on

this 11th                    day of November        .20 25

by Michael J. Palumbo                    (name of person) as

Authorized Signatory                    (type of authority, e.g. officer,

trustee, etc.) of IBI Falcon US LLC, a Delaware limited liability company
(name of party on behalf of whom instrument was executed).

Notary Public

My Commission Expires:

Attorney Anthony J. Gingo
Resident Cuyahoga County
Notary Public, State of Ohio
My Commission Has No Expiration Date
Sec 147.03 RC

SSL:

1446/0043

Recording requested by:

Russell S. Drazin
Pardo & Drazin LLC
4400 Jenifer Street, NW
Suite 2
Washington, DC 20015

When recorded mail to:

Russell S. Drazin
Pardo & Drazin, LLC
4400 Jenifer Street, NW
Suite 2
Washington, DC 20015

```
Doc #: 2025110562
Filed & Recorded
11/13/2025 09:06 AM
DANIEL ALTOMARE
DEPUTY RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
  RECORDING FEES          $25.00
  SURCHARGE               $5.00
TOTAL:                    $30.00
```