

EXHIBIT

3

United States Bankruptcy Court
District of Maryland

In re:                                                                          Case No. 25-19605-LSS

5410 30th Street DC LLC                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: 309F1 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + 5410 30th Street DC LLC, 2011 Brooks Dr, #130, District Heights, MD 20747, UNITED STATES 20747-1040 |
| 32988028 | + Attn: Albeiro Medina, T&AA Construction, and Any/ All Affiliat, 11820 Parklawn Dr, Suite 380, Rockville, MD 20852-2526 |
| 32988016 | + BHI Construction, and Any/All Affiliates, 9342 Annapolis Rd, Lanham, MD 20706-3104 |
| 32988017 | City Concrete, and Any/ All Affiliates, 9284 Corp Circle, Manassas, VA 20110 |
| 32988018 | + DC Municipal Investments, LLC, c/o: Heidi S. Kenny, Esq, Kenny Law Group, LLC, 11426 York Rd, 1st Floor, Cockeysville, MD 21030-1800 |
| 32988020 | Fund That Flip, 1300 E. 4th St, Suite 1310, Cleveland, OH 44114 |
| 32988026 | + IBI SBL Investment LP, 2711 Centerville Rd, Wilmington, DE 19808-1660 |
| 32988019 | + Kylie Properties, LLC, 712 H St, NE #540, Washington, DC 20002-3627 |
| 32988025 | + PEPCO, 701 9th St, NW, Washington, DC 20068, DC Water, 1385 Canasl St, SE Washington, DC 20003-5015 |
| 32988023 | + Santorini Capital LLC, and Any/All Affiliates, 2000 Massachusetts Ave, NW, Washington, DC 20036-1022 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: dtjesq@dtjohnsonlaw.com | Oct 16 2025 19:19:00 | Deirdre Theresa Johnson, 9701 Apollo Dr, Suite 301, Suite 301, Upper Marlboro, MD 20774 |
| 32988021 | + EDI: DCGOVT | Oct 16 2025 23:11:00 | DC Office of Tax & Revenue, Office of CFO, 1101 4th St, SW, Washington, DC 20024-4457 |
| 32988045 | Email/Text: Credit.Collection@dcwater.com | Oct 16 2025 19:19:00 | DC Water, 1385 Canasl St, SE, Washington, DC 20003 |
| 32988024 | + Email/Text: Bankruptcy@washgas.com | Oct 16 2025 19:20:00 | Washington Gas, Attn: Customer Care, 6801 Industrial Rd, Springfield, VA 22151-4205 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |
| 32988022 | | IBI Falcon US LLC, and Any/All Affiliates, 9 Ahad Ha'am St, Tel Aviv 3129101 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**