EXHIBIT

5







USPS.COM

## USPS Transit Time Map

View expected delivery times for domestic shipping services based on USPS service standards.

Exceptions apply and delivery time is not guaranteed.

**New! Priority Mail® Next Day**

Our new next-day delivery option reaches over 72 million business and residential customers throughout the country.

Explore Priority Mail Next Day

### Get Started!

- Enter the 5-digit ZIP Code™ you're shipping from.
- Drag and zoom the map to see the area you're mailing to, as well as Alaska, Hawaii, and U.S. territories.

First-Class Mail® Letters and Flats

Origination   2 Days   3 Days   4 Days   5 Days

Case 25-19605   Doc 141-5   Filed 04/20/26   Page 2 of 4

* Required field

* Mailing & Shipping Services

First-Class Mail® Letters and Flats ▾

* Entry Point 5-digit ZIP Code™

20774

**Search**

↻ Reset Map



With Priority Mail® Next Day, the expected delivery date reflects a delivery time of 1 business day and is based on the specified origin, destination, and drop-off time in most cases. The expected delivery date does not come with a money-back guarantee.

For any USPS Ground Advantage® packages that contain HAZMAT, the service standards for USPS Ground Advantage Over 1 lb - 70 lbs apply.



Mail & Shipping Services | USPS     ✕     +

← → C   🔒 usps.com/ship/mail-shipping-services.htm

## Mail & Shipping Services

USPS has express and standard mail services to fit your needs. Depending on what items you're sending, and when you want them delivered, choose based on:

- Fastest delivery speed
- Most affordable price
- Shipping online vs. at a Post Office™ location

## Compare Mail Services

Compare USPS mail services by starting retail prices, delivery speed, and more. Most services automatically include USPS Tracking® (except First-Class Mail® service), and you can add insurance and extra services.

Save on Shipping: If you're using Priority Mail Express®, Priority Mail®, or USPS Ground Advantage® service, you can ship online with Click-N-Ship® and get lower Commercial Rates. Businesses can get additional savings by opting in to the Business Rate Card.

| | Fastest Delivery Speed | Simple, Affordable, Reliable | | Postcards & Envelopes |
|---|---|---|---|---|
| | Fast air delivery for your most important mail and packages (with some Flat Rate options). | Save money, shipping packages by ground. | | Mail, like postcards, letters in small envelopes (up to 3.5 oz), and large envelopes (up to 13 oz). |
| **Description** | Priority Mail Express® | Priority Mail® | USPS Ground Advantage® | First-Class Mail® |
| | You're sending something urgent that must arrive in 1–2 days.¹ You need date-certain delivery with money-back guarantee.² | You're sending important items that need to arrive in 2–3 days.¹ | Low rates for packages with expected delivery in 2–5 days¹ (also the primary option for HAZMAT items that can't travel by air). | You're sending a letter, envelope (under 3.5 oz) or large envelope (under 13 oz) that is flat and bends easily. |
| **Price** | Flat Rate Envelope: From $33.50 USPS Shipping Box or Your Own Box By Weight/Zone: From $33.00 | Flat Rate Envelope: From $11.60 USPS Shipping Box (Flat Rate): From $10.60 Your Own Box By Weight/Zone: From $10.20 | From $5.40 | From $0.61 (postcards); From $0.76 (letters); From $1.45 (large envelopes) |
| **Delivery Speed** | 1–2 days¹ | 2–3 days¹ | 2–5 days¹ | 1–5 days |

Expand All Compared Features ∨

# Compare Mail Services

Compare USPS mail services by starting retail prices, delivery speed, and more. Most services automatically include USPS Tracking® (except First-Class Mail® service), and you can add insurance and extra services.

Save on Shipping: If you're using Priority Mail Express®, Priority Mail®, or USPS Ground Advantage® service, you can ship online with Click-N-Ship® and get lower Commercial Rates. Businesses can get additional savings by opting in to the Business Rate Card.

| | Fastest Delivery Speed | Simple, Affordable, Reliable | Postcards & Envelopes |
|---|---|---|---|
| | Fast air delivery for your most important mail and packages (with some Flat Rate options). | Save money shipping packages by ground. | Mail, like postcards, letters in small envelopes (up to 3.5 oz), and large envelopes (up to 13 oz). |
| Description | Priority Mail Express® | Priority Mail® | USPS Ground Advantage® | First-Class Mail® |
| | You're sending something urgent that must arrive in 1-3 days.[1] You need date-certain delivery with money-back guarantee.[2] | You're sending important items that need to arrive in 2-3 days.[4] | Low rates for packages with expected delivery in 2-5 days[5] (also the primary option for HAZMAT items that can't travel by air). | You're sending a letter envelope (under 3.5 oz) or large envelope (under 13 oz) that's flat and bends easily. |
| Price | Flat Rate Envelope: From $33.25 USPS Shipping Box or Your Own Box By Weight/Zone: From $33.00 | Flat Rate Envelope: From $11.95 USPS Shipping Box (Flat Rate): From $12.65 Your Own Box By Weight/Zone: From $10.20 | From $7.30 | From $0.61 (postcards) From $0.78 (letters) From $1.63 (large envelopes) |
| Delivery Speed | 1-3 days[1] | 2-3 days[4] | 2–5 days[5] | 1-5 days |