## ENDORSEMENT AND ALLONGE

THIS ENDORSEMENT AND ALLONGE IS TO BE ATTACHED TO AND MADE AN
INTEGRAL PART OF THE FOLLOWING:

Instrument:  Promissory Note

Date:  05/03/2023

Borrower/Maker:  5410 30th Street DC
A(n) Maryland Limited Liability Company

Original Payee:  FTF Lending, LLC,
a Delaware limited liability company

Original Principal Amount:  $2,222,000.00

PAY TO THE ORDER OF IBI SBL INVESTMENT LP, a Delaware Limited Partnership,
2711 Centerville Road, Wilmington, DE 19808, its successors and/or assigns WITHOUT
RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY, EXPRESS,
IMPLIED, OR BY OPERATION OF LAW, OF ANY KIND AND NATURE
WHATSOEVER.

The effective date of this Endorsement and Allonge is 03/06/2024.

FTF LENDING, LLC,
a Delaware limited liability company

By:  Nolan Helline

Its:  Authorized Agent and Signatory

By:  Nolan Helline
Its:  Capital Markets Financial Analyst

Borrower: 5410 30th Street DC
Loan: FTF_158847_71928
Property: 5631 MacArthur BLVD, Washington, DC, 20016