<u>ENDORSEMENT AND ALLONGE</u>

THIS ENDORSEMENT AND ALLONGE IS TO BE ATTACHED TO AND MADE AN
INTEGRAL PART OF THE FOLLOWING:

| | |
|---|---|
| **Instrument:** | Commercial Promissory Note |
| **Date:** | May 3, 2023 |
| **Original Principal Amount:** | $2,222,000.00 |
| **Loan Number:** | FTF_71928 |
| **Borrower/Maker:** | 5410 30th Street DC LLC, a Maryland limited liability company |
| **Original Lender:** | FTF Lending, LLC, an Ohio limited liability company |

PAY TO THE ORDER OF **IBI FALCON US LLC, a Delaware limited liability company,**
ISAOA/ATIMA, WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR
WARRANTY, EXPRESS, IMPLIED, OR BY OPERATION OF LAW, OF ANY KIND AND
NATURE WHATSOEVER.

The effective date of this Endorsement and Allonge is June 30, 2025.

ASSIGNOR:

IBI SBL Investment LP,
a Delaware limited partnership

By:    Gingo Palumbo Law Group LLC,
        an Ohio limited liability company
Its:    Attorney-in-Fact

By:    Anthony J. Gingo
Its:    Co-Managing Member

Collateral: 5631 MacArthur Boulevard NW, Washington, DC 20016