# Law Office of Deirdre T. Johnson, Esq.

9701 Apollo Dr, Suite 301  |  Upper Marlboro, MD 20774
Phone (301) 742-5385  |  dtjesq@dtjohnsonlaw.com

**EXHIBIT**

**14A**

## BILLING STATEMENT — NOVEMBER 2025
### Motion to Enforce Automatic Stay & Sanctions — 11 U.S.C. § 362

| | |
|---|---|
| **Client:** | 5410 30th Street DC, LLC |
| **Matter:** | In re: 5410 30th Street DC, LLC — Case No. 25-19605, Chapter 11 |
| **Services:** | Motion to Enforce Automatic Stay & Sanctions for Willful Violation of 11 U.S.C. § 362 |
| **Billing Rate:** | $300.00 per hour |
| **Invoice Period:** | November 2025 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/2025 | Legal research – automatic stay violations under 11 U.S.C. § 362; review of post-petition DC Recorder of Deeds filings (Affidavit of Foreclosure, Doc #2025110562) | Research | 2.00 | $300.00 | $600.00 |
| 11/19/2025 | Review Appointment of Substitute Trustee filed with DC Recorder of Deeds (Doc #2025112580); analysis of stay violation timeline | Research | 1.00 | $300.00 | $300.00 |
| 11/20/2025 | Initial draft – Motion to Enforce the Automatic Stay and for Sanctions for Willful Violation of 11 U.S.C. § 362 (v1); draft of comprehensive sanctions package (outline) | Drafting | 3.50 | $300.00 | $1,050.00 |
| 11/25/2025 | Revision – Motion to Enforce Automatic Stay (v2); conforming edits, legal citations, and argument sections; draft Proposed Order Enforcing Automatic Stay and Imposing Sanctions | Revision | 2.50 | $300.00 | $750.00 |
| 11/28/2025 | Draft Motion to Shorten Time and Request for Expedited Hearing; draft Proposed Order Granting Motion to Shorten Time; review and finalize Notice of Motion | Drafting | 2.00 | $300.00 | $600.00 |
| | | **TOTAL DUE** | **11.00** | | **$3,300.00** |

Payment is due within 30 days of invoice date.
Please remit payment to: Law Office of Deirdre T. Johnson | dtjesq@dtjohnsonlaw.com | (301) 742-5385



# Law Office of Deirdre T. Johnson, Esq.

9701 Apollo Dr, Suite 301  |  Upper Marlboro, MD 20774
Phone: (301) 742-5385  |  dtjesq@dtjohnsonlaw.com

## BILLING STATEMENT — DECEMBER 2025
### Motion to Enforce Automatic Stay & Sanctions — 11 U.S.C. § 362

| | |
|---|---|
| **Client:** | 5410 30th Street DC, LLC |
| **Matter:** | In re: 5410 30th Street DC, LLC — Case No. 25-19605, Chapter 11 |
| **Services:** | Motion to Enforce Automatic Stay & Sanctions for Willful Violation of 11 U.S.C. § 362 |
| **Billing Rate:** | $300.00 per hour |
| **Invoice Period:** | December 2025 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/2025 | Final review and execution of Motion to Enforce Automatic Stay (filed version); finalize Proposed Order Enforcing Automatic Stay; prepare Notice of Motion for filing | Finalization | 1.50 | $300.00 | $450.00 |
| 12/03/2025 | Prepare and execute Certificate of Service – Motion to Enforce Automatic Stay and for Sanctions; Certificate of Service – Motion to Shorten Time; coordinate CM/ECF and first-class mail service on IBI Falcon US LLC, Russel S. Drazin | Service | 1.00 | $300.00 | $300.00 |
| 12/05/2025 | Correspondence re: expedited hearing scheduling; follow-up on creditor response; review docket | Case Management | 0.50 | $300.00 | $150.00 |
| 12/09/2025 | Hearing preparation; review of all exhibits and arguments for expedited hearing on Motion to Enforce Automatic Stay | Hearing Prep | 1.50 | $300.00 | $450.00 |
| 12/04/2025 | Review and analyze IBI Falcon's Opposition to Motion to Shorten Time (DE #62, 8 pages); assess creditor's arguments regarding notice, stay violations, and alleged lack of damages; develop responsive strategy | Review/Analysis | 2.00 | $300.00 | $600.00 |
| 12/17/2025 | Review and analyze IBI Falcon's Opposition to Motion to Enforce the Automatic Stay and for Sanctions (14 pages); detailed analysis of creditor's arguments re: substitute trustee appointment, DC non-residential foreclosure law, lack of notice, and absence of cognizable damages; research and outline reply arguments | Review/Analysis | 3.50 | $300.00 | $1,050.00 |
| | | **TOTAL DUE** | **10.00** | | **$3,000.00** |

