Entered: April 22nd, 2026
Signed: April 20th, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:                                          *

5410 30th Street DC LLC,          *          Case No. 25-19605-LSS

    Debtor.                             *          Chapter 11

                              *

## <u>ORDER GRANTING MOTION TO CONTINUE</u>

On April 20, 2026, this case came before the Court for a scheduled hearing on the following: the Motion for Sanctions/Motion to Enforce Automatic Stay [Dkt. No. 60] ("Motion for Sanctions"), filed by Debtor, the Opposition [Dkt. No. 68], filed by, IBI Falcon US LLC and IBI SBL Investment LP (collectively, "IBI"); the Motion to Convert Case from Chapter 11 to Chapter 7 [Dkt. No. 95] ("Motion to Convert"), filed by IBI, and Opposition [Dkt. No. 100], filed by Debtor; the Objection to Claim Number 2 [Dkt. No. 116] ("Claim Objection"), filed by Debtor, and the Response [Dkt. No. 126], filed by IBI; as well as the Amended Disclosure Statement [Dkt. No. 121], filed by Debtor, and the Objection [Dkt. No. 122], filed by IBI. On April 15, 2026, Debtor filed the Emergency Motion for Continuance of Selected Hearings Currently Scheduled for April 20, 2026, and for an Order Directing Rule 2004 Discovery [Dkt.

1

No. 136] ("Motion to Continue"). The following day, IBI filed its Objection [Dkt. No. 139]. After hearing argument on the Motion to Continue, the Court found compelling circumstances to continue the hearings on Motion to Convert and all other matters scheduled for hearing at that time. Accordingly, for the reasons stated on the record, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion to Convert is GRANTED, as provided herein, it is further,

**ORDERED**, that the hearings on the Motion to Convert, Motion for Sanctions, Claim Objection, and Amended Disclosure Statement are hereby CONTUNUED; and it is further,

**ORDERED**, that Debtor's request to conduct a Rule 2004 examination and other discovery is GRANTED; and it is further,

**ORDERED**, that Debtor shall have sixty (60) days to conduct discovery on matters related to IBI's standing as a party in interest; and it is further,

**ORDERED**, that the Court will hold a virtual status conference on **June 25, 2026, at 10:00 a.m.** The status conference will be held via videoconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688.

cc:   Debtor
      Debtor's Counsel – Deirdre T. Johnson
      IBI - Maurice B. VerStandig
      U.S. Trustee

**End of Order**

2