United States Bankruptcy Court
District of Maryland

In Re: 5410 30th STreet DC, LLC

Debtor(s)

Case Number:  25-19605

Chapter:       11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  4/24/26

Signature of Debtor(s):  /s/ Zanetta Williams
/s/