**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **5410 30TH STREET DC LLC,** | ) | Case No. 25-19605-LSS |
| | ) | |
| | ) | |
| Debtor. | ) | Chapter 11 |

_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of April, 2026, a copy of the foregoing **Debtor's Objection to Amended Proof of Claim No. 2, Notice of Motion, and Proposed Order** were served electronically upon filing via the Court's ECF system upon all parties registered to receive electronic notice in this case, including:

    Maurice B. VerStandig, Esq., Counsel for IBI Falcon US LLC (mac@mbvesq.com)
    L. Jeanette Rice Jeanette.Rice@usdoj.gov, and
    Office of the United States Trustee (USTPRegion04.GB.ECF@USDOJ.GOV)

/s/ Deirdre T. Johnson, Esq.
Deirdre T. Johnson, Esq.