United States Bankruptcy Court

District of Maryland

In re:                                                                                                                    Case No. 25-19605-LSS

5410 30th Street DC LLC                                                                                                   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 22, 2026 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 5410 30th Street DC LLC, 12138 Central Ave, Bowie, MD 20721-1910 |
| cr | + | IBI Falcon US LLC, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| intp | + | IBI SBL Investment LP, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026                                      Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Greenbelt | |

District/off: 0416-0                       User: admin                              Page 2 of 2
Date Rcvd: Apr 22, 2026                    Form ID: pdfparty                        Total Noticed: 3

USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 4

Entered: April 22nd, 2026
Signed: April 20th, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| 5410 30th Street DC LLC, | * | Case No. 25-19605-LSS |
| Debtor. | * | Chapter 11 |
| | * | |

### ORDER GRANTING MOTION TO CONTINUE

On April 20, 2026, this case came before the Court for a scheduled hearing on the following: the Motion for Sanctions/Motion to Enforce Automatic Stay [Dkt. No. 60] ("Motion for Sanctions"), filed by Debtor, the Opposition [Dkt. No. 68], filed by, IBI Falcon US LLC and IBI SBL Investment LP (collectively, "IBI"); the Motion to Convert Case from Chapter 11 to Chapter 7 [Dkt. No. 95] ("Motion to Convert"), filed by IBI, and Opposition [Dkt. No. 100], filed by Debtor; the Objection to Claim Number 2 [Dkt. No. 116] ("Claim Objection"), filed by Debtor, and the Response [Dkt. No. 126], filed by IBI; as well as the Amended Disclosure Statement [Dkt. No. 121], filed by Debtor, and the Objection [Dkt. No. 122], filed by IBI. On April 15, 2026, Debtor filed the Emergency Motion for Continuance of Selected Hearings Currently Scheduled for April 20, 2026, and for an Order Directing Rule 2004 Discovery [Dkt.

1

No. 136] ("Motion to Continue"). The following day, IBI filed its Objection [Dkt. No. 139]. After hearing argument on the Motion to Continue, the Court found compelling circumstances to continue the hearings on Motion to Convert and all other matters scheduled for hearing at that time. Accordingly, for the reasons stated on the record, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion to Convert is GRANTED, as provided herein, it is further,

ORDERED, that the hearings on the Motion to Convert, Motion for Sanctions, Claim Objection, and Amended Disclosure Statement are hereby CONTUNUED; and it is further,

ORDERED, that Debtor's request to conduct a Rule 2004 examination and other discovery is GRANTED; and it is further,

ORDERED, that Debtor shall have sixty (60) days to conduct discovery on matters related to IBI's standing as a party in interest; and it is further,

ORDERED, that the Court will hold a virtual status conference on **June 25, 2026, at 10:00 a.m.** The status conference will be held via videoconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688.

cc:    Debtor
       Debtor's Counsel – Deirdre T. Johnson
       IBI - Maurice B. VerStandig
       U.S. Trustee

**End of Order**