IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## **ORDER DENYING MOTION TO STRIKE**

Upon consideration of the debtor's motion to strike (the "Motion"), DE #135, the

opposition of IBI Falcon US LLC thereto, governing law, and the record herein, it is, by the United

States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, DENIED.

.

Copies: All counsel of record

1