**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MARYLAND (GREENBELT DIVISION)**

In re:

5410 30th Street DC, LLC,                                                    Case No.: 25-19605

               Debtor                                                    Chapter 11

---

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that the undersigned has filed a DEBTOR'S MOTION FOR ENTRY OF SCHEDULING ORDER GOVERNING DISCOVERY ON CONTESTED MATTERS, AND REQUEST FOR EXPEDITED CONSIDERATION.

**Your rights may be affected.**

Within fourteen (14) days after the date on the Certificate of Service of the Motion, any party in interest opposing the Motion may file and serve a written response, together with any documents and other evidence the responding party wishes to attach in support of its position, pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, unless otherwise ordered.

The Debtor has requested expedited consideration of the Motion and proposed a seven (7) day response period in light of the rapidly diminishing 60-day discovery window established by this Court's Order Granting Motion to Continue, entered April 22, 2026. The response period shall be as the Court directs.

If no timely response is filed, the relief requested in the Motion may be granted without further notice or hearing.

                                  Respectfully submitted,

Date: May 3, 2026                                        /s/ Deirdre T. Johnson, Esq

                                  Deirdre T. Johnson, Esq.
                                  Bar No. MD14227
                                  9701 Apollo Dr, Suite 301

Upper Marlboro, MD  20774

Phone: (301) 742-5385

dtjesq@dtjohnsonlaw.com

Counsel for the Debtor