## Mac VerStandig

| | |
|---|---|
| **From:** | Mac VerStandig |
| **Sent:** | Thursday, April 30, 2026 8:01 AM |
| **To:** | Deirdre T. Johnson, Esq |
| **Subject:** | In re 5410 30th Street DC LLC |

Ms. Johnson,

When we spoke on Monday, I had promised to get back to you about whether or not IBI SBL Investment LP will accept discovery requests under Rules 33 and 34, or if any discovery should be confined to a Rule 45 subpoena. Having had occasion to review the issue, I believe discovery taken from IBI SBL Investment LP would be limited to a subpoena insofar as the entity is not a party to the contested matters through which discovery is being taken. As previously shared, however, I am certainly authorized to accept a subpoena on the company's behalf—if you wish to send one via e-mail, I will be happy to deem it served upon my acknowledgement of receipt (preserving, of course, all defenses to the substance thereof).

Equally, while I did appreciate your walking through the likely areas of inquiry  your client intends to pursue, I would be remiss to not echo what I shared when we spoke. Specifically, my clients will assess any discovery requests once formally made and will respond in due course, in accord with the governing rules. I am not in a position to commit to providing—or not providing—any documents, or allowing—or not allowing—any inspection, unless and until a formal request has been received. But we will, of course, work to ensure requests are subject to timely and diligent responses.

Finally, I look forward to the draft stipulation regarding scheduling that you are preparing. I believe this will likely only concern a date for expert designations and rebuttal designations, insofar as the other items have been covered by the court's order. But I am, of course, happy to review whatever you send over, and will endeavor to respond relatively promptly (though I should note I will be offline for a healthy quotient of the day tomorrow).

Regards,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
Phone: (301) 444-4600
Cell: (240) 351-6442
Facsimile: (301) 444-4600
mac@mbvesq.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**

Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**

Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.