Entered: May 8th, 2026
Signed: May 7th, 2026

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF MARYLAND

## (Greenbelt Division)

In re:

**5410 30TH STREET DC, LLC,**

Debtor.

Case No. 25-19605-LSS

Chapter 11

## ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF SCHEDULING ORDER GOVERNING DISCOVERY ON CONTESTED MATTERS

UPON CONSIDERATION of the Debtor's Motion for Entry of Scheduling Order Governing Discovery on Contested Matters, and Request for Expedited Consideration (the "Motion"), filed by 5410 30th Street DC, LLC, the debtor and debtor-in-possession (the "Debtor"); the Court having reviewed the Motion, the response (if any) of IBI Falcon US LLC and IBI SBL Investment LP (collectively, "IBI"), and the entire record in this case; and the Court finding that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is necessary to ensure the orderly completion of the discovery contemplated by this Court's Order Granting Motion to Continue, entered April 22, 2026; and (v) good and sufficient cause exists for the relief granted herein; it is hereby

ORDERED, that the Motion is GRANTED, as set forth herein; and it is further

ORDERED, that discovery in connection with the Contested Matters shall be governed by the following schedule:

| No. | Event / Deadline | Date |
|---|---|---|
| 1. | Disclosure of Debtor's Forensic Document Examiner identity and qualifications | May 6, 2026 |
| 2. | Inspection of original wet-ink Promissory Note and physically attached allonges by the Debtor's Forensic Document Examiner (non-destructive examination, including ink, paper, signatures, metadata, and physical attachment of allonges) | On or before May 29, 2026 |
| 3. | Production of responsive documents by IBI Falcon US LLC and IBI SBL Investment LP | On or before June 1, 2026 |
| 4. | Return dates for Rule 45 subpoenas duces tecum to FTF Lending LLC and Gingo Palumbo Law Group LLC | On or before June 8, 2026 |
| 5. | Deposition of Michael J. Palumbo, Esq. | On or before June 24, 2026 |
| 6. | Service of Debtor's Forensic Document Examiner Report on counsel for IBI Falcon US LLC and IBI SBL Investment LP | On or before June 17, 2026 |
| 7. | Initial expert disclosures by both parties pursuant to Fed. R. Civ. P. 26(a)(2), as incorporated by Fed. R. Bankr. P. 7026 | On or before June 17, 2026 |
| 8. | Rebuttal expert disclosures by both parties | On or before June 24, 2026 |
| 9. | Continuation of all hearings on the Contested Matters | Through July 1, 2026 |
| 10. | Continued virtual Status Conference | July 6, 2026, at 10:00 a.m. |

ORDERED, that, upon timely request by the Debtor, IBI Falcon US LLC and IBI SBL Investment LP shall produce the original wet-ink promissory note and any allonges or other instruments physically attached thereto for inspection by the Debtor's Forensic Document Examiner, on or before May 29, 2026, at a mutually agreeable location; the inspection shall be non-destructive and shall include physical and electronic forensic analysis of paper stock, ink

composition, age indicators, signatures, metadata, and the physical attachment of any alloges; and it is further

ORDERED, that, on or before June 1, 2026, IBI Falcon US LLC and IBI SBL Investment LP shall produce a chain-of-custody log identifying each person or entity that has had possession of the original promissory note from the date of its origination through the date of this Order; and it is further

ORDERED, that nothing in this Order shall be deemed to limit any party's right to assert applicable privileges or to seek a protective order under Federal Rule of Civil Procedure 26(c) (as incorporated by Federal Rule of Bankruptcy Procedure 7026); provided, however, that any such assertion or motion shall be raised promptly and shall not be used to defeat the schedule herein; and it is further

ORDERED, that the virtual status conference scheduled for June 25, 2026, at 10:00 a.m. is hereby CONTINUED to July 6, 2026, at 10:00 a.m., to be conducted by videoconference (hearing access information available at www.mdb.uscourts.gov/hearings or by telephone at 410-962-2688); and it is further

ORDERED, that nothing in this Order shall be deemed an admission or determination as to (a) the merits of any Contested Matter; (b) IBI's standing as a party in interest in this case; or (c) the validity of any transfer of the underlying promissory note or deed of trust; all such issues being expressly reserved for determination on the merits at the continued evidentiary hearing; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.


cc:    Deirdre T. Johnson, Esq., Counsel for the Debtor
       Maurice B. VerStandig, Esq., Counsel for IBI Falcon US LLC and IBI SBL Investment
       LP
       Office of the United States Trustee
       All parties requesting notice


**END OF ORDER**