United States Bankruptcy Court

District of Maryland

In re:                                                                                      Case No. 25-19605-LSS

5410 30th Street DC LLC                                                         Chapter 11

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                    User: admin                                    Page 1 of 2

Date Rcvd: May 08, 2026               Form ID: pdfall                              Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 5410 30th Street DC LLC, 12138 Central Ave, Bowie, MD 20721-1910 |
| cr | + | IBI Falcon US LLC, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| intp | + | IBI SBL Investment LP, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| 32988028 | + | Attn: Albeiro Medina, T&AA Construction, and Any/ All Affiliat, 11820 Parklawn Dr, Suite 380, Rockville, MD 20852-2526 |
| 32988016 | + | BHI Construction, and Any/All Affiliates, 9342 Annapolis Rd, Lanham, MD 20706-3104 |
| 32988017 | | City Concrete, and Any/ All Affiliates, 9284 Corp Circle, Manassas, VA 20110 |
| 32988018 | + | DC Municipal Investments, LLC, c/o: Heidi S. Kenny, Esq, Kenny Law Group, LLC, 11426 York Rd, 1st Floor, Cockeysville, MD 21030-1800 |
| 32988020 | | Fund That Flip, 1300 E. 4th St, Suite 1310, Cleveland, OH 44114 |
| 33150151 | + | IBI Falcon US LLC, c/o Maurice VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 33144574 | + | IBI SBL Investment LP, IBI Falcon us, LLC, c/o Gingo Palumbo Law Group, Summit One, 4700 Rockside Road #440 Independence, OH 44131-2186 |
| 32988019 | #+ | Kylie Properties, LLC, 712 H St, NE #540, Washington, DC 20002-3627 |
| 33173306 | + | Maurice B. VerStandig, The VerStandig Law Firm, 9812 Falls Rd, #114-160, Potomac, MD 20854-3976 |
| 32988025 | + | PEPCO, 701 9th St, NW, Washington, DC 20068, DC Water, 1385 Canasl St, SE Washington, DC 20003-5015 |
| 32988023 | + | Santorini Capital LLC, and Any/All Affiliates, 2000 Massachusetts Ave, NW, Washington, DC 20036-1022 |
| 33159402 | + | T&AA CONSTRUCTION LLC, 21220 Dorsey Spring Pl, 21220 Dorsey Spring Pl, Germantown, MD 20876-6923 |
| 33000787 | + | Yonis Benitez, 612 Oglethorpe St, NW, Washington, DC 20011-2037 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | May 08 2026 19:30:00 | U.S. Trustee - Greenbelt, 6305 Ivy Lane Suite 600, Greenbelt MD 20770-6305 |
| 32988021 | + | Email/Text: angela.coleman@dc.gov | May 08 2026 19:30:00 | DC Office of Tax & Revenue, Office of CFO, 1101 4th St, SW, Washington, DC 20024-4457 |
| 32988045 | | Email/Text: Credit.Collection@dcwater.com | May 08 2026 19:30:00 | DC Water, 1385 Canasl St, SE, Washington, DC 20003 |
| 32988024 | + | Email/Text: Bankruptcy@washgas.com | May 08 2026 19:30:00 | Washington Gas, Attn: Customer Care, 6801 Industrial Rd, Springfield, VA 22151-4205 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0416-0                     User: admin                          Page 2 of 2
Date Rcvd: May 08, 2026                  Form ID: pdfall                       Total Noticed: 20

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 4

Entered: May 8th, 2026
Signed: May 7th, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF MARYLAND

### (Greenbelt Division)

In re:

**5410 30TH STREET DC, LLC,**

Debtor.

