## Mac VerStandig

| | |
|---|---|
| **From:** | Deirdre T. Johnson, Esq <dtjesq@dtjohnsonlaw.com> |
| **Sent:** | Friday, May 8, 2026 2:52 PM |
| **To:** | Mac VerStandig |
| **Cc:** | ZW |
| **Subject:** | Re: 25-19605 - FDE Examination Date and Location |

I also need dates for Deposition of Michael Palumbo and Nolan Helline,

Regards,


Deirdre T. Johnson, Esq
Attorney at Law
(301) 742-5385
dtjesq@dtjohnsonlaw.com



The information contained in this transmission is solely intended for use by the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please delete it immediately, and notify us by telephone.  Thank you.

---

**From:** Deirdre T. Johnson, Esq <dtjesq@dtjohnsonlaw.com>
**Sent:** Friday, May 8, 2026 2:02 PM
**To:** Mac VerStandig <mac@mbvesq.com>
**Cc:** ZW <zanettaw@yahoo.com>
**Subject:** 25-19605 - FDE Examination Date and Location

Mr. VerStandig

I trust that you have had an opportunity to review the Court's Scheduling Order.

As previously discussed, I am in the process of preparing subpoenas to FTF Lending, IBI SBL, IBI Falcon, and the Gingo Palumbo law firm relating to the contested matters in this case.

The Forensic Document Examiner's (FDE) inspection must be completed on or before May 29, 2026.  In our previous conversation, you indicated that you have an office in this area that you would like to use for the inspection.  Please provide the address and a selection of dates and times for the review.

Regards,


Deirdre T. Johnson, Esq

Attorney at Law
(301) 742-5385
dtjesq@dtjohnsonlaw.com

The information contained in this transmission is solely intended for use by the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please delete it immediately, and notify us by telephone.  Thank you.