IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**PROTECTIVE ORDER**

Upon consideration of the motion for entry of a protective order prohibiting counsel for IBI Falcon US LLC from being deposed (the "Motion"), DE #159, any opposition thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the debtor is prohibited from noticing the deposition of Michael Palumbo, Esq., or otherwise endeavoring to subpoena Mr. Palumbo to appear for deposition.

Copies: All counsel of record

1