Case 25-19605    Doc 160-5    Filed 05/12/26    Page 1 of 1

10:34 ◁                          ᵢᵢᵢ 5G 67

< 🖼 Oren                         ◻◁˅

🕐 You turned off disappearing
messages. Tap to change.

Good Morning Oren. I
apologize for the delay. The
day got away from
Me. Please reach out to my
attorney regarding the
proposed settlement. Her
name is Deirdre Johnson
and her email address is
dtjesq@dtjohnsonlaw.com
                        10:28 AM ✓✓

I hope that you both are
having a good day/evening
                        10:28 AM ✓✓

1 unread message

**Oren Streit**
We prefer to discuss
commercial terms with you
directly
                        10:32 AM

+                  ⊙  ◻  ⌀