10:56

.ıll 5G<sub>W</sub> 66

© WhatsApp Audio...

+972 54-761-686

