Entered: May 13th, 2026
Signed: May 13th, 2026

**DENIED**

Requests for injunctive and other equitable relief must be brought via adversary proceeding. Fed. R. Bankr. P. 7001(g). The Motion for Temporary Restraining Order and Preliminary Injunction [Dkt. No. 161] is DENIED, without prejudice to Debtor filing an adversary proceeding.



_Lori Simpson_
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF MARYLAND (GREENBELT DIVISION)

| | | |
|---|---|---|
| In re: | | |
| 5410 30th Street DC, LLC, | | Case No.: 25-19605 |
| Debtor | | Chapter 11 |
| | | |

## ORDER GRANTING DEBTOR'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

UPON CONSIDERATION of the Debtor's Motion for Temporary Restraining Order and Preliminary Injunction Enjoining Further Post-Petition Direct Contacts with the Debtor and Further "Enforcement" Activity by IBI Falcon US LLC and IBI SBL Investment LP (the "Motion"), the Debtor's Supplement to Motion to Enforce the Automatic Stay filed contemporaneously, the Declaration of Zanetta M. Williams, and the entire record of this case; and the Court having found that the Debtor has demonstrated a likelihood of success on the merits of its claims that IBI Falcon US LLC and IBI SBL Investment LP (collectively, "IBI") have willfully violated the automatic stay; that the Debtor faces irreparable harm absent immediate injunctive relief; that the balance of equities tips in favor of the Debtor; and that the public interest favors enforcement of the automatic stay; and good and sufficient cause appearing therefor:

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that, effective immediately, IBI Falcon US LLC, IBI SBL Investment LP, their officers, directors, principals, employees, agents, attorneys, affiliates, parents, subsidiaries, predecessors, successors, assigns, and all persons in active concert or participation with them, including without limitation Amir Golan, Oren Streit, Tova Greenbaum, Michael J. Palumbo, Anthony J. Gingo, Russell S. Drazin, the law firm of Gingo Palumbo Law Group, and the law firm of Pardo & Drazin, LLC, are **RESTRAINED AND ENJOINED** from any communication of any kind — whether by email, telephone, WhatsApp or other messaging application, text message, social media, in-person contact, third party, or otherwise — with the Debtor, with the Debtor's managing member Zanetta M. Williams, with any prospective buyer or refinancing lender, or with any third party concerning the Loan, the Property at 5631 MacArthur Boulevard NW, Washington, DC, or any "enforcement," foreclosure, settlement, refinancing, or related subject, except (i) by motion or pleading filed with this Court, or (ii) in writing by Maurice B. VerStandig, Esq. directed to counsel for the Debtor; and it is further

**ORDERED** that IBI Falcon US LLC, IBI SBL Investment LP, and their principals, agents, attorneys, and affiliates, shall immediately cease all foreclosure-related "enforcement" activity, including without limitation any further substitute-trustee actions, broker engagements, notices of default, settlement demands, and contacts with prospective buyers or lenders concerning the Property; and it is further

**ORDERED** that IBI Falcon US LLC, IBI SBL Investment LP, Amir Golan, Oren Streit, Tova Greenbaum, Anthony J. Gingo, and all persons in active concert with them, shall preserve and not destroy, alter, factory-reset, or overwrite any email, WhatsApp data, voicemail, call logs, mobile

devices, electronic records, or other documents concerning the Debtor, the Property, the Loan, or any of the matters at issue in this case; and it is further

**ORDERED** that a hearing on the Preliminary Injunction is hereby set for _____, 2026, at _____ a.m./p.m.; and it is further

**ORDERED** that the bond requirement of Federal Rule of Civil Procedure 65(c), made applicable hereto by Federal Rule of Bankruptcy Procedure 7065, is hereby **WAIVED**; and it is further

**ORDERED** that this Temporary Restraining Order shall remain in full force and effect until the conclusion of the hearing on the Preliminary Injunction or further Order of this Court; and it is further

**ORDERED** that the Debtor shall serve a copy of this Order on Maurice B. VerStandig, Esq., counsel of record for IBI, by email and CM/ECF, within twenty-four (24) hours of entry, and shall file a certificate of service with the Court.

**Copies to:**

Debtor
Debtor's Counsel — Deirdre T. Johnson
IBI Counsel — Maurice B. VerStandig
U.S. Trustee
Chapter 11 Trustee

End of Order