**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MARYLAND (GREENBELT DIVISION)**

In re:

5410 30th Street DC, LLC,                                                    Case No.: 25-19605

      Debtor                                                                    Chapter 11

---

ORDER DENYING IBI FALCON US LLC'S MOTION FOR PROTECTIVE ORDER TO

PREVENT DEBTOR FROM DEPOSING MICHAEL PALUMBO

UPON CONSIDERATION of IBI Falcon US LLC's Motion for Protective Order to Prevent Debtor from Deposing Creditor's Counsel [DE #159] (the "Motion"); the Debtor's Opposition thereto; the entire record of this case, including the Scheduling Order [DE #156]; and the Court having determined that good cause has not been shown to prohibit the deposition of Michael J. Palumbo, who is a percipient fact witness as the signatory of the post-petition Affidavit of Non-Residential Mortgage Foreclosure (Doc. # 2025110562) and Deed of Appointment of Substitute Trustee (Doc. # 2025112580) recorded in the District of Columbia land records; and good and sufficient cause appearing therefor:

IT IS HEREBY **ORDERED** that the Motion is **DENIED**; and it is further

**ORDERED** that the deposition of Michael J. Palumbo shall proceed in accordance with the Scheduling Order [DE #156] and the deadlines set forth therein; and it is further

**ORDERED** that the deposition shall be conducted by videoconference unless the parties agree otherwise in writing; and it is further

**ORDERED** that IBI Falcon US LLC's right to assert applicable privileges or objections at the deposition on a question-by-question basis under Federal Rule of Civil Procedure 30(c)(2), made applicable by Federal Rule of Bankruptcy Procedure 7030, is preserved.

 Copy to:

Debtor
Debtor's Counsel — Deirdre T. Johnson
IBI — Maurice B. VerStandig
U.S. Trustee
Chapter 11 Trustee

End of Order