UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

|  |  |
|---|---|
| In re: | Case No. 25-19605 |
| 5410 30TH STREET DC, LLC, | Chapter 11 |
| Debtor. | |

NOTICE OF SERVICE OF SUBPOENA TO PRODUCE DOCUMENTS,
INFORMATION, OR OBJECTS DIRECTED TO
IBI FALCON US, LLC

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45(a)(4), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 9016, and Local Bankruptcy Rules 7026-2 and 9014-2, the Debtor, 5410 30th Street DC, LLC (the "Debtor"), by and through undersigned counsel, has caused to be issued and served the attached *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case* (the "Subpoena") upon:

IBI Falcon US, LLC

c/o Maurice B. VerStandig, Esq.

(mac@mbvesq.com)

(served by electronic mail pursuant to counsel's prior agreement to accept email service of subpoenas on behalf of IBI Falcon US, LLC)

The Subpoena commands the production of the documents, electronically stored information, and objects described in Schedule A attached thereto, and seeks to permit inspection thereof by the Debtor's forensic document examiner and counsel, at the following time and place:

DATE/TIME: May 28, 2026, at 10:00 a.m. (Eastern Time)

PLACE:   Law Offices of Deirdre T. Johnson, Esq.

9701 Apollo Drive, Suite 301

Upper Marlboro, Maryland 20774

The Debtor remains willing to consider an alternative location within the State of Maryland or the District of Columbia upon prompt written confirmation and agreement from recipient's counsel.

A true and correct copy of the Subpoena, including Schedule A, is attached hereto as **Exhibit 1**.

Dated: May 14, 2026                Respectfully submitted,

/s/ Deirdre T. Johnson
Deirdre T. Johnson, Esq.
[Bar No. MD14227
9701 Apollo Drive, Suite 301
Upper Marlboro, Maryland 20772
Telephone: 301-742-5385
Email:dtjesq@dtjohnsonlaw.com
Counsel for the Debtor,
5410 30th Street DC, LLC

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May, 2026, a copy of the foregoing *Notice of Service of Subpoena*, together with a copy of the Subpoena and Schedule A, was served as follows:

(a) via the Court's CM/ECF system upon all parties and counsel registered to receive electronic notice in this case, including:

- Maurice B. VerStandig, Esq., Counsel for IBI Falcon US LLC and IBI SBL

  Investment LP, mac@mbvesq.com

- L. Jeanette Rice, Subchapter V Trustee, Jeanette.Rice@usdoj.gov

- Office of the U.S. Trustee – Greenbelt, USTPRegion04.GB.ECF@USDOJ.GOV

and

(b) via electronic mail upon:

Maurice B. VerStandig, Esq.

mac@mbvesq.com

Counsel for IBI Falcon US, LLC

/s/ Deirdre T. Johnson
Deirdre T. Johnson, Esq.