IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER OVERRULING CLAIM OBJECTION

Upon consideration of the debtor's objection to the amended claim of IBI Falcon US LLC

(the "Objection"), DE #132, the opposition of IBI Falcon US LLC thereto, governing law, and the

record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Objection be, and hereby is, OVERRULED.

.

Copies: All counsel of record

1