# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | |
|---|---|
| In re: | Case No. 25-19605-LSS |
| **5410 30TH STREET DC, LLC,** | (Chapter 11) |
| Debtor. | |

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

PLEASE TAKE NOTICE that, on May 20, 2026, the undersigned counsel for 5410 30th Street DC, LLC, debtor and debtor-in-possession in the above-captioned Chapter 11 case (the "Debtor"), caused the following discovery material to be served upon counsel for IBI Falcon US LLC and IBI SBL Investment LP by electronic mail, in accordance with Federal Rule of Bankruptcy Procedure 7005 and Federal Rule of Civil Procedure 5:

**A.      Directed to IBI Falcon US LLC:**

(1) Debtor's First Set of Interrogatories to IBI Falcon US LLC Re Party-in-Interest Status and Claim Objection (30 interrogatories);

(2) Debtor's First Requests for Production of Documents to IBI Falcon US LLC Re Party-in-Interest Status and Claim Objection (30 requests); and

(3) Debtor's First Requests for Admissions to IBI Falcon US LLC Re Party-in-Interest Status and Claim Objection (30 requests).

**B.      Directed to IBI SBL Investment LP:**

(4) Debtor's First Set of Interrogatories to IBI SBL Investment LP Re Party-in-Interest Status and Claim Objection (30 interrogatories);

(5) Debtor's First Requests for Production of Documents to IBI SBL Investment LP Re Party-in-Interest Status and Claim Objection (30 requests); and

(6) Debtor's First Requests for Admissions to IBI SBL Investment LP Re Party-in-Interest Status and Claim Objection (30 requests).

The foregoing discovery material has been served upon, and addressed to:

Maurice B. VerStandig, Esq.
Email: mac@mbvesq.com
*Counsel for IBI Falcon US LLC and IBI SBL Investment LP*

This Notice of Service of Discovery Material is filed with the Court pursuant to Federal Rule of Civil Procedure 5(d)(1)(A), as made applicable to this contested matter by Federal Rules of Bankruptcy Procedure 7005 and 9014(b), to document service of the foregoing discovery, which is not itself filed with the Court. The discovery has been propounded pursuant to this Court's Order Granting Debtor's Motion for Entry of Scheduling Order Governing Discovery on Contested Matters, entered May 8, 2026 (Docket No. 156), Federal Rule of Bankruptcy Procedure 2004, and Federal Rules of Bankruptcy Procedure 7026, 7033, 7034, and 7036, in connection with (i) the Debtor's Objection to Amended Proof of Claim No. 2 and (ii) the Debtor's Motion for Determination That IBI Falcon US LLC Is Not a Party in Interest Pursuant to 11 U.S.C. §§ 101(5), 101(10), and 1109(b).

Written responses to the foregoing discovery are due on or before June 20, 2026, the date that is thirty (30) days after service hereof.

Copies of the discovery requests are retained by the undersigned and will be made available to the Court upon request, or filed if used in any proceeding before the Court.

Dated: May 21, 2026

Respectfully submitted,

/s/ Deirdre T. Johnson, Esq.
Deirdre T. Johnson, Esq.
Bar No. MD14227
9701 Apollo Drive, Suite 301
Upper Marlboro, MD 20774
Telephone: (301) 742-5385
Email: dtjesq@dtjohnsonlaw.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of May, 2026, a copy of the foregoing Notice of Service of Discovery Material was filed with the Court via the CM/ECF system, which will provide electronic notice of filing to all parties registered to receive notice, and was further served by electronic mail upon:

Maurice B. VerStandig, Esq.
mac@mbvesq.com
*Counsel for IBI Falcon US LLC and IBI SBL Investment LP*

L. Jeanette Rice
Office of the United States Trustee
Jeanette.Rice@usdoj.gov
USTPRegion04.GB.ECF@USDOJ.GOV

<u>/s/ Deirdre T. Johnson, Esq.</u>
Deirdre T. Johnson, Esq.