UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND (GREENBELT DIVISION)

In re:

5410 30th Street DC, LLC,                                        Case No.: 25-19605

      Debtor                                                        Chapter 11

---

PROPOSED ORDER GRANTING DEBTOR'S MOTION TO CONTINUE DOCUMENT
INSPECTION, TO MODIFY SCHEDULING ORDER, AND FOR RELATED RELIEF

UPON CONSIDERATION of the Debtor's Motion to Continue Document Inspection, to Modify Scheduling Order, and for Related Relief (the "Motion"), the Declaration of Zanetta Williams in support thereof, and the entire record in this case; and the Court finding good and sufficient cause; it is hereby

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the Scheduling Order [D.E. #156] is modified as follows, with discovery governed by the revised schedule set forth below:

| No. | Event / Deadline | Date |
|---|---|---|
| 1. | Disclosure of Debtor's Forensic Document Examiner (Gerald LaPorte) identity and qualifications | May 27, 2026 |
| 2. | Inspection of original wet-ink Promissory Note and alonges by Gerald LaPorte (minimally destructive examination) | On or before June 15, 2026 |
| 3. | Production of responsive documents by IBI Falcon US LLC and IBI SBL Investment LP | On or before June 1, 2026 |
| 4. | Return dates for Rule 45 subpoenas duces tecum | On or before June 8, 2026 |
| 5. | Deposition of Michael J. Palumbo, Esq. | On or before June 24, 2026 |
| 6. | Service of Debtor's Forensic Document Examiner Report (Gerald LaPorte) | On or before June 19, 2026 |
| 7. | Initial expert disclosures by both parties | On or before June 24, 2026 |
| 8. | Rebuttal expert disclosures by both parties | On or before June 28, 2026 |
| 9. | Continuation of all hearings on the Contested Matters | Through July 1, 2026 |
| 10. | Continued virtual Status Conference | July 6, 2026, at 10:00 a.m. |

**ORDERED**, that IBI Falcon US LLC and IBI SBL Investment LP shall produce the original wet-ink promissory note and any alonges thereto for inspection by Gerald LaPorte on or before June 15, 2026, at the United States Bankruptcy Courthouse in Greenbelt, Maryland (or another mutually agreeable location, with full chain-of-custody documentation; and it is further

**ORDERED**, that the inspection shall constitute a "minimally destructive" examination, and shall include: (i) physical and electronic forensic analysis of paper stock, ink composition, age indicators, signatures, metadata, and the physical attachment of any alonges; and (ii) the extraction of minimal quantities of ink or paper for chemical analysis, including but not limited to HPTLC and other accepted ink dating methodologies; provided that Mr. LaPorte shall serve a written sampling protocol on IBI's counsel no later than three (3) business days before the inspection; and it is further

**ORDERED**, that all samples extracted during the inspection shall be preserved and made available to IBI's forensic experts for confirmatory or rebuttal testing upon reasonable request; and it is further

**ORDERED**, that IBI Falcon US LLC and IBI SBL Investment LP shall produce a chain-of-custody log on or before June 1, 2026, as required by the original Scheduling Order; and it is further

**ORDERED**, that all provisions of the Scheduling Order [D.E. #156] not expressly modified herein shall remain in full force and effect; and it is further

**ORDERED**, that nothing in this Order shall constitute an admission or determination as to (a) the merits of any Contested Matter; (b) IBI's standing as a party in interest; or (c) the validity of any transfer of the underlying promissory note or deed of trust; and it is further

**ORDERED**, that this Court retains jurisdiction to enforce and interpret this Order.

cc: Deirdre T. Johnson, Esq.; Maurice B. VerStandig, Esq.; Office of the United States Trustee; All parties requesting notice

END OF ORDER