IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LINE REGARDING CASE STATUS

Comes now IBI Falcon US LLC ("IBI Falcon"), by and through undersigned counsel, in response to the myriad filings of 5410 30th Street DC LLC (the "Debtor"), and states as follows:

This case is not being pursued in good faith by the Debtor. That lack of good faith is inviting inordinate chaos and expense. As the number of docket entries continue to multiply (and IBI Falcon will, in due course, respond to the motion filed—earlier this morning—seeking leave to use "minimally destructive" testing of the promissory note and allonges), a few macroscopic observations bear emphasis:

1.      The Debtor's *entire* theory of this case has been rejected by this Honorable Court and the United States District Court for the District of Maryland. Judge Chuang, upholding an order of Judge Simpson, has previously written, *inter alia*:

> Although Green repeatedly argues in his brief to this Court that he did not make these arguments, the bankruptcy court reasonably interpreted Green's Objection as doing so, particularly where he asserted that "[t]hese false creditors do not possess the original wet ink mortgage note. I challenge them to produce the original mortgage note." The bankruptcy court was correct to reject these arguments, as "this Court has repeatedly rejected the 'wet ink' or 'show me the note' argument."

*Green v. 1900 Capital Tr. II*, 619 B.R. 121, 130-31 (D. Md. 2020) (citing *Powell v. Countrywide Bank*, 2016 U.S. Dist. LEXIS 138838 (D. Md. Oct. 4, 2016); *Jones v. Bank of New York Mellon*, 2014 U.S. Dist. LEXIS 102898 (D. Md. July 29, 2014)) (internal citations omitted).

2.     The Debtor's theory of this case is founded upon citations to a statutory quotation that does not exist and a case that does not exist, alongside citations to statutes, rules, and cases for propositions that are *not* the propositions actually contained therein. *See* Response to Claim Objection, DE #167, *passim*. The Debtor has literally invented a case that does not exist, alongside a statutory quotation that does not exist, as support for the "show me the note" and "wet ink" campaign being lodged.

3.     The Debtor has previously acknowledged—myriad times—having executed the note and the veracity of the note, while having also previously waived—at least two times—any defenses to the enforceability of the note. *See* Response to Claim Objection, DE #167, at § III(c).

4.     The Debtor has noticed the deposition of IBI Falcon's outside counsel, has subpoenaed IBI Falcon's internal corporate records, and has filed an adversary proceeding seeking to impose a prior restraint on speech while also seeking to expand the automatic stay.

All of which is to generally posit the following: this case has become abusive. The Debtor is pursuing a theory this Honorable Court has long-ago rejected, the Debtor is doing so based on spurious citations, and the Debtor is using this pursuit to harass IBI Falcon while avoiding accountability in this Honorable Court.

So while individual filings will, no doubt, continue to grace the docket in this case, IBI Falcon is hopeful this line may adequately summarize the palpable frustration that has taken hold in this matter. And IBI Falcon, through counsel, will look forward to continuing to address matters as motions and court appearances so permit.

*[Signature on Following Page]*

Respectfully submitted,

Dated: May 28, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for IBI Falcon US LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Deirdre Theresa Johnson    dtjesq@dtjohnsonlaw.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig

3