IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:                                    |
                                          |
5410 30th Street DC, LLC,      |              Case No.: 25-19605
                                          |
     Debtor                               |              Chapter 11
                                          |

---

**MOTION TO WITHDRAW DEBTOR'S MOTION TO STRIKE PREJUDICIAL AND INFLAMMATORY CHARACTERIZATIONS FROM IBI FALCON'S RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM (DE #126)**

The Debtor, 5410 30th Street DC, LLC the above-captioned debtor and debtor-in-possession (the "Debtor"), by and through undersigned counsel, respectfully moves to withdraw the DEBTOR'S MOTION TO STRIKE PREJUDICIAL AND INFLAMMATORY CHARACTERIZATIONS FROM IBI FALCON'S RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM (DE #126) filed on April 15, 2026 and states as follows:

1. On April 15, 2026, Movant filed a DEBTOR'S MOTION TO STRIKE PREJUDICIAL AND INFLAMMATORY CHARACTERIZATIONS FROM IBI FALCON'S RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM seeking to strike certain prejudicial, inflammatory, and irrelevant characterizations contained in the Response to Debtor's Objection to Proof of Claim No. 2.

2. The opposing party filed responses to the aforementioned motion on April 29 and April 30, 2026.

3. Upon further review and consideration of the matter, the Movant no longer wishes to pursue this relief and hereby withdraws the motion.

WHEREFORE, Movant respectfully requests that this Court enter an order permitting the

withdrawal of the [Insert exact title of your original motion] and granting such other and

further relief as the Court deems just and proper.


Respectfully submitted,

Dated: May 29, 2026

By: /s/ Deirdre T. Johnson, Esq.
Deirdre T. Johnson, Esq.
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD 20774
(301) 742-5385 | dtjesq@dtjohnsonlaw.com
*Counsel for Debtor, 5410 30th Street DC LLC*


## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of May 29, 2026, a copy of the foregoing MOTION TO WITHDRAW DEBTOR'S MOTION TO STRIKE PREJUDICIAL AND INFLAMMATORY CHARACTERIZATIONS FROM IBI FALCON'S RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM (DE #126) and Proposed Order was served electronically via the Court's ECF system upon all parties registered to receive notice, including:

Maurice B. VerStandig, Esq. (mac@mbvesq.com)

L. Jeanette Rice Jeanette.Rice@usdoj.gov, and

Office of the United States Trustee (USTPRegion04.GB.ECF@USDOJ.GOV).

/s/ Deirdre T. Johnson, Esq.