IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:                                              |
                                                    |
5410 30th Street DC, LLC,                           |          Case No.: 25-19605
                                                    |
        Debtor                                      |          Chapter 11
                                                    |

ORDER GRANTING MOTION TO WITHDRAW DEBTOR'S MOTION TO STRIKE
PREJUDICIAL AND INFLAMMATORY CHARACTERIZATIONS FROM IBI FALCON'S
RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM (DE #126)

Upon consideration of the Motion to Withdraw DEBTOR'S MOTION TO STRIKE PREJUDICIAL AND INFLAMMATORY CHARACTERIZATIONS FROM IBI FALCON'S RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM (DE #126) (the "Motion to Withdraw") filed by the Debtor 5410 30th Street DC, LLC, (the "Movant"); and the Court noting that a response had been filed; and the Court finding that good cause exists to permit the withdrawal of the underlying motion; it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion to Withdraw is GRANTED; and it is further

ORDERED, that the Movant's DEBTOR'S MOTION TO STRIKE PREJUDICIAL AND INFLAMMATORY CHARACTERIZATIONS FROM IBI FALCON'S RESPONSE TO DEBTOR'S

OBJECTION TO PROOF OF CLAIM (DE #126), filed on April 15, 2026 at Docket No. 135, is

hereby deemed WITHDRAWN; and it is further

ORDERED, that any scheduled hearing solely concerning the underlying motion is hereby

CANCELED.


Copies: All Counsel of Record


END OF ORDER