UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND (GREENBELT DIVISION)

In re:

5410 30th Street DC, LLC,                                    Case No.: 25-19605

     Debtor                                                    Chapter 11

---

<strong><u>NOTICE OF REVISED MOTION</u></strong>

PLEASE TAKE NOTICE that the undersigned has filed a REVISED OBJECTION TO AMENDED PROOF OF CLAIM NO. 2-2.

Your rights may be affected.

Within thirty (30) days after the date on the Certificate of Service of the objection, the Claimant may file and serve a response, together with any documents and other evidence the claimant wishes to attach in support of its claim, unless the claimant wishes to rely solely upon the proof of claim, pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, unless otherwise ordered.

                                       Respectfully submitted,

Date: May 29, 2026                          _____
                                       Deirdre T. Johnson, Esq
                                       Bar No. MD14227
                                       9701 Apollo Dr, Suite 301
                                       Upper Marlboro, MD  20774
                                       Phone: (301) 742-5385
                                       dtjesq@dtjohnsonlaw.com
                                       *Counsel for the Debtor*