_____RETAIN

_____

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**
Evidentiary Hrg: Y N
Exhibits Filed: Y N

PROCEEDING MEMO – CHAPTER 11

Date: 06/02/2026 Time: 10:30

**CASE: 25–19605 5410 30th Street DC LLC**

✓Deirdre Theresa Johnson representing 5410 30th Street DC LLC (Debtor)

representing For Internal Use Only (Trustee)

L. Jeanette Rice representing US Trustee – Greenbelt (U.S. Trustee)

L. Jeanette Rice representing U.S. Trustee (U.S. Trustee)

[159] Motion for Protective Order *to Prevent Debtor from Deposing Creditor's Counsel* Filed by IBI Falcon US LLC. (Attachments: #s2 Proposed Order)

**MOVANT** : IBI Falcon US LLC BY ✓M VerStandig

[165] Opposition on behalf of 5410 30th Street DC LLC Filed by Deirdre Theresa Johnson (related document(s) 1 Proposed Order)

**MOVANT** : 5410 30th Street DC LLC BY D Johnson

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____Denied Approval_____Deadline to file Amended D/S_____

Other_____

Confirmed_____as modified by _____

Denied Confirmation_____with leave to amend by_____

Other_____

DISPOSITIONS:

Granted_____Denied_____Withdrawn_____Consent_____Default____Under Adv._____

Moot_____Dismissed_____Relief by Operation of Law (no order req.)_____

Continued to: _____

DECISION:

[ ] Signed by Court          [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel          [ ] Court
    [ ] Respondent's counsel        [ ] Other _____

NOTES:granted in part and denied in part. Mr. Palumbo may be deposed on limited issues relating to the motion for violation of the automatic stay.  Movant to prepare order circulate and submit. Parties also requested to meet and confer on an upcoming hearing schedule.