IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**OMNIBUS RESPONSE TO NEWLY-FILED MOTIONS**

Comes now IBI Falcon US LLC ("IBI Falcon"), by and through undersigned counsel, in response to the various filings of 5410 30th Street DC LLC (the "Debtor") docketed on May 29, 2026, and states as follows:

IBI Falcon does not oppose the Debtor's motion to withdraw a previously filed motion to strike, DE #178.

In response to the Debtor's revised objection to the amended proof of claim of IBI Falcon, DE #179, IBI Falcon incorporates, by reference, the opposition brief previously filed in this matter, DE #167. IBI Falcon further observes that the "show me the note" theory being espoused by the Debtor is one that has been rejected by this Honorable Court and the United States District Court for the District of Maryland. *See Green v. 1900 Capital Tr. II*, 619 B.R. 121, 130-31 (D. Md. 2020) (citing *Powell v. Countrywide Bank*, 2016 U.S. Dist. LEXIS 138838 (D. Md. Oct. 4, 2016); *Jones v. Bank of New York Mellon*, 2014 U.S. Dist. LEXIS 102898 (D. Md. July 29, 2014)). The issues being raised by the Debtor are ones the Debtor lacks standing to assert, *id.*, being solely within the ambit of assertions a competing creditor may make, *id.*

In response to the challenge to IBI Falcon's standing, DE #180, IBI Falcon incorporates, by reference, the opposition brief previously filed in this matter, DE #151.

1

In response to the Debtor's motion for leave to conduct targeted discovery, DE #181, IBI Falcon incorporates, by reference, the opposition brief previously filed in this matter, DE #155.

Respectfully submitted,

Dated: June 12, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for IBI Falcon US LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of June, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Deirdre Theresa Johnson    dtjesq@dtjohnsonlaw.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2