Entered: June 18th, 2026
Signed: June 17th, 2026

**SO ORDERED**

No opposition.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER QUASHING SUBPOENA

Upon consideration of the motion to quash subpoena (the "Motion"), DE #173, any opposition thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the subpoena propounded by the debtor, unto IBI Falcon US, LLC, attached to the Motion, be, and hereby is, QUASHED.

Copies: All counsel of record

1