IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re: | |
| | |
| 5410 30th Street DC, LLC, | Case No.: 25-19605 |
| | |
| Debtor | Chapter 11 |
| | (Relates to Adv. Pro. No. 26-00129) |

## EXHIBIT A — ITEMIZED STATEMENT OF SERVICES AND TIME RECORDS

*In Support of Application for Allowance of Supplemental Attorney's Fees and Reimbursement of Expenses*

Period Covered: November 1, 2025 through June 21, 2026 | Billing Rate: $300.00 per hour (all professionals)

**Matter: Motion to Enforce Automatic Stay**

*Invoice Period: November 2025   |   Status: Final*

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/13/2025 | Legal research – automatic stay violations under 11 U.S.C. § 362; review of post-petition DC Recorder of Deeds filings (Affidavit of Foreclosure, Doc #2025110562) | Research | 2.00 | $300.00 | $600.00 |
| 11/19/2025 | Review Appointment of Substitute Trustee filed with DC Recorder of Deeds (Doc #2025112580); analysis of stay violation timeline | Research | 1.00 | $300.00 | $300.00 |
| 11/20/2025 | Initial draft – Motion to Enforce the Automatic Stay and for Sanctions for Willful Violation of 11 U.S.C. § 362 (v1); draft of comprehensive sanctions package (outline) | Drafting | 3.50 | $300.00 | $1,050.00 |
| 11/25/2025 | Revision – Motion to Enforce Automatic Stay (v2); conforming edits, legal citations, and argument sections; draft Proposed Order Enforcing Automatic Stay and Imposing Sanctions | Revision | 2.50 | $300.00 | $750.00 |
| 11/28/2025 | Draft Motion to Shorten Time and Request for Expedited Hearing; draft Proposed Order Granting Motion to Shorten Time; review and finalize Notice of Motion | Drafting | 2.00 | $300.00 | $600.00 |
| **Professional Fees Subtotal** | | | **11.00** | | **$3,300.00** |
| **TOTAL** | | | | | **$3,300.00** |

## Matter: Motion to Enforce Automatic Stay

*Invoice Period: December 2025  |  Status: Final*

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/2025 | Final review and execution of Motion to Enforce Automatic Stay (filed version); finalize Proposed Order Enforcing Automatic Stay; prepare Notice of Motion for filing | Finalization | 1.50 | $300.00 | $450.00 |
| 12/03/2025 | Prepare and execute Certificate of Service – Motion to Enforce Automatic Stay and for Sanctions; Certificate of Service – Motion to Shorten Time; coordinate CM/ECF and first-class mail service on IBI Falcon US LLC, Russel S. Drazin | Service | 1.00 | $300.00 | $300.00 |
| 12/05/2025 | Correspondence re: expedited hearing scheduling; follow-up on creditor response; review docket | Case Management | 0.50 | $300.00 | $150.00 |
| 12/09/2025 | Hearing preparation; review of all exhibits and arguments for expedited hearing on Motion to Enforce Automatic Stay | Hearing Prep | 1.50 | $300.00 | $450.00 |
| 12/04/2025 | Review and analyze IBI Falcon's Opposition to Motion to Shorten Time (DE #62, 8 pages); assess creditor's arguments regarding notice, stay violations, and alleged lack of damages; develop responsive strategy | Review/Analysis | 2.00 | $300.00 | $600.00 |
| 12/17/2025 | Review and analyze IBI Falcon's Opposition to Motion to Enforce the Automatic Stay and for Sanctions (14 pages); detailed analysis of creditor's arguments re: substitute trustee appointment, DC non-residential foreclosure law, lack of notice, and absence of cognizable damages; research and outline reply arguments | Review/Analysis | 3.50 | $300.00 | $1,050.00 |
| **Professional Fees Subtotal** | | | **10.00** | | **$3,000.00** |
| **TOTAL** | | | | | **$3,000.00** |

## Matter: Motion to Enforce Automatic Stay

*Invoice Period: January 2026  |  Status: Final*

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/02/2026 | Review IBI Falcon's Motion to Continue (or Advance) Hearing on Motion to Enforce Stay (DE filed 1/2/26); assess scheduling conflict represented by creditor's counsel; confer with client regarding hearing date options | Review/Analysis | 0.50 | $300.00 | $150.00 |
| 01/03/2026 | Draft Motion to Advance (or Continue) Hearing on Motion to Enforce the Automatic Stay and for Sanctions; draft Proposed Order Granting Motion to Advance or Continue Hearing | Drafting | 2.00 | $300.00 | $600.00 |
| 01/03/2026 | Draft Debtor Witness and Exhibit List for hearing on Motion to Enforce Automatic Stay | Drafting | 1.00 | $300.00 | $300.00 |
| 01/03/2026 | Compile and organize hearing exhibits: review and prepare Exhibit 1 (Affidavit of Foreclosure, 11/13/25), Exhibit 2 (Palumbo Email, 2/7/25), Exhibit 3 (Palumbo Email, 10/15/25 with Notice of | Hearing Prep | 2.00 | $300.00 | $600.00 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Default attachment), Exhibit 4 (Undeliverable Mail Notice – IBI Falcon foreign address bypassed), Exhibit 5 (Certificate of Notice, DE #7) | | | | |
| 01/03/2026 | Continue exhibit preparation: review and prepare Exhibit 6 (D.C. Municipal Regulation § 26-C2727), Exhibit 7 (Evidence of Negative Impact – prepare redacted version), Exhibit 8 (Verification of Creditor Matrix, DE #25); finalize and file Debtor's Witness and Exhibit List | Hearing Prep | 2.00 | $300.00 | $600.00 |
| 01/05/2026 | Review IBI Falcon's Motion to Advance or Continue Hearing; draft Debtor's Response to Motion to Continue or Advance Hearing | Drafting | 1.50 | $300.00 | $450.00 |
| 01/06/2026 | Review Court Order Continuing Hearing on Motion for Sanctions (Doc 84, signed Jan. 6, 2026); correspondence with client re: next steps; coordinate new hearing date with Courtroom Deputy | Case Management | 1.00 | $300.00 | $300.00 |
| **Professional Fees Subtotal** | | | **10.00** | | **$3,000.00** |
| **TOTAL** | | | | | **$3,000.00** |

