IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:                                              |
                                                    |
5410 30th Street DC, LLC,                |          Case No.: 25-19605
                                                    |
        Debtor                                      |          Chapter 11
                                                    |          (Relates to Adv. Pro. No. 26-00129)
                                                    |

---

NOTICE OF APPLICATION FOR ALLOWANCE
OF SUPPLEMENTAL ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES

Pursuant to Local Bankruptcy Rule 2002-1, notice is hereby given that:

1.  The Debtor's attorney (hereafter "Applicant") filed an Application for Allowance of Supplemental Attorney's Fees and Reimbursement of Expenses (the "Application").

2.  The Application seeks allowance of fees in the amount of $63,435.00 and reimbursement of expenses in the amount of $21.60 in connection with services rendered for the benefit of the Debtor and the bankruptcy estate during this Chapter 11 case.

3.  Pursuant to the Local Bankruptcy Rules, Applicant has filed a supplemental Federal Rule of Bankruptcy Procedure 2016(b) Disclosure and  Application describing services rendered on behalf of the Debtor.

4.  If the Court approves the Application, the approved fees and expenses may be paid by the Debtor or through the Chapter 11 Trustee as an administrative expense of the bankruptcy estate pursuant to 11 U.S.C. §§ 330(a) and 503(b)(2).

5.  Applicant avers the approval of the requested fees and expenses will not affect distribution to creditors under the Debtor's Chapter 11 plan

    Any objection to the Application must be filed within 21 days of the date of the Application with the Clerk of the Bankruptcy Court (parties served by mail may add three (3) additional days to this deadline), with a copy sent to the undersigned and the Chapter 11 Trustee, and shall state the factual and legal grounds on which it is based.

6.  The Application may be approved without further order or notice if no timely objection is filed, and the Court, in its discretion, may conduct a hearing or determine the matter without a hearing regardless of whether an objection is filed.

7.  Parties in interest with questions may contact the undersigned.


Date: <u>June 21, 2026</u>

<u>/s/ Deirdre T. Johnson</u>
Deirdre T. Johnson, Esq.
Law Office of Deirdre T. Johnson, Esq.
9701 Apollo Dr, Suite 301
Upper Marlboro, MD 20774
(301) 742-5385
dtjesq@dtjohnsonlaw.com
Applicant


## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on the 21st day of June, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Application for Allowance of Supplemental Attorney's Fees and Reimbursement of Expenses will be served electronically by the Court's CM/ECF system on the following:

Jeanette Rice, Chapter 11 Trustee
Jeanette.Rice@usdoj.gov

Office of the United States Trustee
USTPRegion04.GB.ECF@USDOJ.GOV

Maurice B. VerStandig, Esq.
Counsel for IBI Falcon US, LLC and IBI SBL Investment LP
mac@mbvesq.com


I HEREBY FURTHER CERTIFY that, on the 21st day of June, 2026, a copy of the foregoing Notice of Application for Allowance of Supplemental Attorney's Fees and Reimbursement of Expenses was also mailed first class, postage prepaid, to:

BHI Construction
9342 Annapolis Rd
Lanham, MD  20706

City Concrete
9284 Corp Circle
Manassas, VA 20110

DC Municipal Investments, LLC and
Any/All Affiliates
c/o Heidi S. Kenny, Esq
Kenny Law Group, LLC
11426 York Rd, 1st Floor
Cockeysville, MD 21030

DC Office of Tax Rev
Office of CFO
1101 4th St, SW
Washington, DC 20024

Fund That Flip dba Upright
1300 E. 9th St, Suite 1310
Cleveland, OH  44114

Attn: Albeiro Medina
T&AA Construction
11820 Parklawn Dr, Suite 380
Rockville, MD  20852

/s/ Deirdre T. Johnson
Deirdre T. Johnson, Esq.