IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:                                          |
                                                |
5410 30th Street DC, LLC,                       |          Case No.: 25-19605
                                                |
        Debtor                                  |          Chapter 11
                                                |          (Relates to Adv. Pro. No. 26-00129)
                                                |

---

ORDER GRANTING APPLICATION FOR ALLOWANCE OF SUPPLEMENTAL
ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Application for Allowance of Supplemental Attorney's Fees and Reimbursement of Expenses (the "Application") filed by Deirdre T. Johnson, Esq., counsel for the Debtor, 5410 30th Street DC, LLC, requesting allowance of attorney's fees in the amount of $63,435.00 and reimbursement of expenses in the amount of $21.60, for a total award of $63,456.60; and it appearing that good and sufficient notice of the Application was given to all parties entitled thereto; and it appearing that [no objection to the Application has been filed / the objections filed thereto have been resolved or are overruled for the reasons stated on the record]; and for good cause shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Application is GRANTED; and it is further

ORDERED, that Deirdre T. Johnson, Esq. is awarded supplemental attorney's fees in the amount of $63,435.00 and reimbursement of expenses in the amount of $21.60, for a total award of

$63,456.60, allowed as an administrative expense of the bankruptcy estate pursuant to 11 U.S.C. §§ 330(a) and 503(b)(2); and it is further

ORDERED, that this allowed amount constitutes an administrative expense of the Debtor's estate under 11 U.S.C. §§ 503(b)(2) and 507(a)(2), and the Debtor / Chapter 11 Trustee is authorized to perform all acts necessary to effectuate the terms of this Order; and it is further

ORDERED, that the Clerk of this Court shall serve a copy of this Order on all parties entitled to notice in accordance with the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules.

**cc:**

Deirdre T. Johnson, Esq., Counsel for the Debtor

Jeanette Rice, Chapter 11 Trustee, Jeanette.Rice@usdoj.gov

Office of the United States Trustee. USTPRegion04.GB.ECF@USDOJ.GOV

Maurice B. VerStandig, Esq., Counsel for IBI Falcon US, LLC and IBI SBL Investment LP mac@mbvesq.com

END OF ORDER