Entered: June 23rd, 2026
Signed: June 23rd, 2026

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## PROTECTIVE ORDER

Upon consideration of the motion for entry of a protective order prohibiting counsel for IBI Falcon US LLC from being deposed (the "Motion"), DE #158, the opposition of 5410 30th Street DC LLC (the "Debtor") thereto, arguments adduced at a hearing thereupon, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED IN PART and DENIED IN PART; and it is further

ORDERED, that the Debtor may take the video deposition of Michael Palumbo ("Mr. Palumbo") for the limited purpose of inquiring as to the knowledge of Mr. Palumbo when he authorized and executed certain publicly-recorded documents following the commencement of this bankruptcy case.

1

2

Copies: All counsel of record