

# DEIRDRE T. JOHNSON, ESQ

## Attorney at Law

Admitted to practice in Maryland

June 26, 2026

Clerk of Court
United States Bankruptcy Court
District of Maryland
Greenbelt Division
6500 Cherrywood Lane, Suite 300
Greenbelt, Maryland 20770

RE:　In re 5410 30th Street DC, LLC
　　　Case No. 25-19605
　　　Chapter 11

Dear Clerk:

Please accept this correspondence as notice that counsel for the Debtor hereby withdraws the Application for Allowance of Supplemental Attorney's Fees filed in the above-captioned case on June 21, 2026 (DE#187).

Counsel respectfully requests that the Court take no further action regarding that filing.

Should the Court require the filing of a formal Notice of Withdrawal or other pleading in lieu of this correspondence, counsel will promptly comply.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com