Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue
1101 4th St, SW
Washington, DC  20024





PROPERTY OWNER
5631 MACARTHUR BLVD NW
WASHINGTON DC  20016-5302

*Below are instructions for individuals with limited English Proficiency who need assistance. All others please turn to the next page for important information from the Office of Tax and Revenue.*



**Language Assistance**

Si necesita ayuda en Español, por favor llame al **(202) 727-4829** para proporcionarle un intérprete **de manera gratuita**.

Nếu quý vị cần giúp đỡ về tiếng Việt, xin gọi **(202) 727-4829** để chúng tôi thu xếp có thông dịch viên đến giúp quý vị **miễn phí**.

Si vous avez besoin d'aide en Français appelez-le **(202) 727-4829** et l'assistance d'un interprète vous sera **fournie gratuitement**.

በአማርኛ እርዳታ ከፈለጉ  በ **(202) 727-4829**  ይደውሉ። የነጻ አስተርጓሚ ይመደብልዎታል።

한국어로 언어 지원이 필요하신 경우 **(202) 727-4829** 로 연락을 주시면 **무료로** 통역이 제공됩니다.

如果您需要用(中文)接受幫助，請電洽 **(202) 727-4829** 將**免費**向您提供口譯員服務。

**Office of the Chief Financial Officer
Office of Tax & Revenue
Customer Service Administration
1101 4th Street, SW Suite W210
Washington, DC 20024**





Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue

1101 4th Street, SW
Washington, DC 20024



Date of Notice:    June 25, 2026

Square Suffix Lot (SSL): 1446-    -0043
Premise Address:
5631 MACARTHUR BLVD NW
WASHINGTON DC 20016-5302

Notice Number:   L0016664823

Owner(s): 5410 30TH STREET DC LLC
Case ID: 18944036

## FINAL NOTICE BEFORE TAX SALE
### THIS IS A NOTICE OF DELINQUENCY
### FAILURE TO PAY TAXES IMMEDIATELY MAY HAVE SERIOUS CONSEQUENCES WHICH MAY INCLUDE LOSS OF TITLE TO THE PROPERTY

**Premise Address:**  5631 MACARTHUR BLVD NW WASHINGTON DC 20016-5302
**Subject Property:**  1446-    -0043

<span style="color:red">**TO AVOID TAX SALE YOU MUST PAY $41,643.15 BY July 14, 2026**</span>

No residence or other property improved with a building will be sold for less than $2,500.00, and no vacant land will be sold for less than $200.00.

The amount that you must pay to avoid the tax sale may be less than the total amount owed on the real property account. This amount may include fees or fines due to other DC agencies that have been certified to the Office of Tax and Revenue to be included in a tax sale pursuant to D.C. Code § 47-1340.

According to the Mayor's tax roll, you own or may have an interest in the real property listed above. Notice is given that unless you pay the amount stated above or fall within one of the limited exemptions from the tax sale, the Office of Tax and Revenue may sell this real property at tax sale.

If the property is sold at tax sale, the purchaser may have the right to file a lawsuit to foreclose on the property. You must act now to avoid additional costs and significant expenses, as well as potential loss of title to the property.

Payment to the "DC Treasurer" may be made online at MyTax.DC.gov or mailed (with the attached payment coupon) to the Office of Tax and Revenue DC Government Real Property Taxes, P.O. Box 718095, Philadelphia, PA 19171-8095 (please write your square, suffix and lot numbers on the check). You should keep a copy of your proof of payment in case there is a later dispute about the payment.

If payment is made less than 10 calendar days before July 14, 2026, you must provide a copy of the receipt directly to the Office of Tax and Revenue in order to ensure that your property is removed from the tax sale.
- You may FAX the receipt to (202) 478-5995; EMAIL the receipt to e-services.otr@dc.gov; or HAND-DELIVER a copy of the paid receipt to a Tax Sale Unit representative at the Office of Tax and Revenue  1101 4th Street SW, Suite W550, Washington, DC  20024.
- Do not mail your paid receipt.

### YOU MAY BE ELIGIBLE FOR ASSISTANCE, INCLUDING A HARDSHIP FORBEARANCE OR FREE LEGAL SERVICES. PLEASE SEE THE NEXT PAGE FOR ADDITIONAL INFORMATION.

Should you have additional questions, please call the Customer Service Center for the Office of Tax and Revenue at (202) 727-4TAX (4829).





Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue

1101 4th Street, SW
Washington, DC 20024

Notice Number:    L0016664823

# RESOURCES FOR REAL PROPERTY TAXPAYERS IN
## THE DISTRICT OF COLUMBIA

**Real Property Tax Ombudsman**. Homeowners and other interested parties may be eligible for assistance from the Real Property Tax Ombudsman. If you need assistance with a tax sale or related property tax matters, contact the Real Property Tax Ombudsman at **(202) 727-1529** or via email to realpropertytax@dc.gov.

**Classification Disputes.**  If your real property is classified as vacant or blighted and you believe this classification is incorrect, contact the Office of Residential Inspection Unit of the Department of Building at (202) 671-3500 or email vacantbuildings@dc.gov for information on how to appeal the property classification.

