Label Matrix for local noticing
0416-0
Case 25-19605
District of Maryland
Greenbelt
Mon Jun 29 22:09:20 EDT 2026

5410 30th Street DC LLC
12138 Central Ave
Bowie, MD 20721-1910

IBI Falcon US LLC
c/o The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

IBI SBL Investment LP
c/o The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

U.S. Trustee
Office of The United States Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770-6305

Attn: Albeiro Medina
T&AA Construction, and Any/ All Affiliat
 11820 Parklawn Dr, Suite 380
Rockville, MD 20852-2526

BHI Construction, and Any/All Affiliates
9342 Annapolis Rd
Lanham, MD 20706-3104

City Concrete, and Any/ All Affiliates
9284 Corp Circle
Manassas, VA 20110

DC Municipal Investments, LLC
c/o: Heidi S. Kenny, Esq
Kenny Law Group, LLC
11426 York Rd, 1st Floor
Cockeysville, MD 21030-1800

DC Office of Tax & Revenue
Office of CFO
1101 4th St, SW
Washington, DC 20024-4457

(p)DC WATER
ATTN COLLECTIONS DEPARTMENT
1385 CANAL STREET SE
WASHINGTON DC 20003-5015

Fund That Flip/Upright
1300 E. 4th St, Suite 1310
Cleveland, OH 44114

IBI Falcon US LLC
c/o Maurice VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854-3976

IBI SBL Investment LP
IBI Falcon us, LLC
c/o The VerStandig Law Firm
9812 Falls Rd, #114-160
Potomac, MD 20854-3976

Kylie Properties, LLC
Suite 200 #1060
12345 Parklawn Dr
Washington, DC 20002

Maurice B. VerStandig
The VerStandig Law Firm
9812 Falls Rd, #114-160
Potomac, MD 20854-3976

PEPCO
701 9th St, NW
Washington, DC 20068
DC Water
1385 Canasl St, SE
Washington, DC 20003-5015

Santorini Capital LLC, and Any/All Affiliate
2000 Massachusetts Ave, NW
Washington, DC 20036-1022

T&AA CONSTRUCTION LLC
21220 Dorsey Spring Pl
21220 Dorsey Spring Pl
Germantown, MD 20876-6923

US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Washington Gas
Attn: Customer Care
6801 Industrial Rd
Springfield, VA 22151-4205

Yonis Benitez
612 Oglethorpe St, NW
Washington, DC 20011-2037

Deirdre Theresa Johnson
9701 Apollo Dr
Suite 301
Suite 301
Upper Marlboro, MD 20774-4790

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DC Water
1385 Canasl St, SE
Washington, DC 20003

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)For Internal Use Only

End of Label Matrix
Mailable recipients    22
Bypassed recipients     1
Total                  23