IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:                            |

5410 30th Street DC, LLC,          |       Case No.: 25-19605

     Debtor                    |       Chapter 11
                               |       (Relates to Adv. Pro. No. 26-00129)

---

ORDER GRANTING DEBTOR'S MOTION
<u>TO ALTER OR AMEND ORDER QUASHING SUBPOENA</u>

Upon consideration of the Debtor's Motion to Alter or Amend Order Quashing Subpoena Pursuant to Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60(b)(1) (the "Motion"), the Declaration of Deirdre T. Johnson, Esq., the Memorandum of Law in Support of Debtor's Motion to Alter or Amend Order Quashing Subpoena, the entire record in this matter, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Debtor's Motion to Alter or Amend Order Quashing Subpoena Pursuant to Fed. R. Bankr. P. 9024 and Fed. R. Civ. P. 60(b)(1) is GRANTED.

2. The Order Quashing Subpoena entered June 18, 2026 (DE #185) is VACATED.

3.  IBI Falcon US LLC's Motion to Quash Subpoena (DE #173) is DENIED.

4.  IBI Falcon US LLC shall produce the original Promissory Note dated May 3, 2023, allonges, the Deed of Trust, assignments of the Deed of Trust, and all other documents requested in the Debtor's subpoena dated May 14, 2026, for inspection by the Debtor's counsel and forensic document examiner at the jury room at the United States Bankruptcy Court, Greenbelt Division, or at such other mutually agreeable location within Maryland or the District of Columbia as the parties may determine at their scheduled meet and confer on July 3, 2026, or as the parties may otherwise agree in writing.

5.  The inspection shall occur on a date and time to be agreed upon by the parties in good faith, taking into consideration the parties' scheduled meet and confer on July 3, 2026, and the need for reasonable notice to coordinate the attendance of counsel and the forensic document examiner.

6.  IBI Falcon US LLC shall provide written confirmation of the agreed-upon date, time, and location for the inspection to the Debtor's counsel within seven (7) days of the parties' meet and confer on July 3, 2026, or such other time as the parties may agree.

7.  The inspection shall be conducted in a manner that ensures the security and preservation of the original documents and permits the Debtor's forensic document examiner to conduct a thorough examination of the documents.

8.  Each party shall bear its own costs and expenses associated with compliance with this Order.

9.  This Court retains jurisdiction to resolve any disputes that may arise concerning the implementation of this Order.

Cc:  All counsel of record

END OF ORDER