# GERALD M. LAPORTE
# Curriculum Vitae

**Forensic Chemist & Document Authentication Specialist (2008-Present)**
Riley Welch LaPorte & Associates Forensic Laboratories
HQ: Frankenmuth, MI
Laboratory Location: Reston, VA

## EDUCATION

University of Alabama at Birmingham (1994)
Birmingham, Alabama USA
Master of Science in Forensic Science (M.S.F.S.)

University of Windsor (1992)
Windsor, Ontario Canada
Bachelor of Commerce in Business Administration

University of Windsor (1990)
Windsor, Ontario Canada
Bachelor of Science in Biology (B.Sc.)

## PROFESSIONAL EXPERIENCE

**Riley Welch LaPorte & Associates Forensic Laboratory**
**Forensic Chemist and Document Authentication Specialist**
**(01/2008 – Present)**
Duties: Perform physical and chemical examinations on a variety of documents to determine how they were produced, where they may have originated from, when they were created, and whether they are authentic. Specialize in microscopic, optical methods (UV and IR), spectrometric methods, and chemical analysis of inks and paper using thin layer chromatography (TLC), gas chromatography/mass spectrometry (GC/MS), Fourier transform – Infrared Spectroscopy (FT-IR).

**United States Department of Homeland Security, Homeland Security Investigations (HSI)**
**Laboratory Director**
**(10/24 – Present)**
Duties: Plan, assign, review, and manage the overall operations and activities of the ISO/IEC HSI forensic laboratory; ensure compliance with external operating and quality assurance procedures. Responsible for short- and long-range planning; develop, implement, and ensure compliance with DHS-HSI policies and procedures.

**Florida International University (FIU), Global Forensic and Justice Center**
**Director of Research Innovation (07/19–10/24); Part Time Faculty (10/24 – Present)**
Duties: Oversee activities at the Global Forensic and Justice Center – a preeminent forensic science program at Florida International University focused on education, research, training and policy initiatives related to criminal justice, cyber and emerging forensic sciences.

**United States Department of Justice, National Institute of Justice (03/09 – 07/19)**
**Director, Office of Investigative and Forensic Sciences**
Duties: Provide expert analysis and advice on agency-wide programs or issues of national impact relating to forensic science; provide expert advice to top management officials; identify reasons for the nature

and/or extent of program-related problems that arise and investigate area in need of improvement; write comprehensive resolution recommendations; formally present findings before large and diverse audiences, such as Federal, state, and local government representatives, special interest groups, the scientific community, and the media. Testify in Congress on behalf of the Department of Justice.

**United States Secret Service (04/01 – 03/09)**
**Chief Research Forensic Chemist (11/07-03/09); Senior Document Analyst (06/05-11/07); Document Analyst (04/01-06/05)**
Duties: Serve as the technical liaison and research chemist for the United States Secret Service pertaining to issues related to the chemistry of documents and fingerprints; coordinating clandestine tagging programs; direct all research projects within the Forensic Services Division.
Laboratory Duties: perform physical and chemical examinations on a variety of documents to determine how they were produced, where they may have originated from, and if they are authentic.  These types of documents include anonymous letters (e.g., threatening, kidnapping, and extortion), suspected counterfeit identifications and financial documents (e.g. travelers checks, credit cards), contracts, and other miscellaneous written materials.  Chemical examinations are conducted using thin layer chromatography (TLC), gas chromatography/mass spectrometry (GC/MS), liquid chromatography-mass spectrometry (LC/MS), infrared spectroscopy (IR), scanning electron microscopy/energy dispersive x-ray analysis (SEM/EDXA); perform chemical tests on unknown (e.g. miscellaneous powders) and controlled substances; testify in court as an expert witness.

**Marymount University (08/08 – 01/09)**
**Adjunct Professor of Forensic Science**
Arlington, VA
Duties: Prepare and conduct lecture material in various areas of the forensic sciences and prepare all laboratory exercises and examinations for graduate students.

**Virginia Division of Forensic Science, Richmond, VA (11/99 – 04/01)**
**Forensic Scientist**
Duties: analyze evidence for the presence or absence of controlled substances using a variety of chemical and instrumental tests; utilize sophisticated instrumentation such as gas chromatography/mass spectrometry and Fourier transform infrared spectroscopy; testify in court as an expert witness.

**Anne Arundel County Police Department Crime Lab, Millersville, MD (01/99 -11/99)**
**Forensic Chemist**
Duties: similar to the duties specified for Virginia Division of Forensic Science.

**Government Scientific Source (GSS), Vienna, VA (09/98-01/99)**
**Technical Specialist**
Duties: serve as technical specialist in the sales of scientific and laboratory supplies and equipment.

**Accu-Chem Laboratories, Richardson, TX (07/96 – 09/98)**
**Forensic and Clinical Toxicology Specialist**
Duties: supervisor of toxicology department; sales and marketing of drug testing and occupational and environmental toxicology testing; serve as a liaison to physicians and personnel responsible for forensic urine drug testing; testify in court as an expert witness in forensic urine drug testing.

**Jefferson County Coroner/Medical Examiner Office, Birmingham, AL (09/93 - 07/96)**
**Autopsy Assistant/Forensic Technician**
Duties: identify, collect, preserve, and document any potential evidentiary material; eviscerate all human organs and document any relevant findings; perform histological examinations

**University of Alabama at Birmingham, Birmingham, AL (01/94 – 07/96)**
**Guest Forensic Science Lecturer**
Duties: lecture on areas related to forensic pathology and death investigation to undergraduate and graduate students

## PROFESSIONAL AFFILIATIONS AND HONORS

- American Academy of Forensic Sciences (AAFS)
- Southwestern Association of Forensic Document Examiners (SWAFDE)
- American Society of Questioned Document Examiners (ASQDE)
- Guest Reviewer for the Journal of Forensic Sciences
- Contributing member and Technical Contact in the Scientific Working Group for Questioned Document Examiners (SWGDOC)
- Contributing member in the European Document Examiners Working Group (EDEWG) and the International Collaboration for Ink Dating (INCID)
- Recipient of the "2005 Forensic Scientist of the Year" by the Mid-Atlantic Association of Forensic Scientists
- Recipient of the United States Attorney's Office Eastern District of Virginia "Law Enforcement Public Service Award"
- Recipient of the FBI Director's Award of Excellence for Outstanding Scientific Advancement
- Recipient of the American Academy of Forensic Sciences (AAFS) Mary E. Cowan Outstanding Service Award (bestowed upon a person who has accomplished or performed a special service or a history of service)

## PROFESSIONAL AND SCIENTIFIC COMMITTEES

- Co-Chair of the Standards, Practices, and Protocols Inter-Agency Working Group – **Executive Office of the President of the United States**/Office of Science and Technology Policy/National Science and Technology Council/Committee on Science/Subcommittee on Forensic Sciences
- Participating member in the Expert Working Group for Human Factors in Latent Print Analysis
- Participating member in the Expert Working Group for AFIS Interoperability
- Participating member in the Expert Working Group for the Preservation of Biological Evidence
- Commissioner on the National Commission on Forensic Science (NCFS)
- Chair of the Forensic Document Examination (FDE) Subcommittee on the National Institute of Standards and Technology (NIST) Organization of Scientific Area Committees (OSAC)
- Vice Chair of the Physics Scientific Area Committee (PSAC) on the National Institute of Standards and Technology (NIST) Organization of Scientific Area Committees (OSAC)
- Chair of the Standards Review Panel (SRP) for the Organization of Scientific Area Committees (OSAC).

## PUBLICATIONS

1. Labat, D. E., Goldfarb, D., Evans, J. R., Schreiber Compo, N., Koolmees, C. J., **LaPorte, G.**, & Lothridge, K. (2023). A Forensic Science Informational Video Can Help Mock Jurors Evaluate Forensic Expert Testimony. Criminal Justice and Behavior, 0(0). https://doi.org/10.1177/00938548231195112.

2. LaBat DE, Goldfarb D, Evans JR, Schreiber Compo N, Koolmees CJ, **LaPorte G**. Lothridge K. Improving juror assessments of forensic testimony and its effects on decision-making and evidence evaluation. Law Hum Behav 2023 Aug 21, doi: 10.1037/lhb0000539.

