Outlook

## Re: 25-19605 - 5410 30th Street DC LLC

**From** Deirdre T. Johnson, Esq <dtjesq@dtjohnsonlaw.com>

**Date** Mon 7/13/2026 10:13 AM

**To** Mac VerStandig <mac@mbvesq.com>

Yes, I spoke to Daniel Walston, Clerk.

Regards,


Deirdre T. Johnson, Esq
Attorney at Law
(301) 742-5385
dtjesq@dtjohnsonlaw.com



The information contained in this transmission is solely intended for use by the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please delete it immediately, and notify us by telephone. Thank you.

---

**From:** Mac VerStandig <mac@mbvesq.com>
**Sent:** Monday, July 13, 2026 10:12 AM
**To:** Deirdre T. Johnson, Esq <dtjesq@dtjohnsonlaw.com>
**Subject:** Re: 25-19605 - 5410 30th Street DC LLC

Ms. Johnson,

Just for clarity (and with apologies for any typos since I am on the road in Florida at the moment): Are you indicating that the court has told you the item entered over the weekend is an order of Judge Simpson?

Thanks,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
Phone: (301) 444-4600
Cell: (240) 351-6442
Facsimile: (301) 444-4600
mac@mbvesq.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**

Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**

Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

On Jul 13, 2026, at 9:57 AM, Deirdre T. Johnson, Esq <dtjesq@dtjohnsonlaw.com> wrote:

Mr. VerStandig,

I have confirmed with the Court.

Regards,

Deirdre T. Johnson, Esq
Attorney at Law
(301) 742-5385
dtjesq@dtjohnsonlaw.com

The information contained in this transmission is solely intended for use by the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please delete it immediately, and notify us by telephone.  Thank you.

---

**From:** Deirdre T. Johnson, Esq <dtjesq@dtjohnsonlaw.com>
**Sent:** Monday, July 13, 2026 9:43 AM
**To:** Mac VerStandig <mac@mbvesq.com>
**Subject:** Re: 25-19605 - 5410 30th Street DC LLC

Mr. VerStandig

I will check/confirm with the Court and get back to you.

Regards,

Deirdre T. Johnson, Esq
Attorney at Law
(301) 742-5385
dtjesq@dtjohnsonlaw.com

The information contained in this transmission is solely intended for use by the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please delete it immediately, and notify us by telephone.  Thank you.

---

**From:** Mac VerStandig <mac@mbvesq.com>
**Sent:** Monday, July 13, 2026 7:31 AM
**To:** Deirdre T. Johnson, Esq <dtjesq@dtjohnsonlaw.com>
**Subject:** Re: 25-19605 - 5410 30th Street DC LLC

Ms. Johnson,

I do not believe the item entered over the weekend is an actual order. It is unsigned and appears to be at odds with the court's guidance.

If you do not wish to depose Mr. Palumbo or inspect the documents, that is certainly your prerogative. Please note, however, my client will not agree to extend the court-imposed deadlines for these tasks.

Vis a vis the discovery, we will have a response to your letter later today (which I believe is consistent with the timeline you requested).

Thanks,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
Phone: (301) 444-4600
Cell: (240) 351-6442
Facsimile: (301) 444-4600
mac@mbvesq.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**

Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

On Jul 13, 2026, at 7:20 AM, Deirdre T. Johnson, Esq <dtjesq@dtjohnsonlaw.com> wrote:

Good morning, Mr. VerStandig

As a result of the Order sustaining our objection to IBI's proof of claim, we will not need to depose Mr. Palumbo, nor will we need to perform the document inspection.

But I DO still need your discovery responses, motion to compel pending.....

Regards,

Deirdre T. Johnson, Esq
Attorney at Law
(301) 742-5385
dtjesq@dtjohnsonlaw.com

The information contained in this transmission is solely intended for use by the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please delete it immediately, and notify us by telephone.  Thank you.

---

**From:** Mac VerStandig <mac@mbvesq.com>
**Sent:** Friday, July 10, 2026 3:19 PM
**To:** Deirdre T. Johnson, Esq <dtjesq@dtjohnsonlaw.com>
**Subject:** Re: 25-19605 - 5410 30th Street DC LLC

Ms. Johnson,

My Palumbo can be available for deposition (via Zoom) on the morning of Friday, July 17, or any time (during business hours) on Monday, July 20.

