IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER CLARIFYING PRIOR ORDER

Upon consideration of the motion of IBI Falcon US LLC for clarification or reconsideration, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the order previously entered on July 12, 2026, ECF No. 201, be, and hereby is, VACATED as improvidently entered.

.

Copies: All counsel of record