Entered: July 13th, 2026
Signed: July 13th, 2026

**SO ORDERED**

Order is modified.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER CLARIFYING DOCKET ENTRY

Upon consideration of the motion of IBI Falcon US LLC for clarification or reconsideration, and Debtor's proposed Order Sustaining Debtor's Revised Objection to Amended Proof of Claim No. 2 Filed by IBI Falcon US LLC [Dkt. No. 201] having never been signed by the Court but was docketed due to a clerical error, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Order Sustaining Debtor's Revised Objection to Amended Proof of Claim No. 2 Filed by IBI Falcon US LLC [Dkt. No. 201] is not an order of this Court and the docket text has been corrected to so reflect.

Copies: All counsel of record

1