IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:                                              |
                                                    |
5410 30th Street DC, LLC,                |          Case No.: 25-19605
                                                    |
     Debtor                                         |          Chapter 11
                                                    |

---

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that the undersigned has filed a DEBTOR'S MOTION TO COMPEL DISCOVERY RESPONSES FROM IBI FALCON US LLC AND IBI SBL INVESTMENT LP, AND FOR AN AWARD OF EXPENSES UNDER FED. R. CIV. P. 37(a)(5)(A) (the "Motion").

Any response or objection to the Motion must be filed with the Court and served on the undersigned within the time allowed by the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, unless otherwise ordered.

THE MOVANT HAS ALSO FILED A MOTION TO SHORTEN THE TIME FOR RESPONSE AND/OR FOR AN EXPEDITED HEARING. IF THAT MOTION TO SHORTEN OR EXPEDITE IS GRANTED, THE TIME TO OBJECT AND/OR DATE FOR HEARING WILL BE CHANGED AS PROVIDED IN SUCH ORDER.

Date: July 14, 2026                    Respectfully submitted,

                                       /s/ Deirdre T. Johnson, Esq
                                       Deirdre T. Johnson, Esq
                                       Bar No. MD14227
                                       9701 Apollo Dr, Suite 301
                                       Upper Marlboro, MD 20774
                                       Phone: (301) 742-5385
                                       dtjesq@dtjohnsonlaw.com
                                       *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of July, 2026, a copy of the foregoing Notice of Motion to Compel Discovery Responses was served electronically via the Court's ECF system upon all parties registered to receive notice, including:

Maurice B. VerStandig, Esq. (mac@mbvesq.com)

L. Jeanette Rice Jeanette.Rice@usdoj.gov, and

Office of the United States Trustee (USTPRegion04.GB.ECF@USDOJ.GOV).

/s/ Deirdre T. Johnson, Esq.