**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | | |
|---|---|---|
| In re: | * | |
| 5410 30th Street DC, LLC, | * | Case No. 25-19605-LSS |
| | * | Chapter 11 |
| Debtor. | * | |

**[PROPOSED] ORDER GRANTING DEBTOR'S MOTION TO COMPEL**
**DISCOVERY RESPONSES FROM IBI FALCON US LLC AND**
**IBI SBL INVESTMENT LP, AND FOR AN AWARD OF EXPENSES**

Upon consideration of the Debtor's Motion to Compel Discovery Responses from IBI Falcon US LLC and IBI SBL Investment LP, and for an Award of Expenses under Fed. R. Civ. P. 37(a)(5)(A) (the "Motion"), any response thereto, and the record in this case, and for good cause shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is GRANTED; and it is further,

ORDERED, that within three (3) days of the entry of this Order, IBI Falcon US LLC ("IBI Falcon") and IBI SBL Investment LP ("IBI SBL") shall each serve complete, properly verified (signed under oath by an authorized officer, manager, member, or general partner) supplemental answers to IBI Falcon Interrogatory Nos. 4, 5, 8, 9, 20, 25, and 30, and IBI SBL Interrogatory Nos. 3, 4, 5, 8, 9, 13, 14, 20, and 23; and it is further,

ORDERED, that within three (3) days of the entry of this Order, IBI Falcon and IBI SBL shall produce complete responsive documents to IBI Falcon RFP Nos. 9, 20, and 30, and IBI SBL RFP Nos. 9, 10, and 15, notwithstanding the relevance objections addressed in the Motion; and it is further,

ORDERED, that within three (3) days of the entry of this Order, IBI Falcon and IBI SBL shall serve a single, coordinated, sworn supplemental response resolving the conflict among IBI Falcon's RFA No. 13 denial, IBI Falcon's Interrogatory No. 25 answer, and IBI SBL's Interrogatory No. 24 admission regarding the present location and complete chain of custody of the promissory note at issue; and it is further,

ORDERED, that within seven (7) days of the entry of this Order, IBI Falcon and IBI SBL shall serve a privilege log compliant with Fed. R. Civ. P. 26(b)(5)(A) for every interrogatory objection asserting privilege identified in the Motion, or any such privilege shall be deemed waived for failure to timely log it; and it is further,

ORDERED, that IBI Falcon shall serve a complete, non-conclusory response to Interrogatory No. 3 addressing the discrepancy identified in RFA No. 9, and IBI SBL shall state, with a specific date and supporting basis, when it first received actual or constructive notice of the bankruptcy, in lieu of its bare denial of RFA No. 30; and it is further,

ORDERED, that within seven (7) days of the entry of this Order, IBI Falcon and IBI SBL shall produce all responsive electronically stored information in native format with metadata intact — or, where native production is genuinely infeasible, as text-searchable files accompanied by a load file containing equivalent metadata — for all Requests for Production served in this matter, including IBI Falcon RFP Nos. 21 and 27 and IBI SBL RFP Nos. 16 and 22; and it is further,

ORDERED, that the Debtor is awarded its reasonable expenses, including attorney's fees, incurred in making the Motion, pursuant to Fed. R. Civ. P. 37(a)(5)(A), in an amount to be established by supplemental fee petition or declaration; and it is further,

ORDERED, that this Order shall be served on all parties in interest.


cc:

    Debtor

    Debtor's Counsel – Deirdre T. Johnson

    IBI – Maurice B. VerStandig

    U.S. Trustee