**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | | |
|---|---|---|
| In re: | * | |
| 5410 30th Street DC, LLC, | * | Case No. 25-19605-LSS |
| | * | Chapter 11 |
| Debtor. | * | |

**[PROPOSED] ORDER GRANTING DEBTOR'S MOTION TO CONTINUE**
**THE AUGUST 5, 2026 HEARING AND RELATED PRETRIAL DEADLINES**

Upon consideration of the Debtor's Motion to Continue the August 5, 2026 Hearing and Related Pretrial Deadlines (the "Motion"), any response thereto, and the record in this case, and for good cause shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is GRANTED; and it is further,

ORDERED, that the evidentiary hearing presently scheduled for August 5, 2026 on the Debtor's Objection to IBI Falcon's Amended Proof of Claim No. 2, the Debtor's related Party-in-Interest Motion, and Respondents' opposition to the Debtor's Motion to Enforce the Automatic Stay is CONTINUED to _____, 2026, or such other date as is determined by the Court; and it is further,

ORDERED, that all related pretrial deadlines, including any deadlines under Local Bankruptcy Rules 7026 and 7016-1(c) to exchange and pre-file hearing exhibits and witness lists, are extended accordingly, to no later than seven (7) days before the rescheduled hearing date; and it is further,

ORDERED, that nothing in this Order shall be construed to modify or extend the July 20, 2026 inspection deadline or the July 27, 2026 expert-report deadline set forth in the Court's Order Resolving Discovery Related Motions (Dkt. No. 198); and it is further,

ORDERED, that this Order shall be served on all parties in interest.


cc:

      Debtor

      Debtor's Counsel – Deirdre T. Johnson

      IBI – Maurice B. VerStandig

      U.S. Trustee