**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | | |
|---|---|---|
| In re: | * | |
| 5410 30th Street DC, LLC, | * | Case No. 25-19605-LSS |
| | * | Chapter 11 |
| Debtor. | * | |

**MOTION TO SHORTEN TIME AND REQUEST FOR EXPEDITED HEARING**

The Movant requests that the Court shorten the time to object to the motion or other paper identified herein in accordance with Local Bankruptcy Rule 9013-6 and for the reasons explained below. If a timely objection is filed or the Court otherwise finds a hearing necessary, the Movant requests that the Court set a hearing on the motion or other paper on the date requested below or as soon as reasonably practicable.

Title of Motion or Other Paper: DEBTOR'S MOTION TO COMPEL DISCOVERY RESPONSES FROM IBI FALCON US LLC AND IBI SBL INVESTMENT LP, AND FOR AN AWARD OF EXPENSES UNDER FED. R. CIV. P. 37(a)(5)(A)

Requested Hearing Date: July 22, 2026, or as soon thereafter as the Court's calendar reasonably permits.

Reasons for Request: The Debtor's Motion to Compel Discovery Responses from IBI Falcon US LLC and IBI SBL Investment LP (the "Motion to Compel") seeks to compel Respondents to cure discovery deficiencies — including unverified interrogatory answers, entity-mixing errors, non-responsive answers, unsupported relevance objections, an unproduced privilege log, and an

unresolved three-way conflict concerning the chain of custody of the promissory note at issue —
that directly bear on the evidentiary hearing presently scheduled for August 5, 2026 on the Debtor's
Objection to IBI Falcon's Amended Proof of Claim No. 2 and related Party-in-Interest Motion.
Under the Local Bankruptcy Rules governing exhibits and pretrial procedure, the Debtor must
exchange and pre-file its hearing exhibits no later than seven days before that hearing — on or
before July 29, 2026 — and the Court's July 8, 2026 Order (Dkt. No. 198) separately requires
inspection of the original note and allonges by July 20, 2026 and the Debtor's expert report by July
27, 2026. Absent an expedited ruling on the Motion to Compel, any order compelling compliance
would arrive too late for the Debtor to obtain, review, and timely designate the responsive
discovery as hearing exhibits, effectively depriving the Debtor of discovery to which it is plainly
entitled and rewarding Respondents' continuing non-compliance. The ordinary briefing and notice
period for the Motion to Compel would not permit a ruling with sufficient lead time before July
29, 2026, and this urgency is entirely the product of Respondents' own delay, not the Debtor's.

Parties affected by the relief requested in the Motion or Other Paper: IBI Falcon US LLC / IBI
SBL Investment LP

☒  I hereby certify that the reduction of the time period is not prohibited under Fed. R. Bankr. P.
9006(c)(1).

 Date: July 14, 2026                          Respectfully submitted,

                                             /s/ Deirdre T. Johnson, Esq
                                             Deirdre T. Johnson, Esq
                                             Bar No. 14227
                                             9701 Apollo Dr, Suite 301
                                             Upper Marlboro, MD 20774
                                             Phone: (301) 742-5385

dtjesq@dtjohnsonlaw.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of July, 2026, a true and correct copy of the foregoing Motion to Compel was served electronically, via the Court's CM/ECF system, upon all parties who have entered an appearance and consented to electronic service in this case, including:

Maurice B. VerStandig, Esq. (mac@mbvesq.com)
L. Jeanette Rice Jeanette.Rice@usdoj.gov, and
Office of the United States Trustee (USTPRegion04.GB.ECF@USDOJ.GOV)

/s/ Deirdre T. Johnson
Deirdre T. Johnson, Esq.