**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | | |
|---|---|---|
| In re: | * | |
| 5410 30th Street DC, LLC, | * | Case No. 25-19605-LSS |
| | * | Chapter 11 |
| Debtor. | * | |

**[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME**
**AND REQUEST FOR EXPEDITED HEARING**

Upon consideration of the Motion to Shorten Time and Request for Expedited Hearing (the "Motion") filed by 5410 30th Street DC, LLC, debtor and debtor in possession, requesting that the Court shorten the time to object to, and set an expedited hearing on, the Debtor's Motion to Compel Discovery Responses from IBI Falcon US LLC and IBI SBL Investment LP, and for an Award of Expenses under Fed. R. Civ. P. 37(a)(5)(A) (the "Underlying Motion"), and for good cause shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is GRANTED; and it is further,

ORDERED, that the time within which any party in interest may file an objection or response to the Underlying Motion is shortened to and including _____, 2026; and it is further,

ORDERED, that a hearing on the Underlying Motion, if a timely objection is filed or the Court otherwise deems a hearing necessary, shall be held on July 22, 2026, or as soon thereafter as is reasonably practicable on the Court's calendar; and it is further,

ORDERED, that if no timely objection is filed, the Court may rule on the Underlying Motion without a hearing; and it is further,

ORDERED, that this Order shall be served on all parties in interest.


cc:

      Debtor

      Debtor's Counsel – Deirdre T. Johnson

      IBI – Maurice B. VerStandig

      U.S. Trustee