IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:                                          |
                                                |
5410 30th Street DC, LLC,                       |          Case No.: 25-19605
                                                |
    Debtor                    |          Chapter 11
                                                |

---

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that the undersigned has filed a MOTION TO SHORTEN TIME AND REQUEST FOR EXPEDITED HEARING (the "Motion to Shorten Time") with respect to the following motions filed by 5410 30th Street DC, LLC, debtor and debtor in possession (the "Debtor"):

(1)  DEBTOR'S MOTION TO COMPEL DISCOVERY RESPONSES FROM IBI FALCON US LLC AND IBI SBL INVESTMENT LP, AND FOR AN AWARD OF EXPENSES UNDER FED. R. CIV. P. 37(a)(5)(A); and

(2)  DEBTOR'S MOTION TO CONTINUE THE AUGUST 5, 2026 HEARING AND RELATED PRETRIAL DEADLINES

(together, the "Underlying Motions").

Any response or objection to the Underlying Motions must be filed with the Court and served on the undersigned within the time allowed by the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, unless otherwise ordered.

THE MOVANT HAS ALSO FILED A MOTION TO SHORTEN THE TIME FOR RESPONSE TO, AND FOR AN EXPEDITED HEARING ON, THE UNDERLYING MOTIONS. IF THAT MOTION TO SHORTEN TIME IS GRANTED, THE TIME TO OBJECT TO THE UNDERLYING MOTIONS AND/OR THE DATE FOR HEARING ON THE UNDERLYING MOTIONS WILL BE CHANGED AS PROVIDED IN SUCH ORDER.

Date: July 14, 2026                    Respectfully submitted,

                                                /s/ Deirdre T. Johnson, Esq
                                                Deirdre T. Johnson, Esq

Bar No. MD14227

9701 Apollo Dr, Suite 301

Upper Marlboro, MD 20774

Phone: (301) 742-5385

dtjesq@dtjohnsonlaw.com

*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of July, 2026, a copy of the foregoing Notice of Motion to Shorten Time to Respond & Expedited Hearing was served electronically via the Court's ECF system upon all parties registered to receive notice, including:

Maurice B. VerStandig, Esq. (mac@mbvesq.com)

L. Jeanette Rice Jeanette.Rice@usdoj.gov, and

Office of the United States Trustee (USTPRegion04.GB.ECF@USDOJ.GOV).

/s/ Deirdre T. Johnson, Esq.