_____RETAIN

_____

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y N
Exhibits Filed: Y N

PROCEEDING MEMO – CHAPTER 11

Date: 07/06/2026 Time: 10:00

**CASE: 25–19605 5410 30th Street DC LLC**

✓Deirdre Theresa Johnson representing 5410 30th Street DC LLC (Debtor)

representing For Internal Use Only (Trustee)

✓L. Jeanette Rice representing US Trustee – Greenbelt (U.S. Trustee)

L. Jeanette Rice representing U.S. Trustee (U.S. Trustee)

[60] Motion for Sanctions / *Motion to Enforce Automatic Stay* Filed by 5410 30th Street DC LLC. (Attachments: #s3 Certificate of Service)

<u>**MOVANT**</u> : 5410 30th Street DC LLC BY D Johnson

[68] Opposition on behalf of IBI SBL Investment LP, IBI Falcon US LLC Filed by Maurice Belmont VerStandig (related document(s) 2 Proposed Order)

<u>**MOVANT**</u> : IBI Falcon US LLC IBI SBL Investment LP BY M VerStandig M VerStandig

[95] Motion to Convert Case from Chapter 11 to Chapter 7 . Fee Amount $15. Filed by IBI Falcon US LLC. (Attachments: #s4 Proposed Order)

<u>**MOVANT**</u> : IBI Falcon US LLC BY ✓M VerStandig

[100] Opposition on behalf of 5410 30th Street DC LLC Filed by Deirdre Theresa Johnson (related document(s) 3 Certificate of Service)

<u>**MOVANT**</u> : 5410 30th Street DC LLC BY D Johnson

[116] Objection to Claim Number 2 In Re: IBI Falcon US, LLC in the Amount of $2,676,531.91. Notice Served on 2/26/2026 Filed by 5410 30th Street DC LLC. Responses due by 3/30/2026. (Attachments: #s4 Request for Hearing & Discovery)

<u>**MOVANT**</u> : 5410 30th Street DC LLC BY D Johnson

[121] Amended Disclosure Statement Filed by 5410 30th Street DC LLC (related document(s) 2 Certificate of Service)

<u>**MOVANT**</u> : 5410 30th Street DC LLC BY D Johnson

[122] Objection on behalf of IBI Falcon US LLC Filed by Maurice Belmont VerStandig (related document(s) 121 Amended Disclosure Statement filed by Debtor

5410 30th Street DC LLC).

**MOVANT** : IBI Falcon US LLC BY M VerStandig

[126] Response on behalf of IBI Falcon US LLC Filed by Maurice Belmont VerStandig (related document(s) 1 Proposed Order)

[136] Motion to Continue Hearing Scheduled for *April 20, 2026* Filed by 5410 30th Street DC LLC (related document(s)s1 Proposed Order) (Johnson, Deirdre). Modified on 4/16/2026 to update linkage. (McKenna, Shannon).

**MOVANT** : 5410 30th Street DC LLC BY D Johnson

[139] Opposition on behalf of IBI Falcon US LLC Filed by Maurice Belmont VerStandig (related document(s) 1 Proposed Order)

**MOVANT** : IBI Falcon US LLC BY M VerStandig

[141] Exhibit/Witness List Filed by Deirdre Theresa Johnson. (Attachments: #s16 Certificate of Service)

**MOVANT** : 5410 30th Street DC LLC BY D Johnson


PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved_____Denied Approval_____Deadline to file Amended D/S_____

Other_____

Confirmed_____as modified by _____

Denied Confirmation_____with leave to amend by_____

Other_____

DISPOSITIONS:

Granted_____Denied_____Withdrawn_____Consent_____Default____Under Adv._____

Moot_____Dismissed_____Relief by Operation of Law (no order req.)_____

Continued to: _____

DECISION:

[ ] Signed by Court          [ ] Filed by Counsel
[ ] To be prepared by:
     [ ] Movant's counsel          [ ] Court
     [ ] Respondent's counsel      [ ] Other _____

NOTES: Status conf. held.  The court will issue a ruling on D's request to test documents.  Global in person hearing to be held on all issues.  Court to move the lift stay hearing from 7/27 to August 5 and send out global notice of matters to be heard on 8-5 beginning at 11 am in courtroom 3E.