# APPRAISAL OF REAL PROPERTY



## LOCATED AT

5631 MacArthur Blvd NW
Washington, DC 20016
Hickory Creek Lt 15 Sec 3

## OPINION OF VALUE

5,050,000

## AS OF

10/11/2025

## BY

Emmanuel Nimako
Shabach Realty Services, Inc
524 Garrisonville Road
Garrisonville, Va 22463
571 340 0079
emmanue@Shabachappraisal.Com

Shabach Realty Services Inc

## Uniform Residential Appraisal Report

Loan#1009-25-01
File #  627335

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | |
|---|---|---|
| Property Address  5631 MacArthur Blvd NW | City  Washington | State  DC  Zip Code  20016 |
| Borrower  Zanetta Williams | Owner of Public Record  5410 30th Street Dc Llc | County  District Of Columbia |

Legal Description  Lot 43 Block 1446

Assessor's Parcel #  1446//0043    Tax Year  2025    R.E. Taxes $  0

Neighborhood Name  Kent    Map Reference  47764    Census Tract  0009.04

Occupant  ☐ Owner  ☐ Tenant  ☒ Vacant    Special Assessments $  0    ☐ PUD   HOA $  0   ☐ per year   ☐ per month

Property Rights Appraised  ☒ Fee Simple   ☐ Leasehold   ☐ Other (describe)

Assignment Type  ☐ Purchase Transaction   ☒ Refinance Transaction   ☐ Other (describe)  _____

Lender/Client

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☒ Yes  ☐ No

Report data source(s) used, offering price(s), and date(s).   DOM 43;The subject was offered for sale on 08/29/2025 for $4,645,000, per Bright #DCDC2215732. The listing is classified as Active with a current list price of $4,645,000.

I  ☐ did  ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ _____  Date of Contract _____  Is the property seller the owner of public record?  ☐ Yes  ☐ No  Data Source(s) _____

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  ☐ Yes  ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location ☒ Urban | ☐ Suburban | ☐ Rural | Property Values ☐ Increasing | ☒ Stable | ☐ Declining | | PRICE | AGE | One-Unit | 70 % |
| Built-Up ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | Demand/Supply ☐ Shortage | ☒ In Balance | ☐ Over Supply | | $ (000) | (yrs) | 2-4 Unit | 0 % |
| Growth ☐ Rapid | ☒ Stable | ☐ Slow | Marketing Time ☒ Under 3 mths | ☐ 3-6 mths | ☐ Over 6 mths | | 2,995 Low | 0 | Multi-Family | 20 % |

Neighborhood Boundaries   Eastern Ave Ne To The North, South Dakota Avenue Ne To The South, Riggs Road Ne To The West And Galloway St Ne To The East.

| | | | |
|---|---|---|---|
| | 5,850 High | 100 | Commercial 10 % |
| | 4,641 Pred. | 0 | Other 0 % |

Neighborhood Description   The Neighborhood Is A Medium Density, Residential Planned Community With Mixed Residential Homes Of Difference Marketability, Quality Of Construction And Condition. The Neighborhood Is Accessible By Major Roads Linking It To Major Employment And Shopping Centers. Schools And Recreational Facilities Are Within The Neighborhood.

Market Conditions (including support for the above conclusions)   The Market Analysis Of The Subject Neighborhood Indicates Property Values To Be Relatively Stable As Of The Effective Date Of This Report. The General Market Condition Is Average With Favorable Financing. The Typical Market Time Is Less Than Three Months.

Dimensions  42*34*85*60*104    Area  6534 sf    Shape  Irregular    View  N;CtyStr;

Specific Zoning Classification  R1B    Zoning Description  R-1 (Residential 1 DU/AC)

Zoning Compliance  ☒ Legal  ☐ Legal Nonconforming (Grandfathered Use)  ☐ No Zoning  ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  ☒ Yes  ☐ No  If No, describe  See Pg 4 For Commentary.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☒ | ☐ | Street  Asphalt | | ☒ | ☐ |
| Gas | ☒ | ☐ | Sanitary Sewer | ☒ | ☐ | Alley  None | | ☐ | ☐ |

FEMA Special Flood Hazard Area  ☐ Yes  ☒ No    FEMA Flood Zone  X    FEMA Map #  1100010011C    FEMA Map Date  09/27/2010

Are the utilities and off-site improvements typical for the market area?  ☒ Yes  ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  ☐ Yes  ☒ No  If Yes, describe

Aeriel Imagery Of Subject Property And Some Comparables Appears To Put Them Within 1-3 Miles Radius Proximity Of A Major Highways, Religious And Commercial Influences. A Qualitative Analysis Was Performed And It Is In The Opinion Of The Appraiser That There Was No Measuarble Market Reaction That Could Be Procured At Time Of Inspection. There Appears To Be No Significant Impact With The Typcal Buyer Within This Market.

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One  ☐ One with Accessory Unit | | ☐ Concrete Slab  ☐ Crawl Space | | Foundation Walls | Concrete/Gd | Floors | Multi-Flooring/Gd |
| # of Stories  3 | | ☒ Full Basement  ☐ Partial Basement | | Exterior Walls | Stucco/Gd | Walls | Drywall/Gd |
| Type ☒ Det.  ☐ Att.  ☐ S-Det./End Unit | | Basement Area  1,435 sq.ft. | | Roof Surface | Shingle/Gd | Trim/Finish | Wood-Painted/Gd |
| ☒ Existing  ☐ Proposed  ☐ Under Const. | | Basement Finish  95 % | | Gutters & Downspouts | Aluminum/Gd | Bath Floor | Marble/Gd |
| Design (Style)  Colonial | | ☒ Outside Entry/Exit  ☐ Sump Pump | | Window Type | Dbl-Hung/Gd | Bath Wainscot | Marble/Gd |
| Year Built  2025 | | Evidence of  ☐ Infestation | | Storm Sash/Insulated | None | Car Storage  ☐ None | |
| Effective Age (Yrs)  0 | | ☐ Dampness  ☐ Settlement | | Screens | Fiberglass/Gd | ☒ Driveway  # of Cars  2 | |
| Attic  ☐ None | | Heating ☒ FWA  ☐ HWBB  ☐ Radiant | | Amenities  ☐ Woodstove(s) #  0 | | Driveway Surface  Concrete | |
| ☐ Drop Stair  ☐ Stairs | | ☐ Other  Fuel  Gas | | ☒ Fireplace(s) #  1  ☒ Fence  Rear | | ☒ Garage  # of Cars  2 | |
| ☐ Floor  ☒ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck  Rear  ☐ Porch  None | | ☐ Carport  # of Cars  0 | |
| ☐ Finished  ☐ Heated | | ☐ Individual  ☐ Other | | ☐ Pool  None  ☐ Other  None | | ☐ Att.  ☐ Det.  ☒ Built-in | |

Appliances  ☒ Refrigerator  ☒ Range/Oven  ☒ Dishwasher  ☒ Disposal  ☒ Microwave  ☒ Washer/Dryer  ☐ Other (describe)

Finished area above grade contains:  13 Rooms   5 Bedrooms   5.1 Bath(s)   4,902 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).  None.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C1;Kitchen-remodeled-one to five years ago;Bathrooms-remodeled-one to five years ago;The Improvements Are Well Maintained And Feature Limited Physical Depreciation Due To Normal Wear And Tear. The Property And Interior Improvements Are In Good Condition. The Quality Of Construction Is Good And Typical To Similar Homes In The Area. All Utilities, Co/Smoke Alarm Detectors And Water Were On And Functional At The Time Of Inspection.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes  ☒ No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes  ☐ No  If No, describe

