United States Bankruptcy Court

District of Maryland

In re:                                                                                    Case No. 25-19605-LSS

5410 30th Street DC LLC                                                   Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2026 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 5410 30th Street DC LLC, 12138 Central Ave, Bowie, MD 20721-1910 |
| cr | + | IBI Falcon US LLC, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| intp | + | IBI SBL Investment LP, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Greenbelt | |

District/off: 0416-0                    User: admin                    Page 2 of 2
Date Rcvd: Jul 14, 2026                 Form ID: pdfparty              Total Noticed: 3

USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 4

Case 25-19605    Doc 212    Filed 07/16/26    Page 2 of 3

District/off: 0416-0                    User: admin                    Page 2 of 2
Date Rcvd: Jul 14, 2026                 Form ID: pdfparty              Total Noticed: 3

USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 4

Entered: July 13th, 2026
Signed: July 13th, 2026

**SO ORDERED**

Order is modified.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### ORDER CLARIFYING DOCKET ENTRY

Upon consideration of the motion of IBI Falcon US LLC for clarification or reconsideration, and Debtor's proposed Order Sustaining Debtor's Revised Objection to Amended Proof of Claim No. 2 Filed by IBI Falcon US LLC [Dkt. No. 201] having never been signed by the Court but was docketed due to a clerical error, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Order Sustaining Debtor's Revised Objection to Amended Proof of Claim No. 2 Filed by IBI Falcon US LLC [Dkt. No. 201] is not an order of this Court and the docket text has been corrected to so reflect.

Copies: All counsel of record

1