Entered: July 17th, 2026
Signed: July 17th, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| 5410 30th Street DC, LLC, | * | Case No. 25-19605-LSS |
| | * | Chapter 11 |
| Debtor. | * | |

### ORDER GRANTING MOTION TO SHORTEN TIME
### AND REQUEST FOR EXPEDITED HEARING

Upon consideration of the Motion to Shorten Time and Request for Expedited Hearing (the "Motion") filed by 5410 30th Street DC, LLC, debtor and debtor in possession, requesting that the Court shorten the time to object to, and set an expedited hearing on, the Debtor's Motion to Compel Discovery Responses from IBI Falcon US LLC and IBI SBL Investment LP, and for an Award of Expenses under Fed. R. Civ. P. 37(a)(5)(A) (the "Underlying Motion"), and for good cause shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is GRANTED; and it is further,

ORDERED, that the time within which any party in interest may file an objection or response to the Underlying Motion is shortened to and including **July 21, 2026 at 2:00 p.m.**; and it is further,

ORDERED, that a virtual hearing on the Underlying Motion, is scheduled for **July 22, 2026, at 10:30 a.m.** The hearing will be held via videoconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688; and it is further,

ORDERED, that if no timely objection is filed, the Court may rule on the Underlying Motion without a hearing; and it is further,

ORDERED, that this Order shall be served on all parties in interest.


cc:

      Debtor

      Debtor's Counsel – Deirdre T. Johnson

      IBI – Maurice B. VerStandig

      U.S. Trustee