IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER DENYING MOTION TO COMPEL

Upon consideration of the motion to compel (the "Motion"), ECF No. 205, the opposition

of IBI Falcon US LLC and IBI SBL Investment LP thereto, governing law, and the record herein,

it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, DENIED.

Copies: All counsel of record

1