IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:                                            |
                                                  |
5410 30th Street DC, LLC,                         |        Case No.: 25-19605
                                                  |
        Debtor                                    |        Chapter 11
                                                  |

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of June, 2026, a copy of the **Monthly Operating Report for June 2026** was served by CM/ECF pursuant to Local Bankruptcy Rules of the District of Maryland upon:

        Maurice B. VerStandig, Esq.  mac@mbvesq.com

        L. Jeanette Rice - Jeanette.Rice@usdoj.gov

        USTPRegion04.GB.ECF@USDOJ.GOV

        And by US Mail (First Class) to All Creditors and Parties in Interest as listed on the Court's Mailing Matrix (attached)


 /s/ Deirdre T Johnson, Esq
Deirdre T. Johnson, Esq
Deirdre T Johnson, Attorney at Law
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20772

Attn: Albeiro Medina
T&AA Construction, and Any / All Affiliates
11820 Parklawn Dr, Suite 380
Rockville, MD  20852

BHI Construction, and Any/All Affiliates
9342 Annapolis Rd
Lanham, MD  20706

City Concrete, and Any / All Affiliates
9284 Corp Circle
Manassas, VA 20110

DC Municipal Investments, LLC
c/o:  Heidi S. Kenny, Esq
Kenny Law Group, LLC
11426 York Rd, 1st Floor
Cockeysville, MD  21030

DC Office of Tax & Revenue
Office of CFO
1101 4th St, SW
Washington, DC  20024

DC Water
1385 Canal St, SE
Washington, DC  20003

Fund That Flip / Upright
1300 E. 9th St, Suite 1310
Cleveland, OH  44114

IBI SBL Investment LP
IBI Falcon US, LLC
c/o The VerStandig Law Firm
9812 Falls Rd, #114-160
Potomac, MD  20854

Kylie Properties, LLC
Suite 200 #1060
12345 Parklawn Dr
Washington, DC 20002

PEPCO
701 9th St, NW
Washington, DC  20068

Santorini Capital LLC, and Any/All
Affiliates
Suite 200
2000 Massachusetts Ave, NW
Washington, DC 20036

Washington Gas
Attn:  Customer Care
6801 Industrial Rd
Springfield, VA  22151

Yonis Benitez
612 Oglethorpe St, NW
Washington, DC  20011