Entered: July 23rd, 2026
Signed: July 22nd, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| 5410 30th Street DC LLC, | * | Case No. 25-19605-LSS |
| Debtor. | * | Chapter 11 |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING, IN PART, AND DENYING, IN PART, MOTION TO COMPEL

On July 22, 2026, this case came before the Court for a hearing on the Motion to Compel Discovery Responses from IBI Falcon US LLC and IBI SBL Investment LP, and for an Award of Expenses Under Fed. R. Civ.P. 37(a)(5)(A) [Dkt. No. 205] ("Motion to Compel"), filed by Debtor, 5410 30th Street DC LLC, and the Opposition [Dkt. No. 216], filed by IBI Falcon US LLC ("IBI Falcon") and IBI SBL Investment LP ("IBI SBL"). During the hearing Debtor's counsel worked through Debtor's requests in the Motion to Compel, after argument from Debtor's counsel and counsel for IBI Falcon and IBI SBL, the Court issued its rulings on the record. For the reasons stated in the Court's oral ruling, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion to Compel is **GRANTED**, in part, and **DENIED**, in part, as provided herein; and it is further,

**ORDERED**, that IBI SBL's response to IBI SBL Interrogatory Nos. 3 and 4 are deemed complete and Debtor's request to compel a further response thereto is DENIED; and it is further,

**ORDERED**, that IBI SBL's response to IBI SBL Interrogatory No. 5 is deemed complete and Debtor's request to compel a further response thereto is DENIED; and it is further,

**ORDERED**, that IBI Falcon shall amend its response to IBI Falcon Interrogatory No. 4 to clarify whether it ever received any payments on account of the Note and, to that extent, Debtor's request to compel a further response thereto is GRANTED; and it is further,

**ORDERED**, that IBI SBL shall amend its response to IBI SBL Interrogatory No. 25 to provide that no natural person has had custody of the Note and shall provide a chain of custody log including the names and dates of known entities that have had custody of the Note and, to that extent, Debtor's request to compel a further response thereto is GRANTED; and it is further,

**ORDERED**, that IBI Falcon's response to IBI Falcon Request for Admission No. 9 is deemed complete and Debtor's request to compel a further response thereto is DENIED; and it is further,

**ORDERED**, that IBI Falcon shall amend its response to IBI Falcon Request for Admission No. 30 to reflect that it does not possess any documents responsive to the request and, to that extent, Debtor's request to compel a further response thereto is GRANTED; and it is further,

**ORDERED**, that IBI Falcon's responses to IBI Falcon Request for Production Nos. 21 & 27, and IBI SBL's responses to IBI SBL Request for Production Nos. 16 & 22 are deemed complete and Debtor's request to compel further metadata production is DENIED as unduly burdensome; and it is further,

2

**ORDERED**, that, in light of the representation of counsel for IBI Falcon and IBI SBL that neither party withheld documents on account of privilege and Debtor's counsel not raising Debtor's request for IBI Falcon and IBI SBL to provide a privilege log, Debtor's request for a privilege log is DENIED; and it is further,

**ORDERED**, that Debtor's request for an award of attorney's fees is DENIED; and it is further,

**ORDERED**, that all other requests for relief stated in the Motion to Compel or Opposition not specifically addressed herein are DENIED.

cc:     Debtor – Deirdre Theresa Johnson
        IBI Falcon & IBI SBL – Maurice B. VerStandig

**End of Order**