United States Bankruptcy Court
District of Maryland

In re:                                                                          Case No. 25-19605-LSS

5410 30th Street DC LLC                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                          User: admin                                    Page 1 of 1
Date Rcvd: Jul 23, 2026                       Form ID: pdfparty                              Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | IBI Falcon US LLC, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| intp | + | IBI SBL Investment LP, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 4

Entered: July 23rd, 2026
Signed: July 22nd, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| 5410 30th Street DC LLC, | * | Case No. 25-19605-LSS |
| Debtor. | * | Chapter 11 |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ORDER GRANTING, IN PART, AND DENYING, IN PART, MOTION TO COMPEL

On July 22, 2026, this case came before the Court for a hearing on the Motion to Compel Discovery Responses from IBI Falcon US LLC and IBI SBL Investment LP, and for an Award of Expenses Under Fed. R. Civ.P. 37(a)(5)(A) [Dkt. No. 205] ("Motion to Compel"), filed by Debtor, 5410 30th Street DC LLC, and the Opposition [Dkt. No. 216], filed by IBI Falcon US LLC ("IBI Falcon") and IBI SBL Investment LP ("IBI SBL"). During the hearing Debtor's counsel worked through Debtor's requests in the Motion to Compel, after argument from Debtor's counsel and counsel for IBI Falcon and IBI SBL, the Court issued its rulings on the record. For the reasons stated in the Court's oral ruling, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion to Compel is **GRANTED**, in part, and **DENIED**, in part, as provided herein; and it is further,

**ORDERED**, that IBI SBL's response to IBI SBL Interrogatory Nos. 3 and 4 are deemed complete and Debtor's request to compel a further response thereto is DENIED; and it is further,

**ORDERED**, that IBI SBL's response to IBI SBL Interrogatory No. 5 is deemed complete and Debtor's request to compel a further response thereto is DENIED; and it is further,

**ORDERED**, that IBI Falcon shall amend its response to IBI Falcon Interrogatory No. 4 to clarify whether it ever received any payments on account of the Note and, to that extent, Debtor's request to compel a further response thereto is GRANTED; and it is further,

**ORDERED**, that IBI SBL shall amend its response to IBI SBL Interrogatory No. 25 to provide that no natural person has had custody of the Note and shall provide a chain of custody log including the names and dates of known entities that have had custody of the Note and, to that extent, Debtor's request to compel a further response thereto is GRANTED; and it is further,

**ORDERED**, that IBI Falcon's response to IBI Falcon Request for Admission No. 9 is deemed complete and Debtor's request to compel a further response thereto is DENIED; and it is further,

**ORDERED**, that IBI Falcon shall amend its response to IBI Falcon Request for Admission No. 30 to reflect that it does not possess any documents responsive to the request and, to that extent, Debtor's request to compel a further response thereto is GRANTED; and it is further,

**ORDERED**, that IBI Falcon's responses to IBI Falcon Request for Production Nos. 21 & 27, and IBI SBL's responses to IBI SBL Request for Production Nos. 16 & 22 are deemed complete and Debtor's request to compel further metadata production is DENIED as unduly burdensome; and it is further,

2

**ORDERED**, that, in light of the representation of counsel for IBI Falcon and IBI SBL that neither party withheld documents on account of privilege and Debtor's counsel not raising Debtor's request for IBI Falcon and IBI SBL to provide a privilege log, Debtor's request for a privilege log is DENIED; and it is further,

**ORDERED**, that Debtor's request for an award of attorney's fees is DENIED; and it is further,

**ORDERED**, that all other requests for relief stated in the Motion to Compel or Opposition not specifically addressed herein are DENIED.

cc:     Debtor – Deirdre Theresa Johnson
        IBI Falcon & IBI SBL – Maurice B. VerStandig

**End of Order**

3