United States Bankruptcy Court

District of Maryland

In re:

Case No. 25-19605-LSS

5410 30th Street DC LLC

Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 23, 2026 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 5410 30th Street DC LLC, 12138 Central Ave, Bowie, MD 20721-1910 |
| cr | + | IBI Falcon US LLC, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| intp | + | IBI SBL Investment LP, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 4

Entered: July 23rd, 2026
Signed: July 23rd, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re:                                    *

5410 30th Street DC LLC,                  *      Case No. 25-19605-LSS

    Debtor.                              *      Chapter 11

                                          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

This case is scheduled to come before the Court for an omnibus hearing on August 5, 2026, on several contested matters including the Motion to Enforce the Automatic Stay and for Sanctions for Willful Violation of 11 U.S.C. § 362 [Dkt. No. 60] ("Motion to Enforce Stay"), filed by Debtor, Motion to Convert Case to Chapter 7 [Dkt. No. 95] ("Motion to Convert"), filed by IBI Falcon US LLC ("IBI Falcon") and IBI SBL Investments LP ("IBI SBL"), Objection to Proof of Claim No. 2 [Dkt. No. 116] ("Claim Objection"), filed by Debtor, Motion for Determination that IBI Falcon is Not a Party in Interest [Dkt. No. 133] ("Party in Interest Motion"), filed by Debtor, Motio for Relief from Stay [Dkt. No. 195], filed by IBI Falcon, and the responses and oppositions to the foregoing. The Court continued a previously scheduled hearing on some of the foregoing matters to allow Debtor to conduct discovery. In the interim,

the parties have appeared before the Court on multiple occasions. It has become apparent that the issue of standing of both Debtor and IBI Falcon will be central to these matters. However, the pleadings do not adequately discuss the standing issues. Accordingly, the Court has determined that the Debtor and IBI Falcon should submit briefs citing applicable statutory provisions and case law addressing the following:

(1) Whether, under District of Columbia law, Debtor has standing to challenge the assignments of the Note in connection with Debtor's Claim Objection;

(2) Whether, under Bankruptcy law, IBI Falcon has standing to bring the Motion for Relief from Stay; and

(3) Whether, under District of Columbia and Bankruptcy law, IBI Falcon has standing to bring the Motion to Convert.

In conducting brief research, the Court found two opinions the parties should include in their respective discussions. *See Rivera v. Rosenberg & Assocs., LLC*, 142 F. Supp. 3d 149, 155 (D.D.C. 2015) (as to Debtor's standing to challenge the assignments); and *Singh v. Lai*, 417 F. Supp. 3d 694, 699 (D. Md. 2019) (as to IBI Falcon's standing to bring the Motion for Relief from Stay). In addition, the Debtor should include in its brief a clear explanation of why IBI Falcon is not entitled to enforce the Note and Deed of Trust under District of Columbia law, and who is or may be entitled to enforce the Note and Deed of Trust. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that Debtor shall file a brief addressing the issues described above no later than **Thursday, July 30, 2026**; and it is further,

**ORDERED**, that IBI Falcon shall file a response brief addressing the issues described above and Debtor's brief no later than **Monday, August 3, 2026**; and it is further,

2

**ORDERED**, that the parties should be prepared to present oral argument on the issue of standing at the beginning of the hearing scheduled on **Wednesday, August 5, 2026**.

cc:    Debtor – Deirdre Theresa Johnson
       IBI Falcon & IBI SBL – Maurice B. VerStandig

**End of Order**