IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:                                          |
                                                |
5410 30th Street DC, LLC,            |          Case No.: 25-19605
                                                |
          Debtor                                |          Chapter 11
                                                |

---

**NOTICE OF FIRST APPLICATION OF DEIRDRE T. JOHNSON, COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2025 THROUGH JUNE 30, 2026**

---

Pursuant to Local Bankruptcy Rule 2002-1, notice is hereby given that:

1. The Debtor's attorney (hereafter "Applicant") filed an Application for Allowance of Supplemental Attorney's Fees and Reimbursement of Expenses (the "Application").

2. The Application seeks allowance of fees in the amount of $70,815.00 and reimbursement of expenses in the amount of $21.60 in connection with services rendered for the benefit of the Debtor and the bankruptcy estate during the period of November 1, 2025 through June 26, 2026, in this Chapter 11 case.

3. Pursuant to the Local Bankruptcy Rules, Applicant has filed a supplemental Federal Rule of Bankruptcy Procedure 2016(b) Disclosure along with the Application describing services rendered on behalf of the Debtor.

4. If the Court approves the Application, the approved fees and expenses may be paid by the Debtor or through the Chapter 11 Trustee as an administrative expense of the bankruptcy estate pursuant to 11 U.S.C. §§ 330(a) and 503(b)(2).

5. Applicant avers the approval of the requested fees and expenses:

   ☐ will not affect distribution to creditors under the Debtor's plan

   ☐ will affect distribution to creditors under the plan in the following manner: N/A

Any objection to the Application must be filed within 21 days of the date of the Application with the Clerk of the Bankruptcy Court (parties served by mail may add three (3) additional days to this deadline), with a copy sent to the undersigned and the Chapter 11 Trustee, and shall state the factual and legal grounds on which it is based.

6. The Application may be approved without further order or notice if no timely objection is filed, and the Court, in its discretion, may conduct a hearing or determine the matter without a hearing regardless of whether an objection is filed.

7. Parties in interest with questions may contact the undersigned.


Date: July 26, 2026

**/s/ Deirdre T. Johnson**
Deirdre T. Johnson, Esq.
Law Office of Deirdre T. Johnson, Esq.
9701 Apollo Dr, Suite 301
Upper Marlboro, MD 20774
(301) 742-5385
dtjesq@dtjohnsonlaw.com
Applicant


<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that, on the 26th day of July, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing NOTICE OF FIRST APPLICATION OF DEIRDRE T. JOHNSON, COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2025 THROUGH JUNE 30, 2026 will be served electronically by the Court's CM/ECF system on the following:

Maurice B. VerStandig, Esq. (mac@mbvesq.com)
L. Jeanette Rice Jeanette.Rice@usdoj.gov, and
Office of the United States Trustee (USTPRegion04.GB.ECF@USDOJ.GOV)

I HEREBY FURTHER CERTIFY that, on the 26th day of July, 2026, a copy of the foregoing NOTICE OF FIRST APPLICATION OF DEIRDRE T. JOHNSON, COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2025 THROUGH JUNE 30, 2026 was also mailed first class, postage prepaid, to all parties listed on the attached creditor matrix

**/s/ Deirdre T. Johnson**
Deirdre T. Johnson, Esq.

Attn: Albeiro Medina
T&AA Construction, and Any / All Affiliates
11820 Parklawn Dr, Suite 380
Rockville, MD  20852

BHI Construction, and Any/All Affiliates
9342 Annapolis Rd
Lanham, MD  20706

City Concrete, and Any / All Affiliates
9284 Corp Circle
Manassas, VA 20110

DC Municipal Investments, LLC
c/o:  Heidi S. Kenny, Esq
Kenny Law Group, LLC
11426 York Rd, 1st Floor
Cockeysville, MD  21030

DC Office of Tax & Revenue
Office of CFO
1101 4th St, SW
Washington, DC  20024

DC Water
1385 Canal St, SE
Washington, DC  20003

Fund That Flip / Upright
1300 E. 9th St, Suite 1310
Cleveland, OH  44114

IBI SBL Investment LP
IBI Falcon US, LLC
c/o The VerStandig Law Firm
9812 Falls Rd, #114-160
Potomac, MD  20854

Kylie Properties, LLC
Suite 200 #1060
12345 Parklawn Dr
Washington, DC 20002

PEPCO
701 9th St, NW
Washington, DC  20068

Santorini Capital LLC, and Any/All
Affiliates
Suite 200
2000 Massachusetts Ave, NW
Washington, DC 20036

Washington Gas
Attn:  Customer Care
6801 Industrial Rd
Springfield, VA  22151

Yonis Benitez
612 Oglethorpe St, NW
Washington, DC  20011