IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## **OPPOSITION TO MOTION TO CONTINUE HEARING**

Comes now IBI Falcon US LLC ("IBI Falcon"), by and through undersigned counsel, in response to the motion to continue (the "Motion"), ECF No. 206, filed by 5410 30th Street DC LLC (the "Debtor"), and states as follows:

The Motion is premised upon a contemporaneously-filed motion to compel discovery, ECF No. 205, which has since been adjudicated, ECF No. 221. All discovery ordered to be supplemented has been supplemented. And the exigency putatively underlying the Motion is accordingly no longer extant in nature (to the extent an exigency existed in the first instance).

Additionally, it bears notation that one of the items set for hearing is a stay relief motion, and the at-issue stay will lapse by statute if a hearing is not timely held. 11 U.S.C. § 362(e).

WHEREFORE, IBI Falcon respectfully prays this Honorable Court deny the Motion and afford such other and further relief as may be just and proper.

*[Signature on Following Page]*

Respectfully submitted,

Dated: July 28, 2026

By: /s/ Maurice B. VerStandig
   Maurice B. VerStandig, Esq.
   Bar No. 18071
   The VerStandig Law Firm, LLC
   9812 Falls Road, #114-160
   Potomac, Maryland 20854
   Phone: (301) 444-4600
   Facsimile: (301) 444-4600
   mac@mbvesq.com
   *Counsel for IBI Falcon US LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Deirdre Theresa Johnson    dtjesq@dtjohnsonlaw.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2