7:00

 Oren

The Managing Partner?
Dor?
6:16 AM ✓✓

Oren Streit
No, Dor was the VP and I
replaced him.
Amir is the managing
partner.
He wants to talk with you .
Let's jump to a quick call
today at your morning pls
6:25 AM

So Dor is no longer there
and this is a new person?
And what would the calm
be about?
6:26 AM ✓✓

Oren Streit
Zanetta, we want to see if
we can get into an
agreement with you.
We are ready to dismiss the
bankruptcy and eventually



**EXHIBIT**

**3**