RE: 399504816 - 5631 MacArthur Boulevard NW Washington DC 20016 - 5410 30th Street DC LLC

From:   Michael Palumbo (michael@gplawllc.com)

To:     zanettaw@yahoo.com

Cc:     mahmud.naser@upright.us; dor@ibi.co.il; orens@ibi.co.il; anthony@gplawllc.com

Date:   Friday, February 7, 2025 at 02:07 PM EST



**EXHIBIT**

**4**

Dear Zanetta:

Good afternoon.

I am in receipt of your email and voicemail message(s).

FTF Lending, LLC sold this loan to IBI SBL Investment LP on or about 03/06/2024.  IBI is now making the decisions on this loan.  So, I will follow-up with IBI related to your request(s) below and advise accordingly.  That said, IBI expressly reserves all rights and remedies under the Notice of Default issued on 01/27/2025.

Please call/email me with any questions/concerns.

Thank you.


Sincerely,
Michael J. Palumbo
**Gingo Palumbo Law Group LLC**
Summit One
4700 Rockside Road, Suite 440
Independence, Ohio 44131
Direct: (216) 503-9512
Fax: (888) 827-0855
Cell: (330) 301-0369



THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination, other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer. If applicable, this email is sent to the person or entity to which it is addressed and is sent for settlement purposes only pursuant to Federal and Ohio Rules of Evidence 408 and shall remain confidential and privileged. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice

contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** ZW <zanettaw@yahoo.com>
**Sent:** Tuesday, February 4, 2025 4:42 PM
**To:** Anthony Gingo <anthony@gplawllc.com>; Michael Palumbo <michael@gplawllc.com>; dor@ibl.co.il
**Cc:** Mahmud Naser <mahmud.naser@upright.us>
**Subject:** 5631 MacArthur Blvd Washington, DC 20016

You don't often get email from zanettaw@yahoo.com. Learn why this is important

To Whom It May Concern:

My name is Zanetta Williams and I am the owner of 5631 MacArthur Blvd Washington, DC 20016.

I am writing regarding my request for cure of default and maturity or the subject property/loan. I am committed to getting this project completed and sold. I've owned this property since May 2023 and I've never missed a single payment until the onset of the expiration of Fund That Flip now Upright.

It took me from May 2024 when I was first unsuccessful at obtaining a draw until September 2024 to be told what was going on with the company. I called, I called and I called to no avail. I was not informed of the state of Upright until September 2024. As you can imagine this incident has completely turned my business upside down and I am just trying to recover and finish this project. I am communicating this information so that it is clear that I do customarily satisfy my commitments as it relates to interest payments. This situation that I am in at this point is definitely an isolated incident. I am very experienced at fix and flips, home building, etc.

I have been working with Mr. Naser (and he has been extremely helpful) on a solution/cure to this situation since September of last year to no avail. In addition I am in receipt of the notification from Mr. Anthony J. Gingo and Michael J. Palumbo. I contacted both Mr. Gingo and Mr. Palumbo and left a voicemail with hopes of a return call to discuss my request in further detail.

The renovation budget that remains with Upright is sufficient for me to complete the project. That said I am requesting the following:

That my loan is reinstated and that my interest payments (both past and future) are deffered to the end of the loan to be paid when I sale the project.

That the default fees are waived

That I am granted an extension that will allow time for completion of the project and sale (projects at this price point can take time to move, especially given the current political environment. I would request that this is taken into account when we determine how long the extension will be.)

That there will not be a foreclosure initiated.

Please provide your thoughts and if this is acceptable at your earliest. I would also love to have a deeper discussion regarding the above mentioned. Should you have any additional questions or concerns please feel free to contact me.

Please confirm receipt.

Thank you,

Zanetta Williams

301-602-0250

 25 01 27-NOD-Maturity-5631MacArthur.pdf
260.7 kB