

**EXHIBIT**

**10**

6:50 — 80

...

# Chats

🔍 Ask Meta AI or Search

Archived



**+972 54-761-6860**   Thursday
📞 Missed voice call

**Oren**                              Thursday
👥 Oren: We prefer to discuss
commercial terms with you...

**Oren Streit**                    4/28/26
📞 Missed voice call



...someon.

Updates    Calls    Communities    **Chats**    You