

The county of Washington D.C. | Office of Tax and Revenue, Recorder of Deeds
Ida Williams

**EXHIBIT 19**

Date: 07/17/2026

## Search Criteria

**Certified Date Range:** 01/01/1900 – 07/14/2026

**Department:** Real Property

**Legal Description:** Square: 1446, Lot: 0043

**Recorded Date Range:** 01/01/1900-07/17/2026

| Document Number | Doc Type | Grantor | Grantee | Doc Kind | Recorded Date | Square | Lot | Related Document |
|---|---|---|---|---|---|---|---|---|
| 2025112580 | OPR/--/-- | IBI FALCON US LLC, 5410 30TH STREET DC LLC, | DRAZIN RUSSELL S., | APPOINTMENT SUBSTITUTE TRUSTEE | 11/19/2025 | 1446 | 0043 | 2023039109 |
| 2025110562 | OPR/--/-- | IBI Falcon US LLC, | 5410 30th Street DC LLC, | FORECLOSURE AFFIDAVIT | 11/13/2025 | 1446 | 0043 | |
| 2025106567 | OPR/--/-- | IBI SBL INVESTMENT LP, 5410 30TH STREET DC LLC, | IBI FALCON US LLC, | FINANCING STATEMENT ASSIGNMENT | 10/31/2025 | 1446 | 0043 | 2023039110 |
| 2025067961 | OPR/--/-- | IBI SBL INVESTMENT LP, 5410 30TH STREET DC LLC, | IBI FALCON US LLC, | TRUST ASSIGNMENT | 7/9/2025 | 1446 | 0043 | 2023039109, 2024028399 |
| 2025052461 | OPR/--/-- | DC MUNICIPAL INVESTMENTS,LLC, | 5410 30TH STREET DC LLC, | LIS PENDENS | 5/29/2025 | 1446 | 0043 | |
| 2025038726 | OPR/--/-- | 5410 30TH STREET DC LLC, | DONEGAN BRIAN P, LEAHY WILLIAM F, | TRUST | 4/18/2025 | 1446 | 0043 | |
| 2025017114 | OPR/--/-- | 5410 30TH STREET DC LLC, FTF LENDING LLC, | IBI SBL INVESTMENT LP, | FINANCING STATEMENT ASSIGNMENT | 2/19/2025 | 1446 | 0043 | 2023039110 |

Case 25-19605    Doc 227-19    Filed 07/29/26    Page 2 of 2

| Document Number | Book Type/Sub Area | Party 1 | Party 2 | Doc Type | Recorded Date | Volume | Lot | Related Instrument Number |
|---|---|---|---|---|---|---|---|---|
| 2024028399 | OPR/–/– | FTF Lending, LLC, 5410 30TH STREET DC, | IBI SBL INVESTMENT LP, | TRUST ASSIGNMENT | 3/27/2024 | 1446 | 0043 | 2023039109, 2025067961 |
| 2024012685 | OPR/–/– | 5410 30TH STREET DC HAMILTON LLC, | Santorini Capital LLC, | ASSIGNMENT | 2/9/2024 | 1446 | 0043 | 2023039109 |
| 2024012684 | OPR/–/– | 5410 30th Street DC LLC, | DONEGAN BRIAN P, LEAHY WILLIAM F, | TRUST | 2/9/2024 | 1446 | 0043 | |
| 2023039110 | OPR/–/– | 5410 30TH STREET DC LLC, | FTF LENDING, LLC, | FINANCING STATEMENT | 5/10/2023 | 1446 | 0043 | 2025017114, 2025106567 |
| 2023039109 | OPR/–/– | 5410 30th Street DC LLC, | First American TR Services of DC, LLC, | TRUST | 5/10/2023 | 1446 | 0043 | 2024012685, 2024028399, 2025067961, 2025112580 |
| 2023039108 | OPR/–/– | MITROVIC SNEZANA, DRAGACEVAC ZORAN, ZORAN DRAGACEVAC AND SNEZANA MITROVIC LIVING TRUST, | 5410 30th Street DC LLC, | DEED | 5/10/2023 | 1446 | 0043 | |
| 2023003898 | OPR/–/– | DRAGACEVAC ZORAN, SNEZANA MITROVIC LIVING TRUST, | DISTRICT OF COLUMBIA, DC DEPARTMENT OF BUILDINGS, | COVENANT | 1/17/2023 | 1446 | 0043 | |
| 2022111543 | OPR/–/– | DRAGACEVAC ZORAN, MITROVIC SNEZANA, ZORAN DRAGACEVAC AND SNEZANA MITROVIC LIVING TRUST, | GOVERNMENT OF THE DISTRICT OF COLUMBIA, DEPARTMENT OF TRANSPORTATION, | COVENANT | 11/8/2022 | 1446 | 0043 | |
| 2022111542 | OPR/–/– | DRAGACEVAC ZORAN, MITROVIC SNEZANA, ZORAN DRAGACEVAC AND SNEZANA MITROVIC LIVING TRUST, | DISTRICT OF COLUMBIA, DEPARTMENT OF ENERGY AND ENVIRONMENT, NATURAL RESOURCES ADMINISTRATION, WATERSHED PROTECTION DIVISION, | COVENANT | 11/8/2022 | 1446 | 0043 | |

Neumo