

The county of
Washington D.C.

Office of Tax and Revenue, Recorder of Deeds
Ida Williams


EXHIBIT
20

Date: 07/17/2026

## Search Criteria

Case 25-19605   Doc 227-20   Filed 07/29/26   Page 1 of 5

**Certified Date Range:** 01/01/1900 – 07/14/2026

| Department: | Real Property |
| Search Value: | FTF Lending |
| Recorded Date Range: | 01/01/1900-07/17/2026 |
| Keyword Search: | false |
| Search Ocr Text: | false |

| Document Number | Doc Transfer Type | Grantor | Grantee | Type | Recorded Date | Book | Page | Related Document Number |
|---|---|---|---|---|---|---|---|---|
| 2026010675 | OPR/--/-- | FTF Lending, LLC, | THE KG HOMES LLC, | FINANCING STATEMENT TERMINATION | 2/3/2026 | 2906 | 0089 | 2023015789 |
| 2026010674 | OPR/--/-- | FTF LENDING, LLC, | TJS HOLDINGS, LLC, | FINANCING STATEMENT TERMINATION | 2/3/2026 | 1112 | 0145 | 2022072307 |
| 2026010673 | OPR/--/-- | FTF LENDING, LLC, | 1724 H ST NE LLC, | FINANCING STATEMENT TERMINATION | 2/3/2026 | 4494 | 0140 | 2023025449 |
| 2026010663 | OPR/--/-- | FTF Lending, LLC, | ESTATE PROPERTY SOLUTIONS LLC, | FINANCING STATEMENT TERMINATION | 2/3/2026 | 5844 | 0024 | 2023015104 |
| 2026010657 | OPR/--/-- | FTF LENDING, LLC, | 5410 30TH STREET DC LLC, | FINANCING STATEMENT TERMINATION | 2/3/2026 | E2294 | 0041 | 2023027782 |

Case 25-19605   Doc 227-20   Filed 07/29/26   Page 2 of 5

| Document Number | Doc Type | Grantor | Grantee | Doc Type | Recorded Date | Volume | Page | Cross Reference |
|---|---|---|---|---|---|---|---|---|
| 2026000873 | OPR/--/-- | FTF LENDING LLC, | FRIDY MOHAMMAD, | DEED | 1/5/2026 | 2294 | 0041 | |
| 2025117836 | OPR/--/-- | FTF LENDING, LLC, | 3115 Georgia LLC, | FINANCING STATEMENT TERMINATION | 12/4/2025 | 3047 | 0123 | 2022121753 |
| 2025117831 | OPR/--/-- | FTF LENDING, LLC, | 3115 GEORGIA LLC, | FINANCING STATEMENT TERMINATION | 12/4/2025 | 3047 | 0124 | 2022121802 |
| 2025116748 | OPR/--/-- | FTF Lending, LLC, | IBEX Real Estate LLC, | DEED | 12/2/2025 | 3047 | 0123 | |
| 2025115707 | OPR/--/-- | FTF LENDING, LLC, | DC NOOKS LLC, | DEED | 11/26/2025 | 3047 | 0124 | |
| 2025103852 | OPR/--/-- | FTF LENDING, LLC, | GENSTONE ASSET DISPOSITION, LLC, CONSTRUCTIVE REO, LLC, | POWER OF ATTORNEY | 10/22/2025 | | | |
| 2025100183 | OPR/--/-- | Solomon Richard E, Rogers Richard J, McKeefery Michael, Kersey Christianna, Blackstone Kyle, Murphy Jason, Beers Jason, EWING BRANDON, 5410 30TH STREET DC LLC, | FTF Lending LLC, | DEED | 10/14/2025 | E2294 | 0041 | 2023027781 |
| 2025098842 | OPR/--/-- | FTF LENDING, LLC, EUCLID REALTY CAPITAL V LLC, | IBI SBL INVESTMENT LP, | FINANCING STATEMENT ASSIGNMENT | 10/8/2025 | 6207, 6207 | 0810, 0057 | 2022101933 |
| 2025082085 | OPR/--/-- | FTF LENDING, LLC, EUCLID REALTY CAPITAL V LLC, | IBI SBL INVESTMENT LP, | TRUST ASSIGNMENT | 8/18/2025 | 6207, 6207 | 0810, 0057 | 2022101932 |
| 2025078171 | OPR/--/-- | FTF LENDING LLC, | 5410 30TH STREET DC LLC, | FORECLOSURE NOTICE | 8/6/2025 | E2294 | 0041 | 2023027781 |
| 2025069133 | OPR/--/-- | FTF LENDING LLC, | 5410 30TH STREET DC LLC, | FORECLOSURE AFFIDAVIT | 7/14/2025 | E2294 | 0041 | 2023027781 |
| 2025068780 | OPR/--/-- | FTF Lending LLC, 5410 30TH STREET DC LLC, | SOLOMON RICHARD E, Rogers Richard J, MCKEEFERY MICHAEL, Kersey Christianna, Blackstone Kyle, Murphy Jason, Beers Jason, Ewing Brandon, | APPOINTMENT SUBSTITUTE TRUSTEE | 7/11/2025 | E2294 | 0041 | |
| 2025066704 | OPR/--/-- | TOORAK CAPITAL PARTNERS, LLC, 5410 30TH STREET DC, | FTF LENDING, LLC, | TRUST ASSIGNMENT | 7/7/2025 | E2294 | 0041 | 2023027781, 2024076218 |

