**THE DISTRICT OF COLUMBIA** "One City One Future"

| | |
|---|---|
| The county of **Washington D.C.** | Office of Tax and Revenue, Recorder of Deeds<br>Ida Williams |

Date: 07/17/2026

 **EXHIBIT 21**

## Search Criteria

**Certified Date Range:** 01/01/1900 – 07/14/2026

| | |
|---|---|
| **Department:** | Real Property |
| **Search Value:** | GINGO Palumbo |
| **Recorded Date Range:** | 01/01/1900-07/17/2026 |
| **Keyword Search:** | false |
| **Search Ocr Text:** | false |

| Document Number | Document Type Sub | Grantor | Grantee | Kind | Recorded Date | Book | Pg | Related Document Number |
|---|---|---|---|---|---|---|---|---|
| 2025099413 | OPR/--/-- | REIGO SECURITIZATION SPONSOR 2021-1, LLC, | GINGO PALUMBO LAW GROUP LLC, | POWER OF ATTORNEY | 10/9/2025 | | | 2025099999 |
| 2025098143 | OPR/--/-- | IBI SBL Investment LP, | Gingo Palumbo Law Group LLC, | POWER OF ATTORNEY | 10/6/2025 | | | |

© 2005 Design of the District of Columbia. All Rights Reserved.      Page 1 of 1      Powered by **Neumo**