

The county of
Washington D.C.

Office of Tax and Revenue, Recorder of Deeds
Ida Williams

EXHIBIT

22

Date: 07/17/2026

## Search Criteria

Certified **Date** Range: 01/01/1900 − 07/14/2026

| | |
|---|---|
| Department: | Real Property |
| Search Value: | IBI FALCON |
| Recorded Date Range: | 01/01/1900-07/17/2026 |
| Keyword Search: | false |
| Search Ocr Text: | false |

| Document Number | | Name | | Doc Type | Recorded Date | | | Related Document |
|---|---|---|---|---|---|---|---|---|
| 2025112580 | OPR/–/– | IBI FALCON US LLC, 5410 30TH STREET DC LLC, | DRAZIN RUSSELL S., | APPOINTMENT SUBSTITUTE TRUSTEE | 11/19/2025 | 1446 | 0043 | 2023039109 |
| 2025110562 | OPR/–/– | IBI Falcon US LLC, | 5410 30th Street DC LLC, | FORECLOSURE AFFIDAVIT | 11/13/2025 | 1446 | 0043 | |
| 2025106567 | OPR/–/– | IBI SBL INVESTMENT LP, 5410 30TH STREET DC LLC, | IBI FALCON US LLC, | FINANCING STATEMENT ASSIGNMENT | 10/31/2025 | 1446 | 0043 | 2023039110 |
| 2025067961 | OPR/–/– | IBI SBL INVESTMENT LP, 5410 30TH STREET DC LLC, | IBI FALCON US LLC, | TRUST ASSIGNMENT | 7/9/2025 | 1446 | 0043 | 2023039109, 2024028399 |

Neumo