

The county of Washington D.C. | Office of Tax and Revenue, Recorder of Deeds
Ida Williams

Date: 07/17/2026

EXHIBIT

23

## Search Criteria

**Certified Date Range:** 01/01/1900 – 07/14/2026

| | |
|---|---|
| Department: | Real Property |
| Search Value: | IBI SBL |
| Recorded Date Range: | 01/01/1900-07/17/2026 |
| Keyword Search: | false |
| Search Ocr Text: | false |

| Document Number | Book Type/Book/Page | Grantor | Grantee | Doc Type | Recorded Date | Book | Page | Related Document |
|---|---|---|---|---|---|---|---|---|
| 2025098143 | OPR/–/– | IBI SBL Investment LP, | Gingo Palumbo Law Group LLC, | POWER OF ATTORNEY | 10/6/2025 | | | |
| 2025098466 | OPR/–/– | IBI SBL INVESTMENT LP, | EUCLID REALTY CAPITAL V LLC, | FORECLOSURE NOTICE | 10/7/2025 | 6207 | 0810 | 2022101932 |
| 2025082085 | OPR/–/– | FTF LENDING, LLC, EUCLID REALTY CAPITAL V LLC, | IBI SBL INVESTMENT LP, | TRUST ASSIGNMENT | 8/18/2025 | 6207, 6207 | 0810, 0057 | 2022101932 |
| 2025017114 | OPR/–/– | 5410 30TH STREET DC LLC, FTF LENDING LLC, | IBI SBL INVESTMENT LP, | FINANCING STATEMENT ASSIGNMENT | 2/19/2025 | 1446 | 0043 | 2023039110 |
| 2025098578 | OPR/–/– | EUCLID REALTY CAPITAL V LLC, | IBI SBL INVESTMENT LP, | FORECLOSURE NOTICE | 10/7/2025 | 6207 | 0810 | 2022101932 |
| 2025097932 | OPR/–/– | EUCLID REALTY CAPITAL V LLC, | IBI SBL INVESTMENT LP, | FORECLOSURE AFFIDAVIT | 10/6/2025 | 6207 | 0810 | 2022101932 |
| 2025067961 | OPR/–/– | IBI SBL INVESTMENT LP, , 5410 30TH STREET DC LLC | IBI FALCON US LLC, | TRUST ASSIGNMENT | 7/9/2025 | 1446 | 0043 | 2023039109, 2024028399 |

Case 25-19605    Doc 228-3    Filed 07/29/26    Page 2 of 2

| Document Number | Book Type / OPR Name | Grantor | Grantee | Doc Type | Recorded Date | Square | Lot | Related Document Number |
|---|---|---|---|---|---|---|---|---|
| 2024028399 | OPR/–/– | FTF Lending, LLC, 5410 30TH STREET DC, | IBI SBL INVESTMENT LP, | TRUST ASSIGNMENT | 3/27/2024 | 1446 | 0043 | 2023039109, 2025067961 |
| 2025098842 | OPR/–/– | FTF LENDING, LLC, EUCLID REALTY CAPITAL V LLC, | IBI SBL INVESTMENT LP, | FINANCING STATEMENT ASSIGNMENT | 10/8/2025 | 6207, 6207 | 0810, 0057 | 2022101933 |
| 2025106567 | OPR/–/– | IBI SBL INVESTMENT LP, , 5410 30TH STREET DC LLC | IBI FALCON US LLC, | FINANCING STATEMENT ASSIGNMENT | 10/31/2025 | 1446 | 0043 | 2023039110 |

Neumo