EXHIBIT
24

# District of Columbia - Recorder of Deeds

**Search Criteria:** Search Type: Name / Square / Lot; Lot: 0043; Square: 1446

Displaying 1-16 of 16 Items



| DOCUMENT # | BOOK TYPE | NAME | OTHER NAME | DOC TYPE | RECORDED | ROLL/FRAME | SQUARE | LOT |
|---|---|---|---|---|---|---|---|---|
| 2025112580+ | OPR | **GR** 5410 30TH STREET DC LLC | **GE** DRAZIN RUSSELL S. | APPOINTMENT SUBSTITUTE TRUSTEE | 11/19/2025 | | 1446 | 0043 |
| 2025110562 | OPR | **GR** IBI FALCON US LLC | **GE** 5410 30TH STREET DC LLC | FORECLOSURE AFFIDAVIT | 11/13/2025 | | 1446 | 0043 |
| 2025106567+ | OPR | **GR** 5410 30TH STREET DC LLC | **GE** IBI FALCON US LLC | FINANCING STATEMENT ASSIGNMENT | 10/31/2025 | | 1446 | 0043 |
| 2025067961+ | OPR | **GR** 5410 30TH STREET DC LLC | **GE** IBI FALCON US LLC | TRUST ASSIGNMENT | 07/09/2025 | | 1446 | 0043 |
| 2025052461 | OPR | **GR** DC MUNICIPAL INVESTMENTS,LLC | **GE** 5410 30TH STREET DC LLC | LIS PENDENS | 05/29/2025 | | 1446 | 0043 |
| 2025038726 | OPR | **GR** 5410 30TH STREET DC LLC | **GE** DONEGAN BRIAN P | TRUST | 04/18/2025 | | 1446 | 0043 |
| 2025017114+ | OPR | **GR** 5410 30TH STREET DC LLC | **GE** IBI SBL INVESTMENT LP | FINANCING STATEMENT ASSIGNMENT | 02/19/2025 | | 1446 | 0043 |
| 2024028399+ | OPR | **GR** 5410 30TH STREET DC | **GE** IBI SBL INVESTMENT LP | TRUST ASSIGNMENT | 03/27/2024 | | 1446 | 0043 |
| 2024012685+ | OPR | **GR** 5410 30TH STREET DC HAMILTON LLC | **GE** SANTORINI CAPITAL LLC | ASSIGNMENT | 02/09/2024 | | 1446 | 0043 |
| 2024012684 | OPR | **GR** 5410 30TH STREET DC LLC | **GE** DONEGAN BRIAN P | TRUST | 02/09/2024 | | 1446 | 0043 |
| 2023039110+ | OPR | **GR** 5410 30TH STREET DC LLC | **GE** FTF LENDING, LLC | FINANCING STATEMENT | 05/10/2023 | | 1446 | 0043 |
| 2023039109+ | OPR | **GR** 5410 30TH STREET DC LLC | **GE** FIRST AMERICAN TR SERVICES OF DC, LLC | TRUST | 05/10/2023 | | 1446 | 0043 |
| 2023039108 | OPR | **GR** DRAGACEVAC ZORAN | **GE** 5410 30TH STREET DC LLC | DEED | 05/10/2023 | | 1446 | 0043 |
| 2023003898 | OPR | **GR** DRAGACEVAC ZORAN | **GE** DC DEPARTMENT OF BUILDINGS | COVENANT | 01/17/2023 | | 1446 | 0043 |
| 2022111543 | OPR | **GR** DRAGACEVAC ZORAN | **GE** DEPARTMENT OF TRANSPORTATION | COVENANT | 11/08/2022 | | 1446 | 0043 |
| 2022111542 | OPR | **GR** DRAGACEVAC ZORAN | **GE** DEPARTMENT OF ENERGY AND ENVIRONMENT | COVENANT | 11/08/2022 | | 1446 | 0043 |