Doc #: 2024028399
09/27/2024 11:44 AM



EXHIBIT

25

<u>THIS DOCUMENT WAS PREPARED BY:</u>

FTF Lending LLC,
A Delaware Limited Liability Company
1300 E. 9th St., Suite 800
Cleveland, Ohio 44114
(646) 895-6090
Preparer: Sarah Wheeler

<u>UPON RECORDATION, PLEASE RETURN TO:</u>

FTF Lending LLC,
A Delaware Limited Liability Company
1300 E. 9th St., Suite 800
Cleveland, Ohio 44114
(646) 895-6090

<u>ADDRESS</u>:     5631 MacArthur BLVD, Washington, DC, 20016
<u>COUNTY</u>:     District Of Columbia
<u>LOAN ID</u>:     FTF_71928

## ASSIGNMENT OF
## MORTGAGE/DEED OF TRUST, ASSIGNMENT OF LEASES AND RENTS, FIXTURE FILING AND SECURITY AGREEMENT

　　　FTF LENDING, LLC, a Delaware limited liability company (the "<u>Assignor</u>"), having an address of 1300 E. 9th St., Suite 800, Cleveland, Ohio 44114, for value received, hereby sells, assigns, transfers, and conveys to IBI SBL INVESTMENT LP, a(n) Delaware Limited Partnership (the "<u>Assignee</u>"), 2711 Centerville Road, Wilmington DE 19808, without recourse or warranty, express or implied, all of Assignor's right, title and interest in that certain:

　　　Mortgage/Deed of Trust, Assignment of Leases and Rents, Fixture Filing, and Security Agreement (the "<u>Mortgage</u>") dated 05/03/2023, executed by 5410 30th Street DC., a(n) Maryland Limited Liability Company, delivered to FTF Lending, LLC, a Delaware limited liability company, and recorded in the County of ___District of Columbia___ , State of ___Washington, DC___ on _05_ /_10_ /_2023_ ___ in Instrument # _2023039109_ _____, Book #_____, Page #_____. The Mortgage refers to that certain lot, tract, parcel, or piece of ground described on <u>Exhibit A</u> attached hereto (the "<u>Property</u>") and secures a certain commercial loan in the original principal amount of $2,222,000.00.

　　　This Assignment is made without recourse and without representation or warranty, express, implied, or by operation of law, of any kind and nature whatsoever by the Assignor.

　　　IN WITNESS WHEREOF, the Assignor, by and through Assignor's authorized signatory, has executed this Assignment with an effective date of 03/06/2024.

[END OF PAGE – SIGNATURES TO FOLLOW]

ASSIGNOR:
FTF LENDING, LLC.
a Delaware limited liability company

By:      Nolan Helline
Its:     Authorized Agent and Signatory

By:      Nolan Helline
Its:     Capital Markets Financial Analyst

### ACKNOWLEDGEMENT

STATE OF OHIO            )
                         ) SS:
COUNTY OF CUYAHOGA )

Before me, a Notary Public in and for said State, personally appeared the Assignor, FTF Lending, LLC, a Delaware limited liability company, by and through its Authorized Agent and Signatory, Nolan Helline, Capital Markets Financial Analyst, who proved to me through satisfactory evidence of identification, which was [check one]: ___ photo identification; ___ credible witness; or _✓_ personal knowledge, to be the Assignor whose name is signed on this Instrument, who acknowledged to me that the Assignor signed this Instrument as the Assignor's free and voluntary act(s) and deed(s) for the use(s) and purpose(s) mentioned in this Instrument, and who on oath stated that Nolan Helline, Capital Markets Financial Analyst is authorized to execute this Instrument and in fact executed this Instrument on behalf of FTF Lending, LLC, an Delaware limited liability company, in its capacity as Authorized Agent and Signatory of the Assignor. In testimony whereof, I have hereunto set my hand and official seal in Cleveland, Ohio on this __14__ day of __March__, 2024.

Notary Public
State of Ohio

CHRISTINE MARIE MALEK
Notary Public
State of Ohio
My Comm. Expires
August 8, 2027

## EXHIBIT A

### LEGAL DESCRIPTION

ALL that certain lot, parcel or tract of land, situate and lying in the City/County of District of Columbia, State of District of Columbia, and being more particularly described as follows:

All that certain lot or parcel of land together with all the improvements thereon located and being in the City of Washington in the District of Columbia and being more particularly described as follows:

Lot numbered Forty-three (0043) in Square numbered One Thousand Four Hundred Forty-six (1446) in a subdivision by Zoran Dragacevac and Snezana Mitrovic Living Trust, as per plat recorded in the Office of the Surveyor for the District of Columbia in Plat Book 220 at Page 24.

For informational purposes only:  Being premises known as 5631 MacArthur Boulevard, NW, Washington, DC 20016

For informationational purposes only:  The improvements thereon being commonly referred to as 5631 MacArthur Boulevard Northwest,Washington, DC,20016.

Tax ID #1446- -0043

```
Doc #: 2024028399
Filed & Recorded
03/27/2024 11:44 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
  RECORDING FEES          $25.00
  SURCHARGE               $6.50
TOTAL:                    $31.50
```