File No.: **23-4932-DC**
DEED – SHORT FORM D.C.

**EXHIBIT**

**28**

Doc #: 2023039108
05/10/2023 01:46 PM

# This Deed, made this **3rd day of May, 2023**, by and between

Snezana Mitrovic and Zoran Dragacevac, Trustees of Zoran Dragacevac and Snezana Mitrovic Living Trust dated May 6, 2018, party of the first part, and 5410 30th Street DC LLC, a Maryland Limited Liability Company, party of the second part.

WITNESSETH, that in consideration of the sum of ONE MILLION FIVE HUNDRED THOUSAND AND 00/100 DOLLARS (**$1,500,000.00**), the party of the first part do hereby grant unto the party of the second part, in fee simple, all that piece or parcel of land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in the District of Columbia, described as follows, to wit:

All that certain lot or parcel of land together with all the improvements thereon located and being in the City of Washington in the District of Columbia and being more particularly described as follows:

Lot numbered Forty-three (0043) in Square numbered One Thousand Four Hundred Forty-six (1446) in a subdivision by Zoran Dragacevac and Snezana Mitrovic Living Trust, as per plat recorded in the Office of the Surveyor for the District of Columbia in Plat Book 220 at Page 24.

For informational purposes only:  Being premises known as 5631 MacArthur Boulevard, NW, Washington, DC 20016

AND the said party of the first part covenant that they will warrant specially the property hereby conveyed; and that they will execute such further assurances of said land as may be requisite.

WITNESS the hand and seal the day and year first hereinbefore written

IN PRESENCE OF:

*Cheryl L. Latham*

_____

Zoran Dragacevac and Snezana Mitrovic
Living Trust dated May 6, 2018

_____{SEAL}
Snezana Mitrovic, Trustee

_____{SEAL}
Zoran Dragacevac, Trustee

IBI Falcon US LLC - 000180

STATE OF MARYLAND
COUNTY OF ANNE ARUNDEL, to wit:

I hereby certify that on the  3rd  day of May, 2023, before me, the subscriber, a Notary Public of the State of Maryland, in and for the County aforesaid, personally appeared Snezana Mitrovic and Zoran Dragacevac, Trustees of Zoran Dragacevac and Snezana Mitrovic Living Trust dated May 6, 2018, known to me or satisfactorily proven to be the person whose name is subscribed to the within instrument and made oath in due form of law that the matters and facts set forth herein are true.

As witness, my hand and notarial seal.

*Cheryl L. Latham*

CHERYL L. LATHAM
Notary Public - State of Maryland
Calvert County
My Commission Expires Jun 22, 2025

Signature of Notary Public

My Commission Expires:  6/22/2025

After Recording MAIL TO:
**Velocity National Title Company, LLC**
**2200 Defense Highway**
**Suite # 309**
**Crofton, MD 21114**

Grantee's Address:
**12138 Central Avenue**
**Suite 388**
**Bowie, MD 20721**

IBI Falcon US LLC - 000181

```
Doc #: 2023039108
Filed & Recorded
05/10/2023 01:46 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
  RECORDING FEES              $25.00
  SURCHARGE                   $6.50
  RECORDATION TAX FEES        $21,750.00
  TRANSFER TAX FEES           $21,750.00
TOTAL:                        $43,531.50
```

IBI Falcon US LLC - 000182