

**EXHIBIT**

**33**

## ASSIGNMENT OF SECURITY DOCUMENTS

**IBI SBL INVESTMENT LP, a Delaware limited partnership,** ("Assignor") for good and valuable consideration, the receipt and sufficiency of which are acknowledged, hereby sells, transfers, assigns, delivers, sets-over and conveys to **IBI FALCON US LLC, a Delaware limited liability company,** ("Assignee") without recourse and without representation or warranty, express, implied, or by operation of law, of any kind and nature whatsoever by the Assignor, all right, title and interest of the Assignor in and to the loan identified in Exhibit A attached hereto ("Loan") including, without limitation, all of Assignor's right, title and interest in any guaranties, pledge agreements, collateral assignment agreements, non-owner occupancy affidavits, environmental indemnity agreements, certificates of borrower, security agreements, loan participation interests, indemnities, claims, collateral, insurance policies, certificates of deposit, letters of credit, escrow accounts, performance bonds, demands, causes of action and any other collateral arising out of and/or executed and/or delivered in or to or with respect to the Loan, together with any other documents or instruments executed and/or delivered in connection with, or otherwise related to, the Loan.

The effective date of this Assignment of Security Documents is June 30, 2025.

ASSIGNOR:

IBI SBL Investment LP,
a Delaware limited partnership

By:    Gingo Palumbo Law Group LLC,
        an Ohio limited liability company
Its:    Attorney-in-Fact

By:    Anthony J. Gingo
Its:    Co-Managing Member

Loan No. FTF_71928
Borrower: 5410 30th Street DC LLC, a Maryland limited liability company
Collateral: 5631 MacArthur Boulevard NW, Washington, DC 20016

IBI Falcon US LLC - 000101

EXHIBIT A

A certain commercial loan evidenced by a commercial promissory note dated May 3, 2023, in the original, principal amount of $2,222,000.00 and executed by 5410 30th Street DC LLC, a Maryland limited liability company, in favor of FTF Lending, LLC, a Delaware limited liability company, and subsequently assigned, transferred, and sold to Seller effective March 6, 2024.

Loan No. FTF_71928
Borrower: 5410 30th Street DC LLC, a Maryland limited liability company
Collateral: 5631 MacArthur Boulevard NW, Washington, DC 20016

IBI Falcon US LLC - 000102