

## BILL OF SALE

**IBI SBL INVESTMENT LP, a Delaware limited partnership,** ("Seller") for value received, does hereby sell, assign, transfer, and convey to **IBI FALCON US LLC, a Delaware limited liability company,** ("Purchaser") and Purchaser's heirs, administrators, representatives, successors, and assigns, all of Seller's rights, title, and interest in, to, and under the commercial loan described in Exhibit A attached hereto.

THIS BILL OF SALE IS EXECUTED WITHOUT RECOURSE, REPRESENTATION, OR WARRANTY OF ANY KIND OR NATURE, EXPRESSED, IMPLIED, OR IMPOSED BY LAW.

The effective date of this Bill of Sale is June 30, 2025.

ASSIGNOR:

IBI SBL Investment LP,
a Delaware limited partnership

By:    Gingo Palumbo Law Group LLC,
       an Ohio limited liability company
Its:    Attorney-in-Fact

By:    Anthony J. Gingo
Its:    Co-Managing Member

Loan No. FTF_71928
Borrower: 5410 30th Street DC LLC, a Maryland limited liability company
Collateral: 5631 MacArthur Boulevard NW, Washington, DC 20016

IBI Falcon US LLC - 000099

## EXHIBIT A

A certain commercial loan evidenced by a commercial promissory note dated May 3, 2023, in the original, principal amount of $2,222,000.00 and executed by 5410 30th Street DC LLC, a Maryland limited liability company, in favor of FTF Lending, LLC, a Delaware limited liability company, and subsequently assigned, transferred, and sold to Seller effective March 6, 2024.

Loan No. FTF_71928
Borrower: 5410 30th Street DC LLC, a Maryland limited liability company
Collateral: 5631 MacArthur Boulevard NW, Washington, DC 20016

IBI Falcon US LLC - 000100