## Introduction - Refinance

From:  Mandy Bearden (mandy.bearden@upright.us)

To:    zanettaw@yahoo.com; nick.wilson@casa-lending.com; kyle.krismon@casa-lending.com

Date:  Monday, August 19, 2024 at 04:00 PM EDT

Hello Nick & Kyle,

Zanetta Williams currently has 2 loans with us for 5410 30th St NW & 5631 MacArthur Blvd. She is needing another 400k for MacArthur & 300k on 30th St to complete the projects. Her loans are about to mature on 09/01. She was trying to talk to us about a rebook back in May but then the synapse situation happened. Her draws were held up and caused her a lot of headaches.

I'm hoping you guys might be able to help her here.

Thank you,

--

**Mandy Bearden**
Loan Workout Analyst
Phone number: 216-428-5199
Request a payoff | Enroll in autopay

*Upright, formerly known as Fund That Flip*



EXHIBIT
35