

**EXHIBIT 39**

## USAMST, LLC
## ACTION BY WRITTEN CONSENT OF THE MANAGER

Effective July 8, 2025

The undersigned, being the sole Manager (the "**Manager**") of **IBI FALCON US LLC, a Delaware limited liability company** (the "**Company**"), does hereby take the following action and adopt the following resolution in lieu of a meeting, in accordance with the Delaware Limited Liability Company Act, as amended, and the Operating Agreement of the Company, as amended and/or restated from time to time (the "**Current Operating Agreement**").

**Authorization of Michael J. Palumbo or Anthony J. Gingo, singly, without the signature of the other, and only as to that/those certain commercial loan(s) held by Company and secured by certain real estate more commonly known as 5631 MacArthur Boulevard NW, Washington, DC 20016 and 8151 Ladoga Avenue, Jacksonville, Florida 32217, as Authorized Agents and/or Authorized Signatories.**

WHEREAS, the Current Operating Agreement provides that subject to certain exceptions, the Manager shall have full power, authority, and discretion to manage and direct the Company's business, affairs, and properties, including, without limitation, the power to make all decisions as to the sale of the Company's assets;

WHEREAS, the Manager deems it in the best interest of the Company to authorize and empower Michael J. Palumbo or Anthony J. Gingo, singly, without the signature of the other, and only as to that/those certain commercial loan(s) held by Company and secured by certain real estate more commonly known as 5631 MacArthur Boulevard NW, Washington, DC 20016 and 8151 Ladoga Avenue, Jacksonville, Florida 32217 (individually and/or collectively, the "**Property**"), as authorized agents and/or authorized signatories of the Company to make, execute, endorse and deliver in the name of and on behalf of the Company, including, without limitation, any and all written instruments, agreements, documents, execution of deeds, powers of attorney, transfers, assignments, terminations, contracts, obligations, certificates and other instruments of whatever nature they deem appropriate in order to fulfill the Company's obligations as current lender and/or assignor;

WHEREAS, by execution of this consent, the Manager grants such signing authority to Michael J. Palumbo or Anthony J. Gingo, singly, without the signature of the other, and only as to that/those certain commercial loan(s) held by Company and secured by the Property, as provided for herein;

NOW, THEREFORE, the Manager hereby resolves as follows:

RESOLVED: That Michael J. Palumbo and Anthony J. Gingo are each, without the signature of the other, and only as to that/those certain commercial loan(s) held by Company and secured by the Property, are hereby appointed as authorized agents and/or authorized signatories of the Company and are hereby authorized and empowered to make, execute, endorse and deliver in the name of and on behalf of the Company, including, without limitation, any and all written instruments, agreements, documents, execution of deeds, powers of attorney, transfers, assignments, terminations, contracts, obligations, certificates and other instruments of whatever nature they deem appropriate in order to fulfill the Company's obligations as current lender and/or assignor of that/those certain commercial loan(s).

The undersigned hereby directs that this Action by Written Consent be filed with the minutes of the proceedings of the meeting of the Manager. This Action by Written Consent may be signed in counterparts and may be signed by electronic signature, each of which shall be deemed an original, and all of which together shall constitute one and the same document, effective as of the date first written above. The undersigned certifies to any third-party that the Current Operating Agreement is in full force and effect and has not been modified or amended in any way. Any third-party may rely upon the certification and Resolution set forth herein until notified in writing that same have revoked by the undersigned.

IBI Falcon US LLC - 000540

MANAGER:

_____
Witness
**Dor Sagron**

By:    Amir Golan
Its:    Manager

IBI Falcon US LLC - 000541