UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND (GREENBELT DIVISION)

| | |
|---|---|
| In re: | |
| 5410 30th Street DC, LLC, | Case No.: 25-19605 |
| Debtor | Chapter 11 |

**DEBTOR'S WITNESS AND EXHIBIT LISTS**

Come now the Debtor, by and through undersigned counsel, and furnishes this list of witnesses to be called, and exhibits to be introduced, at the Omnibus Hearing on August 5, 2026:

WITNESSES

1. Zanetta Williams, Sole Member, 5410 30th Street DC, LLC

2. Michael J. Palumbo (Hostile Witness)

3. Any witness designated by the IBI Falcon US, LLC or IBI SBL Investment LP (without regard to the scope of examination by the Creditor)

3. Any witness necessary to offer rebuttal or impeachment evidence

EXHIBITS

Debtor Exhibit 1 -  Affidavit of Non-Residential Mortgage Foreclosure 11-13-25

Debtor Exhibit 2 -  Deed of Appointment of Substitute Trustee

Debtor Exhibit 3 – Oren Streit WhatsApp #2 – April 29 2026

Debtor Exhibit 4 – Michael Palumbo Email 2-7-25

Debtor Exhibit 5 – Oren Streit WhatsApp #3 – April 29 2026

Debtor Exhibit 6 – Michael Palumbo Email #2 October 15 2025

Debtor Exhibit 7 – Oren Streit WhatsApp #4 – April 30 2026

Debtor Exhibit 8 – Undeliverable Mail Notice

Debtor Exhibit 9 -  Certificate of Notice

Debtor Exhibit 10 -  Phone Calls 4/28 & 4/30/26

Debtor Exhibit 11 -  DC Municipal Regulation

Debtor Exhibit 12 -  Email from Amir Golan

Debtor Exhibit 13 – Missed Call from Oren Streit

Debtor Exhibit 14 – Palumbo PoA

Debtor Exhibit 15 -  Phone Call from Amir Golan

Debtor Exhibit 16 -  Cease & Desist Letter to IBI 5/5/26

Debtor Exhibit 17 -  Verification of Creditor Matrix 10-29-25

Debtor Exhibit 18 -  MBV Response to Cease & Desist Letter

Debtor Exhibit 19 – Land Records

Debtor Exhibit 20 – Land Records FTF Lending

Debtor Exhibit 21 – Land Records Gingo Palumbo

Debtor Exhibit 22 – Land Records IBI Falcon

Debtor Exhibit 23 – Land Records IBI SBL

Debtor Exhibit 24 – DC Recorder of Deeds

Debtor Exhibit 25 – IBI Falcon Assignment of Deed of Trust

Debtor Exhibit 26 – IBI Falcon Second Assignment of Deed of Trust

Debtor Exhibit 27 – 5631 MacArthur Blvd Deed of Trust

Debtor Exhibit 28 – Deed 180-182

Debtor Exhibit 29 – Deed of Trust Santorini 395-414

Debtor Exhibit 30 – Deed of Trust Santorini 431 - 450

Debtor Exhibit 31 – First Allonge

Debtor Exhibit 32 – Second Allonge

Debtor Exhibit 33 – Assignment of Security Docs

Debtor Exhibit 34 – Bill of Sale SBL to Falcon

Debtor Exhibit 35 – Mandy Bearden Email Admits Synapse

Debtor Exhibit 36 – Amendment and Extension of Promissory Note and reaffirmation of
Guaranty 9-1-24

Debtor Exhibit 37 – Amendment and Extension of Promissory Note and reaffirmation of
Guaranty 6-18-25

Debtor Exhibit 38 – 5631 MacArthur Extension Docs – Sept 2024

Debtor Exhibit 39 – Action by Written Consent of the Manager

Debtor Exhibit 40 – Corporate Resolution Bankruptcy Filing

Debtor Exhibit 41 – Appraisal

Debtor Exhibit 42 – Oren Streit April 29

Debtor Exhibit 43 – Promissory Note and reaffirmation of Guaranty

Debtor Exhibit 44 – Debtor Response to MBV Letter re Discovery

Debtor Exhibit 45 – Email from Dor Sagron 9/29/25

Debtor Exhibit 46 – Email from Dor Sagron 2/11/25

Debtor Exhibit 47 – Amendment and Extension of Promissory Note and reaffirmation of
Guaranty 6-30-25

Debtor Exhibit 48 – IBI Falcon Payoff Statement

Debtor Exhibit 49 – Email from Dor Sagron 9/28/25

Debtor Exhibit 50 – Email from Dor Sagron 10/15/25

Debtor Exhibit 51 – IBI Corp Filings

Debtor Exhibit 52 – FCI Payoff

Debtor Exhibit 53 – Guaranty

Debtor Exhibit 54 – IBI Falcon Proof of Claim

Debtor Exhibit 55 – IBI Motion to Convert to Chapter 7

Debtor Exhibit 56 – IBI Substitute Disclosure

Debtor Exhibit 57 – IBI Substitute Plan

Debtor Exhibit 60 – Lis Pendens

Debtor Exhibit 61 – FTF Loan Agreement – print last

Debtor Exhibit 62 – MBV Letter RE Discovery 5-11-26

Debtor Exhibit 63 – Notice of Foreclosure Sale

Debtor Exhibit 64 – Notice of Bankruptcy Filing

Debtor Exhibit 65 – Notice of Default

Debtor Exhibit 66 – Opposition to Motion to Enforce Stay

Debtor Exhibit 67 – Promissory Note

Debtor Exhibit 72 – IBI Falcon Response to Interrogatories

Debtor Exhibit 73 – IBI Falcon Response to RFA

Debtor Exhibit 74 – IBI Falcon Response to RFP

Debtor Exhibit 75 – IBI SBL Response to Interrogatories

Debtor Exhibit 76 – IBI SBL Response to RFA

Debtor Exhibit 77 – IBI SBL Response to RFP

Debtor Exhibit 78 – IBI Falcon Amended Response to Interrogatories

Debtor Exhibit 79 – IBI SBL Amended Response to Interrogatories

Debtor Exhibit 80 – Amended Proof of Claim

Debtor Exhibit 81 – Claims Register

Debtor Exhibit 82 – Mail Delivery Times

Debtor Exhibit 83 – Debtors Second Amended Disclosure

Debtor Exhibit 84 – Debtors Second Amended Plan

Debtor Exhibit 85– Schedule D – Secured Claims

Debtor Exhibit 86 – Deposition of Michael J Palumbo

Debtor Exhibit 87 – Request for Stipulation

Debtor Exhibit 88 – IBI Falcon 2nd Amended Response to Interrogatories

Debtor Exhibit 89 – IBI SBL 2nd Amended Response to Interrogatories

Debtor Exhibit 90 – Photos from Document Inspection

Any documents necessary to offer as rebuttal or impeachment evidence

Respectfully submitted,

Date: July 29, 2026

/s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD  20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of July, 2026, a copy of the foregoing DEBTOR'S WITNESS AND EXHIBIT LISTS  was served  electronically upon filing by the Court's CM/ECF system, with copies to:

Jeanette Rice          Jeanette.Rice@usdoj.gov

Maurice VerStandig    mac@mbvesq.com

US Trustee             USTPRegion04.GB.ECF@USDOJ.GOV

/s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq
