

EXHIBIT
43

5410 30th Street DC
399504816 - 5631 MacArthur BLVD

## AMENDMENT TO PROMISSORY NOTE AND REAFFIRMATION OF GUARANTY

THIS AMENDMENT TO PROMISSORY NOTE AND REAFFIRMATION OF GUARANTY (the "Amendment") is made and entered into by and among 5410 30th Street DC, a Maryland Limited Liability Company (the "Borrower"), by and through its Member(s) and/or Manager(s),Zanetta Williams, (2) Zanetta Williams, an individual and resident of the State of Maryland (the "Guarantor(s)"), and (3) (the "Lender"). The Borrower, the Guarantor, and the Lender are sometimes, collectively, referred to in this Amendment as the "Parties".

## RECITALS

WHEREAS, on May 3, 2023 , the Lender extended a certain loan (the "Loan") to the Borrower whereby Lender agreed to provide a loan to the Borrower for commercial or business purposes; and

WHEREAS, the Loan is secured, in part, by (a) a certain promissory note in the original principal amount of $ 2,222,000.00 (as amended and modified from time to time, the "Note"), (b) a certain guaranty executed by Guarantor, and (d) a certain security instrument executed by Borrower in the form of a mortgage or deed of trust (the "Security Agreement") encumbering certain real property more commonly known as 5631 MacArthur BLVD, Washington, DC 20016 and more particularly described in the Security Instrument (the "Property"); and

WHEREAS, this Amendment, the Note, the Guaranty, the Security Agreement, and all other documents executed or delivered in connection with the Loan are collectively referred to herein as the "Loan Documents"; and

WHEREAS, Borrower and Guarantor(s) have each requested that Lender, who is the current holder of the Loan Documents, extend the maturity date under the Note and Security Agreement, and Lender is agreeable to said request; and

NOW, THEREFORE, the Parties hereto agree as follows:

A.       The foregoing recitals are incorporated herein by reference and are true and accurate in all material respects and contain no material misrepresentations or omissions.

B.       Upon execution of this Amendment,

   1. the term "Maturity Date" shall be amended to  September 1, 2024;  and

   2. Borrower shall pay to Lender an extension fee of $22,220 on or before  September 1, 2024.

   3. The Parties acknowledge and agree that this Amendment shall not become effective, and the original Maturity Date shall not be amended to **September 1, 2024** , until Lender has received this fully executed Amendment.  If the extension fee is not received as set forth in Paragraph 2 above then this Amendment shall be null and void and the full balance of the Loan shall become immediately due and payable on the original Maturity Date.

C.       Except for the terms specifically set forth in this Amendment, each Borrower and Guarantor (i) ratifies the terms of the Loan Documents, (ii) acknowledges and agrees that the terms of the Loan Documents shall remain in full force and effect until all of the indebtedness is fully repaid and all obligations have been fully satisfied, and (iii) acknowledges that the Security Instrument is a valid first mortgage lien against the Property.

D.       Borrower and Guarantor(s) hereby warrant, represent and covenant that:

Doc ID: b4ea4eea7548c8b8c3f5777ab567d1b3ba824745

5410 30th Street DC
399504816 - 5631 MacArthur BLVD

1.  neither Borrower nor Guarantor(s)  have entered into any agreements that expressly or otherwise prohibit it from entering into a modification of the Loan Documents;

2.  no material adverse change has occurred in their financial condition since the Loan Documents were executed;

3.  there are no judgments against Borrower or Guarantor in any courts within the United States and there is no litigation, active, pending or threatened to Borrower's or Guarantor's knowledge, against Borrower or Guarantor which may reasonably be expected to have a material adverse effect on Borrower's or Guarantor's ability to pay when due any amounts which may become payable with respect to the Loan Documents;

4.  no default has occurred and is continuing under the Loan Documents to which they are parties; and

5.  there are no offsets, defenses or counterclaims to its obligations under the Loan Documents.

E.      If applicable, Borrower and Guarantor(s)  each acknowledge and agree that any state confession of judgment provision(s) contained in the original Note or Guaranty(ies) shall be fully incorporated into this Amendment as if fully rewritten herein and shall remain in full force and effect until all the indebtedness is fully repaid.

