RE: 399504816 - 5631 MacArthur Boulevard NW Washington DC 20016 - 5410 30th Street DC LLC

From:  Dor Sagron (dor@ibi.co.il)

To:     michael@gplawllc.com; anthony@gplawllc.com; mahmud.naser@upright.us; zanettaw@yahoo.com

Cc:     OrenS@IBI.co.il

Date:   Tuesday, February 11, 2025 at 08:21 AM EST

It's great to hear. I'm adding Upright and the attorneys to assist in completing this as soon as possible. Regarding monthly interest payments, let's mark June 1st as the start date. We'll adjust this date as needed depending on the progress. Because you also have a second lien, we'll add a pledge of membership interest to ensure we can foreclose and avoid inheriting the second position.

By the way, are you current on the second position?

Best,



**EXHIBIT**
**46**



INVESTMENT HOUSE
ALTERNATIVE

Dor Sagron

Mobile :972-54-7553951
Tel :972-3-5199963
Fax :972-3-5199963
dor@ibi.co.il
www.ibi.co.il

**From:** ZW <zanettaw@yahoo.com>
**Sent:** Monday, February 10, 2025 11:43 PM
**To:** Dor Sagron <dor@ibi.co.il>
**Cc:** Oren Streit <OrenS@IBI.co.il>
**Subject:** Re: 399504816 - 5631 MacArthur Boulevard NW Washington DC 20016 - 5410 30th Street DC LLC

Hello Again,

I just wanted to ensure that I meet your deadline of 5pm today.

I am in agreeance with and will accept the proposed agreement.

However please take into consideration my prior email

And one last request, I will need to realign the remaining 18k for the elevator to a different line as I will not have time to finish it. It will however be "elevator ready" should the buyer want to add the option later. The shaft is complete.

I want to thank you for working with me through this as this is unlike anything I've ever experienced. For a bank to go belly up mid construction is debilitating.

Thank you

Zanetta

On Feb 10, 2025, at 2:49 PM, ZW <zanettaw@yahoo.com> wrote:

Dor,

I appreciate the clarification. Yes this is a tremendous help. And thank you for the reassurance relative to your not being after my property. I have put blood sweat and tears into this build and a significant amount of liquid out of pocket (more than a half of million). Although I've completed many projects I am not a large organization as it may seem. It's just little old me. That said I take pride in ensuring that I keep my word and that my commitments are met. I am

fully invested in ensuring that you and your partners are repaid.

In terms of the renewal of the payments starting May 1. Does that mean that it is expected for me to begin making interest payments again at that time? It would be much much more feasible if all payment requirements were held until

Closing. Between Fund that Flip's dissolve and the delay of the revenue that I expected to come from

This project my funds have been strained.

On Feb 10, 2025, at 2:20 PM, Dor Sagron <dor@ibi.co.il> wrote:

### 1. an Extension & Conditions

- The loan is extended until **May 1, 2025.**

- Regular interest payments are deferred until that date.
- If the rehab is **not completed by May 1**, it will be an **event of default**.
- If the rehab **is completed**, you will have **90 additional days** to sell or refinance, with possible further extensions at IBI's discretion.
- After May 1, you will renew your monthly interest payments.

### 2. **DIL Recording Triggers**

- The DIL **stays in escrow** until either:
  a) **Maturity** – If the loan reaches the new extended maturity date without full repayment, IBI can record the DIL. (new maturity will be May 1, 2025 and will be automatically extended in 90 days in rehab is complete until this date)
  b) **Default** – If you fail to meet the terms of the forbearance agreement (e.g., missing payments or not completing the rehab), IBI can record the DIL earlier.

### Regarding Additional Time After May 1

- If the rehab is finished by May 1, you automatically get **90 more days** to sell or refinance.
- Any further extensions beyond that are at IBI's discretion. If you will meet you deadlines and would need some more marketing time we may consider, we are not after your property, just looking to payback our partners with principal and interest.

Let me know if you need more clarification!

Best,