

EXHIBIT

47

### AMENDMENT AND EXTENSION OF PROMISSORY NOTE AND LOAN DOCUMENTS AND REAFFIRMATION OF GUARANTY

THIS AMENDMENT AND EXTENSION OF LOAN PROMISSORY NOTE AND LOAN DOCUMENTS AND REAFFIRMATION OF GUARANTY (the "Amendment") is made and effective as of June 30, 2025 (the "Effective Date"), by and between **5410 30TH STREET DC LLC, a Maryland limited liability company** (the "Borrower"), **ZANETTA MARIE WILLIAMS, an individual**, and **IBI SBL INVESTMENT LP, a Delaware limited partnership** ("Lender" or "**IBI SBL Investment LP**"), successor by assignment to FTF LENDING, LLC, a Delaware limited liability company ("**FTF Lending LLC**").

ZANETTA MARIE WILLIAMS, individually, collectively, and/or jointly and severally, is/are referred to in this Amendment as the "**Guarantor**".

Borrower, Guarantor, and Lender, individually, collectively, and/or jointly and severally, is/are referred to in this Amendment as the "**Party**" or the "**Parties**".

### MODIFICATION

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

1.  All capitalized terms used in this Amendment not otherwise defined shall have the meanings assigned to such terms under the Loan Documents, including, without limitation, (a) that certain Amendment and Extension of Promissory Note and Loan Documents and Reaffirmation of Guaranty dated September 1, 2024, and (b) that certain Amendment and Extension of Promissory Note and Loan Documents and Reaffirmation of Guaranty dated June 18, 2025.

2.  The maturity date under the Note shall be amended from June 30, 2025 to September 30, 2025 (the "**Extended Maturity Date**"). The maturity date shall not be amended until Lender has received a fully signed Amendment from each Borrower and Guarantor.

3.  Rehabilitation of the Property shall be 100.00% completed, as verified by an inspector's report, on or before July 30, 2025. Lender shall select and/or approve the selection of the inspector, and Borrower shall pay and/or reimburse Lender for all of the inspector's fees/costs related to the inspection. Gas and electrical connection as required by Washington Gas and Pepco, respectively, shall not be taken into consideration of 100.00% completion of rehabilitation. Gas and electrical connection timeframes are outside of Borrower's control. However, Borrower shall confirm/prove that the request to complete said connections by Washington Gas and Pepco, respectively, were accomplished within 7 days of execution of this Amendment.

4.  All Borrower's monthly interest installment payments due and payable to Lender on the date set forth in the Note and in the amount calculated by Lender to be due and payable under the Note shall be deferred until the Extended Maturity Date.

5.  The amount of $22,220.00 representing the 1.000% extension fee from June 18, 2025 to June 30, 2025 based upon the unpaid principal balance of $2,222,000.00 shall be due and payable. Borrower agrees to pay, and Lender agrees to accept, said fee on or before the Extended Maturity Date.

Borrower: 5410 30th Street DC LLC
Loan: 399504816

6.    The amount of $44,440.00 representing the 2.000% forbearance fee based upon the unpaid principal balance of $2,222,000.00 shall be due and payable. Borrower agrees to pay, and Lender agrees to accept, said fee on or before the Extended Maturity Date.

7.    The amount of $22,220.00 representing the 1.000% extension fee from June 30, 2025 to September 30, 2025 based upon the unpaid principal balance of $2,222,000.00 shall be due and payable. Borrower agrees to pay, and Lender agrees to accept, said additional extension fee on or before the Extended Maturity Date.

8.    Except for the terms specifically set forth in this Amendment, each Borrower and Guarantor acknowledges and agrees that the Loan Documents shall remain in full force and effect until all of the indebtedness is fully repaid and any other obligations under the Loan Documents have been satisfied.

9.    This Amendment may be executed wet-ink signature, Electronic Signature (defined below), or any combination thereof. Such Electronic Signature is intended to authenticate this Amendment and to have the same force and effect as a wet-ink signature to the extent and as provided for under applicable law, including the Electronic Signatures in Global and National Commerce Act of 2000 (15 U.S.C. § 7001, *et seq.*), or other similar state law based on the Uniform Electronic Transactions Act. "Electronic Signature" means any electronica sound, symbol, or process attached to or logically associated with a record and executed and adopted by a party with the intent to sign such record.

[END OF PAGE – SIGNATURE PAGE TO FOLLOW]

2

Borrower: 5410 30th Street DC LLC<br>Loan: 399504816

IN WITNESS WHEREOF, the Borrower, by and through the Borrower's authorized signatory, has executed and delivered this Amendment and Extension of Promissory Note and Loan Documents and Reaffirmation of Guaranty to the Lender as of the Effective Date.

BORROWER:
5410 30TH STREET DC LLC,
a Maryland limited liability company

**Signature:** *Zanetta M. Williams*

**Email:** zanettaw@yahoo.com

By:     Zanetta Marie Williams
Its:     Sole Member and Manager

IN WITNESS WHEREOF, the Guarantor, in the Guarantor's individual capacity, has executed and delivered this Amendment and Extension of Promissory Note and Loan Documents and Reaffirmation of Guaranty to the Lender as of the Effective Date.

GUARANTOR:
ZANETTA MARIE WILLIAMS,
an individual and resident of the State of Maryland

**Signature:** *Zanetta M. Williams*

**Email:** zanettaw@yahoo.com

By:     Zanetta Marie Williams

IN WITNESS WHEREOF, the Lender, by and through the Lender's authorized signatory, has executed this Amendment and Extension of Promissory Note and Loan Documents and Reaffirmation of Guaranty as of the Effective Date.

LENDER:
IBI SBL INVESTMENT LP,
a Delaware limited partnership

**Signature:** _____

**Email:** dor@ibi.co.il

By:     Dor Sagron
Its:     Vice President and Authorized Signatory

3