EXHIBIT

50

Re: Call

From:  ZW (zanettaw@yahoo.com)

To:    dor@ibi.co.il

Cc:    orens@ibi.co.il

Date:  Tuesday, September 30, 2025 at 03:04 PM EDT

In absence (lieu) of the extension agreement that I understand is forthcoming, and based on your response in your email below, I am confirming the extension <u>through October 15, 2025</u> and proceeding under the understanding that this extension means the maturity date is moved to <u>October 15, 2025</u>, and that no foreclosure or collection activity will be initiated before that date.

If my understanding is not correct, please let me know immediately. Otherwise, I will rely on this extension while I am attempting to finalize repayment

Best,

Zanetta

> On Sep 30, 2025, at 1:50 PM, Dor Sagron <dor@ibi.co.il> wrote:

Ok.

<u>&lt;image6db988.PNG&gt;</u>   Dor Sagron
                     VP

Mobile :972-54-7553951
Tel :972-3-5199963
Fax :972-3-5199963
<u>dor@ibi.co.il</u>
<u>www.ibi.co.il</u>

On 30 Sep 2025, at 20:09, ZW <zanettaw@yahoo.com> wrote:

Dor,

I am about to be away from my system for a while and may not receive email.

That said I just wanted to thank you again for your email and agreement to extend the loan through October 15, 2025. During that time, I will work to complete a solution (likely refinance with the lender I mentioned) to repay you.
Best,
Zanetta

On Sep 30, 2025, at 10:08 AM, Dor Sagron <dor@ibi.co.il> wrote:

Doesn't work like this, we can't send you extension docs same day.
We will give you the 2 weeks you asked.

<imaged65301.PNG>   Dor Sagron
VP

Mobile :972-54-7553951
Tel :972-3-5199963
Fax :972-3-5199963
dor@ibi.co.il
www.ibi.co.il

**From:** ZW <zanettaw@yahoo.com>
**Sent:** Tuesday, September 30, 2025 5:01 PM
**To:** Dor Sagron <dor@ibi.co.il>
**Cc:** Oren Streit <OrenS@IBI.co.il>
**Subject:** Re: Call

Hello,

Please confirm that you will send the extension document for my signature today before the maturity date expires?

Thanks
Zanetta

On Sep 30, 2025, at 6:42 AM, ZW <zanettaw@yahoo.com> wrote: