Statement Date: 01/07/2025



## FCI Lender Services, Inc.

Toll Free : (800) 931-2424 Hrs : Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)

PO BOX 27370 Anaheim CA 92809-0112 NMLS # 4920 DRE # 01022780

# Demand Loan Payoff

| | | |
|---|---|---|
| **Borrower** | 5410 30th Street DC LLC<br>Zanetta Marie Williams<br>12138 Central Ave Ste 388<br>Bowie, MD 20721<br>Account: 399504816 | **Servicer**     FCI Lender Services, Inc.<br>8180 E Kaiser Blvd,<br>Anaheim, CA 92808-2277<br>800-931-2424 |

> **This Demand Issued by FCI as Loan Servicer hereby Voids All prior Demands In Any Form and Requires the Receiver of this Demand to Call Prior to Payoff to Verify Funds, as Payoff Amounts May Change.**

| | |
|---|---|
| **Estimated Payoff Date** | **2/7/2025** |
| Loan Maturity Date | 9/1/2024 |
| Interest Paid to Date | 6/1/2024 |
| Next Payment Due Date | 7/1/2024 |
| Unpaid Principal Balance of Loan | $2,158,647.64 |
| Deferred Unpaid Principal Due | $0.00 |
| Note Interest Rate From Interest Paid To Date | 12.4900 % |
| Current Note Interest Rate (May include Default Interest Rate) | 24.0000 % |
| Note Rate Interest Due from 6/1/2024 to 2/7/2025 | $184,544.81 |
| Default Rate Interest Due from 7/11/2024 to 2/7/2025 (@ 11.5100%) | $142,864.70 |
| Accrued/Unpaid Interest Due (May include Unpaid Default Interest) | $490.69 |
| Deferred Unpaid Interest Due | $0.00 |
| Unpaid Loan Fees | $0.00 |
| Other Payments | $0.00 |
| Late Fees Due from Paid-to-Date | $6,088.27 |
| Late Fees Unpaid/Due from Previous Payments | $7,976.91 |
| Late Fees Unpaid/Due & Deferred from Previous Servicer | $0.00 |
| Unpaid Loan Charges or Advances | $24,370.00 |
| Estimated Payoff Charges from Servicer | $0.00 |
| Suspense Balance | $0.00 |
| Escrow Balance | $0.00 |
| Restricted Funds | $0.00 |
| **Estimated Amount to Fully Pay Off this Loan:** | **$2,524,983.02** |
| Daily Interest Amount if Paying After: 2/7/2025 | $1,439.10 |

PLEASE BE ADVISED THAT THIS DEMAND IS ACCURATE AS OF ISSUANCE DATE BUT IT IS SUBJECT TO CHANGE. Additional interest, late charges, fees, and costs may be incurred by the Borrower between the Statement Date and the Payoff Date. ACCORDINGLY, PLEASE CALL (800) 931-2424 ext. 651 TO VERIFY THE PAYOFF AMOUNT PRIOR TO ISSUING PAYMENT. As required by state law, upon receipt of payment in FULL, FCI will process the release of lien, unless directed otherwise by lender.

**Outstanding Checks:**

**Special Instructions:**

(1) Only Certified Funds or Wire Transfer will be accepted for Immediate Payoff.

(2) Please make your disbursement payable to: FCI Lender Services, Inc.

(3) We reserve the right to amend this demand should any changes occur that would increase the total amount for payoff.

(4) PLEASE NOTE THIS DEMAND EXPIRES AND BECOMES NULL AND VOID ON 02/07/2025, as follows: (A) for Payment by Wire, at 2:00 p.m. PT; and (B) for Payment by Certified Funds, at 5:00 p.m. PT.

(5) THE DEMAND FEE IS DUE EVEN IF YOUR TRANSACTION IS CANCELLED.

