Doc #: 2025052461
05/29/2025 10:07 AM

## NOTICE OF PENDENCY OF ACTION



**EXHIBIT**

**60**

### (Lis Pendens)

Notice is hereby filed pursuant to 42 D.C. Code 1207 (2001 ed.) of the pendency of an action in the District of Columbia Superior Court affecting the title to the property referenced below:

| | |
|---|---|
| Court: | D.C. Superior Court |
| Title of Action: | DC Municipal Investments,LLC v. 5410 30TH STREET DC LLC, *et al.* |
| Docket No.: | 2025-CAB-002301 |
| Object of Filing: | Tax Sale Foreclosure |
| Relief Sought: | Foreclosure of the Rights of Redemption |

Name of Person whose estate is to be affected thereby:  Any and all persons having or claiming to have any interest in the leasehold or fee simple in the property and premises situate, lying and being in the District of Columbia described as:

Square-1446 Lot-0043, 5631 MACARTHUR BLVD NW

Heidi S. Kenny, Esquire
KENNY LAW GROUP, LLC
11426 York Road, 1st Floor
Cockeysville, MD  21030
(410) 415-7071
hkenny@kenny-law.com

*Counsel for Plaintiff*

Subscribed and sworn to before me this <u>May 27, 2025</u>

JAMES KELLY-LIEB
Notary Public - State of Maryland
Baltimore County
My Commission Expires Oct 23, 2026

Notary Public
My Commission Expires: 10/23/2026

Return to:     Heidi S. Kenny, Esquire
KENNY LAW GROUP, LLC
11426 York Road, 1st Floor
Cockeysville, MD  21030

IBI Falcon US LLC - 000487

Doc #: 2025052461
Filed & Recorded
05/29/2025 10:07 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
  RECORDING FEES      $25.00
  SURCHARGE         $5.00
TOTAL:              $30.00

IBI Falcon US LLC - 000488