**VerStandig**
LAW FIRM

Maurice B. VerStandig, Esq.
Sender's Direct Dial: (301)444-4600
Sender's E-mail: mac@mbvesq.com

May 11, 2026



EXHIBIT

62

**Via E-mail**
Deirdre T. Johnson, Esq.
9701 Apollo Drive
Suite 301
Upper Marlboro, Maryland 20774
dtjesq@dtjohnsonlaw.com

> **Re:** *In re 5410 30th Street DC LLC*
> **Case No. 25-19605-LSS (Bankr. D. Md. 2025)**

Ms. Johnson:

I am in receipt of your correspondence, from Friday, inquiring as to (i) the time and location for an inspection of original loan documents; and (ii) the taking of the depositions of Michael Palumbo, Esq. and Nolan Helline.

Concerning Mr. Helline: I do not know Mr. Helline, he is not an agent of either of my clients in this case and, candidly, I do not even know his whereabouts. I thusly cannot much help in the scheduling of his deposition other than to observe that below are various dates on which Mr. Palumbo is available for deposition and either my associate or myself would be similarly available to attend Mr. Helline's deposition on any of the dates that are not selected for Mr. Palumbo. I can also confirm we are agreeable to his deposition being taken via Zoom so as to avoid the incursion of travel expenses on the part of the Debtor and IBI Falcon (knowing my client's legal fees and expenses are ultimately an obligation of the Debtor's estate).

Vis a vis Mr. Palumbo's deposition: my client is seeking a protective order for reasons previously noted. However, we are keen to see discovery not unduly delayed. So, since his deposition (if allowed) is to be completed by June 24, 2026 (*see* Scheduling Order, DE #156), I would propose any of the following dates: June 11, 12, 15, 17, or 18.

Insofar as Mr. Palumbo is resident in Independence, Ohio, he will need to be deposed in the Northern District of Ohio. We would be amenable to having his deposition taken via Zoom if that makes matters easier. If not, let me know and I will arrange appropriate travel.

As for inspection of the loan documents: the originals are present in Mr. Palumbo's office in Independence, Ohio. Given your client's demand for a chain-of-custody log, and the emphasis your client has placed on chain-of-custody issues, we are loath to transmit the documents to the District of Columbia or to Maryland. However, I can confirm that Mr. Palumbo's office will make the documents available for inspection—by your client and/or yourself—on any of the following

**9812 Falls Road**
**#114-160**
**Potomac, Maryland 20854**

**1452 W. Horizon Ridge Pkwy**
**#665**
**Henderson, Nevada 89012**



dates, between the hours of 9:00 am and 11:30 am or between the hours of 2:00 pm and 5:00 pm: May 13, 14, 15, 18, 19, 20, 21, 22, 25, 26, 27, 28 or 29. Please do let us know, however, at least two days in advance, so we can ensure the office is appropriately staffed and someone is present to coordinate and witness the inspection.

Sincerely,

Maurice "Mac" VerStandig, Esq.
*For the Firm*

**9812 Falls Road**
**#114-160**
**Potomac, Maryland 20854**

**1452 W. Horizon Ridge Pkwy**
**#665**
**Henderson, Nevada 89012**