



EXHIBIT

65

## GINGO PALUMBO LAW GROUP LLC

**ANTHONY J. GINGO**
Direct:   216.503.9511
E-Mail:   anthony@gplawllc.com

**MICHAEL J. PALUMBO**
Direct:   216.503.9512
E-Mail:   michael@gplawllc.com

Sent via UPS next day delivery, USPS certified mail, and USPS regular mail
January 27, 2025

UPS Tracking #1Z 408 E0V 24 1863 0163
USPS Article #9589-0710-5270-0145-9334-51
5410 30th Street DC LLC
12138 Central Avenue, Suite 388
Bowie, Maryland 20721

UPS Tracking #1Z 408 E0V 24 0744 3770
USPS Article #9589-0710-5270-0145-9334-68
5410 30th Street DC LLC
2011 Brooks Drive, Apartment 130
District Heights, Maryland 20747

UPS Tracking #1Z 408 E0V 24 0886 1585
USPS Article #9589-0710-5270-0145-9334-75
5410 30th Street DC LLC
1028 South Walter Reed Drive, Apartment 633
Arlington, Virginia 22204

UPS Tracking #1Z 408 E0V 24 0000 7594
USPS Article #9589-0710-5270-0145-9334-82
Zanetta Marie Williams
2011 Brooks Drive, Apartment 130
District Heights, Maryland 20747

UPS Tracking #1Z 408 E0V 24 0928 5803
USPS Article #9589-0710-5270-0145-9334-99
Zanetta Marie Williams
1028 South Walter Reed Drive, Apartment 633
Arlington, Virginia 22204

RE:   Notice of Default and Maturity, Opportunity to Cure, and Notice of Intent to Foreclose
Borrower:      5410 30th Street DC LLC
Guarantor:    Zanetta Marie Williams
Collateral:    5631 MacArthur Boulevard, Washington, DC 20016
Loan:          399504816

Dear Borrower and Guarantor(s):

This office represents IBI SBL Investment LP, a Delaware limited partnership (the "**Lender**"), successor by assignment to FTF Lending, LLC, as relates to the above-referenced commercial Loan.  On this Loan, FCI Lender Services, Inc. ("**FCI Lender Services**") is Lender's authorized Servicer.

The Lender is the holder of certain loan document(s) which set forth the terms of, and security for, the Loan, and any modifications of/to the same (individually and/or collectively, the "**Loan Documents**").  Under the Loan Documents, the following event(s) of default have occurred:

1. Nonpayment. Borrower failed to make certain payments required under the terms of the Loan Documents, including, without limitation, the extended maturity date balloon payment due on September 1, 2024.
2. Nonperformance. Guarantor failed to timely perform Guarantor's obligations under the Loan Documents.

Pursuant to terms of the Loan Documents, the Loan matured on September 1, 2024.  Accordingly, the entire unpaid principal balance, plus accrued interest and applicable fees and charges, are immediately due and payable.  Lender may exercise certain rights and remedies, without notice, including, without limitation, commence appropriate legal action to collect the unpaid indebtedness under that certain Promissory Note (the "**Note**") and that certain Guaranty (the "**Guaranty**"), and to foreclose that certain Deed of Trust, Assignment of Leases and Rents, Fixture Filing, and Security Agreement (the "**Deed of Trust**") recorded against any and/or all of the Collateral securing the Loan by judicial or non-judicial proceeding in order to sell the Collateral.  **As of February 7, 2025, the Loan balance is $2,524,983.02.**

Summit One    4700 Rockside Road, Suite 440    Independence, Ohio 44131
FAX 888.827.0855    WEB www.gplawllc.com

IBI Falcon US LLC - 000288

**TO AVOID THE AFORESAID ACTIONS, WITHIN 10 DAYS FROM THE DATE OF THIS NOTICE, YOU MUST (1) CONTACT FCI LENDER SERVICES AT (800) 931-2424, AND (2) CURE THE EXISTING DEFAULT BY REMITTING PAYMENT DIRECTLY TO FCI LENDER SERVICES. PLEASE BE ADVISED THAT WHILE THE ABOVE LOAN ACCOUNT INFORMATION IS ACCURATE, IT IS SUBJECT TO CHANGE. ADDITIONAL INTEREST, LATE CHARGES, FEES, AND COSTS MAY BE INCURRED BETWEEN THE STATEMENT DATE AND ANY CURE OR PAYOFF DATE. THE LENDER'S ACCEPTANCE OF ANY PARTIAL PAYMENT AFTER THE DATE OF THIS NOTICE SHALL NOT CONSTITUTE A WAIVER OF THE LENDER'S DEMAND FOR PAYMENT IN FULL OF ANY CURE FIGURE.**

If payment is not timely received, then the Lender has authorized this office to commence legal proceedings against you. These legal proceedings include, without limitation, (a) obtaining a monetary judgment under the Note and the Guaranty, (b) foreclosing the Deed of Trust recorded against any and/or all of the Collateral, and/or (c) pursuing a deficiency judgment against you for the remaining balance due under the Loan if permitted by applicable law. Under the terms of the Loan Documents, you are responsible for all of the Lender's reasonable attorney's fees and costs in pursuit of collection upon the Loan Documents. It is obviously in your best interest to avoid these results, and I hope you will take the necessary steps to prevent the occurrence of these actions.

You may have a right to reinstate the Loan after default. Further, you have the right to assert the non-existence of a default, or any other defense to the Loan in any judicial proceeding.

This Notice shall be considered notice under the Loan Documents. Further, this Notice shall in no way be deemed to obligate the Lender to give you any further notice, of any kind, in connection with this Loan. All waiver provisions contained in the Loan Documents remain in full force and effect and have not been waived by the Lender as result of the issuance of this Notice. Nothing in this correspondence should be construed as a commitment on the part of the Lender toward any course of action. The Lender reserves the right to proceed immediately to protect itself should the Lender determine that it is in its best interest to do so. Except as expressly provided for under the Loan Documents, nothing contained herein shall alter or affect any provision, condition, or covenant contained in the Loan Documents or affect or impair any rights, powers, or remedies thereunder. The provisions of the Loan Documents shall continue in full force and effect except as expressly modified hereby.

**IMPORTANT NOTICE(S): (1) IF YOU OR THE LOAN IS/ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS LOAN, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. (2) IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OF ANOTHER STATE, OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE OF DEFAULT IMMEDIATELY.**

Notwithstanding anything to the contrary, if you wish to further discuss this Loan, please immediately contact the undersigned at (216) 503-9512.

Sincerely,

GINGO PALUMBO LAW GROUP LLC

Michael J. Palumbo

2

IBI Falcon US LLC - 000289