Payment is due within 30 days of invoice date.
Please remit payment to: Law Office of Deirdre T. Johnson | dtjesq@dtjohnsonlaw.com | (301) 742-5385

# Law Office of Deirdre T. Johnson, Esq.



**EXHIBIT**
**14C**

9701 Apollo Dr, Suite 301  |  Upper Marlboro, MD 20774
Phone: (301) 742-5385  |  dtjesq@dtjohnsonlaw.com

## BILLING STATEMENT — JANUARY 2026
### Motion to Enforce Automatic Stay & Sanctions — 11 U.S.C. § 362

| | |
|---|---|
| **Client:** | 5410 30th Street DC, LLC |
| **Matter:** | In re: 5410 30th Street DC, LLC — Case No. 25-19605, Chapter 11 |
| **Services:** | Motion to Enforce Automatic Stay & Sanctions for Willful Violation of 11 U.S.C. § 362 |
| **Billing Rate:** | $300.00 per hour |
| **Invoice Period:** | January 2026 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/02/2026 | Review IBI Falcon's Motion to Continue (or Advance) Hearing on Motion to Enforce Stay (DE filed 1/2/26); assess scheduling conflict represented by creditor's counsel; confer with client regarding hearing date options | Review/Analysis | 0.50 | $300.00 | $150.00 |
| 01/03/2026 | Draft Motion to Advance (or Continue) Hearing on Motion to Enforce the Automatic Stay and for Sanctions; draft Proposed Order Granting Motion to Advance or Continue Hearing | Drafting | 2.00 | $300.00 | $600.00 |
| 01/03/2026 | Draft Debtor Witness and Exhibit List for hearing on Motion to Enforce Automatic Stay | Drafting | 1.00 | $300.00 | $300.00 |
| 01/03/2026 | Compile and organize hearing exhibits: review and prepare Exhibit 1 (Affidavit of Foreclosure, 11/13/25), Exhibit 2 (Palumbo Email, 2/7/25), Exhibit 3 (Palumbo Email, 10/15/25 with Notice of Default attachment), Exhibit 4 (Undeliverable Mail Notice – IBI Falcon foreign address bypassed), Exhibit 5 (Certificate of Notice, DE #7) | Hearing Prep | 2.00 | $300.00 | $600.00 |
| 01/03/2026 | Continue exhibit preparation: review and prepare Exhibit 6 (D.C. Municipal Regulation § 26-C2727), Exhibit 7 (Evidence of Negative Impact – prepare redacted version), Exhibit 8 (Verification of Creditor Matrix, DE #25); finalize and file Debtor's Witness and Exhibit List | Hearing Prep | 2.00 | $300.00 | $600.00 |
| 01/05/2026 | Review IBI Falcon's Motion to Advance or Continue Hearing; draft Debtor's Response to Motion to Continue or Advance Hearing | Drafting | 1.50 | $300.00 | $450.00 |
| 01/06/2026 | Review Court Order Continuing Hearing on Motion for Sanctions (Doc 84, signed Jan. 6, 2026); correspondence with client re: next steps; coordinate new hearing date with Courtroom Deputy | Case Management | 1.00 | $300.00 | $300.00 |
| | | **TOTAL DUE** | **10.00** | | **$3,000.00** |