Case No. 25-19605-LSS

Chapter 11

## ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF SCHEDULING ORDER GOVERNING DISCOVERY ON CONTESTED MATTERS

UPON CONSIDERATION of the Debtor's Motion for Entry of Scheduling Order Governing Discovery on Contested Matters, and Request for Expedited Consideration (the "Motion"), filed by 5410 30th Street DC, LLC, the debtor and debtor-in-possession (the "Debtor"); the Court having reviewed the Motion, the response (if any) of IBI Falcon US LLC and IBI SBL Investment LP (collectively, "IBI"), and the entire record in this case; and the Court finding that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is necessary to ensure the orderly completion of the discovery contemplated by this Court's Order Granting Motion to Continue, entered April 22, 2026; and (v) good and sufficient cause exists for the relief granted herein; it is hereby

ORDERED, that the Motion is GRANTED, as set forth herein; and it is further

ORDERED, that discovery in connection with the Contested Matters shall be governed by the following schedule:

| No. | Event / Deadline | Date |
|---|---|---|
| 1. | Disclosure of Debtor's Forensic Document Examiner identity and qualifications | May 6, 2026 |
| 2. | Inspection of original wet-ink Promissory Note and physically attached allonges by the Debtor's Forensic Document Examiner (non-destructive examination, including ink, paper, signatures, metadata, and physical attachment of allonges) | On or before May 29, 2026 |
| 3. | Production of responsive documents by IBI Falcon US LLC and IBI SBL Investment LP | On or before June 1, 2026 |
| 4. | Return dates for Rule 45 subpoenas duces tecum to FTF Lending LLC and Gingo Palumbo Law Group LLC | On or before June 8, 2026 |
| 5. | Deposition of Michael J. Palumbo, Esq. | On or before June 24, 2026 |
| 6. | Service of Debtor's Forensic Document Examiner Report on counsel for IBI Falcon US LLC and IBI SBL Investment LP | On or before June 17, 2026 |
| 7. | Initial expert disclosures by both parties pursuant to Fed. R. Civ. P. 26(a)(2), as incorporated by Fed. R. Bankr. P. 7026 | On or before June 17, 2026 |
| 8. | Rebuttal expert disclosures by both parties | On or before June 24, 2026 |
| 9. | Continuation of all hearings on the Contested Matters | Through July 1, 2026 |
| 10. | Continued virtual Status Conference | July 6, 2026, at 10:00 a.m. |

ORDERED, that, upon timely request by the Debtor, IBI Falcon US LLC and IBI SBL Investment LP shall produce the original wet-ink promissory note and any allonges or other instruments physically attached thereto for inspection by the Debtor's Forensic Document Examiner, on or before May 29, 2026, at a mutually agreeable location; the inspection shall be non-destructive and shall include physical and electronic forensic analysis of paper stock, ink

composition, age indicators, signatures, metadata, and the physical attachment of any allonges; and it is further

ORDERED, that, on or before June 1, 2026, IBI Falcon US LLC and IBI SBL Investment LP shall produce a chain-of-custody log identifying each person or entity that has had possession of the original promissory note from the date of its origination through the date of this Order; and it is further

ORDERED, that nothing in this Order shall be deemed to limit any party's right to assert applicable privileges or to seek a protective order under Federal Rule of Civil Procedure 26(c) (as incorporated by Federal Rule of Bankruptcy Procedure 7026); provided, however, that any such assertion or motion shall be raised promptly and shall not be used to defeat the schedule herein; and it is further

ORDERED, that the virtual status conference scheduled for June 25, 2026, at 10:00 a.m. is hereby CONTINUED to July 6, 2026, at 10:00 a.m., to be conducted by videoconference (hearing access information available at www.mdb.uscourts.gov/hearings or by telephone at 410-962-2688); and it is further

ORDERED, that nothing in this Order shall be deemed an admission or determination as to (a) the merits of any Contested Matter; (b) IBI's standing as a party in interest in this case; or (c) the validity of any transfer of the underlying promissory note or deed of trust; all such issues being expressly reserved for determination on the merits at the continued evidentiary hearing; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.


cc:   Deirdre T. Johnson, Esq., Counsel for the Debtor
      Maurice B. VerStandig, Esq., Counsel for IBI Falcon US LLC and IBI SBL Investment
      LP
      Office of the United States Trustee
      All parties requesting notice

**END OF ORDER**