## Matter: Motion to Enforce Automatic Stay

*Invoice Period: April 2026   |   Status: Final*

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/10/2026 | Case status review and hearing preparation strategy: audit all pending April 20, 2026 hearing matters (Motion to Enforce Stay DE #60, Disclosure Statement, Motion to Convert DE #95); assess impact of IBI Falcon's claim objections and party-in-interest standing on stay hearing strategy; identify need for continuance of unripe matters | Case Management | 1.50 | $300.00 | $450.00 |
| 04/13/2026 | Legal research: party-in-interest standing under 11 U.S.C. §§ 1109(b), 1112(b), and 1125; Rule 2004 examination procedures; review IBI Falcon's allonge and assignment chain underlying Claim No. 2 ($2,676,531.91); analyze impact of disputed creditor identity on stay motion enforcement strategy | Research | 2.00 | $300.00 | $600.00 |
| 04/14/2026 | Draft Debtor's Emergency Motion for Continuance of Selected Hearings Scheduled for April 20, 2026 — primary purpose: protect and preserve the April 20 hearing on Motion to Enforce Automatic Stay and for Sanctions (DE #60) while continuing procedurally unripe matters; draft arguments re: IBI Falcon standing, pending Claim Objection, procedural prematurity of Disclosure Statement hearing, and necessity of Rule 2004 discovery | Drafting | 3.50 | $300.00 | $1,050.00 |
| 04/14/2026 | Draft Proposed Order Granting Emergency Motion for Continuance and Directing Rule 2004 Discovery; conform order provisions to relief requested; expressly preserve DE #60 automatic stay hearing as proceeding April 20, 2026; draft Rule 2004 production deadlines (14/30/60 days), status report requirement (75 days), and status conference provisions | Drafting | 1.50 | $300.00 | $450.00 |
| 04/15/2026 | Final review, revision, and execution of Emergency Motion for Continuance and Proposed Order; prepare Certificate of Service; serve via ECF on Maurice B. VerStandig (IBI Falcon counsel) and U.S. Trustee; coordinate first-class mail service on all creditors and parties in interest per attached creditor matrix | Finalization | 1.50 | $300.00 | $450.00 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/15/2026 | Hearing preparation for April 20, 2026 — Motion to Enforce Automatic Stay and for Sanctions (DE #60): review all exhibits, witness list, IBI Falcon's October 15, 2025 email evidencing actual knowledge of bankruptcy filing, creditor's opposition arguments re: notice and DC foreclosure law; prepare oral argument outline on willful violation of 11 U.S.C. § 362 | Hearing Prep | 2.50 | $300.00 | $750.00 |
| 04/16/2026 | Review and analysis of Witness and Exhibit List filed by IBI Falcon US LLC and IBI SBL Investment LP (DE #131, filed April 15, 2026 by Maurice B. VerStandig, Esq.) for the April 20, 2026 hearing on Motion to Enforce Automatic Stay (DE #60) and Motion to Convert (DE #95); analysis of IBI Falcon's designated witnesses and seven listed Creditor Exhibits, including: Petition for Relief (DE #1), Certificate of Notice (DE #7), Schedule D (DE #15), February 2026 Monthly Operating Report (DE #125), Claim of T&AA Construction LLC (Claim 3-1), February 17, 2026 Property Tax Bill, and Realtor.com Property Listing; cross-reference with Debtor's exhibits and witness list; assessment of authenticity, hearsay, and relevance objections; outline of cross-examination topics and evidentiary objections | Hearing Prep | 1.50 | $300.00 | $450.00 |
| 04/16/2026 | Drafting Hearing Arguments for Emergency Motion for Continuance (v1 and v2): pre-hearing preparation and courtroom setup outline; structured argument tracking the Continuance Motion's relief, procedural posture, IBI Falcon's anticipated opposition, good-faith timeline of discovery of allonge deficiencies, and proposed Rule 2004 discovery framework; courtroom-document checklist and contingency notes | Hearing Prep | 2.00 | $300.00 | $600.00 |
| 04/16/2026 | Drafting Witness Examination Outline for Emergency Motion for Continuance addressing timeline of discovery of allonge deficiencies, good-faith timing of April 15, 2026 filings, status of the property, and reorganization effort | Hearing Prep | 0.80 | $300.00 | $240.00 |
| 04/17/2026 | Drafting initial Hearing Argument (v1) for April 20, 2026 hearing on Debtor's Motion to Enforce Automatic Stay and for Sanctions (DE #60): sequential courtroom argument from opening appearance through closing argument, integrating direct examination of Sole Member, exhibit-by-exhibit foundation, opposing counsel's anticipated arguments, willful-violation analysis under 11 U.S.C. § 362, sanctions request, and contingency notes for adverse rulings and evidentiary objections | Hearing Prep | 3.50 | $300.00 | $1,050.00 |
| 04/18/2026 | Updating Draft of Witness Examination Outline: qualification/foundation questions; testimony establishing knowledge of bankruptcy filing; authentication of October 16, 2025 email from Michael Palumbo (Debtor Exhibit 4); testimony regarding ongoing foreclosure-related actions and harm to estate; damages testimony; contingencies addressing IBI Falcon's anticipated challenges on notice, damages, and witness availability | Hearing Prep | 1.50 | $300.00 | $450.00 |
| 04/19/2026 | Successive revision of Hearing Notes and Argument Guide for Motion to Enforce Automatic Stay (versions v2, v3, v5, and v6), expanding from approximately 779 lines (v1) to approximately 1,298 lines (v6): refinement of opening, exhibit-foundation language, direct examination, anticipated cross-examination, witness contingencies, sanctions argument, and integration of newly added Debtor Exhibits 10-16; harmonization with Hearing Notes for Emergency Motion for Continuance | Hearing Prep | 2.00 | $300.00 | $600.00 |
| 04/19/2026 | Drafting Debtor's Amended Witness and Exhibit List for April 20, 2026 hearing on Motion to Enforce Automatic Stay (DE #60): expansion of exhibit list from 8 to 16 exhibits, including Affidavit of Foreclosure (Ex. 1), Deed of Appointment of Substitute Trustee (Ex. 2), BNC Certificate of Notice DE #7 (Ex. 3), Michael Palumbo Email 10-16-25 (Ex. 4), USPS Delivery Service Standards (Ex. 5), First Assignment of Deed of Trust (Ex. 6), Second Assignment of Deed | Drafting | 1.20 | $300.00 | $360.00 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | of Trust (Ex. 7), Limited Power of Attorney – Gingo Palumbo Law Group 10-6-25 (Ex. 8), Debtor's Original Verification of Creditor Matrix DE #6 (Ex. 9), First Allonge (Ex. 10), Second Allonge (Ex. 11), DC Recorder of Deeds (Ex. 12), Promissory Note (Ex. 13), Billing Records 14A-14D, Evidence of Negative Impact – Redacted (Ex. 15), and rebuttal/impeachment exhibits (Ex. 16) | | | | |
| 04/19/2026 | Compilation, redaction, and finalization of Debtor Exhibits 10 through 15 for Amended Witness and Exhibit List: assembly of First Allonge (Ex. 10), Second Allonge (Ex. 11), DC Recorder of Deeds records (Ex. 12), Promissory Note (Ex. 13), DTJ Billing Records 14A through 14D, and Evidence of Harm – Redacted (Ex. 15); review of each exhibit for authenticity, hearsay, and relevance objections and for redaction of privileged or sensitive content | Drafting | 0.80 | $300.00 | $240.00 |
| 04/20/2026 | Final hearing preparation for April 20, 2026 hearing on Motion to Enforce Automatic Stay (DE #60), Motion to Convert (DE #95), Claim Objection, Amended Disclosure Statement, and Emergency Motion for Continuance: final review of exhibits, witness preparation, and oral argument outline | Hearing Prep | 5.00 | $300.00 | $1,500.00 |
| 04/20/2026 | Preparation of Certificate of Service for Debtor's Amended Witness and Exhibit List; electronic filing and service via ECF upon Maurice B. VerStandig, Esq. (IBI Falcon counsel) and the U.S. Trustee | Drafting / Service | 0.30 | $300.00 | $90.00 |
| 04/20/2026 | Travel to and from U.S. Bankruptcy Court for the District of Maryland, Greenbelt Division, for hearing on April 20, 2026 | Travel | 1.50 | $150.00 | $225.00 |
| 04/20/2026 | Attendance at hearing before the Hon. Lori S. Simpson on Motion to Enforce Automatic Stay (DE #60), Motion to Convert (DE #95), Objection to Claim Number 2, Amended Disclosure Statement, and Emergency Motion for Continuance and for Rule 2004 Discovery; oral argument and entry of order continuing all matters for 60 days | Hearing | 1.50 | $300.00 | $450.00 |
| 04/21/2026 | Preparation for post-hearing meet-and-confer call with M. VerStandig, Esq., counsel for IBI Falcon US LLC and IBI SBL Investment LP: drafting and successive revision of Discovery Conference Script (v1, v2, and v3), addressing procedural posture under the Court's continuance order, six categories of document production, original Note inspection logistics, forensic document examination protocol, third-party subpoena coordination (FTF Lending LLC; Gingo Palumbo Law Group LLC), expert disclosure schedule, and alternative-position contingencies; preparation of agenda and follow-up email talking points | Conference Prep | 2.50 | $300.00 | $750.00 |
| 04/21/2026 | Telephone call to M. VerStandig, Esq. re: discovery and forensic examination scheduling; preparation and transmission of follow-up email confirming agenda items and proposed dates | Conference | 0.20 | $300.00 | $60.00 |
| 04/22/2026 | Legal research re: scope of party-in-interest discovery under Fed. R. Bankr. P. 9014(c) and 7026; expert disclosure requirements under Fed. R. Civ. P. 26(a)(2); Rule 45 / 9016 third-party subpoena practice; UCC § 3-301 holder-status standards and chain-of-custody analysis for negotiable instruments | Research | 2.00 | $300.00 | $600.00 |
| 04/22/2026 | Public records research — Maryland SDAT business entity search for FTF Lending LLC (Department ID Z19672864): confirmation of entity status, principal office (10 East 23rd Street, Suite 500, New York, NY 10010), and resident agent (The Corporation Trust Incorporated); preservation of registration printout for use in chain-of-title and standing analysis | Research | 0.30 | $300.00 | $90.00 |
| 04/22/2026 | Telephone call to M. VerStandig, Esq. re: discovery and review of follow-up email correspondence | Conference | 0.10 | $300.00 | $30.00 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/22/2026 | Telephone conference with Client re: post-hearing discovery posture, retention of forensic document examiner, and proposed meet-and-confer agenda | Client Communication | 0.20 | $300.00 | $60.00 |
| 04/23/2026 | Telephone call to M. VerStandig, Esq. (0.10) and incoming telephone call from M. VerStandig, Esq. (0.10) re: discovery scheduling and document production logistics | Conference | 0.20 | $300.00 | $60.00 |
| 04/23/2026 | Review of original Order Granting Motion to Continue entered by the Hon. Lori S. Simpson on April 23, 2026 addressing the matters heard on April 20, 2026 (Motion to Enforce Automatic Stay (DE #60), Motion to Convert (DE #95), Claim Objection, Amended Disclosure Statement, and Emergency Motion for Continuance); identification of typographical issue subsequently corrected by Amended Order | Analysis | 0.20 | $300.00 | $60.00 |
| 04/24/2026 | Review and analysis of Amended Order Granting Motion to Continue (DE #143, entered April 24, 2026 by Hon. Lori S. Simpson) addressing Motion for Sanctions/Motion to Enforce Automatic Stay (DE #60), IBI Opposition (DE #68), Motion to Convert (DE #95), Debtor's Opposition (DE #100), Claim Objection (DE #116), IBI Response (DE #126), Amended Disclosure Statement (DE #121), IBI Objection (DE #122), Debtor's Emergency Motion for Continuance (DE #136), and IBI Objection (DE #139); assessment of revised deadlines and continuance terms; calendaring of revised deadlines for Client and case file | Analysis | 0.40 | $300.00 | $120.00 |
| 04/27/2026 | Meet-and-confer conference with M. VerStandig, Esq., counsel for IBI Falcon US LLC and IBI SBL Investment LP, pursuant to Local Bankruptcy Rule 7026-1 and Appendix C re: scope of discovery, six categories of document production, original Note inspection, forensic document examination, third-party subpoenas to FTF Lending LLC and Gingo Palumbo Law Group LLC, expert-disclosure schedule, and proposed Joint Scheduling Stipulation | Conference | 1.50 | $300.00 | $450.00 |
| 04/27/2026 | Telephone conference with Client re: outcome of meet-and-confer with opposing counsel, status of forensic examiner retention, discovery strategy, and proposed scheduling order | Client Communication | 0.40 | $300.00 | $120.00 |
| 04/28/2026 | Preparation, email submission, and first-class mailing of litigation hold notices to FTF Lending LLC and Gingo Palumbo Law Group LLC, directing preservation of records concerning the original promissory note, allonges, assignments of deed of trust, the Gingo Palumbo Power of Attorney, and related communications and metadata | Drafting / Service | 1.50 | $300.00 | $450.00 |
| 04/30/2026 | Review and analysis of (i) IBI's Opposition to Motion to Strike; (ii) IBI's Amended Opposition to Motion to Strike; and (iii) IBI's Opposition to Debtor's Motion to Determine That IBI Is Not a Party in Interest; assess legal arguments, evidentiary support, and strategic implications for continued discovery and pending Contested Matters | Analysis | 2.00 | $300.00 | $600.00 |
| 04/30/2026 | Email correspondence to Client and telephone conference with Client re: review of IBI Oppositions, response strategy, posture of pending Contested Matters, and discovery progress | Client Communication | 0.90 | $300.00 | $270.00 |
| | Costs / Disbursements — Mileage (30 miles @ $0.72/mile, IRS rate) | | | | $21.60 |
| **Professional Fees Subtotal** | | | **46.50** | | **$13,725.00** |
| **Costs / Disbursements** | | | | | **$21.60** |
| **TOTAL** | | | | | **$13,746.60** |