**Hardship Forbearance.** You may be eligible to defer, or postpone, payment of the past due amount. For information on how to apply for this deferral, please contact the Office of Tax and Revenue at (202) 727-4TAX (4829).

**Senior Citizen and Low-Income Tax Relief.** Senior citizens and low-income households may have additional rights to defer property taxes. If you think you may be eligible for this tax relief, please contact the Office of Tax and Revenue at  (202) 727-4TAX (4829) for more information.

**Additional Legal Services.** Free and reduced-cost legal services may be available to low- and moderate-income households. You can get a list of service providers from the Real Property Tax Ombudsman (above).

**Housing Counseling Services.** The U.S. Department of Housing and Urban Development ("HUD") sponsors housing counseling agencies throughout the country that can provide advice on buying a home, renting, defaults, foreclosures, and credit issues. You can get a list of HUD-approved housing counseling agencies from the Real Property Tax Ombudsman (above).



Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue

1101 4th Street, SW
Washington, DC 20024

Notice Number:   L0016664823

## OUTSTANDING LIABILITIES

| Square | Suffix | Lot | Property Address | | | |
|---|---|---|---|---|---|---|
| 1446 | | 0043 | 5631 MACARTHUR BLVD NW | | | |
| **Description** | | | **Tax** | **Penalty/Fees** | **Interest** | **Total** |
| 2025 Tax Sale Interest Adjustment | | | $0.00 | $0.00 | $3,816.46 | $3,816.46 |
| 2025 Real Property Tax Bill | | | $9,285.24 | $928.52 | $1,741.00 | $11,954.76 |
| 2024 Tax Sale Interest Adjustment | | | $0.00 | $0.00 | $3,277.27 | $3,277.27 |
| 2024 Real Property Tax Bill | | | $9,141.08 | $914.10 | $3,359.44 | $13,414.62 |
| 2023 Tax Sale Interest Adjustment | | | $0.00 | $0.00 | $475.41 | $475.41 |
| 2023 Tax Sale Fee*/PCLE** | | | $0.00 | $580.00 | $0.00 | $580.00 |
| 2023 Real Property Tax Bill | | | $4,444.57 | $444.46 | $2,266.78 | $7,155.81 |
| **Total** | | | **$22,870.89** | **$2,867.08** | **$14,936.36** | **$40,674.33** |
| **Amount Due By June 30, 2026** | | | | | | **$40,674.33** |

| **Additional Information** | (Please see reverse side for important information) |
|---|---|
| - *Tax Sale Fee: $200  **PCLE: Post-Complaint Legal Expenses up to $381.50 <br> - Properties sold at tax sale owe the additional Tax Sale Interest Adjustment. | |

**If paid by: Jun 30, 2026   Amount due: $40,674.33**

**If paid by: Jul 14, 2026   Amount due: $41,643.15**

- - - - - - - - - - - RETURN THIS PORTION WITH YOUR REMITTANCE AND/OR CORRESPONDENCE - - - - - - - - - - -

PROPERTY OWNER
5631 MACARTHUR BLVD NW
WASHINGTON DC  20016-5302

| **Media Number:** | 156695025 |
|---|---|
| **Notice Number:** | L0016664823 |
| **SSL:** | 1446   0043 |
| **Amount Due:** | 40,674.33 |

OFFICE OF TAX AND REVENUE
DC GOVERNMENT REAL PROPERTY
TAXES
P.O. BOX 718095
PHILADELPHIA, PA 19171-8095

Amount Enclosed:   $ [   ] , [   ] , [   ] . [  ]

**Make check or money order payable to: DC TREASURER**

Please use the enclosed envelope and include your SSL



1446XXXX0043080000001566950250000000000000000040674333

## ADDITIONAL INFORMATION

**PAYMENTS:**
You must pay your outstanding liabilities immediately.

Pay Online
Make a secure **ACH** or **Credit Card** payment through the *MyTax.DC.gov* online portal:
1. From the *MyTax.DC.gov* homepage, click on the "Make a Real Property Payment" link and enter the Square, Suffix, Lot number, or Street Address.
2. Select the desired payment method (ACH or Credit Card).
3. Select the tax account for which you would like to make a payment.
4. Enter the appropriate information and submit the payment.
5. Retain the confirmation number for your records.

**Please note:** OTR accepts MasterCard, Visa, American Express, and Discover cards for credit card payments. There is a 2.5 percent non-refundable convenience fee, charged by the processor, when making a credit card payment. The convenience fee does not apply to ACH payments. Also, the credit card payment amount is not to exceed $100,000.00 (inclusive of 2.5 percent non-refundable Convenience Fee) per transaction and is limited to a maximum of two (2) transactions per month.

Pay by Check
1. Make your check payable to the "DC Treasurer."
2. To ensure your payment is recorded accurately, you **must** write your **Square, Suffix, and Lot (SSL) number** on your check or money order.
3. If you are submitting payments for more than one property, you **must** include separate checks for each payment voucher.
4. Mail your check with the voucher at the bottom of this notice to: Office of Tax and Revenue DC Government Real Property Taxes, P.O. Box 718095, Philadelphia, PA 19171-8095
   Payments postmarked on or before the due date will be considered timely.

**PENALTY, INTEREST, AND FEES**

A $65 fee will be assessed for each dishonored payment.