3. **LaPorte, G**. Case Studies in Forensic Document Examination: 21st Century Crimes Involving the Scientific Examination of Questioned Documents In Encyclopedia of Forensic Sciences, 3rd Edition, Elsevier, Ltd, November, 2022.

4. Houck, M. and **LaPorte, G**. Forensic Intelligence Analysis in Encyclopedia of Forensic Sciences, 3rd Edition, Elsevier, Ltd, November, 2022.

5. National Best Practices for Sexual Assault Kits: A Multidisciplinary Approach, August 2018: https://www.ncjrs.gov/pdffiles1/nij/250384.pdf.

6. Faraco, C. and **LaPorte, G**. National Institute of Justice Investing in Innovation for the Identification, Collection, and Analysis of Sexual Assault Evidence. Forensic Science Review; Volume 30 (2); July 2018: 113-117.

7. Chase, R and **LaPorte, G.** The Next Generation of Crime Tools and Challenges: 3D Printing. NIJ Journal No. 279, September 2017: https://www.nij.gov/journals/279/Pages/next-generation-of-crime-tools-and-challenges-3d-printing.aspx.

8. Weiss, D. and **LaPorte, G.** Uncertainty Ahead: A Shift in How Federal Experts Can Testify. NIJ Journal No. 279, September 2017: https://www.nij.gov/journals/279/Pages/a-shift-in-how-federal-scientific-experts-can-testify.aspx.

9. Wagstaff, I. and LaPorte, G. The Importance of Diversity and Inclusion in the Forensic Sciences. NIJ Journal No. 279, September 2017: https://www.nij.gov/journals/279/Pages/importance-of-diversity-and-inclusion-in-forensic-sciences.aspx.

10. **LaPorte, G**. Wrongful Convictions and DNA Exonerations: Understanding the Role of Forensic Science. NIJ Journal No. 279, September 2017: https://nij.gov/journals/279/Pages/wrongful-convictions-and-dna-exonerations.aspx.

11. Waltke, H., **LaPorte, G.**, Weiss, D., Schwarting, D., Nguyen, M. and Scott, F. Sexual Assault Cases: Exploring the Importance of Non-DNA Forensic Evidence. NIJ Journal No. 279, September 2017: https://nij.gov/journals/279/Pages/non-dna-evidence-in-sexual-assault-cases.aspx.

12. Dutton, G. **LaPorte G**., Wagstaff, I. and Spivak, Cultivating the Next Generation of Forensic Scientists Through Science, Technology. Engineering and Mathematics (STEM). Journal of Forensic Research 2017,8:4; DOI: 10.4172/2157-7145.10000384. https://www.omicsonline.org/open-access/cultivating-the-next-generation-of-forensic-scientists-through-sciencetechnology-engineering-and-mathematics-stem-2157-7145-1000384.pdf

13. Gresham, K., **LaPorte, G**.., Montgomery, B. and Weiss, D. Using Innovative Technology to Investigate Targeted Mass Violence: What the Future Holds (May 2017) http://www.policechiefmagazine.org/using-innovative-technology/#sthash.bPcOad34.dpuf.

14. Jones, N., & **LaPorte, G**. (Eds.) (2017). *2017 National Institute of Justice Forensic Science Research and Development Symposium*. (RTI Press Publication No. CP-0004-1705). Research Triangle Park, NC: RTI Press. DOI: 10.3768/rtipress.2017.cp.0004.1705.

15. State Forensic Science Commissions, Final Report, November 2016: https://www.txcourts.gov/media/1440436/forensic-technology-center-of-excellence-report-on-state-forensic-science-commissions.pdf.

16. **LaPorte, GM.** (2015) Chemical analysis for the scientific examination of questioned documents, in Forensic Chemistry: Fundamentals and Applications (ed J. A. Siegel), John Wiley & Sons, Ltd, Chichester, UK. doi: 10.1002/9781118897768.ch8.

17. Technical Working Group on Biological Evidence. *Biological Evidence Preservation: Considerations for Policy Makers (*April 2015) (http://nvlpubs.nist.gov/nistpubs/ir/2015/NIST.IR.8048.pdf).

18. Technical Working Group on Biological Evidence Preservation. *The Biological Evidence Preservation Handbook: Best Practice for Evidence Handlers*. April 2013 (http://www.crime-scene-investigator.net/BiologicalEvidencePreservationHandbook.pdf)

19. Expert Working Group on Human Factors in Latent Print Analysis. *Latent Print Examination and Human Factors: Improving the Practice through a Systems Approach.* U.S. Department of Commerce, National Institute of Standards and Technology. February, 2012 (http://nij.gov/pubs-sum/latent-print-human-factors.htm).

20. Houlgrave, S., **LaPorte, G**., & Stephens, J.  The Classification of Inkjet Inks Using AccuTOF™ DART™ (Direct Analysis in Real Time) Mass Spectrometry - A Preliminary Study.  Accepted for Publication in the Journal of forensic Science on February 25, 2012.

21. **LaPorte, G.** & Stephens, J. *Analysis Techniques Used for the Forensic Examination of Writing and Printing Inks* in The Forensic Chemistry Handbook, John Wiley & Sons, 2012.

22. Houlgrave, S., **LaPorte, G**., & Stephens, J.  The Use of Filtered Light for the Evaluation of Writing Inks Analyzed Using Thin Layer Chromatography.  Journal of Forensic Sciences, Volume 56 (3), May 2011.

23. **LaPorte, G**., Stephens, J, and Beuchel, A.  The Examination of Commercial Printing Defects to Assess Common Origin, Batch Variation, and Error Rate.  Journal of Forensic Sciences, Volume 55 (1), January 2009.

24. Bicknell, D & **LaPorte, G**.  *Documents, Forgeries and Counterfeit*" in The Wiley Encyclopedia of Forensic Sciences.  John Wiley & Sons, 2009.

25. Arredondo, M., **LaPorte, G.**, Wilson, J., McConnell, T., Shaffer, D., & Stam, M.  Analytical Methods Used for the Discrimination of Substances Suspected to be Bar Soap: A Preliminary Study.  Journal of Forensic Sciences, Volume 51 (6), November 2006.

26. **LaPorte, G.**, Arredondo, M., McConnell, T., Stephens, J., Cantu, A., & Shaffer, D.   An Evaluation of Matching Unknown Writing Inks with the United States International Ink Library. Journal of Forensic Sciences, Volume 51 (3), May 2006.

27. **LaPorte, G**.  Modern Approaches to the Forensic Analysis of Inkjet Printing – Physical and Chemical Examinations.  Journal of the American Society of Questioned Document Examiners, Volume 7, Number 1, June 2004.

28. **LaPorte, G**. The Use of an Electrostatic Detection Device to Identify Individual and Class Characteristics on Documents Produced by Printers and Copiers – A Preliminary Study.  Journal of Forensic Sciences, Volume 49 (3), May 2004.

29. **LaPorte, G..**, Wilson, J, & Cantu, A.  The Identification of 2-Phenoxyethanol in Ballpoint Inks Using Gas Chromatography/Mass Spectrometry.  Journal of Forensic Sciences, Volume 49 (1), January 2004.

30. Wilson, J, **LaPorte, G**, & Cantu, A.  Differentiation of Black Gel Inks Using Optical and Chemical Techniques.  Journal of Forensic Sciences, Volume 49 (2), March 2004.

31. **LaPorte, G**. Published Book Review, "Advances in the Forensic Analysis and Dating of Writing Ink."  Journal of Forensic Identification Volume 53(6), 2003\735.

32. **LaPorte, G,** Wilson, J, Mancke, S. Amanda, Payne, J, Ramotowski, R, & Fortunato, S.  The Forensic Analysis of Thermal Transfer Printers, Journal of Forensic Sciences, Volume 48 (5), September 2003.

33. **LaPorte, G** & Ramotowski, R.  The Effects of Latent Print Processing on Questioned Documents Produced by Office Machine Systems Utilizing Inkjet Technology and Toner,  Journal of Forensic Sciences, Volume 48 (3), May, 2003.

34. Lovett Doust, J & **LaPorte, G** (1991).  Population Sex Ratios, Population Mixtures and Fecundity in a Clonal Dioecious Macrophyte, *Vallisneria Americana*.  Journal of Ecology.  79: 477-489.