Vis a vis the document inspection, I can produce them on Friday the 17th or Monday the 20th. Please let me know which is preferable so I can make appropriate travel plans to fly in and out of town with the documents.

Thanks,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
Phone: (301) 444-4600
Cell: (240) 351-6442
Facsimile: (301) 444-4600
mac@mbvesq.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

---

**From:** Deirdre T. Johnson, Esq <dtjesq@dtjohnsonlaw.com>
**Sent:** Thursday, July 9, 2026 7:47 AM
**To:** Mac VerStandig <mac@mbvesq.com>
**Subject:** 25-19605 - 5410 30th Street DC LLC

Mr. VerStandig

In accordance with the Order below, please provide your available dates and times for document inspection and deposition of Michael Palumbo.

Thanks!

Regards,


Deirdre T. Johnson, Esq
Attorney at Law
(301) 742-5385
dtjesq@dtjohnsonlaw.com



The information contained in this transmission is solely intended for use by the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this

communication is strictly prohibited.  If you have received this communication in error, please delete it immediately, and notify us by telephone.  Thank you.

---

**From:** BKECF_LiveDB@mdb.uscourts.gov <BKECF_LiveDB@mdb.uscourts.gov>
**Sent:** Wednesday, July 8, 2026 4:24 PM
**To:** courtmail@mdb.uscourts.gov <courtmail@mdb.uscourts.gov>
**Subject:** 25-19605 Order (Generic) - CH11 - 5410 30th Street DC LLC

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**
**District of Maryland**

Notice of Electronic Filing

The following transaction was received from Adu-Bakare, Busayo entered on 7/8/2026 at 4:24 PM EDT and filed on 7/8/2026
**Case Name:**          5410 30th Street DC LLC
**Case Number:**      25-19605
**Document Number:** 198
**Docket Text:**
Order Resolving Discovery Related Motions (related document(s)[176] Motion for Miscellaneous Relief filed by Debtor 5410 30th Street DC LLC, [181] Motion for Miscellaneous Relief filed by Debtor 5410 30th Street DC LLC, [183] Opposition filed by Creditor IBI Falcon US LLC, [184] Opposition filed by Creditor IBI Falcon US LLC, [191] Motion for Miscellaneous Relief filed by Debtor 5410 30th Street DC LLC, [197] Motion to Reconsider filed by Debtor 5410 30th Street DC LLCdeadline for Debtor to provide initial expert disclosure to IBI Falcon under Fed. R. Civ. P. 26(a)(2) is extended to July 10, 2026, as to Mr. LaPorte only. IBI Falcon shall make the original Note and all allonges available for inspection by Debtor and Debtors expert in the jury lounge of the U.S. Courthouse in Greenbelt, Maryland on a mutually agreeable date no later than July 20, 2026. deadline for Debtor to provide Mr. LaPortes written report under Fed. R. Civ. P. 26(a)(2)(B) to IBI Falcon is July 27, 2026. (Adu-Bakare, Busayo)
The following document(s) are associated with this transaction:
**Document description:**Main Document
**Original filename:**/opt/BKECF/live/web/eorderDocs/poStampedDocs/lss/1408878-signed.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1013806484 [Date=7/8/2026]

[FileNumber=51183541-0
]
[201500bda8e531ce326966c627c2a799540143368582c2b5d0d32449b95fd432
e61
f04c0abecf331c9400a56933f542e60068d825c1fbe6c277d7bf92e9525f8]]

**25-19605 Notice will be electronically mailed to:**

Deirdre Theresa Johnson dtjesq@dtjohnsonlaw.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com,
lisa@mbvesq.com,
mahlon@dcbankruptcy.com,
mac@dcbankruptcy.com,
verstandig.mauricer104982@notify.bestcase.com,
verstandiglaw@recap.email

**25-19605 Notice will not be electronically mailed to:**

Debtor(s): 5410 30th Street DC LLC
For Internal Use Only
,