# Uniform Residential Appraisal Report

Loan#1009-25-01
File # 627335

There are __12__ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 2,995,000 to $ 7,495,000 .
There are __4__ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 2,995,000 to $ 5,850,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 5631 MacArthur Blvd NW Washington, DC 20016 | 4907 Indian Ln NW Washington, DC 20016 | | 3901 52nd St NW Washington, DC 20016 | | 4892 MacArthur Blvd NW Washington, DC 20007 | |
| Proximity to Subject | | 0.64 miles E | | 0.64 miles NE | | 1.09 miles SE | |
| Sale Price | $ | | $ 5,550,000 | | $ 5,850,000 | | $ 3,021,000 |
| Sale Price/Gross Liv. Area | $ 775.54 sq.ft. | $ 1152.65 sq.ft. | | $ 1020.41 sq.ft. | | $ 652.06 sq.ft. | |
| Data Source(s) | | MRIS#DCDC2198630;DOM 10 | | DCDC2158764;DOM 19 | | Bright#DCDC2174402;DOM 26 | |
| Verification Source(s) | | MRIS/Tax Rec/visual | | MRIS,DC Tax Records | | MLS & County records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | 0 | Conv;0 | 0 |
| Date of Sale/Time | | s06/25;c05/25 | | s11/24;c10/24 | 0 | s02/25;c01/25 | 0 |
| Location | A;Res;BsyRd | N;Res; | 0 | N;Res; | 0 | A;Res;BsyRd | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 6534 sf | 27596 sf | -421,240 | 8732 sf | 0 | 4997 sf | 0 |
| View | N;CtyStr; | N;CtyStr; | | N;CtyStr; | | N;CtyStr; | |
| Design (Style) | DT3;Colonial | DT3;colonial | | DT3;colonial | | DT3;colonial | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 0 | 98 | 0 | 1 | 0 | 0 | |
| Condition | C1 | C3 | +555,000 | C1 | | C2 | +151,050 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 13 5 5.1 | 12 7 3.1 | -10,000 | 13 6 5.1 | -25,000 | 13 4 4.1 | +45,000 |
| Gross Living Area | 4,902 sq.ft. | 4,815 sq.ft. | 0 | 5,733 sq.ft. | -207,750 | 4,633 sq.ft. | +67,250 |
| Basement & Finished | 1435sf1363sfwo | 1398sf1002sfin | 0 | 2293sf1765sfwo | -85,800 | 1628sf1628sfwo | -19,300 |
| Rooms Below Grade | 1rr1br1.0ba1o | 1rr0br1.0ba0o | +40,000 | 1rr1br1.1ba1o | -8,000 | 1rr1br1.0ba0o | +20,000 |
| Functional Utility | Good/1Fmly | Average/1Fmly | 0 | Good/1Fmly | | Good/1Fmly | |
| Heating/Cooling | Fwa/Cac | Fwa/Cac | | Fwa/Cac | | Fwa/Cac | |
| Energy Efficient Items | Appliance/Light | Appliance/Light | | Appliance/Light | | Appliance/Light | |
| Garage/Carport | 2gbi2dw | 1gbi1dw | +23,000 | 2gbi2dw | | 1gbi1dw | +23,000 |
| Porch/Patio/Deck | Patio | Porch/Patio | -10,000 | Porch/Patio/Dk | -20,000 | Porch/Patio | -10,000 |
| Fireplace | 1 F/P | 1 F/P | | 2 F/P | -10,000 | 1 F/P | |
| Elevator/Pool | None | Pool | -100,000 | Elevator | -100,000 | None | |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 76,760 | ☐ + ☒ - $ | -456,550 | ☒ + ☐ - $ | 277,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 1.4 % Gross Adj. 20.9 % $ | 5,626,760 | Net Adj. 7.8 % Gross Adj. 7.8 % $ | 5,393,450 | Net Adj. 9.2 % Gross Adj. 11.1 % $ | 3,298,000 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) __Brightmls And District Of Columbia Online Tax Record.__
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) __Brightmls And District Of Columbia Online Tax Record.__
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 05/03/2023 | | | |
| Price of Prior Sale/Transfer | $1,500,000 | | | |
| Data Source(s) | Bright/Tax Record | Bright/Tax Record | Bright/Tax Record | Bright/Tax Record |
| Effective Date of Data Source(s) | 10/11/2025 | 10/11/2025 | 10/11/2025 | 10/11/2025 |

Analysis of prior sale or transfer history of the subject property and comparable sales    4894 Macarthur Blvd NW has no known 12-month prior transfer history.
4892 Macarthur Blvd NW has no known 12-month prior transfer history. 4809 V St NW has no known 12-month prior transfer history.

Summary of Sales Comparison Approach    The Initial Search Cover Sale In 12 Months Preceding The Effective Date Of This Report.25% +/- Subjects' Gla And 30% +/- Age. The Resulted Sale Was Revised To Include Properties That "Bracket" The Subject In Terms Of Size, Lot Size, Design, Room Count, Condition, Location, And Amenities,Age Was Not Considered. Four Comparable Sales That Are Effective Similar To The Subject In Design, Quality Of Construction And Condition Were Utilized.A Paired Data/Qualitative Analysis Was Performed And The Results Are As Follows; Gla Was Adjusted At 100.00 Per Sq Ft. Age Was Not Considered. Site Size, Condition And Location Were Considered. Comps/Sales 1-3 Were Weighted 80%. Due To Their Similarities To The Subject In Condition, Room Count, Age, Amenities, Size And Design. Some Of The Sales Exceeded The 1 Mile Radius.

Indicated Value by Sales Comparison Approach $ __5,050,000__

Indicated Value by: Sales Comparison Approach $ __5,050,000__   Cost Approach (if developed) $ __5,075,350__   Income Approach (if developed) $ __5,040,000__

The Final Value Estimate Is Based On The Sales Comparison Approach As It Is The Best Reflection Of Buyers And Sellers Attitudes' In The Real Estate Market Place. 80% Weight Is Placed On Comps 1-2 Due To Their Similarities To The Subject In Proximity To Subject,Net Adjustment Percentages, Size,Design,Condition,Bathroom And Bedroom Count. One Pending Listing And The Cost Approach Are Provided In Support Of The Final Value Conclusion. Income Approach Is Not Developed Due To Insufficient Rental Dataa

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

**Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ __5,050,000__ , as of __10/11/2025__ , which is the date of inspection and the effective date of this appraisal.**

Freddie Mac Form 70 March 2005        UAD Version 9/2011    Page 2 of 6        Fannie Mae Form 1004 March 2005

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Uniform Residential Appraisal Report

Loan#1009-25-01
File # 627335

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 5631 MacArthur Blvd NW Washington, DC 20016 | 4809 V St NW Washington, DC 20007 | | 4509 Foxhall Cres NW Washington, DC 20007 | | 5070 Millwood Ln NW Washington, DC 20016 | |
| Proximity to Subject | | 1.21 miles SE | | 1.15 miles SE | | 0.34 miles E | |
| Sale Price | $ | $ 4,262,500 | | $ 4,999,999 | | $ 7,495,000 | |
| Sale Price/Gross Liv. Area | $ 775.54 sq.ft. | $ 674.98 sq.ft. | | $ 1137.92 sq.ft. | | $ 2547.59 sq.ft. | |
| Data Source(s) | | Bright# DCDC2190654;DOM 0 | | Bright #DCDC2213036;DOM 32 | | Bright #DCDC2211174;DOM 11 | |
| Verification Source(s) | | ext.inspect/DC assessor | | Tax Record | | Tax Record | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Cash;0 | 0 | Listing | | Listing | |
| Date of Sale/Time | | s04/25;c04/25 | | Active | 0 | Active | 0 |
| Location | A;Res;BsyRd | N;Res; | 0 | N;Res; | 0 | N;Res; | 0 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 6534 sf | 7500 sf | 0 | 13629 sf | -141,900 | 13503 sf | -139,380 |
| View | N;CtyStr; | N;CtyStr; | | N;CtyStr; | | N;CtyStr; | |
| Design (Style) | DT3;Colonial | DT3;Colonial | | DT3;colonial | | DT3;colonial | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 0 | 1 | 0 | 0 | | 0 | |
| Condition | C1 | C2 | +213,125 | C1 | | C1 | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 13 / 5 / 5.1 | 13 / 5 / 5.2 | -10,000 | 13 / 5 / 5.1 | | 13 / 5 / 6.2 | -30,000 |
| Gross Living Area | 4,902 sq.ft. | 6,315 sq.ft. | -353,250 | 4,394 sq.ft. | +127,000 | 2,942 sq.ft. | +490,000 |
| Basement & Finished Rooms Below Grade | 1435sf1363sfwo 1rr1br1.0ba1o | 2526sf2166sfwo 1rr1br1.1ba2o | -109,100 -28,000 | 2108sf1558sfwo 1rr1br1.0ba2o | -67,300 -20,000 | 1379sf1379sfin 1rr1br2.0ba0o | 0 +5,000 |
| Functional Utility | Good/1Fmly | Good/1Fmly | | Good/1Fmly | | Good/1Fmly | |
| Heating/Cooling | Fwa/Cac | Fwa/Cac | | Fwa/Cac | | Fwa/Cac | |
| Energy Efficient Items | Appliance/Light | Appliance/Light | | Appliance/Light | | Appliance/Light | |
| Garage/Carport | 2gbi2dw | 2gbi2dw | | 2gbi2dw | | 2gbi2dw | |
| Porch/Patio/Deck | Patio | porch/deck | -10,000 | Porch/Patio | -10,000 | Porch/Patio | -10,000 |
| Fireplace | 1 F/P | None | +10,000 | None | +10,000 | 2 F/P | -10,000 |
| Elevator/Pool | None | Elevator | -100,000 | Elevator | -100,000 | Pool | -100,000 |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -387,225 | ☐ + ☒ - | $ -202,200 | ☒ + ☐ - | $ 205,620 |
| Adjusted Sale Price of Comparables | | Net Adj. 9.1 % Gross Adj. 19.6 % | $ 3,875,275 | Net Adj. 4.0 % Gross Adj. 9.5 % | $ 4,797,799 | Net Adj. 2.7 % Gross Adj. 10.5 % | $ 7,700,620 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 05/03/2023 | | | |
| Price of Prior Sale/Transfer | $1,500,000 | | | |
| Data Source(s) | Bright/Tax Record | Bright/Tax Record | Bright/Tax Record | Bright/Tax Record |
| Effective Date of Data Source(s) | 10/11/2025 | 10/11/2025 | 10/11/2025 | 10/11/2025 |

Analysis of prior sale or transfer history of the subject property and comparable sales   **3901 52nd St Nw Public Records Not Found. 4509 Foxhall Cres NW has no known 12-month prior transfer history. 5070 Millwood Ln NW has no known 12-month prior transfer history.