Neumo

| Instrument # | Code | Grantor | Grantee | Document Type | Date | Book | Page | Related |
|---|---|---|---|---|---|---|---|---|
| 2025055012 | OPR/--/-- | Solomon Richard E, Rogers Richard J, McKeefery Michael, KERSEY CHRISTIANNA, Blackstone Kyle, Murphy Jason, Beers Jason, Ewing Brandon, | FTF Lending, LLC, | TRUSTEES DEED | 6/4/2025 | 3047 | 0123 | 202121752 |
| 2025054558 | OPR/--/-- | SOLOMON RICHARD E, ROGERS RICHARD J, MCKEEFERY MICHAEL, KERSEY CHRISTIANNA, EWING BRANDON, BEERS JASON, BLACKSTONE KYLE, MURPHY JASON, | FTF LENDING, LLC, | TRUSTEES DEED | 6/4/2025 | 3047 | 0124 | 202121801, 2025054558 |
| 2025037461 | OPR/--/-- | FTF LENDING, LLC, | 3115 GEORGIA LLC, | FORECLOSURE NOTICE | 4/15/2025 | 3047 | 0124 | 202121801, 2025024501, 2025035817, 2025037461 |
| 2025037458 | OPR/--/-- | FTF LENDING, LLC, | 3115 GEORGIA LLC, | FORECLOSURE NOTICE | 4/15/2025 | 3047 | 0123 | 202121752 |
| 2025035817 | OPR/--/-- | FTF LENDING, LLC, | 3115 GEORGIA LLC, | FORECLOSURE AFFIDAVIT | 4/10/2025 | 3047 | 0124 | 2025054558 |
| 2025036614 | OPR/--/-- | FTF LENDING, LLC, | 1724 H ST NE LLC, | TRUST RELEASE | 4/4/2025 | 4494 | 0140 | 202121752 |
| 2025032551 | OPR/--/-- | FTF LENDING, LLC, | 3115 GEORGIA LLC, | FORECLOSURE NOTICE | 4/2/2025 | 4494 | 0140 | 2023025448 |
| 2025024948 | OPR/--/-- | FTF LENDING, LLC, | 1724 H ST NE LLC, | FORECLOSURE AFFIDAVIT | 3/12/2025 | 3047 | 0123 | 2023025448 |
| 2025024502 | OPR/--/-- | FTF Lending LLC, 1724 H ST NE LLC, | Solomon Richard E, Rogers Richard J, McKeefery Michael, Kersey Christianna, Blackstone Kyle, Murphy Jason, Beers Jason, Ewing Brandon, | APPOINTMENT SUBSTITUTE TRUSTEE | 3/12/2025 | 4494 | 0140 | 202121752 |
| 2025024501 | OPR/--/-- | FTF LENDING, LLC, 3115 GEORGIA LLC, | Solomon Richard E, Rogers Richard J, McKeefery Michael, Kersey Christianna, Blackstone Kyle, Murphy Jason, Beers Jason, EWING BRANDON, | APPOINTMENT SUBSTITUTE TRUSTEE | 3/12/2025 | 3047 | 0124 | 2025054558 |
| 2025021533 | OPR/--/-- | FTF Lending, LLC, | 3115 Georgia LLC, | FORECLOSURE AFFIDAVIT | 3/3/2025 | 3047 | 0123 | 2023025448 |
| 2025021463 | OPR/--/-- | FTF LENDING, LLC, 3115 GEORGIA LLC, | SOLOMON RICHARD E, ROGERS RICHARD J, MCKEEFERY MICHAEL, KERSEY CHRISTIANNA, BLACKSTONE | APPOINTMENT SUBSTITUTE TRUSTEE | 3/3/2025 | 3047 | 0123 | 202121752 |