F.      This Amendment shall not impair the validity, priority, and enforceability of the Loan Documents in any manner whatsoever.

G.      Each Borrower and Guarantor agrees that said Borrower and said Guarantor (i) has read and fully understands the terms of this Amendment, and (ii) is represented by legal counsel or has had sufficient opportunity to retain legal counsel with respect to this Amendment.

H.      This Amendment fully reflects each Borrower's and Guarantor's intentions, and parol evidence is not required to interpret the terms of this Amendment.

I.      This Agreement may be executed in one or more counterparts, each of which shall constitute an original and all of which taken together shall constitute one agreement, and by wet-ink signature, electronic signature, or a combination thereof.

J.      This Agreement may be executed wet-ink signature, Electronic Signature (defined below), or a combination thereof.  Such Electronic Signature is intended to authenticate this Agreement and to have the same force and effect as a wet-ink signature to the extent and as provided for under applicable law, including the Electronic Signatures in Global and National Commerce Act of 2000 (15 U.S.C. § 7001, et seq.), or other similar state law based on the Uniform Electronic Transactions Act. "Electronic Signature" means any electronica sound, symbol, or process attached to or logically associated with a record and executed and adopted by a party with the intent to sign such record.

[END OF PAGE - SIGNATURE PAGE TO FOLLOW]

Doc ID: b4ea4eea7548c8b8c3f5777ab567d1b3ba824745

5410 30th Street DC
399504816 - 5631 MacArthur BLVD

IN WITNESS WHEREOF, the Borrower, by and through the Borrower's authorized signatory, has executed and delivered this Amendment to the Lender as of the Effective Date.


BORROWER:
5410 30th Street DC

*Zanetta Williams*

_____

By: Zanetta Williams
Its: Member and Manager

Doc ID: b4ea4eea7548c8b8c3f5777ab567d1b3ba824745

5410 30th Street DC
399504816 - 5631 MacArthur BLVD

IN WITNESS WHEREOF, the Guarantor(s), in the Guarantor's individual capacity, has executed and delivered this Amendment to the Lender as of the Effective Date.


GUARANTOR:
Zanetta Williams,
an individual and resident of the State of Maryland

*Zanetta Williams*

By: Zanetta Williams

Doc ID: b4ea4eea7548c8b8c3f5777ab567d1b3ba824745

5410 30th Street DC
399504816 - 5631 MacArthur BLVD

IN WITNESS WHEREOF, the Lender, by and through the Lender's authorized signatory, has executed this Amendment as of the Effective Date.

LENDER:

By:

_____
(Signature)

Doc ID: b4ea4eea7548c8b8c3f5777ab567d1b3ba824745

 **Dropbox** Sign                                    Audit trail

| | |
|---|---|
| Title | 5631 MacArthur extension docs |
| File name | Extension_Agreeme...LVD_399504816.pdf |
| Document ID | b4ea4eea7548c8b8c3f5777ab567d1b3ba824745 |
| Audit trail date format | MM / DD / YYYY |
| Status | Signed |

## Document History

**06 / 03 / 2024**
16:58:03 UTC
SENT

Sent for signature to Zanetta Williams (zanettaw@yahoo.com) and Dor Sagron (dor@ibi.co.il) from borrowersuccess@upright.us
IP: 104.230.3.13

**06 / 03 / 2024**
19:21:55 UTC
VIEWED

Viewed by Zanetta Williams (zanettaw@yahoo.com)
IP: 100.15.216.220

**06 / 18 / 2024**
13:22:38 UTC
SIGNED

Signed by Zanetta Williams (zanettaw@yahoo.com)
IP: 100.15.216.220

**06 / 20 / 2024**
17:22:28 UTC
VIEWED

Viewed by Dor Sagron (dor@ibi.co.il)
IP: 192.116.213.210

**06 / 20 / 2024**
17:22:42 UTC
SIGNED

Signed by Dor Sagron (dor@ibi.co.il)
IP: 192.116.213.210

**06 / 20 / 2024**
17:22:42 UTC
COMPLETED

The document has been completed.