Sincerely,

*Cecilia Hammer*

Cecilia Hammer
FCI Lender Services, Inc.
800-931-2424 x 651
Fax: 714-282-2429

**EXHIBIT 52**

| Payment Due Date | Note Rate | Payment Amount | Apply To | | | | | | | Unpaid Int Balance | Principal Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Principal | Interest | Reserve | Impound | Other | Unp. Int. Acc Late Chg | | | |
| 06/27/2024 | --- | -$ 48,897.14 | -$ 48,897.14 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 490.69 | $ 2,158,647.64 |
| 07/01/2024 | 12.4900% | $ 22,026.84 | $ 0.00 | $ 22,026.84 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 1,321.61 | $ 490.69 | $ 2,158,647.64 |
| 08/01/2024 | 24.0000% [1] | $ 36,271.28 | $ 0.00 | $ 36,271.28 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 2,176.28 | $ 490.69 | $ 2,158,647.64 |
| 09/01/2024 | 24.0000% [1] | $ 43,172.95 | $ 0.00 | $ 43,172.95 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 2,590.38 | $ 490.69 | $ 2,158,647.64 |
| 10/01/2024 | 24.0000% [1] | $ 43,172.95 | $ 0.00 | $ 43,172.95 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 490.69 | $ 2,158,647.64 |
| 11/01/2024 | 24.0000% [1] | $ 43,172.95 | $ 0.00 | $ 43,172.95 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 490.69 | $ 2,158,647.64 |
| 12/01/2024 | 24.0000% [1] | $ 43,172.95 | $ 0.00 | $ 43,172.95 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 490.69 | $ 2,158,647.64 |
| 01/01/2025 | 24.0000% [1] | $ 43,172.95 | $ 0.00 | $ 43,172.95 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 490.69 | $ 2,158,647.64 |
| 02/01/2025 | 24.0000% [1] | $ 43,172.95 | $ 0.00 | $ 43,172.95 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 490.69 | $ 2,158,647.64 |
| [4]02/07/2025 | 24.0000% [1] | $ 10,073.69 | $ 0.00 | $ 10,073.69 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 490.69 | $ 2,158,647.64 |
| | | $ 327,409.51 | $ 0.00 | $ 327,409.51 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 6,088.27 | | |

[1] Using Default Interest Rate
[2] This transaction was already accomplished by the borrower.
[3] Rounding adjustment to match total payment amount.
[4] Partial Month's Interest
[5] Using Default Interest Rate on Defaulted Payment.

| Itemization of Unpaid Charges | | | | | |
| --- | --- | --- | --- | --- | --- |
| Date | Description | Interest Rate | Unpaid Balance | Accrued Interest | Total Due |
| 06/26/2024 | Extension Fee-To Investor | 0.000% | $11,110.00 | $0.00 | $11,110.00 |
| 06/26/2024 | Extension Fee-To Vendor | 0.000% | $11,110.00 | $0.00 | $11,110.00 |
| 08/19/2024 | Demand Fee-By Borrower | 0.000% | $30.00 | $0.00 | $30.00 |
| 08/28/2024 | Draw Fee-By Borrower | 0.000% | $1,800.00 | $0.00 | $1,800.00 |
| 11/21/2024 | Notice of Intent | 0.000% | $95.00 | $0.00 | $95.00 |
| 01/07/2025 | Foreclosure Admin Fee | 0.000% | $225.00 | $0.00 | $225.00 |
| | | | | | $24,370.00 |

| Property List |
| --- |
| 5631 MacArthur Blvd, Washington DC 20016 |

## IMPORTANT DISCLOSURES

FCI Lender Services, Inc. ("FCI") is committed to professional and courteous service to our customers. If you have any questions or concerns, please call our Customer Service Department during our regular business hours at (800) 931-2424 ext. 651, Mon - Fri, 8:00 a.m. - 5:00 p.m., PT.