Payment is due within 30 days of invoice date.
Please remit payment to: Law Office of Deirdre T. Johnson | dtjesq@dtjohnsonlaw.com | (301) 742-5385

# Law Office of Deirdre T. Johnson, Esq.



EXHIBIT

14D

9701 Apollo Dr, Suite 301  |  Upper Marlboro, MD 20774
Phone: (301) 742-5385  |  dtjesq@dtjohnsonlaw.com

## BILLING STATEMENT — APRIL 2026

Emergency Motion for Continuance — Preserving Automatic Stay Hearing (DE #60) | April 20, 2026

| | |
|---|---|
| **Client:** | 5410 30th Street DC, LLC |
| **Matter:** | In re: 5410 30th Street DC, LLC — Case No. 25-19605, Chapter 11 |
| **Services:** | Emergency Motion for Continuance — Preserving Automatic Stay Hearing (DE #60) Scheduled April 20, 2026; Proposed Order; Hearing Preparation |
| **Billing Rate:** | $300.00 per hour |
| **Invoice Period:** | April 2026 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/10/2026 | Case status review and hearing preparation strategy: audit all pending April 20, 2026 hearing matters (Motion to Enforce Stay DE #60, Disclosure Statement, Motion to Convert DE #95); assess impact of IBI Falcon's claim objections and party-in-interest standing on stay hearing strategy; identify need for continuance of unripe matters | Case Management | 1.50 | $300.00 | $450.00 |
| 04/13/2026 | Legal research: party-in-interest standing under 11 U.S.C. §§ 1109(b), 1112(b), and 1125; Rule 2004 examination procedures; review IBI Falcon's allonge and assignment chain underlying Claim No. 2 ($2,676,531.91); analyze impact of disputed creditor identity on stay motion enforcement strategy | Research | 2.00 | $300.00 | $600.00 |
| 04/14/2026 | Draft Debtor's Emergency Motion for Continuance of Selected Hearings Scheduled for April 20, 2026 — primary purpose: protect and preserve the April 20 hearing on Motion to Enforce Automatic Stay and for Sanctions (DE #60) while continuing procedurally unripe matters; draft arguments re: IBI Falcon standing, pending Claim Objection, procedural prematurity of Disclosure Statement hearing, and necessity of Rule 2004 discovery | Drafting | 3.50 | $300.00 | $1,050.00 |
| 04/14/2026 | Draft Proposed Order Granting Emergency Motion for Continuance and Directing Rule 2004 Discovery; conform order provisions to relief requested; expressly preserve DE #60 automatic stay hearing as proceeding April 20, 2026; draft Rule 2004 production deadlines (14/30/60 days), status report requirement (75 days), and status conference provisions | Drafting | 1.50 | $300.00 | $450.00 |
| 04/15/2026 | Final review, revision, and execution of Emergency Motion for Continuance and Proposed Order; prepare Certificate of Service; serve via ECF on Maurice B. VerStandig (IBI Falcon counsel) and U.S. Trustee; coordinate first-class mail service on all creditors and parties in interest per attached creditor matrix | Finalization | 1.50 | $300.00 | $450.00 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|------|------------------------|----------|-------|------|--------|
| 04/15/2026 | Hearing preparation for April 20, 2026 — Motion to Enforce Automatic Stay and for Sanctions (DE #60): review all exhibits (Exs. 1-8), witness list, IBI Falcon's October 15, 2025 email evidencing actual knowledge of bankruptcy filing, creditor's opposition arguments re: notice and DC foreclosure law; prepare oral argument outline on willful violation of 11 U.S.C. § 362 | Hearing Prep | 2.50 | $300.00 | $750.00 |
| | | **TOTAL DUE** | **12.50** | | **$3,750.00** |