Exhibit A — Page 6

**Matter: Motion to Enforce Automatic Stay / TRO-Preliminary Injunction (Adv. Pro. 26-00129)**

*Invoice Period: May 1-31, 2026 (merged statement)*   |   *Status: Final*

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2026 | Drafting Joint Scheduling Stipulation and Proposed Order pursuant to Local Bankruptcy Rules 7026-1, 9013-1, and 9014-2, including recitals, definitions, discovery scope, document production schedule, original Note inspection protocol, forensic document examination provisions, expert disclosure schedule, third-party subpoena coordination, status report requirements, and status conference dates; preparation and submission of draft Stipulation to Maurice B. VerStandig, Esq., counsel for IBI Falcon US LLC and IBI SBL Investment LP, for review, comment, and proposed edits | Drafting | 0.90 | $300.00 | $270.00 |
| 05/03/2026 | Drafting Debtor's Motion for Entry of Scheduling Order Governing Discovery and Contested Matters and accompanying Proposed Order, incorporating discovery deadlines, document production schedule, original Note inspection protocol, forensic document examination provisions, expert disclosure schedule, status report requirements, and status conference dates | Drafting | 0.90 | $300.00 | $270.00 |
| 05/03/2026 | Drafting and submission of formal written response to letter from Maurice B. VerStandig, Esq., dated May 1, 2026, addressing positions on the scope of discovery, document production, original Note inspection, forensic document examination, and contested matter procedure | Correspondence | 0.40 | $300.00 | $120.00 |
| 05/04/2026 | Drafting initial confidential Strategy Memorandum (Attorney Work Product) re: post-hearing direct-contact activity by IBI principals targeting the Debtor's Sole Member; analysis of facts then known, applicable authorities under 11 U.S.C. § 362(k), 11 U.S.C. § 105(a), and Fed. R. Bankr. P. 9020 civil contempt procedure; preliminary response framework and contemplated next steps | Strategy / Analysis | 1.50 | $300.00 | $450.00 |
| 05/04/2026 | Finalization, electronic filing, and service of Debtor's Motion for Entry of Scheduling Order Governing Discovery and Contested Matters with Proposed Order via ECF upon Maurice B. VerStandig, Esq., the U.S. Trustee, and all parties in interest; telephone conference with Client regarding content of the Motion, strategic posture, discovery roadmap, and next steps | Filing / Client Communication | 1.60 | $300.00 | $480.00 |
| 05/05/2026 | Updating and superseding Strategy Memorandum (Attorney Work Product) dated May 5, 2026 following Client's transmission of additional direct-contact evidence: analysis of sustained multi-channel direct-contact campaign by IBI principals (Oren Streit WhatsApp messages, Amir Golan email, telephone calls); refinement of legal theories (willful stay violation under § 362(k), civil contempt under § 105(a) and Rule 9020, temporary restraining order and preliminary injunction under Rule 7065, punitive damages); strategy roadmap for motion package | Strategy / Analysis | 1.50 | $300.00 | $450.00 |
| 05/05/2026 | Receipt and review of "5631 MacArthur Boulevard – Next Steps" email correspondence (Microsoft Outlook .msg) concerning post-petition activity affecting the Property and the Debtor's reorganization posture; assessment of strategic implications | Analysis | 0.30 | $300.00 | $90.00 |
| 05/05/2026 | Drafting and submission of cease and desist letter to Maurice B. VerStandig, Esq., counsel for IBI Falcon US LLC and IBI SBL Investment LP, regarding ongoing post-petition direct contacts with the Debtor's Sole Member (Zanetta Williams) by IBI principals (Oren Streit, Amir Golan); telephone conference with Client to review correspondence, discuss strategic implications, and confirm position | Drafting / Client Communication | 1.50 | $300.00 | $450.00 |
| 05/05/2026 | Review and analysis of Scheduling Order Regarding Contested Matters entered by the Court, including discovery deadlines and key dates | Analysis | 0.10 | $300.00 | $30.00 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|------|------------------------|----------|-------|------|--------|
| 05/05/2026 | Email correspondence to Maurice B. VerStandig, Esq., regarding forensic document examiner inspection location and logistical arrangements for original Note review | Correspondence | 0.10 | $300.00 | $30.00 |
| 05/05/2026 | Email correspondence with Client regarding entry of Scheduling Order, forensic examination logistics, and current case status | Client Communication | 0.10 | $300.00 | $30.00 |
| 05/05/2026 | Telephone conference with Client regarding Scheduling Order Regarding Contested Matters, forensic document examination logistics, discovery progress, and ongoing strategic considerations | Client Communication | 0.30 | $300.00 | $90.00 |
| 05/06/2026 | Receipt and review of response from Maurice B. VerStandig, Esq., to Debtor's Cease and Desist Letter dated May 5, 2026 (Exhibit 9 to forthcoming Supplement); assessment of IBI Falcon's stated position regarding alleged direct contacts and strategy for follow-up enforcement | Analysis | 0.30 | $300.00 | $90.00 |
| 05/08/2026 | Legal research and preparation of internal research memorandum re: Fed. R. Bankr. P. 2004 examination procedure in the District of Maryland, including scope of examination (debtor's financial affairs, acts, property, and liabilities), comparison to discovery under Fed. R. Bankr. P. 9014 and Fed. R. Civ. P. 26-37, standing to seek a 2004 examination, document production scope, and strategic considerations for use in connection with the chain-of-title and allonge disputes; review of secondary authorities and bankruptcy practitioner guidance | Research | 1.00 | $300.00 | $300.00 |
| 05/11/2026 | Receipt and review of letter from Maurice B. VerStandig, Esq., counsel for IBI Falcon US LLC and IBI SBL Investment LP, dated May 11, 2026, regarding discovery scope, document production, scheduling matters, and related contested matter procedure; preliminary assessment of positions stated and identification of issues requiring response | Analysis | 0.40 | $300.00 | $120.00 |
| 05/11/2026 | Receipt, review, and analysis of post-petition direct contacts transmitted by Client, including (i) WhatsApp text messages from Oren Streit (IBI principal) to Zanetta Williams (Debtor's Sole Member) dated April 29-30, 2026 and continuing through May 2026, including messages stating IBI's readiness to dismiss the bankruptcy and offering settlement; (ii) telephone-call log entries for April 28 and April 30, 2026 (including missed WhatsApp audio call from +972 number on April 30, 2026 at 10:56 a.m.); (iii) email from Amir Golan to Zanetta Williams; (iv) related communications; assessment as evidence of willful violations of automatic stay under 11 U.S.C. § 362 and predicate for civil contempt, TRO, and preliminary-injunction relief | Analysis / Client Communication | 0.80 | $300.00 | $240.00 |
| 05/12/2026 | Legal research re: temporary restraining order and preliminary injunction in bankruptcy under 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 7065 (incorporating Fed. R. Civ. P. 65); civil contempt and Order to Show Cause procedure under Fed. R. Bankr. P. 9020 and 9014; standards for willful violation of the automatic stay under 11 U.S.C. § 362(k); punitive damages availability; review of controlling Fourth Circuit and District of Maryland authority | Research | 2.50 | $300.00 | $750.00 |