## PROFESSIONAL PRESENTATIONS

1. **LaPorte, G**., Johnson B, and Schaeffer, L. "NIJ's NamUs and FBI Laboratory Collaboration: Using Next Generation Identification to Solve Unidentified Persons Cases." *American Academy of Forensic Sciences, 2018 Annual Scientific Meeting,* February 19-24, 2018, Seattle, WA. Program, p. 176, https://www.aafs.org/wp-content/ uploads/2018FINALPROGRAM.pdf.

2. **LaPorte, G.** Strengthening Forensic Science: The Changing Landscape.  Midwestern Association of Forensic Scientists Fall Meeting, Mackinac Island, Michigan, September 24, 2015.

3. **LaPorte, G.** Strengthening the Science in Forensic Science: An Update on Research and Development.  Presented for the American Bar Association: 5th Annual Prescription for Criminal Justice Forensics, Fordham University, New York, New York, June 6, 2014.

4. **LaPorte, G.** The Forensic Examination of Non-Original Documents and Images: Is it Reliable to Make Conclusions About the Printing Process and the Type of Ink Used to Create the Original Document?  Presented at the American Academy of Forensic Sciences Annual Meeting, Washington, DC, February 21, 2013.

5. **LaPorte, G.** The Challenges of Translating Forensic Science Research into Practice. Presented at the American Academy of Forensic Sciences Annual Meeting, Washington, DC, February 21, 2013.

6. **LaPorte, G.** Forensic Science: A Discussion on the Importance of Research and Practical Applications in High Profile Cases.  Presented at Penn State University, State College, PA, October 25, 2012.

7. **LaPorte, G.** A Validated Approach to Ink Dating Using Solvent Analysis.  Presented at the American Society of Questioned Document Examiners (ASQDE) Annual Meeting, Charleston, South Carolina, August 21, 2012.

8. **LaPorte, G.** and Stephens, J. The Importance of Validating and Verifying a Standardized Method: Envelope Examinations and the Anthrax Investigation.  Presented at the NIJ/FBI Impression and Pattern Evidence Symposium, Clearwater, FL. August 7, 2012.

9. Taylor, M., Roberts, M, and **LaPorte, G**. Expert working Group on Human Factors in Latent Print Analysis.  Presented at the 7th International Symposium on Fingerprints at the International Criminal Police Organization (INTERPOL), Lyon, France, April 25, 2012.

10. Taylor, M., Roberts, M, and **LaPorte, G.** Expert working Group on Human Factors in Latent Print Analysis.   Presented at the Chesapeake Bay Division for the International Association of Identification.  Cambridge, MD, March 28, 2012.

11. **LaPorte, G.** and Singer, K.  Artificial Aging of Documents. Presented at the American Academy of Forensic Sciences Annual Meeting, Atlanta, GA, February 23, 2012.

12. **LaPorte, G.** Trace Evidence Moving Forward.  Presented as part of a plenary panel at the 2011 Trace Evidence Symposium: Science, Significance, and Impact.  Kansas City, MO, August 9, 2011.

13. **LaPorte, G**.  The National Academy of Sciences Report: 2 Years Later.  Presented at the Chesapeake Bay Division for the International Association of Identification.  Cambridge, MD, March 21, 2011.

14. **LaPorte, G**.  Forensic Science: The Importance of Research for Practical Casework. Presented as a Keynote Speech at the 1st Annual World Congress of Forensic Science.  Dalian, China, October 21, 2010.

15. **LaPorte, G.** The Importance of Validating and Verifying a Standardized Method: Envelope Examinations and the Anthrax Investigation. Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting. Hunt Valley, MD, May 8, 2009.
16. **LaPorte, G.** Questioned Documents and Homicide Investigations. Presented at the Annual Meeting for the Virginia Homicide Investigators Association. Norfolk, VA, October 6, 2008.
17. **LaPorte, G.** Questioned Documents and the Sub-Disciplines. Presented at the Symposium on Special Topics in Questioned Document Analysis. Ankeny, IA, September 30, 2008.
18. **LaPorte, G.** An Overview of the Forensic Examinations on Documents Produced Using Inkjet and Thermal Printing Devices and the Increasing Need for Security. 31st Annual Global Inkjet Printing Conference, Budapest, Hungary, March 12, 2008.
19. **LaPorte, G**, Beuchel, A, and Stepehns, J. The Examination of Commercial Printing Defects to Assess Common Origin and Batch Variation. Presented at the American Academy of Forensic Sciences Annual Meeting, Washington, DC, February 22, 2008.
20. **LaPorte, G.** Exonerations and Incarcerations: The Key Role of the Forensic Sciences – Questioned Documents. Presented at the American Academy of Forensic Sciences Annual Meeting, Washington, DC, February 19, 2008.
21. **LaPorte, G**, Holifield, A, and Stephens, J. The Black Money Scam. Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting, Washington, DC, May 24, 2007.
22. Schwartz, R. and **LaPorte, G.** The Effects of Common Environmental Variables on the Infrared Luminescence Properties of Writing Inks. Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting, Washington, DC, May 25, 2007.
23. Holifield, A and **LaPorte, G**. Artificially Aged Documents. Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting, Washington, DC, May 25, 2007.
24. Voiles, R., Stephens, J., and **LaPorte, G.** The Forensic Examination of Documents Using Print Quality Analysis Software. Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting, Washington, DC, May 25, 2007.
25. **LaPorte, G.** Forensic Applications of Chromatography at the United States Secret Service. Presented for the Minnesota Chromatography Forum. Minneapolis, MN, March 27, 2007.
26. **LaPorte, G.** The Necessity of Security Printing for the Forensic Scientist. Presented at the 30th Annual Global Inkjet and Thermal Conference. Prague, Czech Republic, March 2, 2007.
27. **LaPorte, G.,** Stoker, D**.,** Thomas, Y, Stephens, J, and Shaffer, D**.** The Analysis of 2-Phenoxyethanol for the Dating of Documents. Presented at the 59th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX, February 22, 2007.
28. Shaffer, D., Stephens, J. **LaPorte, G**. A Comparison of the Physical and Chemical Characterization of Conventional Toners vs. Chemically Prepared Toners. Presented at the 59th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX, February 23, 2007.
29. Nelis, E., LaPorte, G., and Thomas, Y. The Use of Electrospray Ionization – Mass Spectrometry for the Identification of Controlled Substances. Presented at the 59th Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX, February 23, 2007.
30. **LaPorte, G.** The Forensic Examination of Documents Produced on Office Machine Systems Utilizing Inkjet Technology. Presented at the California Association of Criminalistics Fall Workshop Meeting, October 12, 2006.
31. **LaPorte, G**. The Physical and Chemical Examinations of Documents Produced Using Inkjet Technology. Presented at the 4th Meeting of the European Document Experts Working Group, The Hague, Netherlands, September 28, 2006.
32. Schuler, R., Treado, P.J., Gardner, C., **LaPorte, G**., Stephens, J. Chemical Imaging for Questioned Document Examination. Presented at the 4th Meeting of the European Document Experts Working Group, The Hague, Netherlands, September 29, 2006.
33. **LaPorte, G.** The Forensic Examination of Documents Produced Using Inkjet Technology. Presented at the Imaging Materials Seminar: Inkjet Ink, Rochester, NY, May2, 2006.

34. Layman, M. and **LaPorte, G.** Questioned Documents and the Crime Scene. Presented at the 58th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA, February 23, 2006.

35. Shaffer, D, Stephens, J., and **LaPorte, G**. The Characterization of Envelopes for Questioned Document Examinations. Presented at the 58th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA, February 23, 2006.

36. Stephens, J. and **LaPorte, G**. The Use of Hyperspectral Contrast Imaging for the Examination of Writing Inks. Presented at the 58th Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA, February 23, 2006.

37. **LaPorte, G**. and Layman, M. The Use of Supplementary Testing in Forensic Document Examinations. Presented at the Annual Meeting for the American Society of Questioned Document Examiners, Montreal, Quebec, August 15, 2005.

38. **LaPorte, G.,** Arredondo, M, McConnell, Cantu, A. The Static Method of Dating Writing Inks – A Preliminary Assessment of the United States International Ink Library. Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting, Pittsburgh, PA, May 19, 2005.

39. **LaPorte, G.** The Forensic Examination of Documents Produced Using Inkjet and Thermal Technology. Presented at the 28th Global Inkjet and Thermal Printing Conference, Barcelona, Spain, March 16, 2005.