Analysis/Comments    The Subject Is An Existing Property And May Have Been Appraised By Other Appraisers In The Past.

The Comparable Sales Used In This Report May Have Been Described Slightly Differently From Appraiser To Appraiser In Terms Of Quality And Condition And Other Elements.

I Have Reported My Data Sources For The Comparable And Subject Data. I Have No Knowledge Of Any Other Appraisers Body Of Work Nor Am I Privy To Any Peer And Model Adjustments And Cannot Speak To Any Differences From The Fannie Mae/Freddie Cu Score Systems "Warning(S)" Regarding The Gla Measurements, Quality Ratings, Condition Ratings Or Any Other Information Versus This Report.

This Appraiser Also Cannot Speak To The Comparable Sales Data In Terms Of Quality And Condition Rating, Design Style Interpretation, Or Adjustments Expressed By Peers Or A Statistical Model Due To The Subjective Nature And Calculation Method Variations Of These Categories Within The Comparable Grid And Overall Analysis.

A Comprehensive Analysis Was Performed When Determining The Gla Adjustment As Well As The Reconciled Value, Both Of Which Can Be Found In The Addendum.

This Appraiser Deems The Comparable Data As Well As The Adjustments Made Are The Most Appropriate For This Individual Assignment

**Co/Smoke Alarms Are A Requiremewnt By The City.They Were Present And Functional At The Time Of Inspectior**

Freddie Mac Form 70 March 2005                    UAD Version 9/2011                    Fannie Mae Form 1004 March 2005

Shabach Realty Services, Inc

# SINGLE FAMILY COMPARABLE RENT SCHEDULE

Loan#1009-25-01
File # 627335

This form is intended to provide the appraiser with a familiar format to estimate the market rent of the subject property.  Adjustments should be made only for items of significant difference between the comparables and the subject property.

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 5631 MacArthur Blvd NW Washington, DC 20016 | 5152 Manning Pl NW Washington, DC 20016 | | 4994 Warren St NW Washington, DC 20016 | | 4927 Eskridge Ter NW Washington, DC 20016 | |
| Proximity to Subject | | 0.10 miles NE | | 1.35 miles SW | | 0.57 miles SE | |
| Date Lease Begins / Date Lease Expires | | 07/15/2025 7/01/2026 | | 08/26/2025 08/01/2028 | | 05/03/2025 05/01/2026 | |
| Monthly Rental | If Currently Rented: $ | $ 10,500 | | $ 12,000 | | $ 12,900 | |
| Less: Utilities / Furniture | $ 0 / 0 | $ 0 / 0 | | $ 0 / 0 | | $ 0 / 0 | |
| Adjusted Monthly Rent | $ | $ 10,500 | | $ 12,000 | | $ 12,900 | |
| Data Source | Brightmls Tax Record | Bright #DCDC2201386;DOM 18 Tax Record | | Bright #DCDC2167080;DOM 41 Tax Record | | Bright #DCDC2193846;DOM 12 Tax Record | |
| RENT ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +( −)$ Adjust. | DESCRIPTION | +( −)$ Adjust. | DESCRIPTION | +( −)$ Adjust. |
| Rent Concessions | | | | | | | |
| Location/View | A;Res;BsyRd N;CtyStr; | N;Res; N;CtyStr; | | N;Res; N;CtyStr; | | N;Res; N;CtyStr; | |
| Design and Appeal | DT3;Colonial Good | DT3;Colonial Good | | DT2;Colonial Good | | DT2;Colonial Good | |
| Age/Condition | 0 / C1 | 84 / C3 | 0 / 0 | 24 / C3 | 0 / 0 | 96 / C3 | 0 / 0 |
| Above Grade Room Count | Total 13 | Bdrms 5 | Baths 5.1 | Total 13 | Bdrms 5 | Baths 5.0 | +250 |
| Gross Living Area | 4,902 Sq. Ft. | 4,145 Sq. Ft. | +757 | 4,640 Sq. Ft. | +262 | 3,823 Sq. Ft. | +1,079 |
| Other (e.g., basement, etc.) | 1435sf1344sfwo 1rr1br1.0ba1o | 1708sf810sfin 1rr1br2.0ba0o | -137 / 0 | 2320sf2320sfin 1rr1br1.0ba2o | -131 / +750 | 1344sf1344sfin 1rr1br1.0ba1o | 0 |
| Other: | 1 F/P | 2 F/P | -100 | 1 F/P | | 1 F/P Pool | -1,000 |
| Net Adj. (total) | | ☒ + ☐ − $ 770 | | ☒ + ☐ − $ 2,631 | | ☒ + ☐ − $ 1,829 | |
| Indicated Monthly Market Rent | | $ 11,270 | | $ 14,631 | | $ 14,729 | |

For the Above Grade Room Count adjustments: Comparable 1: 13/5/5.0 +250; Comparable 2: 13/4/3.1 +1,750; Comparable 3: 13/4/3.1 +1,750.

Comments on market data, including the range of rents for single family properties, an estimate of vacancy for single family rental properties, the general trend of rents and vacancy, and support for the above adjustments.  (Rent concessions should be adjusted to the market, not to the subject property.)    A  Paired Data/Qualitative Analysis Was Performed. The Resulted Rental Was Revised To Include Properties That "Bracket" The Subject In Terms Of Size, Time Of Sale, Lot Size, Design, Room Count, Condition, Location, Age And Amenities. This Resulted In Some Of The Comparable Varying From The Guidelines. Three Comparable Rentals, That Are Similar To The Subject In Design, Quality Of Construction And Condition Were Utilized. Necessary Adjustment Were Made To Reflect Difference In Characteristics Between The Subject And The Comparable Rentals. Age Adjustments Are Not Supported Where The Difference Is +/-10 Years Of The Subject Age. The Comparables Utilized Are Located In The Same/Similar Subdivision As The Subject With No Known Factor That Can Effect Property Values And Marketability And Are A Good Reflection Of The Subject Market Value As Of The Effective Date Of This Report.

Final Reconciliation of Market Rent:      The Final Rental Estimate Is Based On Rental Comparison Approach As Is The Best Reflection Of Landlords And Tenant Attitudes In The Rental Market Place.All Rentals Has A Basement Like The Subject. All Rentals Are In Similar Condition And Size To The Suject. Rental 1 And 2 Were Given 70% Weight In The Final Rent Conclusion Due To Their Similarities To The Subject In Room Count, Age, Amenities And Proximity As Well As In The Same Developement. Market Adjustment Rates Of $750 For Bedroom,$500 For Bathroom And $250 For Half Bath For Above Grade And $500 For Bedroom, $250 For Bathroom And $100 For Half Bath, Below Grade Was Utilized. Paired Data And Market Analysis Gla Adjustment For Rental Was Extracted At $1 Per +/-100 Square Feet.

I (WE) ESTIMATE THE MONTHLY MARKET RENT OF THE SUBJECT AS OF    10/11/2025    TO BE $    12,000

Appraiser(s) SIGNATURE
NAME    Emmanuel Nimako

Review Appraiser SIGNATURE
(If applicable)    NAME

Date Property Inspected  10/11/2025    Report Signed  10/13/2025
License or Certification #  CR2002017    State  DC
Expiration Date of License or Certification  02/28/2026

Date Property Inspected    Report Signed
License or Certification #    State
Expiration Date of License or Certification
Review Appraiser ☐ Did ☐ Did Not  Inspect Subject Property

Freddie Mac Form 1000  (8/88)

Form 1007 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Market Conditions Addendum to the Appraisal Report**

Loan#1009-25-01
File No.    627335

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| | | | | |
|---|---|---|---|---|
| Property Address    5631 MacArthur Blvd NW | | City Washington | State DC | ZIP Code 20016 |
| Borrower    Zanetta Williams | | | | |

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 3 | 1 | 0 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 0.50 | 0.33 | 0.00 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Total # of Comparable Active Listings | 2 | 4 | 12 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 4.0 | 12.0 | N/A | ☐ Declining | ☐ Stable | ☒ Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | $4,262,500 | $2,995,000 | N/A | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 0 | 25 | N/A | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Comparable List Price | $4,622,500 | $4,825,000 | $4,200,000 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 32 | 73 | 38 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Median Sale Price as % of List Price | 98% | 97% | N/A | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? ☐ Yes ☒ No | | | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).      An analysis was performed on 4 competing sales over the past 12 months. For those sales, a total of 0.0% were reported to have seller concessions.

Are foreclosure sales (REO sales) a factor in the market? ☐ Yes ☒ No     If yes, explain (including the trends in listings and sales of foreclosed properties).
An analysis was performed on 4 competing sales over the past 12 months. For those sales, a total of 0.0% were reported to be REO.