Case 25-19605 Doc 227-20 Filed 07/29/26 Page 4 of 5

| Document Number | Doc Type / Inst. Type | Grantor | Grantee | Doc Type | Recorded Date | Volume | Page | Reference Document Number |
|---|---|---|---|---|---|---|---|---|
| | | | KYLE, MURPHY JASON, BEERS JASON, EWING BRANDON, | | | | | |
| 2025017114 | OPR/--/-- | FTF LENDING LLC, 5410 30TH STREET DC LLC, | IBI SBL INVESTMENT LP, | FINANCING STATEMENT ASSIGNMENT | 2/19/2025 | 1446 | 0043 | 2023039110 |
| 2024092150 | OPR/--/-- | FTF Lending, LLC, 3115 GEORGIA LLC, | Clarke James E, Eisenhauer Daniel K, | APPOINTMENT SUBSTITUTE TRUSTEE | 9/30/2024 | 3047 | 0124 | |
| 2024092145 | OPR/--/-- | FTF LENDING, LLC, 3115 GEORGIA LLC, | CLARKE JAMES E, EISENHAUER DANIEL K, | APPOINTMENT SUBSTITUTE TRUSTEE | 9/30/2024 | 3047 | 0123 | |
| 2024081245 | OPR/--/-- | FTF LENDING LLC, | ESTATE PROPERTY SOLUTIONS LLC, | FINANCING STATEMENT TERMINATION | 8/28/2024 | 5844 | 0024 | 2023015104 |
| 2024076218 | OPR/--/-- | FTF LENDING, LLC, 5410 30TH STREET DC., | TOORAK CAPITAL PARTNERS LLC, | TRUST ASSIGNMENT | 8/16/2024 | E2294 | 0041 | 2023027781, 2025066704 |
| 2024053178 | OPR/--/-- | FTF Lending, LLC, | JRA Investment Group LLC, | RELEASE | 6/7/2024 | 6001 | 0009 | 2018050090 |
| 2024028399 | OPR/--/-- | FTF Lending, LLC, 5410 30TH STREET DC, | IBI SBL INVESTMENT LP, | TRUST ASSIGNMENT | 3/27/2024 | 1446 | 0043 | 2023039109, 2025067961 |
| 2023073085 | OPR/--/-- | FTF LENDING, LLC, | OMEGA H4U LLC, | FINANCING STATEMENT TERMINATION | 8/23/2023 | 5049 | 0069 | 2023008338 |
| 2023047050 | OPR/--/-- | FTF Lending, LLC, | N & K PROMINENT HOMES, LLC, | FINANCING STATEMENT TERMINATION | 6/6/2023 | 5398 | 0047 | 2022097006 |
| 2023040303 | OPR/--/-- | FTF LENDING, LLC, | TJS HOLDINGS, LLC, | FINANCING STATEMENT TERMINATION | 5/15/2023 | 1112 | 0145 | 2022072307 |
| 2023039110 | OPR/--/-- | 5410 30TH STREET DC LLC, | FTF LENDING, LLC, | FINANCING STATEMENT | 5/10/2023 | 1446 | 0043 | 2025017114, 2025106567 |
| 2023027782 | OPR/--/-- | 5410 30TH STREET DC LLC, | FTF LENDING, LLC, | FINANCING | 4/4/2023 | E2294 | 0041 | 2026010657 |

Neumo

Case 25-19605    Doc 227-20    Filed 07/29/26    Page 5 of 5

| Instrument Number | Inst Recording Type | Grantor | Grantee | Doc Type | Record Date | Volume | Page | Related Instrument Number |
|---|---|---|---|---|---|---|---|---|
| | | | | STATEMENT | | | | |
| 2023025449 | OPR/--/-- | 1724 H St NE LLC, | FTF Lending, LLC, | FINANCING STATEMENT | 3/28/2023 | 4494 | 0140 | 2026010673 |
| 2023019893 | OPR/--/-- | FTF Lending, LLC, Estate Property Solutions LLC, | EF Mortgage, LLC, | TRUST ASSIGNMENT | 3/9/2023 | 5844 | 0024 | 2023015103 |
| 2023017487 | OPR/--/-- | FTF LENDING, LLC, OMEGA H4U LLC, | SALUDA GRADE MORTGAGE FUNDING, LLC, | TRUST ASSIGNMENT | 3/2/2023 | 5049 | 0069 | 2023008337 |
| 2023017181 | OPR/--/-- | FTF LENDING, LLC, | DANCING LILLY, LLC, | FINANCING STATEMENT TERMINATION | 3/1/2023 | 6164 | 0051 | 2018043027 |
| 2023017085 | OPR/--/-- | FTF LENDING, LLC, | FATCATSREI, LLC, | FINANCING STATEMENT TERMINATION | 3/1/2023 | 5608 | 0188 | 2018025694 |
| 2023017059 | OPR/--/-- | FTF LENDING, LLC, | TJS HOLDINGS, LLC, | FINANCING STATEMENT TERMINATION | 3/1/2023 | 5258 | 0049 | 2021162643 |
| 2023016363 | OPR/--/-- | FTF LENDING, LLC, THE KG HOMES LLC, | WILMINGTON SAVINGS FUND SOCIETY, FSB, AERO MORTGAGE LOAN TRUST 2019-1, | TRUST ASSIGNMENT | 2/28/2023 | 2906 | 0089 | 2023015788 |
| 2023015789 | OPR/--/-- | The KG Homes LLC, | FTF LENDING, LLC, | FINANCING STATEMENT | 2/27/2023 | 2906 | 0089 | 2026010675 |