**ALL CONSUMERS: NOTICES OF ERROR AND REQUESTS FOR INFORMATION:** If you believe that there is an error in your account and you would like to submit a notice of error to FCI to resolve the error (Notice of Error); and/or, if you want to submit to FCI a request for documentation or information regarding your mortgage loan account (Information Request), **you must mail your Notice of Error and/or Information Request to the following exclusive address: FCI Lender Services, Inc. - Attn: Consumer Requests, P.O. Box 28960, Anaheim, CA 92809.** We do not accept a Notice of Error or Information Request sent to any other address or submitted to FCI by telephone, fax, or in any other manner, although you can call us if you have any questions about the Notice of Error and/or Information Request process. Your Notice of Error and/or Information Request should include the name of the borrower(s), the mortgage loan account number, and a description of the asserted error and/or the specific information and documentation requested.

**COLORADO CONSUMERS ONLY:** FCI Lender Services, Inc.'s agent in Colorado is located at 1776 S. Jackson Street #900, Denver, CO 80210-3808; PH: (720) 441-0010 option #1.

**MASSACHUSETTS CONSUMERS ONLY: NOTICE OF IMPORTANT RIGHTS**
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

**NEW YORK CONSUMERS ONLY:** FCI Lender Services, Inc. ("FCI") is registered with the Superintendent of the New York State Department of Financial Services (NMLS #4920. You may file complaints and obtain further information about FCI by contacting the New York State Department of Financial Services Consumer Assistance Unit at 1-800-342-3736 or by visiting the department's website at www.dfs.ny.gov.

**OREGON CONSUMERS ONLY:** Oregon Rule #441-890-0070 - Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 800-931-2424 ext. 651 or send an email to customerservice@myfci.com. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.

**PENNSYLVANIA CONSUMERS ONLY:** The lender retains a security interest in your residential real estate whenever the security interest has not been released.

**TEXAS CONSUMERS ONLY:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**MARYLAND HOMEOWNERS ONLY:** The Maryland Department of Housing and Community Development (DHCD) has established and administers the Homeowner Assistance Fund (HAF) to provide financial assistance to eligible Maryland homeowners, who are delinquent on their mortgage payments or other housing costs due to COVID-19 related financial hardships, with the goal of avoiding loss of their residences. If you are interested in learning more or checking your eligibility for assistance, please visit the HAF website and its online application portal at https://homeownerassistance.maryland.gov or call the Applicant Support Line, toll free, at (833) 676-0119.

**IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Doc #: 2025017114
02/19/2025 11:52 AM

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Gingo Palumbo Law Group LLC
4700 Rockside Road, Suite 440
Independence, Ohio 44131

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION | THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
DOC 2023039110 recorded on 05/10/2023

1b. [✓] This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

2. [ ] **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Part(y)(ies) authorizing this Termination Statement

3. [✓] **ASSIGNMENT:** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9; check ASSIGN Collateral box in Item 8 and describe the affected collateral in item 8

4. [ ] **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5.   **PARTY INFORMATION CHANGE:**

Check one of these two boxes: | AND Check one of these three boxes to:
This Change affects [ ] Debtor or [ ] Secured Party of record | [ ] CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c | [ ] ADD name: Complete item 7a or 7b, and item 7c | [ ] DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)

| | |
|---|---|
| 6a. ORGANIZATION'S NAME | |
| 5410 30th Street DC LLC | |

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

7. **CHANGED OR ADDED INFORMATION:**  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME
IBI SBL Investment LP

OR

7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9 Ahad Ha'Am Street, Floor 18 | Tel Aviv | | 612910 1 | Israel |

8.   **COLLATERAL CHANGE:**   Check only one box:   [ ] ADD collateral   [ ] DELETE collateral   [ ] RESTATE covered collateral   [✓] ASSIGN* collateral

Indicate collateral: | *Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:**  Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here [ ] and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
FTF Lending LLC

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA:
5410 30th Street DC LLC - Loan 399504816 - 5631 MacArthur Blvd NW

IBI Falcon US LLC - 000293

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 07/01/23)