| 05/12/2026 | Drafting Debtor's Supplement to Motion to Enforce the Automatic Stay and for Sanctions for Willful Violation of 11 U.S.C. § 362, and Renewed Request for Civil Contempt, Injunctive Relief, and Punitive Damages (14 pages, drafted through successive versions to v3 Final-for-Filing): factual narrative of post-petition direct contacts by Oren Streit and Amir Golan; legal argument for willful-violation sanctions under § 362(k); request for civil contempt under § 105(a); request for injunctive relief; request for compensatory and punitive damages; renewed sanctions request | Drafting | 4.50 | $300.00 | $1,350.00 |
| 05/12/2026 | Drafting Declaration of Zanetta M. Williams in support of motion package (9 pages, drafted through successive versions v2 and v3 Final-for-Filing): factual averments authenticating direct-contact exhibits, including WhatsApp messages from Oren Streit, telephone calls, and email from Amir | Drafting / Client Communication | 1.50 | $300.00 | $450.00 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Golan; testimony regarding Debtor's representation status and instructions to communicate exclusively through counsel; coordination with Client regarding declaration content, factual accuracy, and execution | | | | |
| 05/12/2026 | Drafting Proposed Order Granting Debtor's Motion for Temporary Restraining Order and Preliminary Injunction Enjoining Further Post-Petition Direct Contacts with the Debtor and Further "Enforcement" Activity by IBI Falcon US LLC and IBI SBL Investment LP (3 pages): operative restraining and injunctive provisions; findings; coordination with companion Supplement and Show Cause Order | Drafting | 1.00 | $300.00 | $300.00 |
| 05/13/2026 | Drafting Debtor's Motion for Temporary Restraining Order and Preliminary Injunction Enjoining Further Post-Petition Direct Contacts with the Debtor and Further "Enforcement" Activity by IBI Falcon US LLC and IBI SBL Investment LP (8 pages): jurisdiction and authority under 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 7065; factual background; four-factor preliminary-injunction analysis (likelihood of success, irreparable harm, balance of equities, public interest); requested temporary and preliminary relief | Drafting | 3.50 | $300.00 | $1,050.00 |
| 05/13/2026 | Drafting Debtor's Motion for Issuance of an Order to Show Cause Why IBI Falcon US LLC and IBI SBL Investment LP Should Not Be Held in Civil Contempt (7 pages): authority under 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9020, and Fed. R. Bankr. P. 9014; statement of contemptuous conduct; specific show-cause relief requested; coordination with Supplement and TRO/Preliminary Injunction Motion | Drafting | 2.50 | $300.00 | $750.00 |
| 05/13/2026 | Compilation, organization, and finalization of Exhibits 1 through 9 to motion package: Exhibits 1, 2, and 3 (April 29, 2026 direct contacts); Exhibit 4 (April 30, 2026 direct contacts); Exhibit 5 (telephone-call log, April 28 and 30, 2026); Exhibit 6 (email from Amir Golan); Exhibit 7 (April 30, 2026); Exhibit 8 (April 30, 2026 and Debtor's Cease and Desist Letter dated May 5, 2026); Exhibit 9 (M. VerStandig response to Cease and Desist Letter); redaction of sensitive information where appropriate | Drafting | 1.00 | $300.00 | $300.00 |
| 05/13/2026 | Final review, revision, and execution of motion package: Debtor's Supplement to Motion to Enforce Stay (14 pp); Motion for Temporary Restraining Order and Preliminary Injunction (8 pp); Proposed Order on TRO and Preliminary Injunction (3 pp); Motion for Issuance of an Order to Show Cause (7 pp); Declaration of Zanetta M. Williams (9 pp); and Exhibits 1-9; preparation of Certificates of Service; electronic filing via ECF and service upon Maurice B. VerStandig, Esq., the U.S. Trustee, and all parties in interest | Finalization / Filing | 1.50 | $300.00 | $450.00 |
| 05/13/2026 | Receipt and review of letter from Maurice B. VerStandig, Esq., dated May 13, 2026, addressing discovery and document production logistics, forensic document examiner coordination, and follow-on positions to the May 11, 2026 correspondence; assessment of strategic implications and preparation for response | Analysis | 0.40 | $300.00 | $120.00 |
| 05/14/2026 | Review and analysis of Order entered in the main bankruptcy case (Doc. 164) denying Debtor's original Motion for Temporary Restraining Order and Preliminary Injunction [Dkt. No. 161] on the ground that requests for injunctive relief must be brought via adversary proceeding, Fed. R. Bankr. P. 7001(g); strategy session re: initiating adversary proceeding to properly pursue TRO/PI relief | Analysis / Strategy | 0.30 | $300.00 | $90.00 |
| 05/15/2026 | Initial drafting of Adversary Complaint against IBI Falcon US LLC, IBI SBL Investment LP, Amir Golan, Oren Streit, and Tova Greenbaum, asserting six counts for declaratory judgment (willful | Drafting / Strategy | 4.50 | $300.00 | $1,350.00 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | violation of the automatic stay under 11 U.S.C. § 362(a)(1), (3), (4), and (6); void ab initio status of post-petition recordings), preliminary and permanent injunctive relief under 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 7001(g), 7065 and Fed. R. Civ. P. 65, damages under 11 U.S.C. § 362(k), civil contempt under Fed. R. Bankr. P. 9020, and extension of the automatic stay to Zanetta M. Williams as personal guarantor; contemporaneous drafting of renewed Motion for Temporary Restraining Order and Preliminary Injunction and Motion to Shorten Time; drafting of confidential Strategy Memorandum (Attorney Work Product) analyzing the procedural cure required by the Court's May 13, 2026 Order (Doc. 164) and recommending the adversary-proceeding path forward | | | | |
| 05/19/2026 | Telephone conference with Client re: strategy for Adversary Complaint and Motion for Temporary Restraining Order and Preliminary Injunction in advance of filing | Client Communication | 0.40 | $300.00 | $120.00 |
| 05/20/2026 | Revision and expansion of Adversary Complaint (v2) and preparation of adversary-proceeding-specific versions of the Motion for Temporary Restraining Order and Preliminary Injunction and Motion to Shorten Time; drafting of Notice of Motion and Proposed Order Granting Motion for Temporary Restraining Order and Preliminary Injunction and Proposed Order Shortening Time | Drafting / Revision | 3.20 | $300.00 | $960.00 |
| 05/20/2026 | Telephone conference with Client re: finalization of Adversary Complaint and Motion for TRO/PI in advance of filing | Client Communication | 0.40 | $300.00 | $120.00 |
| 05/21/2026 | Finalization of Adversary Complaint (v2) and electronic filing of Complaint, Motion for Temporary Restraining Order and Preliminary Injunction, Motion to Shorten Time, Notice of Motion, and Proposed Orders, commencing Adversary Proceeding No. 26-00129 (Adv. Dkt. Nos. 1-5); coordination of service of process upon Defendants | Filing / Service | 0.90 | $300.00 | $270.00 |
| 05/21/2026 | Telephone conference with Client re: filing of Adversary Complaint and Motion for TRO/PI, commencing Adversary Proceeding No. 26-00129 | Client Communication | 0.30 | $300.00 | $90.00 |
| 05/29/2026 | Review and analysis of Court's Order Denying Debtor's Motion for Temporary Restraining Order and Preliminary Injunction in Adversary Proceeding No. 26-00129 for failure to timely file certificate of service as required by the Order Granting Motion to Shorten Time (Adv. Dkt. No. 5); identification of procedural defect and termination of June 1, 2026 hearing; development of corrective re-filing strategy | Analysis / Strategy | 0.50 | $300.00 | $150.00 |
| 05/31/2026 | Telephone conference with Client re: corrective re-filing strategy for Motion for TRO/PI following denial for certificate-of-service defect, and Declaration content | Client Communication | 0.50 | $300.00 | $150.00 |
| **Professional Fees Subtotal** | | | **41.10** | | **$12,330.00** |
| **TOTAL** | | | | | **$12,330.00** |