40. **LaPorte, G**. The Examination of Inkjet Printed Documents – What's on the Frontier? Presented at the 57th Annual Meeting of the American Academy of Forensic Sciences, New Orleans, LA, February 24, 2005.

41. Shaffer, D. and **LaPorte, G.** Applications of Scanning Electron Microscopy/Energy Dispersive X-Ray Analysis at the United States Secret Service. Scanning: The Journal of Scanning Microscopies, Volume 26(2), March/April, 2004.

42. Arredondo, M and **LaPorte, G.** The Forensic Examination of Paper. Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting, Wilmington, DE, April 23, 2004.

43. **LaPorte, G.** The Forensic Examination of Documents and Counterfeit Identifications Related to Terrorism and Financial Crimes. International Conference on Asian Organized Crime and Terrorism. Honolulu, HI, April 10-16, 2004.

44. Cochran, J., Glisson, F., and **LaPorte, G**. Characterization of Inks by Solid Phase Microextraction – Gas Chromatography/Time-of-Flight Mass Spectrometry. Pittconn 2004, Chicago, IL.

45. **LaPorte, G**. Analyzing Bar Soaps by Utilizing a Variety of Optical and Chemical Techniques. Presented at the 56th Annual Meeting of the American Academy of Forensic Sciences, Dallas, TX, February 20, 2004.

46. **LaPorte, G.** The Analysis of Volatile Organic Compounds in Ballpoint Inks Using Gas Chromatography/Mass Spectrometry. Presented at the 56th Annual Meeting of the American Academy of Forensic Sciences, Dallas, TX, February 19, 2004.

47. **LaPorte, G.** Inkjet Technology: The Need for Security and Forensic Traceability. Presented at the 11th Annual European Inkjet Printing Conference, Lisbon, Portugal, November 10, 2003.

48. **LaPorte. G.** Cold Cases in Forensic Science. Presented to the Virginia Homicide Investigators Association (VHIA). October 6, 2003.

49. **LaPorte, G.** The Use of an Electrostatic Detection Device (EDD) to Identify Class Characteristics on Documents Produced by Printers and Copiers. Presented at the American Society of Questioned Document Examiners Annual Meeting. August, 2003.

50. Wilson, J & **LaPorte, G.** The Differentiation of Gel Inks using Various Optical and Chemical Techniques. Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting, Annapolis, MD, May 8, 2003.

51. **LaPorte, G**. The Analysis of 2-Phenoxyethanol in Ballpoint Inks Using Gas Chromatography/Mass Spectrometry. Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting, Annapolis, MD, May 8, 2003.

52. **LaPorte, G**. The Forensic Examination of Thermal Transfer Printing. Presented for Information Management Institute: The 14th Annual Thermal Printing Conference, Scottsdale, AZ, April 28-30, 2003.

53. **LaPorte, G**. The Use of an Electrostatic Detection Device (EDD) to Identify Class Characteristics on Documents Produced by Printers and Copiers. Presented at the American Academy of Forensic Sciences Annual Meeting, Chicago, IL, February, 2003.

54. **LaPorte, G**. The Forensic Examination of Office Machine Systems Utilizing Inkjet and Toner Technology. Presented for Information Management Institute: The 10th Annual European Ink Jet Printing Conference, Lisbon, Portugal, October 28-30, 2002.

55. Payne, J & **LaPorte, G**. The Forensic Examination of Thermal Transfer Printers. Presented at the Mid-Atlantic Association of Forensic Scientists, Frederick Maryland, April 25, 2002.

56. **LaPorte, G** & Ramotowski, R. The Effects of Latent Print Processing on Questioned Documents Produced by Office Machine Systems Utilizing Inkjet Technology and Toner. Presented at the Mid-Atlantic Association of Forensic Scientists, Frederick Maryland, April 25, 2002.

57. **LaPorte, GM** & Davis, G.G. (1995). A Retrospective Study of the Incidence of Drugs in Decomposed Remains in Jefferson County, Alabama. Presented as an oral presentation at the American Academy of Forensic Sciences Annual Meeting, Seattle, WA.

58. Gruszecki, A, Davis, GG, **LaPorte, GM** & Robinson, CA (1995). The Incidence of Corresponding Presence of Cocaine and Cocaethylene in Both Hair and Routine Postmortem Biological Samples. Presented as a poster at the American Academy of Forensic Sciences Annual Meeting, Seattle, WA.


## INSTRUCTIONAL COURSES AND WORKSHOPS CONDUCTED

1. **Chemistry Trainer (Contract) in ink and paper chemistry** for U.S. Secret Service Forensic Services Division, October 2023 to Present.

2. **Chemistry Trainer (Contract) in ink and paper chemistry** for DHS-Homeland Security Investigations (HSI) Forensic Laboratory, October 2022 to Present.

3. **Chemistry Trainer (Contract)** for the Sri Lanka Forensic Lab: The Importance of Using Chemical Testing and Ink Dating to Determine if Documents are Genuine or Fraudulent, May 2022.

4. **Chemistry Trainer (Contract)** for the Ministry of Justice of the Republic of Kazakhstan: The Importance of Using Chemical Testing and Ink Dating to Determine if Documents are Genuine or Fraudulent, August – September, 2021.

5. **Workshop Instructor**. "How Chemical Examinations of Inks and Paper Can Corroborate and Supplement Forensic Document Examinations." Presented at the National Association of Document Examiners (NADE) Annual Meeting, Asheville, NC. September 10, 2021.

6. **Workshop Instructor**. "How Chemical Examinations of Inks and Paper Can Corroborate and Supplement Forensic Document Examinations." Presented at the Southwestern Association of Forensic Document Examiners (SWAFDE) Annual Meeting, Denver, CO. October 11, 2019.

7. **Workshop Instructor**. "How Chemical Examinations of Inks and Paper Can Corroborate and Supplement Forensic Document Examinations." Presented at the Mid-Atlantic Association of Forensic Scientists Annual Meeting, Morgantown, WV. May 8, 2019.

8. **Workshop Instructor.** "Color and Light Theory: Applications for the Forensic Examination of Documents." Presented at the Southwestern Association of Forensic Document Examiners (SWAFDE) Annual Meeting, Las Vegas, NV. April 26, 2014.

9. **Workshop Instructor**. "Questioned Document Examination and Enhancement of Evidence and Interpretation of Evidence Using Various Light and Filter Technique." Presented at the American Academy of Forensic Sciences (AAFS) Annual Meeting, Seattle, WA. February 18, 2014.

10. **Workshop Instructor.** "Inkjet Technology and Forensic Examinations." Presented at the Annual Meeting for the American Society of Questioned Document Examiners (ASQDE). Dearborn, MI, August 2009.

11. **Workshop Instructor**. "Inkjet Technology and Forensic Examinations" at the Annual Meeting for the Southern Association of Forensic Document Examiners (SAFDE). Peach Tree City, GA, April 8, 2009.

12. **Workshop Instructor.** "Inkjet Technology and Forensic Examinations" at the Skill-Task Training Assessment & Research (ST2AR) Fall Workshop. Las Vegas, NV, October 22-23, 2008.

13. **Workshop Instructor.** "Applications of Light and Color Theory in Forensic Document Examinations" at the American Academy of Forensic Sciences (AAFS) Annual Meeting, Washington, DC. February 18, 2008.

14. **Workshop Instructor.** "Methods Used for Authenticating Questioned Documents" at the Mid-Western Association of Forensic Scientists (MAFS) Annual Meeting, Traverse City, MI. September 25, 2007.

15. **Workshop Instructor.** "Methods Used for Authenticating Questioned Documents" at the American Society of Questioned Document Examiners (ASQDE) Annual Meeting, Boulder, CO August 13-14, 2007.

16. **Instructor for the Midwest Forensic Resource Center (MFRC) –** Recorded Training. Questioned Documents and the Crime Scene, Ames, IA, July 18, 2007.

17. **Instructor at the Federal Bureau of Investigation (FBI) Academy -** Forensic Document Examiner Training Seminar, Quantico, VA. "An Analytical Approach to Forensic Document Examination." April 17, 2007.

18. **Instructor at the George Washington University**, Washington, DC. "An Analytical Approach to Forensic Document Examination." February 28, 2007.