Cite data sources for above information.      Information reported in the Bright system (using an effective date of 10/11/2025) was utilized to arrive at the results noted on this addendum. Any percent change results noted in these comments are based on simple regression.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
An analysis was performed on 4 competing sales over the past 12 months. The sales within this group had a median sale price of $3,641,750. This analysis shows a change of -7.2% per month. Based on all sales in this same group, there is a 36.0 month supply. This analysis shows a change of +120% per month. These sales had a median DOM of 10. This analysis shows a change of -5.6% per month.

| If the subject is a unit in a condominium or cooperative project , complete the following: | | | Project Name: | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project? ☐ Yes ☐ No     If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| | |
|---|---|
| Signature | Signature |
| Appraiser Name    Emmanuel Nimako | Supervisory Appraiser Name |
| Company Name    Shabach Realty Services, Inc | Company Name |
| Company Address    524 Garrisonville Road, Garrisonville, Va 22463 | Company Address |
| State License/Certification #    CR2002017    State    DC | State License/Certification #    State |
| Email Address    emmanue@Shabachappraisal.Com | Email Address |

## Uniform Residential Appraisal Report

Loan#1009-25-01
File # 627335

**ADDITIONAL COMMENTS**

**Subject Section**-The Intended User Of This Appraisal Report Is F2 Finance LLC ISAOA/ATIMA. The Intended Use Is For The Identified Lender/Client To Evaluate The Property That Is The Subject Of This Appraisal For A Mortgage Finance Transaction, Subject To Stated Scope Of Work, Purpose Of The Appraisal, And Definition Of Market Value. No Additional Intended Users Are Identified Or Intended By The Appraiser.

**Improvement Section** - This Appraisal Is No Substitute For A Home Inspection. Information On Subject And Comparable Sales Data Which Was Used In This Report Was Provided By Financial Institutions, Government Agencies, Sales Agents, Real Estate Firms, And Tax Records Which Were Available At The Time Of Inspection. As Tax Records Are Only Periodically Updated And Sometimes Incomplete. It Is Therefore, Sometimes Necessary To Supplement Some Sales Data With Real Estate Firms And Their Information Services And Also Have Field Estimated Of Square Footage.This Information Is Assumed To Be True, Correct And Reliable. No Responsibility For The Accuracy Of Such Information Is Assumed By Appraiser. The Exterior Dimensions And Gross Living Areas Of The Subject Property And The Comparables Reported Throughout This Report Are Often Estimated, Due To The Existence Of Various Items Which May Impede Direct Measurement Of Exterior Walls. Furthermore, The Direct Measurements Of The Comparables Are Often Difficult Due To The Objection Of The Home Owners. If Direct Measurements Are Not Possible, The Appraiser Based The Gross Living Area And Basement Figures On Square Footage Reported On The Public Records Or Estimated From Similar Models Located In The Same Neighborhood.

**Exposure Time**-The Reasonable Exposure Time For The Subject Property At The Opinion Of Value Indicated Is Estimated To Be About 30 Days And Was Derived Using The Typical  Market Time Of Sale In The Subject Neighborhood And The Exposure Time Of Comparable Listings. The Nature Of Sales Were Also Taken Into ConsideratioN.

**Predominant Value** - The Subject Property Market Value Is Above The Range Of Predominant Property Value In The Market. This Has Less Effect On Values And Marketability Of The Subject Property. The Neighborhood Is Made Up Of Variety Of Property With Different Market Appeal, Size, Quality Of Construction And Condition. The Subject Property Is Not An Over Improvement In The Market.

**Site Section** - Appraiser Was Unable To Provide The Dimension Of The Lot Due To Unavailability Of Such Data In The Market Area. The Plat Map Is Not Attached.

**Photograph Certification** - The Photographs In This Report Are Digital Photos Utilizing Imaging Technology. The Appraiser Has Personally Inspected The Subject And All Comparables Utilized In   This Report; However, Some Of The Comparable Pictures May Have Been Downloaded From An Online Provider, Which Better Depicts The Comparables At The Time Of Sale (Possibly Due To Improvements Since Sale). The Photographs Used In This Appraisal Are A True And Correct Representation Of The Subject Property And The Comparables Sales Utilized In This Report. Although The Photographs May Have Been Enhanced During The Finishing Process, No Alterations Were Made To The Images Which Would Misrepresent The Appearance Of The Subject Property Or ComparablE.

**Prior Service**-The Appraiser Of This Report, As Indicated In The Signature Section, Have Not Provided Prior Service As An Appraiser For The Property Which Is The Subject Of This Report Within The Past Thirty-Six Months Preceding The Acceptance Of This Assignment.

Appraiser Fee: $800

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)     The Land Value Is Based On Land Residual Technique And Land Sale Comparison Approach.

| | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE _____ =$ | 2,050,000 |
| Source of cost data   Marshall And Swift | DWELLING   4,902 Sq.Ft. @ $ 350.00 _____ =$ | 1,715,700 |
| Quality rating from cost service   Average   Effective date of cost data   10/11/2025 | Basement   1,435 Sq.Ft. @ $ 250.00 _____ =$ | 358,750 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | _____ =$ | |
| The Estimated Economic Life Of The Subject Is 60 Years. The Cost | Garage/Carport   506 Sq.Ft. @ $ 150.00 _____ =$ | 75,900 |
| Approach Is Based On Building-Cost. Net And Local Contractor | Total Estimate of Cost-New   _____ =$ | 2,150,350 |
| Estimate. The Estimate Economic Life Is Based On Age-Life Guideline. | Less   Physical   Functional   External | |
| There Are No External Obsolesce Noted At The Time Of Inspection. | Depreciation   =$( ) | |
| Land To Value Ratio Is Typical In The Market Area | Depreciated Cost of Improvements   _____ =$ | 2,150,350 |
| | "As-is" Value of Site Improvements   _____ =$ | 875,000 |
| Estimated Remaining Economic Life (HUD and VA only)   60 Years | **INDICATED VALUE BY COST APPROACH** _____ =$ | 5,075,350 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ 12000 X Gross Rent Multiplier 420 = $ 5,040,000   Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)   The Income Approach To Value Consists Of Methods, Techniques, Data Gathering, And Analysis, And Mathematical Procedures To Analyze A Property's Capacity To Generate Income (Rental) And To Arrive At An Acceptable Capitalization Rate With Which To Covert The Expected Income Into Present Value.

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes ☐ No   Unit type(s)   ☐ Detached   ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases          Total number of units          Total number of units sold

Total number of units rented          Total number of units for sale          Data source(s)

Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?   ☐ Yes ☐ No  Data Source

Are the units, common elements, and recreation facilities complete?   ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Uniform Residential Appraisal Report

Loan#1009-25-01
File #  627335

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:   The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:   The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:   The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:   The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

Loan#1009-25-01
File #  627335

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Uniform Residential Appraisal Report

Loan#1009-25-01
File #  627335

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Emmanuel Nimako | Name |
| Company Name   Shabach Realty Services, Inc | Company Name |
| Company Address   524 Garrisonville Road | Company Address |
| Garrisonville, Va 22463 | |
| Telephone Number   571 340 0079 | Telephone Number |
| Email Address   emmanue@Shabachappraisal.Com | Email Address |
| Date of Signature and Report   10/13/2025 | Date of Signature |
| Effective Date of Appraisal   10/11/2025 | State Certification # |
| State Certification #   CR2002017 | or State License # |
| or State License # | State |
| or Other (describe)            State # | Expiration Date of Certification or License |
| State   DC | |
| Expiration Date of Certification or License   02/28/2026 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

5631 MacArthur Blvd NW
Washington, DC 20016
APPRAISED VALUE OF SUBJECT PROPERTY $        5,050,000
LENDER/CLIENT
Name
Company Name
Company Address

Email Address

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
     Date of Inspection
☐ Did inspect interior and exterior of subject property
     Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
     Date of Inspection

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

File No. 627335

| Borrower | Zanetta Williams | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 5631 MacArthur Blvd NW | | | | | | |
| City | Washington | County | District Of Columbia | State | DC | Zip Code | 20016 |
| Lender/Client | F2 Finance LLC ISAOA/ATIMA | | | | | | |

Underwriter Collateral Is A Collection Of Data Sources Utilized By Fnma/Freddie Mac And Hud. Facts Of Findings Stem From Data Resources And Other Data Systems Provided By Other Appraisers And Appraisal Reports, Local And Non-Local Mls/Public Records. Therefore Gla, Bedroom Count, Bathroom Count, Transfer History, Site Size, Age, Condition Ratings, Peer Model Adjustments, Price Per Square Foot, Predominate Values, Reported Similar And Dissimilar Properties Within The Immediate Market Area And Others Finding May Contradict The Information Within The Report. As Such The Appraiser Has Measured The Subject Property And Used Local Mls And Has Verified The Information Provided In This Appraisal For The Subject And All Comparables Used To Be Correct And Accurate Per The Stated Verification Of The Appraisers Data Within The Body Of The Report. The Adjustments That Were Made Are Standard (Qualitative) For The Subject's Indicated Market Value And The Appraiser's Personal Knowledge And Geographical Competence Within The Market.

The Sales Data Utilized Is Considered To Be The Best Data Available At This Time Due To Its Similarity To The Subject And Proximity Within The Neighborhood (Not Subdivision). The Appraiser Has Chosen Sales Data Based On Its Proximity, Similarity, And Date Of Sale First And Foremost. All Other Considerations Second. In Some Cases Sales Data That Is Close And Similar May Not Be The Best Data Available For Various Reasons And Will Be Excluded For Those Reasons (I.E. Unverifiable Information, Not Arms-Length, Etc...). The Appraiser Has Utilized Sales That Are Comparable In As Many Aspects As Possible. It Is Possible That Sales In Closer Proximity To The Subject Property May Have Occured In Recent Months But They Are Not Considered To Be Comparable. In Such A Case They Will Not Be Reflective Of Market Value For The Subject Property And Are Not Indicated In This Appraisal Report.