Exhibit A — Page 10

**Matter: Motion to Enforce Automatic Stay / TRO-Preliminary Injunction (Adv. Pro. 26-00129)**

*Invoice Period: June 1-21, 2026   |   Status: Final*

| Date | Description of Services | Category | Hours | Rate | Amount |
|------|------------------------|----------|-------|------|--------|
| 06/03/2026 | Drafting and electronic filing of renewed Motion for Temporary Restraining Order and Preliminary Injunction, renewed Motion to Shorten Time, and Notice of Motion in Adversary Proceeding No. 26-00129, curing prior service/certification defect; preparation of updated Declaration of Zanetta M. Williams (v2) for the adversary proceeding incorporating post-petition direct-contact evidence; coordination of proper service upon Defendants' counsel | Drafting / Filing | 3.00 | $300.00 | $900.00 |
| 06/05/2026 | Review of Court's Order Setting Response Deadline and Setting Expedited Hearing (Adv. Dkt. No. 13); calendaring of service, certification, and objection deadlines | Analysis | 0.30 | $300.00 | $90.00 |
| 06/05/2026 | Telephone conference with Client re: Court's Order Setting Response Deadline and Expedited Hearing in the Adversary Proceeding | Client Communication | 0.20 | $300.00 | $60.00 |
| 06/08/2026 | Review of Summons and Notice of Pre-Trial Conference in Adversary Proceeding No. 26-00129 (Adv. Dkt. No. 14), scheduling pre-trial conference for July 29, 2026 at 10:00 a.m.; calendaring | Analysis | 0.10 | $300.00 | $30.00 |
| 06/09/2026 | Review of discrepancy between docket entry time and stated service deadline under the Order Setting Response Deadline; review and analysis of Court's Supplemental Order extending the service/certification deadline to June 9, 2026 at 5:00 p.m.; preparation and transmission of email correspondence to Maurice B. VerStandig, Esq. serving the Order Shortening Time and Supplemental Order and requesting meet-and-confer availability | Analysis / Correspondence | 0.60 | $300.00 | $180.00 |
| 06/09/2026 | Drafting and electronic filing of Certificate of Service of the Order Shortening Time and Setting Hearing and the Supplemental Order | Drafting / Filing | 0.20 | $300.00 | $60.00 |
| 06/09/2026 | Telephone conference with Client re: service/certification deadline correspondence to opposing counsel and Certificate of Service filing | Client Communication | 0.90 | $300.00 | $270.00 |
| 06/11/2026 | Receipt, review, and detailed analysis of Defendants' Opposition to Motion for Temporary Restraining Order and Preliminary Injunction (Adv. Dkt. No. 18, 12 pages), including special-appearance and service-defect arguments, Hague Convention service defenses as to the Israeli individual Defendants, prior-restraint and guaranty-enforcement arguments, and Winter four-factor analysis; preparation of response outline for hearing | Analysis | 1.50 | $300.00 | $450.00 |
| 06/12/2026 | Drafting and electronic filing of Debtor's Witness and Exhibit List for the TRO/Preliminary Injunction hearing, identifying trial witnesses and Exhibits 1-9 drawn from the original Motion to Enforce Stay and Supplement | Drafting / Filing | 0.70 | $300.00 | $210.00 |
| 06/15/2026 | Drafting and electronic filing of Debtor's Amended Witness and Exhibit List, consolidating and renumbering Exhibits 1-18 from the original Motion to Enforce Stay and Supplement for presentation at the hearing | Drafting / Filing | 0.60 | $300.00 | $180.00 |
| 06/15/2026 | Hearing preparation and attendance at hearing on Debtor's Motion for Temporary Restraining Order and Preliminary Injunction, Adversary Proceeding No. 26-00129 (virtual, 10:00 a.m., 2.0 hours); presentation of argument and exhibits; Court reserved ruling and set further hearing for June 18, 2026 | Hearing | 2.00 | $300.00 | $600.00 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/15/2026 | Telephone conference with Client re: outcome of hearing on Motion for TRO/PI and Court's reservation of ruling pending further hearing | Client Communication | 1.40 | $300.00 | $420.00 |
| 06/17/2026 | Telephone conference with Client re: status pending Court's ruling on Motion for TRO/PI and preparation for June 18, 2026 continued hearing | Client Communication | 0.70 | $300.00 | $210.00 |
| 06/18/2026 | Hearing attendance on Debtor's Motion for Temporary Restraining Order and Preliminary Injunction, Adversary Proceeding No. 26-00129 (virtual); Court's ruling DENYING the Motion | Hearing | 0.40 | $300.00 | $120.00 |
| 06/19/2026 | Meet-and-confer telephone conference with Maurice B. VerStandig, Esq. and the Client re: revised scheduling of pending matters | Conference | 0.60 | $300.00 | $180.00 |
| 06/19/2026 | Telephone conference with Client re: strategy and open items | Client Communication | 0.30 | $300.00 | $90.00 |
| 06/21/2026 | Telephone conference with Client re: comprehensive strategic review and discussion of options following denial of Motion for TRO/PI | Client Communication | 2.00 | $300.00 | $600.00 |
| **Professional Fees Subtotal** | | | **15.80** | | **$4,740.00** |
| **TOTAL** | | | | | **$4,740.00** |