19. **Instructor at Marymount University**, Arlington, VA. An Analytical Approach to Forensic Document Examination." November 14, 2006.

20. **Workshop Instructor**. "Authenticating Documents." Presented at the American Board of Forensic Document Examiners (ABFDE). Las Vegas, NV, November 6-7, 2006.

21. **Instructor at the George Washington University**, Washington, DC. "An Analytical Approach to Forensic Document Examination." October 18, 2006.

22. **Workshop Instructor.** "The Forensic Examination of Documents Produced with Office Machine Systems Utilizing Inkjet Technology." The International Association for Identification (IAI) 91st International Education Conference, Boston, MA, July 3, 2006.

23. **Workshop Instructor.** "Security Features in Documents. " Mid-Atlantic Association of Forensic Scientists Annual Meeting, May 3, 2006.

24. **Instructor at the Federal Bureau of Investigation (FBI) Academy -** Forensic Document Examiner Training Seminar, Quantico, VA. "The Forensic Examination of Inks." April 5, 2006.

25. **International Instructor in Doha, Qatar.** "The Examination of Counterfeit Documents." March 27-28, 2006.

26. **Instructor at Marshall University**, Huntington, WV. "Forensic Science at the United States Secret Service." March 15, 2006.

27. **Instructor at Indiana University-Purdue University at Indianapolis.** "Forensic Science at the United States Secret Service." December 12, 2005.

28. **Workshop Instructor.** "The Forensic Examination of Printing Processes." American Board of Forensic Document Examiners (ABFDE). Las Vegas, NV, November 7-8, 2005.

29. **Instructor at the George Washington University**, Washington, DC. "The Forensic Examination of Printers and Copiers." December 1, 2004.

30. **Instructor at the University of Windsor**, Windsor, Ontario Canada. "Questioned Document Examinations." November 10, 2004.

31. **Instructor at the University of Windsor**, Windsor, Ontario Canada. "Forensic Science at the United States Secret Service." November 9, 2004.

32. **Instructor at the University of Windsor**, Windsor, Ontario Canada. "Forensic Drug Chemistry and Toxicology." November 8, 2004.
33. **Instructor at George Washington University**. "The Forensic Examinations of Inks and Paper." George Washington University, October 27, 2004.
34. **Workshop Instructor.** "The Forensic Examination of Documents Produced By Office Machine Systems Utilizing Inkjet Technology." Northeastern Association of Forensic Sciences, September 30, 2004.
35. **Instructor at Federal Law Enforcement Training Center.** "The Forensic Examination of Printers and Copiers" and "The Forensic Analysis of Inks and Paper." Brunswick, GA. June 21, 2004.
36. **Guest Speaker at the Federal Bureau of Investigation Laboratory.** "Forensic Chemistry and Questioned Document Examinations." Quantico, VA. May 5, 2004.
37. **Instructor at Forest Park High School.** "Applications of Forensic Chemistry." Woodbridge, VA. May 18, 2004.
38. **Workshop Instructor.** "The Forensic Examination of Documents Produced By Office Machine Systems Utilizing Inkjet Technology." Mid-Atlantic Association of Forensic Sciences, April 20, 2004.
39. **Instructor at George Washington University.** "The Forensic Examination of Printers and Copiers." George Washington University, November 20, 2003.
40. **Instructor at George Washington University.** "Ink and Paper Chemistry." George Washington University, October 30, 2003.
41. **Instructor at Marshall University.** "Ink and Paper Chemistry" and "Counterfeit Identification Examinations." Huntington, WV. September 23, 2003.
42. **International Instructor. International Law Enforcement Academy (ILEA).** "Ink and Paper Chemistry" and Counterfeit Document Examinations." Pretoria, South Africa. May 19-20, 2003.
43. **Instructor at Federal Law Enforcement Training Center.** "Printing Processes" and "Physical and Chemical Analysis of Inks and Paper." Brunswick, GA. June 22, 2003.
44. **International Instructor. International Law Enforcement Academy (ILEA).** "Ink and Paper Chemistry" and Counterfeit Document Examinations." Pretoria, South Africa. May 19-20, 2003
45. **International Instructor. International Criminal Investigative Training Program (ICITAP)**, U.S. Department of Justice, "Counterfeit Document Examinations" and "Ink and Paper Chemistry." Sophia, Bulgaria. January 16-17, 2003.

## COURT AND DEPOSITION TESTIMONY

I have testified approximately 35-40 times in the Texas, Maryland, and the Commonwealth of Virginia on issues related to forensic urine drug testing, forensic chemistry, and controlled substance analysis.

I have provided sworn testimony over 100 times in matters related to forensic document examinations in State, Federal, and International courts as follows:

1. Tax Court of Canada vs L.D.G. 2000 Incorporated
   Montreal, Quebec Canada                                    April 9, 2002
2. *USA vs. William Bartmann*
   United States District Court – Northern District of Oklahoma    October 17, 2003
3. *USA vs. Clayton Lee Waagner*
   United States District Court – Eastern District of Pennsylvania    December 2, 2003
4. Matter of Singh, Atvar (A76-676-494)
   U.S. Department of Homeland Security –
   Immigration and Customs Enforcement                        July 16, 2004
5. *USA vs. Paul Ihle, Jr.*

|  |  |  |
|---|---|---|
|  | United States District Court – Northern Indiana | September 9, 2004 |
| 6. | *State vs. Matthew C. Owens,* | |
|  | Case # 2NO-SO3-821 CR | |
|  | Nome, Alaska | January 27, 2005 |
| 7. | *USA vs. Sylvester Richards Gayekpar* | |
|  | United States District Court – District of Minnesota | October 12, 2005 |
| 8. | *State v Matthew Owens, Case # 2NO-S03-821 CR* | |
|  | Kotzebue, Alaska | November 2, 2005 |
| 9. | *USA vs. Robert Sterling Miller* | |
|  | United States District Court -Western District of Texas | |
|  | Austin, Texas, Case#A-05-CR-247 SS | April 26, 2006 |
| 10. | *USA vs. Hector R. Lugo-Rios* | |
|  | United States District Court, | |
|  | San Juan, Puerto Rico, Case#05-354 (JAF) | May 24, 2006 |
| 11. | *USA vs. Nancy Harlow* | |
|  | Northern District of Texas | |
|  | Dallas, TX Case#3:06-CR-011-D | July 18, 2006 |
| 12. | *USA vs. Hector R. Lugo-Rios et al* | |
|  | United States District Court | |
|  | Judicial District of Puerto Rico | |
|  | San Juan, Puerto Rico, Case#05-354 (JAF) | August 25, 2006 |
| 13. | *State of New Jersey v Alfred Smith* | |
|  | Superior Court of New Jersey, County of Burlington | |
|  | Mt. Holly, NJ, Case#05-1988 | August 31, 2006 |
| 14. | *USA vs. Cleveland Kilgore* | |
|  | U.S. District Court For the District of Maryland | |
|  | Baltimore, MD, Case#RDB-06-0115 | September 21, 2006 |
| 15. | *USA vs. Isidore Nouthong et al* | |
|  | U.S. District Court For the Eastern District of Virginia | |
|  | Alexandria, VA, Case#:1:06cr305 | October 26, 2006 |
| 16. | *USA vs. Isidore Nouthong et al* | |
|  | U.S. District Court For the Eastern District of Virginia | |
|  | Alexandria, VA, Case#:1:06cr305 | February 7, 2007 |
| 17. | *USA vs. Clyde Cook* | |
|  | U.S. District Court For the Eastern District of Tennessee | |
|  | Memphis, TN | April 10, 2007 |
| 18. | *USA vs. Jermain Betea* | |
|  | Eastern District of Virginia | |
|  | Alexandria, VA, Case#1:06cr305 | May 3, 2007 |
| 19. | *USA vs. Crist Dauberman* | |
|  | Eastern District of Virginia | |
|  | Richmond, VA, Case#3:07CR040 | May 8, 2007 |
| 20. | *USA vs. Jose Padilla et al –* | |
|  | U.S. District Court For the Southern District of Florida | |
|  | Miami, FL, Case#04-60001-CR-Cooke | July 12, 2007 |
| 21. | *Commonwealth of Kentucky v Quincy Omar Cross* | |
|  | Hickman Circuit | |
|  | Clinton, KY, Case#08-CR-00001 | April 2, 2008 |
| 22. | *Blau vs. Schaefer, MD* (Docket MID-L-3015-05) | |
|  | New Jersey (**Deposition**) | July 25, 2008 |
| 23. | *People of the State of NY vs. Stacey Castor* | |