Price Per Square Foot
The Price Per Square Foot And Age Of Comparable 1,2,3,4,5 And 6 Adjusted Sale Price Exceeded Guidelines Due To Low Turnover Of Comparables With Similar Characteristics As The Subject Property, However,The Subject Property Is Within The Stated Price Range For Homes In This Area And The Fact That The Subject Property Does Not Represent The  Predominant Value Has No Adverse Effect On The Subject's Value Or Marketability.The Neighborhood Is Made Up Of Wide Variety Of Properties With Different Size,Design,Quality Of Construction And Condition.The Subject Property Is Not An Over/Under Improvement In The Market.

**Market Conditions And Seller Concessions**: The Market Research Of The Subject Neighborhood Identified 14 Properties That Sold Within 12 Months With Similar Characteristics To The Subject.  Available Data Indicates That The Price Trend For The Past Year Has Been Decreasing, But Not At A Rate That Warrants And Adjustment. The Market Conditions Addendum Displays An Overall Median Sale Price Increase Of 0.1% Per Month. The Appraiser Did Not Deem This Increase Significant Enough To Justify Labeling The Subject's Market As Increasing And Therefore, And An Adjustment For The Time Of Sale Is Not Needed As Of The Effective Date Of This Report. Seller Concessions Are Prevalent In The Market, However, An Adjustment Was Not Found To Be Necessary. The Market Does Not Appear To React To Concessions Nor Did Any Comparables Used Show An Increase In The Sales Price That Can Be Attributed To A Sales Or Financing Concession. However, Subject's Concession Was Found To Be Over The Deduced Market Acceptable Amount. This Does Not Affect Marketability And Value.

**Lot Size**: Lot Size Differences Greater Than 4000sf+/- Adjusted At The Rate Of $20. To Arrive At This Adjustment, 14 Different Adjustment Methods Were Utilized And Many Of Those Were Calculated On Three Sets Of Data. That Resulted In A Total Of 44 Different Analyses Being Performed. Of Those Analyses, A Total Of 27 Were Given Weight And Consideration. Average Grouped Data, True Paired Sales (Median And Average), Peer Adjustments (Median And Average), Seven Different Types Of Simple Regression, And Sensitivity Analysis Were The Adjustment Methods Used To Develop This Adjustment.

**Gross Living Area (Gla)**: Gla Differences Greater/Less Than 100 Adjusted At The Rate Of $250 Per Square Foot Above Grade And $100 Below Grade. To Arrive At This Adjustment, 15 Different Adjustment Methods Were Utilized And Many Of Those Were Calculated On Five Sets Of Data. That Resulted In A Total Of 45 Different Analyses Being Performed. Of Those Analyses, A Total Of 30 Were Given Weight And Consideration. Depreciated Cost, True Paired Sales (Median And Average), Peer Adjustments (Median And Average), Seven Different Types Of Simple Regression, And Sensitivity Analysis Were The Adjustment Methods Used To Develop This Adjustment.

**Bedroom Count**:Bedroom Adjustments Were Determined To Be $25,000 Above Grade And Below Grade Bedrooms Recreational Rooms, And Other Rooms Were Determined To Be $20,000. To Arrive At This Adjustment, 14 Different Adjustment Methods Were Utilized And Many Of Those Were Calculated On Three Sets Of Data. That Resulted In A Total Of 44 Different Analyses Being Performed. Of Those Analyses, A Total Of 19 Were Given Weight And Consideration. Grouped Data (Median And Average), Six Different Types Of Simple Regression, And Sensitivity Analysis Were The Adjustment Methods Used To Develop This Adjustment.

**Full Bathroom Count**: Full Bath Adjustments Were Determined To Be $20,000 Above Grade And 15,000 Below Grade. To Arrive At This Adjustment, 22 Different Adjustment Methods Were Utilized And Many Of Those Were Calculated On Three Sets Of Data. That Resulted In A Total Of 44 Different Analyses Being Performed. Of Those Analyses, A Total Of 16 Were Given Weight And Consideration. Average Grouped Data, Seven Different Types Of Simple Regression, And Sensitivity Analysis Were The Adjustment Methods Used To Develop This Adjustment.

**Half Bathroom Count**: Half Bath Adjustments Were Determined To Be $10,000 Above Grade And $8,000 Below Grade. To Arrive At This Adjustment, 15 Different Adjustment Methods Were Utilized And Many Of Those Were Calculated On Five Sets Of Data. That Resulted In A Total Of 45 Different Analyses Being Performed. Of Those Analyses, A Total Of Seven Were Given Weight And Consideration. Depreciated Cost, Peer Adjustments (Median And Average), And Least Absolute Deviation Regression Were The Adjustment Methods Used To Develop This Adjustment.

## Subject Photo Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Zanetta Williams | | | | | |
| Property Address | 5631 MacArthur Blvd NW | | | | | |
| City | Washington | County | District Of Columbia | State | DC | Zip Code 20016 |
| Lender/Client | F2 Finance LLC ISAOA/ATIMA | | | | | |



### Subject Front

5631 MacArthur Blvd NW
Sales Price
Gross Living Area   4,902
Total Rooms         13
Total Bedrooms      5
Total Bathrooms     5.1
Location            A;Res;BsyRd
View                N;CtyStr;
Site                6534 sf
Quality             Q3
Age                 0



### Subject Rear

Sales Price
Gross Living Area   4,902
Total Rooms         13
Total Bedrooms      5
Total Bathrooms     5.1
Location            A;Res;BsyRd
View                N;CtyStr;
Site                6534 sf
Quality             Q3
Age                 0



### Subject Side View

Sales Price
Gross Living Area   4,902
Total Rooms         13
Total Bedrooms      5
Total Bathrooms     5.1
Location            A;Res;BsyRd
View                N;CtyStr;
Site                6534 sf
Quality             Q3
Age                 0

## Subject Photo Page

| Borrower | Zanetta Williams | | | | |
|---|---|---|---|---|---|
| Property Address | 5631 MacArthur Blvd NW | | | | |
| City | Washington | County | District Of Columbia | State DC | Zip Code 20016 |
| Lender/Client | | | | | |



### Subject Side View

5631 MacArthur Blvd NW
Sales Price
Gross Living Area    4,902
Total Rooms    13
Total Bedrooms    5
Total Bathrooms    5.1
Location    A;Res;BsyRd
View    N;CtyStr;
Site    6534 sf
Quality    Q3
Age    0



### Subject Street View

Sales Price
Gross Living Area    4,902
Total Rooms    13
Total Bedrooms    5
Total Bathrooms    5.1
Location    A;Res;BsyRd
View    N;CtyStr;
Site    6534 sf
Quality    Q3
Age    0



### Subject Street View

Sales Price
Gross Living Area    4,902
Total Rooms    13
Total Bedrooms    5
Total Bathrooms    5.1
Location    A;Res;BsyRd
View    N;CtyStr;
Site    6534 sf
Quality    Q3
Age    0

## Subject Photo Page

| Borrower | Zanetta Williams | | | | |
|---|---|---|---|---|---|
| Property Address | 5631 MacArthur Blvd NW | | | | |
| City | Washington | County District Of Columbia | State DC | Zip Code 20016 | |
| Lender/Client | | | | | |



### Address Identification

5631 MacArthur Blvd NW

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 4,902 |
| Total Rooms | 13 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.1 |
| Location | A;Res;BsyRd |
| View | N;CtyStr; |
| Site | 6534 sf |
| Quality | Q3 |
| Age | 0 |



### Living Room

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 4,902 |
| Total Rooms | 13 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.1 |
| Location | A;Res;BsyRd |
| View | N;CtyStr; |
| Site | 6534 sf |
| Quality | Q3 |
| Age | 0 |



### Family Room

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 4,902 |
| Total Rooms | 13 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.1 |
| Location | A;Res;BsyRd |
| View | N;CtyStr; |
| Site | 6534 sf |
| Quality | Q3 |
| Age | 0 |

## Subject Interior Photo Page

| Borrower | Zanetta Williams | | | | |
|---|---|---|---|---|---|
| Property Address | 5631 MacArthur Blvd NW | | | | |
| City | Washington | County District Of Columbia | State DC | Zip Code 20016 | |
| Lender/Client | | | | | |



### B/F Nook

5631 MacArthur Blvd NW
Sales Price
Gross Living Area    4,902
Total Rooms    13
Total Bedrooms    5
Total Bathrooms    5.1
Location    A;Res;BsyRd
View    N;CtyStr;
Site    6534 sf
Quality    Q3
Age    0



### Dining Room

Sales Price
Gross Living Area    4,902
Total Rooms    13
Total Bedrooms    5
Total Bathrooms    5.1
Location    A;Res;BsyRd
View    N;CtyStr;
Site    6534 sf
Quality    Q3
Age    0



### Great Room With Fireplace

Sales Price
Gross Living Area    4,902
Total Rooms    13
Total Bedrooms    5
Total Bathrooms    5.1
Location    A;Res;BsyRd
View    N;CtyStr;
Site    6534 sf
Quality    Q3
Age    0