## Matter: Motion to Determine IBI Not a Party in Interest

*Invoice Period: April 2026  |  Status: Final*

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/2026 | Legal research re: party-in-interest standing under 11 U.S.C. §§ 101(5), 101(10), 1109(b), 1112(b), 1125, 1126, and 1128; chain of statutory definitions (claim → creditor → party in interest); controlling authority including In re Caldor, Inc., 303 F.3d 161 (2d Cir. 2002); analysis of standing consequences for IBI Falcon's pending Motion to Convert (DE #95), plan voting rights, Disclosure Statement objection rights, plan confirmation objection rights, and 11 U.S.C. § 362 stay-relief rights | Research | 3.00 | $300.00 | $900.00 |
| 04/02/2026 | Review and analysis of IBI Falcon US LLC Amended Proof of Claim No. 2 ($2,676,531.91), including the original promissory note, First Allonge (signed by Nolan Helline as "Capital Markets Financial Analyst" for FTF Lending, LLC), Second Allonge (purported transfer to IBI Falcon), First Assignment of Deed of Trust, Second Assignment of Deed of Trust (signed by Anthony J. Gingo through Gingo Palumbo Law Group LLC as Attorney-in-Fact for IBI SBL Investment LP), and supporting documentation; identification of standing, chain-of-title, signatory-authority, and POA-recording defects | Analysis | 2.50 | $300.00 | $750.00 |
| 04/03/2026 | Legal research re: UCC § 3-403 / D.C. Code § 28:3-403 (unauthorized signatures and scope of agent authority); UCC § 3-201 / D.C. Code § 28:3-201 (requirements for negotiation of negotiable instruments); UCC § 3-301 / D.C. Code § 28:3-301 (person entitled to enforce); D.C. Code § 21- | Research | 3.50 | $300.00 | $1,050.00 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | 2603.03 (power-of-attorney recording requirements for real-property conveyances by agents, including "with or prior to" recording mandate); Debtor-in-Possession avoidance powers under 11 U.S.C. §§ 544, 547, 548, and 549 as alternative grounds for invalidating the transfers | | | | |
| 04/06/2026 | Drafting Debtor's Objection to Amended Proof of Claim No. 2 of IBI Falcon US LLC (DE #132): factual background; chain-of-assignment analysis; First and Second Allonge defects (lack of documented authority for Mr. Helline; void-on-void chain); First and Second Assignment of Deed of Trust defects (unrecorded / late-recorded POA under D.C. Code § 21-2603.03); UCC and D.C. Code arguments; request for disallowance of Claim No. 2 in full | Drafting | 4.50 | $300.00 | $1,350.00 |
| 04/07/2026 | Continued drafting and revision of Debtor's Objection to Claim No. 2 (DE #132); preparation of exhibits; incorporation of legal authorities; cross-reference to Motion to Determine Party-in-Interest Status; coordination of concurrent-filing strategy | Drafting | 2.00 | $300.00 | $600.00 |
| 04/08/2026 | Drafting initial version (v1) of Debtor's Motion for Determination That IBI Falcon US LLC Is Not a Party in Interest Pursuant to 11 U.S.C. §§ 101(5), 101(10), and 1109(b), and for Related Relief Barring IBI Falcon from Exercising Party-in-Interest Rights (DE #133): seven-section motion comprising (I) Introduction; (II) Jurisdiction and Authority under 28 U.S.C. §§ 157, 1334, and 1409 and 11 U.S.C. § 105(a); (III) Statutory Framework; (IV) Legal Basis for the Determination, including void-transfer analysis (Subsection A), absence-of-claim analysis (Subsection B), and Debtor-in-Possession avoidance powers under §§ 544, 547, 548 (Subsection C); (V) Consequences subsections addressing dismissal of Motion to Convert (DE #95), plan voting rights, Disclosure Statement (DE #130) objection rights, plan confirmation (DE #129) objection rights, automatic-stay relief rights, and other party-in-interest rights; (VI) Alternative Relief — Suspension Pending Determination; (VII) Conclusion | Drafting | 5.00 | $300.00 | $1,500.00 |
| 04/09/2026 | Revision and restructure of Motion to Determine That IBI Falcon Is Not a Party in Interest (v2): conversion of narrative format to numbered-paragraph format consistent with Local Bankruptcy Rule requirements; refinement of legal arguments and statutory citations; addition of references to IBI Falcon's recently filed Chapter 11 Plan (DE #129) and Disclosure Statement (DE #130); harmonization of cross-references with concurrently filed Claim Objection (DE #132) | Drafting / Revision | 2.50 | $300.00 | $750.00 |
| 04/09/2026 | Drafting Proposed Order Granting Debtor's Motion for Determination That IBI Falcon US LLC Is Not a Party in Interest and Barring IBI Falcon from Exercising Party-in-Interest Rights in This Bankruptcy Case: detailed findings paragraphs (15 numbered findings/orders) tracking statutory framework under 11 U.S.C. §§ 101(5), 101(10), 1109(b), 1112(b), 1125, 1126(a), 1128, and 362(d); incorporation of controlling authority including In re Global Industrial Technologies, Inc., 645 F.3d 201 (3d Cir. 2011), In re Veal, 450 B.R. 897 (B.A.P. 9th Cir. 2011), and In re Amatex Corp., 755 F.2d 1034 (3d Cir. 1985); operative ORDERED provisions dismissing IBI Falcon's Motion to Convert (DE #95) for lack of standing, barring IBI Falcon from plan voting, Disclosure Statement objections, plan confirmation objections, and stay-relief requests; ballot-tabulation directives | Drafting | 1.50 | $300.00 | $450.00 |
| 04/10/2026 | Final review, revision, and execution of Debtor's Objection to Claim No. 2 (DE #132), Debtor's Motion for Determination That IBI Falcon US LLC Is Not a Party in Interest (DE #133), and Proposed Order Granting the Motion; preparation of Certificates of Service; electronic filing via ECF of the Motion, Proposed Order, and Claim Objection; service upon Maurice B. VerStandig, Esq. (IBI Falcon counsel), the U.S. Trustee, and all parties in interest per creditor matrix | Finalization / Filing | 1.50 | $300.00 | $450.00 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/29/2026 | Receipt and initial review of IBI Falcon US LLC's Opposition to Motion to Determine IBI Falcon Is Not a Party in Interest (DE #152, 5 pages) addressing authorities cited in Motion, including Fed. R. Civ. P. 12(f), Fed. R. Bankr. P. 7012/9014, In re Remsen, 11 U.S.C. § 105(a), and Chambers v. NASCO, Inc. | Analysis | 1.00 | $300.00 | $300.00 |
| 04/29/2026 | Receipt and initial review of IBI Falcon US LLC's Amended Opposition to Motion to Determine IBI Falcon Is Not a Party in Interest (DE #151, 11 pages); preliminary assessment of opposition arguments and procedural posture, including IBI Falcon's positions on holder status, allonge sufficiency, and waiver/release defenses | Analysis | 1.30 | $300.00 | $390.00 |
| **Professional Fees Subtotal** | | | **28.30** | | **$8,490.00** |
| **TOTAL** | | | | | **$8,490.00** |