County of Onondaga
Syracuse, NY, DR#05-359834/07-402152                                  January 21, 2009
24.  International Arbitration. Bank Julius Baer Co. Ltd v
Waxfield Ltd Llc Bbcfd Sa G 04-6668-Cv 424 F.3d 278,
New York, NY.                                                         June 11, 2009


25.  *USA vs. Mark A. O'Hair, Et al*
Northern District of Florida
Pensacola, FL, Case #3:08cr75/LAC                                     July 28, 2009
26.  *Giorgio vs. Gibbens, M.D., et al*
File No. 2392/S
New Jersey (**Deposition**)                                          August 26, 2009
27.  International Center for Settlement of Disputes (ICSID);
*Libananco Holdings Co. Limited vs. Republic of Turkey*
ICSID Case No. ARB/06/8
World Bank- Washington, DC                                           November 3, 2009
28.  *Lake Forest Homeowner's Association vs. Orlando Lake Forest
Joint Venture, et al*
Seminole County
Case No. 07-CA-1867-16-L (**Deposition**)                            March 19, 2010
29.  *Lake Forest Master Community Association vs. Orlando Lake
Forest Joint Venture, Orlando Lake Forest Inc., NTS Mortgage*
Case No. 07-CA-1867-L
Seminole County, FL                                                  March 25, 2010
30.  *Yakov Shlimovich, Derivatively on Behalf of
Rightime Enterpirse, Inc. vs. Mikhail Cheban*
The Superior Court of the State of California,
County of Los Angeles – Central District,
Case Number BC 408095 (**Deposition**)                               February 28, 2011
31.  *USA vs. Raogo Ouedraogo*
U.S. Western District of Michigan
Case No. 1:08-CR-68
Grand Rapids, MI                                                     March 10, 2011
32.  *Yakov Shlimovich vs. Mikhail Cheban, et al*
Case No. BC408095
Superior Court of the State of California
Los Angeles, CA                                                      March 25, 2011
33.  *USA vs. Rami Saba*
U.S. Western District of Michigan
Case No. 1:08-CR-68
Grand Rapids, MI                                                     May 20, 2011
34.  *Susana Garcia Badaracco vs. Ricardo Garcia Badaracco,
Hermes Investment C. Inc., Atrukay, Inc.*
Circuit Court of the 20th Judicial Circuit in and for
Lee County, Florida (**Deposition**)                                 September 23, 2011
35.  *Pactool International, Ltd vs. Kett Tool Company, Inc.*,
United States District Court for the
Western District of Washington at Tacoma,
Civil Action No. 3:06-cv-05367-BHS (**Deposition**)                  October 14, 2011
36.  *Todd Basilone vs. Ryan Basilone*
Superior Court for the State of Alaska

Third Judicial District at Anchorage
Case Number: 3AN-08-10257 CI                                April 30, 2012

37.  *Underhill vs. APG Security-RI, LLC, The*
     *Asset Protection Group, LLC, and*
     *Dennis M. Kelly*
     Superior Court of Rhode Island
     Case Number: C.A. No. PB 10-6489                       September 18, 2012

38.  *Paul D. Ceglia vs. Mark Elliot Zuckerberg, Individually,*
     *and Facebook, Inc,*
     United States District Court Western District of New York,
     Civil Action No. : 1:10-cv-00569-RJA (**Deposition**)    July 26, 2012

39.  *Cott Beverages, INC vs. Americann CO-Pack, Inc.*
     *and Automated Process and Packaging, LLC.*
     Fourth Judicial District Court
     Civil No.: 100402774                                    September 24, 2012

40.  *Shanna K. Bever et al vs. Estate of James R. Freudenberg,*
     In The Circuit Court of Clay County, Missouri,
     Case No. 11CY-CV10505 (**Deposition**)                  October 26, 2012

41.  *Aequitas Solutions, Inc. vs. Larry Anderson, Gary P. Lloyd,*
     *and C Innovation, Inc.*
     In the Court of Chancery of the State of Delaware
     Case No. 7249-ML                                        November 27, 2012

42.  *Shanna K. Bever et al vs. Estate of James R. Freudenberg,*
     In The Circuit Court of Clay County, Missouri,
     Case No. 11CY-CV10505                                   November 28, 2012

43.  *Gerald Morawski vs. Lightstorm Entertainment, Inc.,*
     *James Cameron*
     United States District Court for the Central District of California
     Civil Action No. CV-11-10294 MMM (**Deposition**)       December 20, 2012

44.  *In the Matter of Certain Opaque Polymers*
     United States International Trade Commission, Washington, DC
     Investigation No. 337-TA-883 (**Deposition**)           April 22, 2014

45.  *Compania General Financiera Y Desarollo, S.A.*
     *vs. La Banque Nationale de Paris*
     In the Circuit Court of the 11th Judicial District, Miami, FL
     Case No.: 11-17213 CA 30 (**Deposition**)               June 2, 2014

46.  *LPG Warehouses, Ltd., Russell Grigsby and Peniel Investments*
     *vs. Storrie Street Investments, Ltd. and Michael Hogan*
     In the 26th District Court of Williamson County, TX
     Cause No.: 10-1284-C26                                  June 13, 2014

47.  *Al Maya Trading Establishment vs. Global Export Marketing*
     *Co. Ltd* (**Deposition**)
     In the Southern District of New York
     Case No. 14-cv-0275                                     July 18, 2014

48.  *Korff vs. Corbett, et al* (**Deposition**)
     Supreme Court of the State of New York
     Index No. 601425/03                                     July 25, 2014

49.  *Fawzy amer Deghedy vs. Viztek, Inc.*
     United States District Court for the Southern District of Iowa
     Case No. 3:12-cv-00048-CRW-TJS                          September 16, 2014

50.  *Method Of Processing  Ethanol Byproducts and*
     *Related Subsystems ('858) Patent Litigation* (**Deposition**)

United States District Court For the Southern District Of Indiana
Case 1:10-ml-2181-LJM-DML                              December 11, 2014

51.  *Lela M. Kratz et al vs. Sheri Meeks et al*
Iowa District Court – Linn County
Case No. EQCV 79541                                    January 15, 2015


52.  *Compania General Financiera Y Desarrollo vs.*
*La Banque National De Paris*
Circuit Court of the 11th Judicial Circuit
Miami-Dade County, Florida
Case No. 11-17213 CA 30                                January 28, 2015

53.  *Debra Wear vs. Todd S. Hewell, III, M.D.*
*and Todd S. Hewell, III, M.D., F.A.C.S. LTD* (**Deposition**)
Circuit Court of Cook County, Illinois
Case No. 10 L 002261 "E"                               June 2, 2015

54.  *In Re: Method Of Processing Ethanol Byproducts*
*And Related Subsystems ('858) Patent Litigation*
Southern District of Indiana - Indianapolis Division
Master Case No.: 1:10-ml-02181-LJM-DML                 October 6, 2015

55.  *WCA Logistics, LLC. vs. Cyndi Carpenter, NKA*
Cyndi Dibert
In The Municipal Court of Champaign County, Ohio
Civil Division
Case No.: 15 CV F227                                   January 22, 2016

56.  *Frank Beatty vs. Oak Grove Technologies, LLC, et al*
In The Circuit Court of Fairfax County, Virginia
Case No: CL-2015-6923                                  March 14, 2016

57.  *Phosint Limited, Cyprus vs. National Bank Trust, Pjsc, Russia*
The International Commercial Arbitration Court at
the Chamber of Commerce and Industry of the Russian Federation
Moscow: Arbitration Case No. 159/2015                  September 6, 2016

58.  *Nite Glow Industries Inc., I Did it, Inc. and*
*Marni Markell Hurwitz vs. Central Garden &*
*Pet Company & Four Paws, d/b/a Four Paws Products, Ltd.*
United States District Court, District of New Jersey
Case No.: 2:12-cv-04047-KSH-CLW    (**Deposition**)    October 11, 2016

59.  *Lincoln Studios, LLC, et al. vs. DLA, et al.;*
*P6 LA MF Holdings, LLC vs. NMS Capital Partners I, LLC*
*And Related Cross-Actions*
Superior Court of the State of California
County of Los Angeles, Central District
Case No.: BC551551 (Related Case BC 550227)            October 14/18, 2016