## tSubject Interior Photo Page

| Borrower | Zanetta Williams | | | | |
|---|---|---|---|---|---|
| Property Address | 5631 MacArthur Blvd NW | | | | |
| City | Washington | County District Of Columbia | State DC | Zip Code 20016 | |
| Lender/Client | | | | | |



### Kitchen

5631 MacArthur Blvd NW
Sales Price
Gross Living Area    4,902
Total Rooms    13
Total Bedrooms    5
Total Bathrooms    5.1
Location    A;Res;BsyRd
View    N;CtyStr;
Site    6534 sf
Quality    Q3
Age    0



### Office

Sales Price
Gross Living Area    4,902
Total Rooms    13
Total Bedrooms    5
Total Bathrooms    5.1
Location    A;Res;BsyRd
View    N;CtyStr;
Site    6534 sf
Quality    Q3
Age    0



### Bedroom 1

Sales Price
Gross Living Area    4,902
Total Rooms    13
Total Bedrooms    5
Total Bathrooms    5.1
Location    A;Res;BsyRd
View    N;CtyStr;
Site    6534 sf
Quality    Q3
Age    0

## Subject Interior Photo Page

| | |
|---|---|
| Borrower | Zanetta Williams |
| Property Address | 5631 MacArthur Blvd NW |
| City | Washington |
| Lender/Client | |

County District Of Columbia    State DC    Zip Code 20016



### Bedroom 2

5631 MacArthur Blvd NW
Sales Price
Gross Living Area    4,902
Total Rooms          13
Total Bedrooms       5
Total Bathrooms      5.1
Location             A;Res;BsyRd
View                 N;CtyStr;
Site                 6534 sf
Quality              Q3
Age                  0



### Bedroom 3

Sales Price
Gross Living Area    4,902
Total Rooms          13
Total Bedrooms       5
Total Bathrooms      5.1
Location             A;Res;BsyRd
View                 N;CtyStr;
Site                 6534 sf
Quality              Q3
Age                  0



### Sitting Area

Sales Price
Gross Living Area    4,902
Total Rooms          13
Total Bedrooms       5
Total Bathrooms      5.1
Location             A;Res;BsyRd
View                 N;CtyStr;
Site                 6534 sf
Quality              Q3
Age                  0

## Subject Interior Photo Page

| Borrower | Zanetta Williams | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5631 MacArthur Blvd NW | | | | | |
| City | Washington | County | District Of Columbia | State DC | Zip Code | 20016 |
| Lender/Client | | | | | | |



**Bedroom 4**

5631 MacArthur Blvd NW
Sales Price
Gross Living Area     4,902
Total Rooms          13
Total Bedrooms       5
Total Bathrooms      5.1
Location             A;Res;BsyRd
View                 N;CtyStr;
Site                 6534 sf
Quality              Q3
Age                  0



**Loft**

Sales Price
Gross Living Area     4,902
Total Rooms          13
Total Bedrooms       5
Total Bathrooms      5.1
Location             A;Res;BsyRd
View                 N;CtyStr;
Site                 6534 sf
Quality              Q3
Age                  0



**Bedroom 5**

Sales Price
Gross Living Area     4,902
Total Rooms          13
Total Bedrooms       5
Total Bathrooms      5.1
Location             A;Res;BsyRd
View                 N;CtyStr;
Site                 6534 sf
Quality              Q3
Age                  0

## Subject Interior Photo Page

| Borrower | Zanetta Williams | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5631 MacArthur Blvd NW | | | | | |
| City | Washington | County | District Of Columbia | State | DC | Zip Code  20016 |
| Lender/Client | | | | | | |



**H.Bath**

5631 MacArthur Blvd NW
Sales Price
Gross Living Area      4,902
Total Rooms            13
Total Bedrooms         5
Total Bathrooms        5.1
Location               A;Res;BsyRd
View                   N;CtyStr;
Site                   6534 sf
Quality                Q3
Age                    0



**Bathroom 1**

Sales Price
Gross Living Area      4,902
Total Rooms            13
Total Bedrooms         5
Total Bathrooms        5.1
Location               A;Res;BsyRd
View                   N;CtyStr;
Site                   6534 sf
Quality                Q3
Age                    0



**Bathroom 2**

Sales Price
Gross Living Area      4,902
Total Rooms            13
Total Bedrooms         5
Total Bathrooms        5.1
Location               A;Res;BsyRd
View                   N;CtyStr;
Site                   6534 sf
Quality                Q3
Age                    0

## Subject Interior Photo Page

| Borrower | Zanetta Williams | | | | |
|---|---|---|---|---|---|
| Property Address | 5631 MacArthur Blvd NW | | | | |
| City | Washington | County | District Of Columbia | State DC | Zip Code 20016 |
| Lender/Client | | | | | |



**Bathroom 3**

| | |
|---|---|
| 5631 MacArthur Blvd NW | |
| Sales Price | |
| Gross Living Area | 4,902 |
| Total Rooms | 13 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.1 |
| Location | A;Res;BsyRd |
| View | N;CtyStr; |
| Site | 6534 sf |
| Quality | Q3 |
| Age | 0 |



**Bathroom 4**

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 4,902 |
| Total Rooms | 13 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.1 |
| Location | A;Res;BsyRd |
| View | N;CtyStr; |
| Site | 6534 sf |
| Quality | Q3 |
| Age | 0 |



**Bathroom 5**

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 4,902 |
| Total Rooms | 13 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.1 |
| Location | A;Res;BsyRd |
| View | N;CtyStr; |
| Site | 6534 sf |
| Quality | Q3 |
| Age | 0 |

## Subject Interior Photo Page

| | |
|---|---|
| Borrower | Zanetta Williams |
| Property Address | 5631 MacArthur Blvd NW |
| City | Washington |
| Lender/Client | |

County: District Of Columbia    State: DC    Zip Code: 20016



### Recreational Room-Basement
5631 MacArthur Blvd NW

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 4,902 |
| Total Rooms | 13 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.1 |
| Location | A;Res;BsyRd |
| View | N;CtyStr; |
| Site | 6534 sf |
| Quality | Q3 |
| Age | 0 |



### Bedrooom-Basement

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 4,902 |
| Total Rooms | 13 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.1 |
| Location | A;Res;BsyRd |
| View | N;CtyStr; |
| Site | 6534 sf |
| Quality | Q3 |
| Age | 0 |



### Wine Celler-Basement

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 4,902 |
| Total Rooms | 13 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.1 |
| Location | A;Res;BsyRd |
| View | N;CtyStr; |
| Site | 6534 sf |
| Quality | Q3 |
| Age | 0 |

| Borrower | Zanetta Williams | | | | |
|---|---|---|---|---|---|
| Property Address | 5631 MacArthur Blvd NW | | | | |
| City | Washington | County District Of Columbia | | State DC | Zip Code 20016 |
| Lender/Client | | | | | |



### Bathroom-Basement

5631 MacArthur Blvd NW
Sales Price
Gross Living Area   4,902
Total Rooms         13
Total Bedrooms      5
Total Bathrooms     5.1
Location            A;Res;BsyRd
View                N;CtyStr;
Site                6534 sf
Quality             Q3
Age                 0



### Utility

Sales Price
Gross Living Area   4,902
Total Rooms         13
Total Bedrooms      5
Total Bathrooms     5.1
Location            A;Res;BsyRd
View                N;CtyStr;
Site                6534 sf
Quality             Q3
Age                 0



### Utility

Sales Price
Gross Living Area   4,902
Total Rooms         13
Total Bedrooms      5
Total Bathrooms     5.1
Location            A;Res;BsyRd
View                N;CtyStr;
Site                6534 sf
Quality             Q3
Age                 0

## Subject Interior Photo Page

| Borrower | Zanetta Williams | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5631 MacArthur Blvd NW | | | | | |
| City | Washington | County | District Of Columbia | State | DC | Zip Code 20016 |
| Lender/Client | | | | | | |



### Smoke Alarm Detector

5631 MacArthur Blvd NW
Sales Price
Gross Living Area      4,902
Total Rooms      13
Total Bedrooms      5
Total Bathrooms      5.1
Location      A;Res;BsyRd
View      N;CtyStr;
Site      6534 sf
Quality      Q3
Age      0



### Laundry

Sales Price
Gross Living Area      4,902
Total Rooms      13
Total Bedrooms      5
Total Bathrooms      5.1
Location      A;Res;BsyRd
View      N;CtyStr;
Site      6534 sf
Quality      Q3
Age      0



### 2 Car Garage

Sales Price
Gross Living Area      4,902
Total Rooms      13
Total Bedrooms      5
Total Bathrooms      5.1
Location      A;Res;BsyRd
View      N;CtyStr;
Site      6534 sf
Quality      Q3
Age      0

## Comparable Photo Page

| | |
|---|---|
| Borrower | Zanetta Williams |
| Property Address | 5631 MacArthur Blvd NW |
| City | Washington |
| Lender/Client | |