## Matter: Motion to Determine IBI Not a Party in Interest

*Invoice Period: May 2026   |   Status: Final*

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/06/2026 | Detailed substantive review and analysis of IBI Falcon's Amended Opposition (DE #151): (i) opposition arguments regarding alleged manufactured statutory quotation from D.C. Code § 28:3-204(a); (ii) IBI Falcon's distinction between 'holder' and 'holder in due course' under D.C. Code §§ 28:3-301 and 28:3-302; (iii) reliance on Richardson v. Nationstar Mortg. (In re Richardson), 2018 Bankr. LEXIS 2865 (Bankr. D.D.C. Sep. 20, 2018); (iv) arguments concerning allonge execution and possession of the Note | Analysis | 2.50 | $300.00 | $750.00 |
| 05/07/2026 | Review and analysis of Exhibit A to IBI Falcon's Amended Opposition — Amendment to Promissory Note and Reaffirmation of Guaranty (Doc 151-1, 6 pages); analysis of June 2024 Agreement extending the Maturity Date to September 1, 2024 and its impact on Debtor's argument that the Note was overdue at time of purported transfer | Analysis | 1.00 | $300.00 | $300.00 |
| 05/07/2026 | Review and analysis of Exhibit B to IBI Falcon's Amended Opposition — Amendment and Extension of Promissory Note and Reaffirmation of Guaranty dated September 1, 2024 (Doc 151-2, 8 pages); evaluation of recitations regarding FTF Lending LLC → IBI SBL Investment LP assignment, Maturity Date extension to June 18, 2025, and acknowledgments by Borrower and Guarantor | Analysis | 1.20 | $300.00 | $360.00 |
| 05/07/2026 | Review and analysis of Exhibit C to IBI Falcon's Amended Opposition — Amendment and Extension of Promissory Note and Reaffirmation of Guaranty dated June 18, 2025 (Doc 151-3, 8 pages); evaluation of final Maturity Date extension to June 30, 2025 and impact on holder-in-due-course timeline analysis | Analysis | 1.20 | $300.00 | $360.00 |
| 05/11/2026 | Responsive legal research re: distinction between 'holder' and 'holder in due course' under D.C. Code § 28:3-301; whether a non-holder-in-due-course can enforce a negotiable instrument; review of Richardson v. Nationstar Mortg. (In re Richardson), 2018 Bankr. LEXIS 2865 (Bankr. D.D.C. Sep. 20, 2018) and progeny; analysis of allonge sufficiency and 'so firmly affixed' requirement | Research | 2.50 | $300.00 | $750.00 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/12/2026 | Strategic analysis and outline of Debtor's Reply in support of Motion to Determine IBI Falcon Is Not a Party in Interest; identification of factual and legal issues to address, including (i) authenticity and admissibility of Exhibits A–C, (ii) chain-of-assignment irregularities, (iii) holder-status arguments, and (iv) waiver/release defenses raised by IBI Falcon | Strategy | 1.80 | $300.00 | $540.00 |
| 05/13/2026 | Telephone conference and email correspondence with Client regarding IBI Falcon's Opposition and Amended Opposition (DE ##151, 152), Exhibits A–C to the Amended Opposition, IBI Falcon's holder-status arguments, response strategy, and Reply schedule | Client Communication | 1.00 | $300.00 | $300.00 |
| **Professional Fees Subtotal** | | | **11.20** | | **$3,360.00** |
| **TOTAL** | | | | | **$3,360.00** |