60.  *William Baker, Sr., Individually, and as an Heir of the Estate*
*of Frederick Tyrone Baker, and Candice Renae Bryan as*
*of Frederick Tyrone Baker, Deceased vs. Timothy Eichenlaub*
*Individually, Las Vegas Pain Institute and Medical Center, LLC*
*dba Comprehensive Urgent Care; Las Vegas Pain Institute, LLC*
District Court, Clark County, NV
Case No.: A-15-714369-C (**Deposition**)               November 18, 2016

61.  *Girish Dahyabhai Patel vs.Yashwant Dahyabhai Patel*
In the High Court of Justice, Chancery Division Probate

|     |                                                                                          |                    |
| --- | ---------------------------------------------------------------------------------------- | ------------------ |
|     | Case No.: HC-2015-002485                                                                 |                    |
|     | London, England                                                                          | November 24, 2016  |
| 62. | International Center for Settlement of Disputes (ICSID)                                   |                    |
|     | *Tethyan Copper Company Pty Limited (Claimant)*                                          |                    |
|     | *vs. The Islamic Republic of Pakistan (Respondent)*                                      |                    |
|     | Case No. Arb/12/1                                                                         |                    |
|     | Paris, France                                                                            | February 22, 2017  |
| 63. | *Bruce Jacobs vs. Bank of America*                                                       |                    |
|     | United States District Court                                                             |                    |
|     | Southern District of Florida                                                             |                    |
|     | Case No. 15-24585-CV-UNGARO (**Deposition**)                                             | October 12, 2017   |
| 64. | *McClain/Plum vs. David J. Gehring, M.D., et al*                                         |                    |
|     | New Jersey Superior Court,                                                                |                    |
|     | Glouster County                                                                          |                    |
|     | Docket No.: GLO-L-414-15                                                                  |                    |
|     | Conventus No.: 101755-1 (**Deposition**)                                                 | November 9, 2017   |
| 65. | *USA vs. Kaleil Isaza Tuzman and*                                                        |                    |
|     | *Omar Amanat*                                                                            |                    |
|     | United States District Court                                                             |                    |
|     | Southern District of New York                                                            | November 20, 2017  |
| 66. | *Mt. Charleston Investments, LLC vs. Huerta, et al*                                      |                    |
|     | District Court, Clark County, NV                                                         |                    |
|     | A-15-715918-B                                                                            |                    |
|     | Las Vegas, NV                                                                            | November 21, 2017  |
| 67. | *Estate of Frederick Tyrone Baker et al. vs.*                                            |                    |
|     | *Timothy Eichenlaub et al.*                                                              |                    |
|     | District Court, Clark County, NV                                                         |                    |
|     | A-15-714369                                                                              |                    |
|     | Las Vegas, NV                                                                            | January 12, 2018   |
| 68. | International Center for Settlement of Disputes (ICSID)                                   |                    |
|     | *BSG Resources Limited, BSG Resources (Guinea) and BSG*                                  |                    |
|     | *Resources (Guinea) SARL vs. Republic of Guinea*                                         |                    |
|     | Case No. Arb/14/22                                                                        |                    |
|     | Paris, France                                                                            | March 26-27, 2018  |
| 69. | *Ida Mae Lee, LLC vs. Icor, Ltd. et al.*                                                 |                    |
|     | Docket No.: 2017 CAR 004289                                                               |                    |
|     | Superior Court of the District of Columbia Civil Division                                |                    |
|     | Washington, DC                                                                           |                    |
|     | (Hearing; Plaintiff Stipulated to Expert Findings)                                       | July 3, 2018       |
| 70. | *Chen Jinhui vs. Wong Kam San; Huang Yuexia;Line Power Ltd;*                             |                    |
|     | *Trengei Development Ltd;Hawkins Development Ltd;*                                        |                    |
|     | *Superfine Group Ltd.*                                                                   |                    |
|     | In the High Court of the Hong Kong; Special Administrative Region                        |                    |
|     | Court of First instance                                                                  |                    |
|     | Action No. 1524 of 2012                                                                  | January 23-24, 2019 |
| 71. | *United States of America vs. Rao Desu*                                                  |                    |
|     | United States District Court, District of New Jersey                                     |                    |
|     | Criminal No. 18-CR.613 (BRM)                                                              |                    |
|     | Trenton, New Jersey                                                                       | October 16, 2019   |
| 72. | *U.S. Bank National Association vs. Harry H. Morall, II;*                                |                    |
|     | *Jane E. Carey; et al*                                                                   |                    |
|     | Case No. 09CA3175                                                                         |                    |

| | | |
|---|---|---|
| | In the Circuit Court of the 9th Judicial Circuit | |
| | Orange County, FL | January 3, 2020 |
| 73. | *Harold and Jill Lewis vs. David E. Taylor, and Joshua Media Ministries International, Inc.* | |
| | Case No. 18SL-CC02174 | |
| | In the Circuit Court of the County of St. Louis State of Missouri | |
| | St. Louis, MO   (**Deposition**) | February 27, 2020 |
| 74. | *Paul Atkinson & Glyn Mummery* | |
| | *(as joint liquidators of Grosvenor Property Developers Limited)* | |
| | *vs. Grosvenor Property Developers Limited/Mr. Siddhant Varma* | |
| | CR-2018-006183 | |
| | In the High Court of Justice Business and Property Courts | |
| | of England and Wales (Chd) | |
| | London, England | June 23, 2020 |
| 75. | *Le Dec Investments 1800, LTD, et al. vs. Alberto Kamhazi, et al.* | |
| | Court Case No. 2018-017377-CA-44 | |
| | In the Circuit Court of the 11th Judicial Circuit in and for | |
| | Miami-Dade County, FL (**Deposition**) | July 31, 2020 |
| 76. | *Duane Fox vs. Richard Fox & Joanne Krebs* | |
| | Case No. 19-CV-42 | |
| | State of Wisconsin – Circuit Court | |
| | Green County, WI (**Deposition**) | August 4, 2020 |
| 77. | *Peerenboom vs. Perlmutter,* | |
| | Case No. 2013-CA-015257 | |
| | The 15th Judicial Circuit of Florida | |
| | Palm Beach County, FL (**Deposition**) | October 23, 2020 |
| 78. | *In the Matter of the Estate of:    Robert Kit Kheong Lee,* | |
| | *a/k/a Robert Kit Lee, a/k/a Robert Lee (Deceased)* | |
| | Case No. 2019PR30763 | |
| | Probate Court, City and County of Denver (**Deposition**) | December 11, 2020 |
| 79. | *Marguerite Malek vs. Pierre Marc Malek and* | |
| | *Kymed, Ltd, a British Virgin Islands Corporation;* | |
| | *Loris Malek, Third Party Defendants* | |
| | Case No. 2019-16957-FC-04 | |
| | Miami, FL (**Deposition**) | February 5, 2021 |
| 80. | *Marguerite Malek vs. Pierre Marc Malek and* | |
| | *Kymed, Ltd, a British Virgin Islands Corporation;* | |
| | *Loris Malek, Third Party Defendants* | |
| | Case No. 2019-16957-FC-04 | |
| | Miami, FL | February 11, 2021 |
| 81. | *Joseph C. Bamford and Young Min Ban v. Penfold, L.P.;* | |
| | *Delaware Valley Regional Center, LLC; West 36th, Inc.;* | |
| | *Joseph Manheim; And Reath & Co., LLC.* | |
| | In the Court of Chancery of The State of Delaware | |
| | C.A. No. 2019-0005-JTL (**Deposition**) | February 12, 2021 |
| 82. | *Kellianne Goodnight vs. Mark G. Tusa, M.D.;* | |
| | *Sharon Ann Brown and Chattanooga Skin and Cancer Clinic, P.C.* | |
| | In the Circuit Court for Hamilton County, Tennessee | |
| | No. 19-C-331 (**Deposition**) | April 21, 2021 |
| 83. | *Joseph C. Bamford and Young Min Ban vs. Penfold, L.P.;* | |
| | *Delaware Valley Regional Center, LLC; West 36th, Inc.;* | |
| | *Joseph Manheim; And Reath & Co., LLC.* | |