County District Of Columbia    State DC    Zip Code 20016



### Comparable 1

| | |
|---|---|
| 4907 Indian Ln NW | |
| Prox. to Subject | 0.64 miles E |
| Sale Price | 5,550,000 |
| Gross Living Area | 4,815 |
| Total Rooms | 12 |
| Total Bedrooms | 7 |
| Total Bathrooms | 3.1 |
| Location | N;Res; |
| View | N;CtyStr; |
| Site | 27596 sf |
| Quality | Q3 |
| Age | 98 |



### Comparable 2

| | |
|---|---|
| 3901 52nd St NW | |
| Prox. to Subject | 0.64 miles NE |
| Sale Price | 5,850,000 |
| Gross Living Area | 5,733 |
| Total Rooms | 13 |
| Total Bedrooms | 6 |
| Total Bathrooms | 5.1 |
| Location | N;Res; |
| View | N;CtyStr; |
| Site | 8732 sf |
| Quality | Q3 |
| Age | 1 |



### Comparable 3

| | |
|---|---|
| 4892 MacArthur Blvd NW | |
| Prox. to Subject | 1.09 miles SE |
| Sale Price | 3,021,000 |
| Gross Living Area | 4,633 |
| Total Rooms | 13 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4.1 |
| Location | A;Res;BsyRd |
| View | N;CtyStr; |
| Site | 4997 sf |
| Quality | Q3 |
| Age | 0 |

## Comparable Photo Page

| Borrower | Zanetta Williams | | | | |
|---|---|---|---|---|---|
| Property Address | 5631 MacArthur Blvd NW | | | | |
| City | Washington | County District Of Columbia | State DC | Zip Code 20016 | |
| Lender/Client | | | | | |



### Comparable 4

4809 V St NW

| | |
|---|---|
| Prox. to Subject | 1.21 miles SE |
| Sale Price | 4,262,500 |
| Gross Living Area | 6,315 |
| Total Rooms | 13 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.2 |
| Location | N;Res; |
| View | N;CtyStr; |
| Site | 7500 sf |
| Quality | Q3 |
| Age | 1 |



### Comparable 5

4509 Foxhall Cres NW

| | |
|---|---|
| Prox. to Subject | 1.15 miles SE |
| Sale Price | 4,999,999 |
| Gross Living Area | 4,394 |
| Total Rooms | 13 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.1 |
| Location | N;Res; |
| View | N;CtyStr; |
| Site | 13629 sf |
| Quality | Q3 |
| Age | 0 |



### Comparable 6

5070 Millwood Ln NW

| | |
|---|---|
| Prox. to Subject | 0.34 miles E |
| Sale Price | 7,495,000 |
| Gross Living Area | 2,942 |
| Total Rooms | 13 |
| Total Bedrooms | 5 |
| Total Bathrooms | 6.2 |
| Location | N;Res; |
| View | N;CtyStr; |
| Site | 13503 sf |
| Quality | Q3 |
| Age | 0 |

## Rental Photo Page

| | |
|---|---|
| Borrower | Zanetta Williams |
| Property Address | 5631 MacArthur Blvd NW |
| City | Washington |
| County | District Of Columbia |
| State | DC |
| Zip Code | 20016 |
| Lender/Client | |



### Rental 1

5152 Manning Pl NW

| | |
|---|---|
| Proximity to Subject | 0.10 miles NE |
| Adj. Monthly Rent | 10,500 |
| Gross Living Area | 4,145 |
| Total Rooms | 13 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.0 |
| Location | N;Res; |
| View | N;CtyStr; |
| Condition | C3 |
| Age/Year Built | 84 |



### Rental 2

4994 Warren St NW

| | |
|---|---|
| Proximity to Subject | 1.35 miles SW |
| Adj. Monthly Rent | 12,000 |
| Gross Living Area | 4,640 |
| Total Rooms | 13 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | N;Res; |
| View | N;CtyStr; |
| Condition | C3 |
| Age/Year Built | 24 |



### Rental 3

4927 Eskridge Ter NW

| | |
|---|---|
| Proximity to Subject | 0.57 miles SE |
| Adj. Monthly Rent | 12,900 |
| Gross Living Area | 3,823 |
| Total Rooms | 13 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | N;Res; |
| View | N;CtyStr; |
| Condition | C3 |
| Age/Year Built | 96 |

# Building Sketch

| Borrower | Zanetta Williams | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5631 MacArthur Blvd NW | | | | | |
| City | Washington | County | District Of Columbia | State | DC | Zip Code 20016 |
| Lender/Client | | | | | | |



**Area Calculations Summary**

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1968 Sq ft | | 51 × 20 = 1020 |
| | | | 12 × 9 = 108 |
| | | | 24 × 32 = 768 |
| | | | 4 × 4 = 16 |
| | | | 4 × 14 = 56 |
| Second Floor | 1992 Sq ft | | 44 × 36 = 1584 |
| | | | 9 × 12 = 108 |
| | | | 20 × 15 = 300 |
| Third Floor | 942 Sq ft | | 10 × 13 = 130 |
| | | | 31 × 16 = 496 |
| | | | 5 × 5 = 25 |
| | | | 15 × 17 = 255 |
| | | | 3 × 12 = 36 |
| **Total Living Area (Rounded):** | **4902 Sq ft** | | |
| **Non-living Area** | | | |
| 2 Car Attached | 506 Sq ft | | 22 × 23 = 506 |
| Basement | 1435 Sq ft | | 21 × 23 = 483 |
| | | | 13 × 12 = 156 |
| | | | 31 × 22 = 682 |
| | | | 19 × 6 = 114 |

TOTAL Sketch by a la mode

# Aerial Map

| Borrower | Zanetta Williams | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5631 MacArthur Blvd NW | | | | | |
| City | Washington | County | District Of Columbia | State | DC | Zip Code | 20016 |
| Lender/Client | | | | | | |



## Location Map

| Borrower | Zanetta Williams | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5631 MacArthur Blvd NW | | | | | |
| City | Washington | County | District Of Columbia | State | DC | Zip Code | 20016 |
| Lender/Client | | | | | | |



## USPAP Compliance Addendum

Loan # Loan#1009-25-01
File # 627335

| | |
|---|---|
| Borrower | Zanetta Williams |
| Property Address | 5631 MacArthur Blvd NW |
| City | Washington |
| County | District Of Columbia |
| State | DC |
| Zip Code | 20016 |
| Lender/Client | |

### APPRAISAL AND REPORT IDENTIFICATION

This Appraisal Report is one of the following types:

☒ Appraisal Report — This report was prepared in accordance with the requirements of the Appraisal Report option of USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report — This report was prepared in accordance with the requirements of the Restricted Appraisal Report option of USPAP Standards Rule 2-2(b). The intended user of this report is limited to the identified client. This is a Restricted Appraisal Report and the rationale for how the appraiser arrived at the opinions and conclusions set forth in the report may not be understood properly without the additional information in the appraiser's workfile.

### ADDITIONAL CERTIFICATIONS

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The report analyses, opinions, and conclusions are limited only by the reported assumptions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or specified) personal interest with respect to the parties involved.

- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- My analyses, opinions, and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

- This appraisal report was prepared in accordance with the requirements of Title XI of FIRREA and any implementing regulations.

### PRIOR SERVICES

☐ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☒ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

### PROPERTY INSPECTION

☐ I have NOT made a personal inspection of the property that is the subject of this report.

☒ I HAVE made a personal inspection of the property that is the subject of this report.

### APPRAISAL ASSISTANCE

Unless otherwise noted, no one provided significant real property appraisal assistance to the person signing this certification. If anyone did provide significant assistance, they are hereby identified along with a summary of the extent of the assistance provided in the report.

### ADDITIONAL COMMENTS

Additional USPAP related issues requiring disclosure and/or any state mandated requirements:   Prior Work Disclosure: Per The Conduct Section Of The Ethics Rule Of Uspap 2010-2011, It Is Required That The Appraiser Report Any Services Performed In The Preceding 3 Years On The Subject Property. I Have Not Performed Other Services, As An Appraiser, Regarding The Property That Is The Subject Of The Work Under Review Within The Three-Year Period Immediately Preceding Acceptance Of This Assignment.

Firrea Certification Statement: The Appraiser Certifies And Agrees That This Appraisal Was Prepared In Accordance With The Requirements Of Title Xi Of The Financial Institutions, Reform, Recovery & Enforcement Act (Firrea) Of 1989, As Amended (12 U.S.C. 3331 Et Seq.), And Any Applicable Implementing Regulations In Effect At The Time The Appraiser Signs The Appraisal Certification.

### MARKETING TIME AND EXPOSURE TIME FOR THE SUBJECT PROPERTY

☒ A reasonable marketing time for the subject property is  0-90  day(s) utilizing market conditions pertinent to the appraisal assignment.

☒ A reasonable exposure time for the subject property is  0-90  day(s).