## Matter: Discovery / Scheduling / Protective Order (Misc.)

*Invoice Period: May 1-29, 2026   |   Status: Final*

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2026 | Drafting of Joint Stipulation re: discovery and submission to IBI Falcon's counsel for review and edit | Drafting | 0.90 | $300.00 | $270.00 |
| 05/03/2026 | Drafting Debtor's Motion for Entry of Scheduling Order and accompanying Proposed Order (resulting Scheduling Order subsequently entered as Main Case DE #156) | Drafting | 0.90 | $300.00 | $270.00 |
| 05/03/2026 | Drafting and submission of response to correspondence from M. VerStandig, Esq. dated May 1, 2026 | Correspondence | 0.40 | $300.00 | $120.00 |
| 05/04/2026 | Electronic filing of Debtor's Motion for Entry of Scheduling Order; telephone conference with Client re: same | Filing / Client Communication | 1.60 | $300.00 | $480.00 |
| 05/05/2026 | Drafting and transmission of cease-and-desist letter to M. VerStandig, Esq.; telephone conference with Client re: same | Drafting / Client Communication | 1.50 | $300.00 | $450.00 |
| 05/05/2026 | Review of Scheduling Order re: Contested Matters; email correspondence to M. VerStandig, Esq. re: forensic document examination review location; email correspondence to Client; telephone conference with Client | Analysis / Correspondence | 0.60 | $300.00 | $180.00 |
| 05/11/2026 | Drafting Debtor's Opposition to IBI Falcon's Motion for Protective Order to Prevent Deposition of Michael J. Palumbo (Main Case DE #159) and accompanying Proposed Order Denying Motion; legal research and argument re: Shelton v. American Motors Corp., 805 F.2d 1323 (8th Cir. 1986) fact-witness/trial-counsel distinction (not adopted by the Fourth Circuit) and Mr. Palumbo's transactional role as signatory on the recorded Affidavit and Deed of Appointment of Substitute Trustee | Drafting / Research | 2.80 | $300.00 | $840.00 |
| 05/12/2026 | Telephone conference with Client re: status of Opposition to Motion for Protective Order and deposition strategy | Client Communication | 0.30 | $300.00 | $90.00 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/13/2026 | Revision and finalization of Debtor's Opposition to Motion for Protective Order (DRAFT to DRAFT v2) and accompanying Proposed Order Denying Motion; electronic filing and service via ECF upon M. VerStandig, Esq., and the U.S. Trustee | Drafting / Filing | 2.20 | $300.00 | $660.00 |
| 05/14/2026 | Drafting and issuance of Subpoena to IBI Falcon US LLC for production of the original promissory Note and allonges for forensic document examination (production set for May 28, 2026 at undersigned's office), with detailed Schedule A describing the documents, electronically stored information, and objects sought; drafting and issuance of second Subpoena for production of related corporate-authority and assignment instruments; drafting cover transmittal email to M. VerStandig, Esq. re: service arrangements | Drafting / Filing | 2.00 | $300.00 | $600.00 |
| 05/14/2026 | Telephone conference with Client re: forensic document examination subpoenas and inspection logistics | Client Communication | 0.50 | $300.00 | $150.00 |
| 05/15/2026 | Execution and service (by email pursuant to counsel's prior agreement) of both Subpoenas upon IBI Falcon US, LLC c/o M. VerStandig, Esq.; drafting and electronic filing of Notice of Service of Subpoena (Main Case) | Filing / Service | 0.80 | $300.00 | $240.00 |
| 05/21/2026 | Drafting Debtor's First Set of Interrogatories to IBI Falcon US LLC and to IBI SBL Investment LP, Debtor's First Requests for Production of Documents to both entities, and initial Requests for Admission to both entities (six discovery documents), with detailed definitions and instructions, directed to entity-relationship questions, allonge execution dates, chain of custody of the original Note, the July 2025 Extension chronology, and the identity of "IBI Falcon High Yield, LP," in connection with the party-in-interest/claim-objection contested matter | Drafting | 3.80 | $300.00 | $1,140.00 |
| 05/22/2026 | Revision and finalization of Requests for Admission to IBI Falcon and to IBI SBL Investment LP through successive drafts (v2, v3, and FINAL for each entity); finalization of Requests for Production of Documents to both entities; coordination of service of all discovery | Drafting / Revision | 2.50 | $300.00 | $750.00 |
| 05/22/2026 | Telephone conference with Client re: status of discovery requests to IBI Falcon and IBI SBL | Client Communication | 0.10 | $300.00 | $30.00 |
| 05/25/2026 | Receipt of IBI Falcon's Motion to Quash Subpoena (DE #173) via ECF notification; review of IBI Falcon's document production (Bates Nos. IBI Falcon0092-0134), comprising the Amendment to Promissory Note, Reaffirmation of Guaranty, and related loan extension/amendment instruments | Analysis / Research | 0.90 | $300.00 | $270.00 |
| 05/26/2026 | Review of and response to email correspondence from M. VerStandig, Esq. proposing Rule 408 settlement-basis logistics for the forensic note inspection (overnight delivery of the original Note/allonges to opposing counsel's custody; inspection to occur at the Greenbelt federal courthouse with opposing counsel present and videoing) in lieu of the subpoenaed production | Correspondence | 0.20 | $300.00 | $60.00 |
| 05/26/2026 | Telephone conference with Client re: IBI Falcon's proposed alternative inspection logistics for the original Note and allonges | Client Communication | 0.40 | $300.00 | $120.00 |
| 05/27/2026 | Detailed review and analysis of IBI Falcon's Motion to Quash Subpoena (DE #173), including Fed. R. Civ. P. 45 100-mile production-radius argument and IBI's offer of an Ohio inspection; review and vetting of the curriculum vitae and qualifications of Gerald M. LaPorte, the Debtor's retained forensic document examiner (former U.S. Secret Service and DHS-HSI Laboratory Director; OSAC chair); drafting confidential Strategy Memorandum (Attorney Work Product) analyzing Mr. LaPorte's concurrent appointment as court-ordered special master in the Tony Hsieh estate | Strategy / Research | 2.80 | $300.00 | $840.00 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | proceedings as a strategic asset and minimally-destructive forensic ink-dating (HPTLC) testing methodology | | | | |
| 05/27/2026 | Telephone conference with Client re: forensic examiner retention strategy and response to Motion to Quash Subpoena | Client Communication | 0.20 | $300.00 | $60.00 |
| 05/28/2026 | Drafting and electronic filing of Debtor's Motion to Continue Document Inspection, to Modify Scheduling Order, and for Related Relief, with accompanying Declaration of Zanetta Williams and Proposed Order, seeking to continue the note-inspection deadline under the Scheduling Order [D.E. #156] from May 29 to June 15, 2026, and to modify the examination standard from "non-destructive" to "minimally-destructive"; legal research re: excusable neglect under Fed. R. Bankr. P. 9006(b)(1) and Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380 (1993); coordination with Client re: declaration content and execution; service on M. VerStandig, Esq. and the U.S. Trustee via ECF | Drafting / Filing | 3.60 | $300.00 | $1,080.00 |
| 05/29/2026 | Drafting and electronic filing of Debtor's Motion to Withdraw Motion to Strike (DE #135), mooting IBI's Amended Opposition (DE #153) and proposed order (DE #153-1); client communication regarding basis for withdrawal | Drafting / Filing / Client Communication | 0.60 | $300.00 | $180.00 |
| **Professional Fees Subtotal** | | | **29.60** | | **$8,880.00** |
| **TOTAL** | | | | | **$8,880.00** |

## Matter: Discovery / Scheduling / Protective Order (Misc.)

*Invoice Period: June 1-20, 2026   |   Status: Final*

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/2026 | Drafting of oral argument outline and hearing notes for the June 2, 2026 hearing on IBI Falcon's Motion for Protective Order regarding the deposition of Michael Palumbo (Main Case DE #159/163), including anticipated argument points addressing Shelton v. American Motors Corp., 805 F.2d 1323 (8th Cir. 1986), and the fact-witness/transactional-signatory framework | Drafting | 1.80 | $300.00 | $540.00 |
| 06/02/2026 | Final revision and trimming of hearing notes; hearing preparation and attendance at hearing on IBI Falcon's Motion for Protective Order regarding the Palumbo deposition (Main Case DE #159/163); argument regarding Mr. Palumbo's dual status as IBI Falcon's outside counsel and a fact witness to the DC land-record filings; Court ruling permitting the Palumbo deposition limited to his own knowledge and actions regarding the DC land-record filings; Court order directing counsel to meet and confer on a revised scheduling order | Hearing | 2.00 | $300.00 | $600.00 |
| 06/02/2026 | Telephone conference with Client re: outcome of hearing on Motion for Protective Order (Palumbo deposition) and Court's ruling and meet-and-confer directive | Client Communication | 0.80 | $300.00 | $240.00 |
| 06/11/2026 | Receipt and review of Order Denying Motion to Amend Scheduling Order (DE #183), denying Debtor's Motion to Amend Scheduling Order (DE #176) filed following the court-ordered meet-and-confer | Analysis | 0.20 | $300.00 | $60.00 |

| Date | Description of Services | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/13/2026 | Receipt and detailed review of IBI Falcon's Omnibus Opposition to Debtor's Motions (DE #178, #179, #180, #181) (DE #184); analysis of newly raised standing defense under Green v. 1900 Capital Tr. II, 619 B.R. 121 (D. Md. 2020); preliminary research distinguishing Green from claim-objection standing under 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 | Analysis / Research | 1.80 | $300.00 | $540.00 |
| 06/19/2026 | Meet-and-confer telephone conference with Maurice B. VerStandig, Esq. and the Client re: outstanding discovery items and revised scheduling order | Conference | 0.60 | $300.00 | $180.00 |
| 06/20/2026 | Drafting of Debtor's Motion for Entry of an Order Authorizing Employment and Retention of a Real Estate Broker and accompanying Proposed Order, pursuant to 11 U.S.C. §§ 327(a) and 328(a), in connection with marketing and sale of the Property at 5631 MacArthur Blvd NW; drafting in progress pending broker selection and listing agreement (Exhibits A and B outstanding) | Drafting | 1.50 | $300.00 | $450.00 |
| **Professional Fees Subtotal** | | | **8.70** | | **$2,610.00** |
| **TOTAL** | | | | | **$2,610.00** |

**GRAND TOTAL — ALL MATTERS:  212.20 hours  |  Fees $63,435.00  |  Costs $21.60  |  Total Due $63,456.60**