|  |  |  |
|---|---|---|
|  | In the Court of Chancery of The State of Delaware | |
|  | C.A. No. 2019-0005-JTL | June 12, 2021 |
| 84. | *Jennifer S. Fischman vs. Mitsubishi Chemical Holdings America, Inc.; Mitsubishi Chemical Holdings Corporation; Nicolas Oliva, In His Individual and Professional Capacities;* | |
|  | United States District Court Southern District of New York | |
|  | Civil Action No. 18-cv-08188 (JMF) (**Deposition**) | October 8, 2021 |
| 85. | *Moning Li vs. Rui Hou* | |
|  | SCBC Action No. VLC-S-E-200959, Vancouver Registry | |
|  | Vancouver, British Columbia (Canada) | October 15, 2021 |
| 86. | *In The Matter of a Proposed Arbitration Pursuant To The Arbitration Act 1991, C17 Between: Laureen Rennie And June Drysdale and Norman Harry John Clost* | |
|  | Ottawa, Ontario Canada | February 18, 2022 |
| 87. | *Kellianne Goodnight vs. Mark G. Tusa, M.D.; Sharon Ann Brown and Chattanooga Skin and Cancer Clinic, P.C.* | |
|  | In the Circuit Court for Hamilton County, Tennessee | |
|  | No. 19-C-331 (**Deposition**) | February 21, 2022 |
| 88. | *In The Matter of a Proposed Arbitration Pursuant To The Arbitration Act 1991, C17Between: Laureen Rennie and June Drysdale and Norman Harry John Clost* | |
|  | Ottawa, Ontario Canada | March 1 & 9, 2022 |
| 89. | *Charles J. Braun and Charles A. Braun vs. WG Golden, LLC* And *Third Party: WG Golden, LLC vs. Robin Braun* | |
|  | Jefferson County District Court | |
|  | Case No.:2020CV030567 | |
|  | Golden, CO | May 31, 2022 |
| 90. | *Tyros International Group Limited; Eytan Stibbe; Celle Investments Ltd; Roy Zipris;  LRL Capital Inc; Tiphaine Emkeyes; and David van Adelsberg* vs. *Miles Limited; Haim Taib; Mitrelli Finance Ltd; and Luminar Finance Ltd* | |
|  | LCIA Case No. 204618 | |
|  | London, England | June 20, 2022 |
| 91. | *In the Estate of William Eugene Gleghorn, Deceased* | |
|  | Cause No. 15,557 | |
|  | County Court at Law, Van Zandt County, Texas | |
|  | Canton, TX | August 10, 2022 |
| 92. | *Adam Rodrigue and Donna Rodrigue* vs. *Comprehensive Medical Center, dba Comprehensive Urology; Comprehensive Urology North;Altin Miraka, D.O.; and Sabry G. Mansour, M.D.* | |
|  | Case No. 17-050518-NM | |
|  | In the Circuit Court for the County of Lapeer | |
|  | Lapeer, MI | August 16, 2022 |
| 93. | *Denise Krekstein, as Trustee of the Rita Getz Feldman Trust* vs. *McDonald's Corporation* | |
|  | No. 2:20-cv-05770-CMR | |
|  | United States District Court for Eastern District of Pennsylvania | |
|  | Philadelphia, PA (**Deposition**) | September 8, 2022 |
| 94. | *Artur Ketikyan, Plaintiff vs. Gurgen Khachatryan, Abraham Stepanian, Ted Khachatrian, & Westside Residential* | |

*Holdings, LLC*
Case: SC127926
In The County of Los Angeles (Santa Monica) (**Deposition**)                November 11, 2022

95.   *Patel Engineering Limited vs. The Republic of Mozambique*
UNCITRAL
PCA Case No.:2020-021
Porto, Portugal                                                              December 5, 2022


96.   *Encana Oil & Gas (USA), Inc.*
*vs. Atlas Obo Energy LLP, YBC Managers LLC,*
*Bayshore Energy TX, LLC  Energy Atlas TX LLC*
*Sunrise Exploration, LLC, Pioneer Exploration LLC*
*Bayshore Royalty, LP, YMC Royalty Company LP*
CAUSE NO. 18-05-U4630-ANC
In the District Court of Upton County, TX
112th Judicial District (Houston, TX)                                        January 27, 2023

97.   *Susan DiPaolo vs. Richard S. Leiderman, DMD, P.A.,*
*A Florida Corporation and East Broward Dental, P.A.,*
*A Florida Corporation D/B/A Florida Smile Studio*
*And Richard S. Leiderman, DMD And Burak Taskonak, DDS.*
Case No.: CACE-21-012208
In the Circuit Court of the 17th Judicial
Circuit In and for Broward County, Florida (**Deposition**)                 March 22, 2023

98.   *United States Securities and Exchange Commission*
*vs. Gregory David Paris and Barrington Asset Management, Inc*
Case No.: 1:21-cv-03450
In the United States District Court for
The Northern District of Illinois Eastern Division (**Deposition**)         August 24, 2023

99.   *United States of America vs. Thomas James Zajac*
Case No.: 10-CR-376
In the United States District Court for
The Northern District of Illinois
Chicago, IL                                                                 September 7-8, 2023

100.  *Lahouari Mohamed vs. Valerie Mohamed et al*
Case No: 2021-024165-CA-01
Section: CA44
In the Circuit Court of the Eleventh Judicial Circuit
in and for Miami-Dade County, Florida                                       November 15, 2023

101.  *Carlo Giuseppe Civelli & Aster Capital S.A. Panama*
*vs. J.P. Morgan Chase Securities, LLC,*
*JP Morgan Chase Bank, N.A., and Phillipe Emanuel Mulacek*
Case No. 4:17-CV-037395
In the United States District Court for the Southern
District of Texas
Houston, TX (**Deposition**)                                                April 19, 2024

102.  Vanessa Wong vs Timothy Wong
Case No. 18FAM01986
Superior Court of The State of California County of San Mateo
San Francisco, CA (**Deposition**)                                          June 18, 2024

103.  *Kellianne Goodnight vs. Mark G. Tusa, M.D.;*
*Sharon Ann Brown and Chattanooga Skin and Cancer Clinic*
In the Circuit Court for Hamilton County, Tennessee

|   |   |   |
|---|---|---|
| | No. 19-C-331 | August 12, 2024 |
| 104. | *In The Matter of The Estate of Edward R. Dahlin*<br>In The District Court of The Second Judicial District of<br>The State of Idaho, In and for The County of Latah<br>Case No. Cv29-23-0201<br>Moscow, ID | October 28, 2024 |
| 105. | *Christopher Armstrong & Randall Kiefner vs.*<br>*Shumaker Loop & Kendrick LLP & Michael S Taaffe*<br>Superior Court of New Jersey<br>Monmouth County - Law Division<br>Case: Mon-L-1001-21<br>Monmouth County, New Jersey (**Deposition**) | November 15, 2024 |
| 106. | *Hootan Ataian vs. Santa Galleria, Inc.*<br>Orange County Superior Court<br>Case No. 30-2020-01154279-CU-BC-CJC<br>Costa Mesa, CA | June 12, 2025 |
| 107. | *Vartika Mittal-Goenka; Shristi Mittal; Divyesh Mittal*<br>*(Claimants) vs. Direct Investments Limited (Respondent)*<br>*(In Receivership)*<br>International Court of Arbitration of the<br>International Chamber of Commerce<br>ICC Case No. 28461/ELU | July 17, 2025 |
| 108. | *Carlo Giuseppe Civelli & Aster Capital S.A. Panama*<br>*vs. J.P. Morgan Chase Securities, LLC,*<br>*JP Morgan Chase Bank, N.A., and Phillipe Emanuel Mulacek*<br>Case No. 4:17-CV-037395<br>In the United States District Court for the Southern<br>District of Texas<br>Houston, TX | November 5, 2025 |
| 109. | Miller, Beau v. Doyle, Mike<br>Texas District Court, Harris County<br>Case No. 202595061<br>Houston, TX | December 29, 2025 |
| 110. | In the Matter if the Estate of Fred L. Wilson, Jr., Deceased<br>Cause Number: 84D01-2501-ES-000343<br>State of Indiana<br>Vigo Superior Court, Division 1 (**Deposition**) | January 9, 2025 |

**Last Updated: February 28, 2026 (v26.03)**