### APPRAISER

Signature:

Name: Emmanuel Nimako

Date of Signature: 10/13/2025

State Certification #: CR2002017

or State License #:

State: DC

Expiration Date of Certification or License: 02/28/2026

Effective Date of Appraisal: 10/11/2025

### SUPERVISORY APPRAISER (ONLY IF REQUIRED)

Signature:

Name:

Date of Signature:

State Certification #:

or State License #:

State:

Expiration Date of Certification or License:

Supervisory Appraiser Inspection of Subject Property

☐ Did Not   ☐ Exterior-only from Street   ☐ Interior and Exterior

USPAP Compliance Addendum 2014

Page 1 of 1

Loan#1009-25-01

File No.    627335

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

Quality Ratings and Definitions

Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q3
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

UAD Version 9/2011 (Updated 1/2014)



COMMONWEALTH of VIRGINIA
Department of Professional and Occupational Regulation
9960 Mayland Drive, Suite 400, Richmond, VA 23233
Telephone: (804) 367-8500

EXPIRES ON

12-31-2025

NUMBER

4001017608

REAL ESTATE APPRAISER BOARD

CERTIFIED RESIDENTIAL REAL ESTATE APPRAISER



EMMANUEL ADJEI NIMAKO

DPOR

Status can be verified at http://www.dpor.virginia.gov

**HUDSON INSURANCE COMPANY**
100 William Street, 5th Floor
New York, NY 10038



### REAL ESTATE PROFESSIONAL ERRORS AND OMISSIONS INSURANCE POLICY
### DECLARATIONS

**NOTICE: THIS IS A "CLAIMS MADE AND REPORTED" POLICY. THIS POLICY REQUIRES THAT A CLAIM BE MADE AGAINST THE INSURED DURING THE POLICY PERIOD AND REPORTED TO THE INSURER, IN WRITING, DURING THE POLICY PERIOD OR AUTOMATIC EXTENDED REPORTING PERIOD.**

**THIS POLICY MAY CONTAIN PROVISIONS WHICH LIMIT THE AMOUNT OF CLAIM EXPENSES THE INSURER IS RESPONSIBLE TO PAY IN CONNECTION WITH CLAIMS. CLAIM EXPENSES SHALL BE SUBJECT TO ANY DEDUCTIBLE AMOUNT. THE PAYMENT OF CLAIM EXPENSES WILL REDUCE THE LIMITS OF LIABILITY STATED IN ITEM 4. OF THE DECLARATIONS. PLEASE READ YOUR POLICY CAREFULLY.**

**PLEASE READ THIS POLICY CAREFULLY.**

| | |
|---|---|
| **Policy Number:** | PRA-2RE-2012129       **Renewal of:** |
| **1. Named Insured:** | Shabach Realty Services, Inc |
| | (including **Predecessor Entities** and **DBA**'s) |
| **2. Physical Address:** | 524 Garrisonville Rd Garrisonville, VA, 22463 |
| **3. Mailing Address:** | 19164 Potomac Crest Dr Triangle, VA, 22172 |
| **4. Policy Period:** | **From:** 03/04/2025     **To:** 03/04/2026 |
| | 12:01 A.M. Standard Time at the address of the **Named Insured** as stated in Number 2 above |
| **5. Limit of Liability:** | **A. Per Claim:** $1,000,000     **B. Aggregate:** $1,000,000 |
| **6. Deductible:** | $5,000     **Each Claim** |
| **7. Policy Premium:** | $525.00 |
| **8. State Taxes/Surcharges:** | $0.00 |
| **9. Retroactive Date:** | 03/04/2025 |
| **10. Notice to Company:** | Notice of a Claim or Potential Claim should be sent to: Hudson Insurance Group 100 William Street, 5th Floor New York, NY 10038 Fax: (646)-216-3786 Email: hudsonclaims300@hudsoninsgroup.com |
| **11. Program Administrator:** | Riverton Insurance Agency Corp. |
| **12. Agent/Broker:** | OREP Insurance Services, LLC (888) 347-5273 |

*IN WITNESS WHEREOF, We have caused this policy to be executed by our President and our Corporate Secretary at New York, New York*

President                                              Secretary

## Appraiser Independence Certification

I do hereby certify, I have followed the appraiser independence safeguards in compliance with Appraisal Independence and any applicable state laws I may be required to comply with. This includes but is not limited to the following:

- I am currently licensed and/or certified by the state in which the property to be appraised is located My license is the appropriate license for the appraisal assignment(s) and is reflected on the appraisal report.
- I certify that there have been no sanctions against me for any reason that would impair my ability to perform appraisals pursuant to the required guidelines.

I assert that no employee, director, officer, or agent of _____Arivs, a division of PropertyRate, LLC_____ , or any other third party acting as joint venture partner, independent contractor, appraisal management company, or partner on behalf of _____F2 Finance LLC ISAOA/ATIMA_____ , influenced, or attempted to influence the development, reporting, result, or review of my appraisal through coercion, extortion, collusion, compensation, inducement, intimidation, bribery, or in any other manner.

I further assert that _____Arivs, a division of PropertyRate, LLC_____ has never participated in any of the following prohibited behavior in our business relationship:

1) Withholding or threatening to withhold timely payment or partial payment for an appraisal report;

2) Withholding or threatening to withhold future business with me, or demoting or terminating or threatening to demote or terminate me;

3) Expressly or impliedly promising future business, promotions, or increased compensation for myself;

4) Conditioning the ordering of my appraisal report or the payment of my appraisal fee or salary or bonus on the opinion, conclusion, or valuation to be reached, or on a preliminary value estimate requested from me;

5) Requesting that I provide an estimated, predetermined, or desired valuation in an appraisal report prior to the completion of the appraisal report, or requesting that I provide estimated values or comparable sales at any time prior to my completion of an appraisal report;

6) Provided me an anticipated, estimated, encouraged, or desired value for a subject property or a proposed or target amount to be loaned to the borrower, except that a copy of the sales contract for purchase transactions may be provided;

7) Provided to me, or my appraisal company, or any entity or person related to me as appraiser, appraisal company, stock or other financial or non-financial benefits;

8) Any other act or practice that impairs or attempts to impair my independence, objectivity, or impartiality or violates law or regulation, including, but not limited to, the Truth in Lending Act (TILA) and Regulation Z, or the USPAP.

| | |
|---|---|
| Signature | 10/13/2025 |
| | Date |
| Emmanuel Nimako | CR2002017 |
| Appraiser's Name | State License or Certification # |
| | 02/28/2026                                    DC |
| State Title or Designation | Expiration Date of License or Certification      State |

5631 MacArthur Blvd NW, Washington, DC 20016
Address of Property Appraised

05/13

# Market Conditions Charts – Page 1

| Borrower | Zanetta Williams | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5631 MacArthur Blvd NW | | | | | |
| City | Washington | County | District Of Columbia | State DC | Zip Code | 20016 |
| Lender/Client | F2 Finance LLC ISAOA/ATIMA | | | | | |



## Median $

An analysis was performed on 4 competing sales over the past 12 months. The sales within this group had a median sale price of $3,641,750. This analysis shows a change of -7.2% per month.



## Housing Supply

Based on all sales in this same group, there is a 36.0 month supply. This analysis shows a change of +120% per month.



## Sales DOM

These sales had a median DOM of 10. This analysis shows a change of -5.6% per month.



## Concession %

An analysis was performed on 4 competing sales over the past 12 months. For those sales, a total of 0.0% were reported to have seller concessions.

## Market Conditions Charts – Page 2

| Borrower | Zanetta Williams | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5631 MacArthur Blvd NW | | | | | |
| City | Washington | County | District Of Columbia | State | DC | Zip Code 20016 |
| Lender/Client | F2 Finance LLC ISAOA/ATIMA | | | | | |



### Foreclosure Analysis

An analysis was performed on 4 competing sales over the past 12 months. For those sales, a total of 0.0% were reported to be REO.



### Short Sale Analysis

## Market Conditions Adjustments

Multiple analyses of sale price on relevant data over the past 12 months in the subject's market was utilized to determine that the ideal method for market condition (i.e. time) adjustments is a simple linear regression trendline calculated based on all competing properties. The data shows that a linear rate of change of -7.22% per month is appropriate for this market and this percentage adjustment was applied to each closed comparable based on their sale date.

In addition, adjustments were applied to properties with seller concessions in order to reflect what the property would have sold for without those concessions. Adjustments were rounded to the nearest $100 but they were not applied to properties that have a sale date within 365 days of the effective date. When market trends show a property has an adjustment percent less than +/-10% that property was considered stable with current market conditions and no adjustment was made. The below chart and data (based on the effective date of 10/11/2025) show the market trend and adjustment details.



### Comparable Market Conditions (Time) Adjustments

**Trendline Value as of the Effective Date: $791,818**

| *Comparable | Sale Date | Sale Price | Concession Adj. | Trendline Value | Adjustment | Percent |
|---|---|---|---|---|---|---|
| 4894 Macarthur Blvd NW | No Adjustment - Sold Within 365 Days of the Effective Date | | | | | |
| 4892 Macarthur Blvd NW | No Adjustment - Sold Within 365 Days of the Effective Date | | | | | |
| 4809 V St NW | No Adjustment - Sold Within 365 Days of the Effective Date | | | | | |
| 3901 52nd St Nw | No Adjustment - Sold Within 365 Days of the Effective Date | | | | | |
| 4509 Foxhall Cres NW | Not a Closed Sale | | | | | |
| 5070 Millwood Ln NW | Not a Closed Sale | | | | | |

NOTE: The Trendline Value above for each comp is the value for the trendline on the date noted for each comparable. The percent adjustment is calculated by subtracting this value from the value as of effective date and then dividing by that same Trendline Value.

* May include properties that were considered but not utilized in the sales grid.