# District of Maryland
# Claims Register



EXHIBIT

81

## 25-19605 5410 30th Street DC LLC

**Judge:** Lori S. Simpson    **Chapter:** 11

**Office:** Greenbelt    **Last Date to file claims:** 02/17/2026

**Trustee:** For Internal Use Only    **Last Date to file (Govt):** 04/13/2026

| | | |
|---|---|---|
| *Creditor:* (32988016) History | **Claim No: 1** | *Status:* |
| BHI Construction, and Any/All Affiliates | *Original Filed* | *Filed by:* CR |
| 9342 Annapolis Rd | *Date:* 10/30/2025 | *Entered by:* admin |
| Lanham, MD 20706 | *Original Entered* | *Modified:* |
| | *Date:* 10/30/2025 | |

Amount claimed: $124435.90

Priority  claimed:  $15150.00

*History:*

Details ⊙   1-1    10/30/2025 Claim #1 filed by BHI Construction, and Any/All Affiliates, Amount claimed: $124435.90 (admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (33150151) | **Claim No: 2** | *Status:* |
| IBI Falcon US LLC | *Original Filed* | *Filed by:* CR |
| c/o Maurice VerStandig | *Date:* 01/29/2026 | *Entered by:* Maurice Belmont VerStandig |
| The VerStandig Law Firm, LLC | *Original Entered* | *Modified:* |
| 9812 Falls Road, #114-160 | *Date:* 01/29/2026 | |
| Potomac, Maryland 20854 | | |

Amount  claimed: $2676531.91

Secured claimed: $2676531.91

*History:*

Details ⊙   2-1    01/29/2026 Claim #2 filed by IBI Falcon US LLC, Amount claimed: $2676531.91 (VerStandig, Maurice)

*Description:* (2-1) Money Loaned

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (33159402) | **Claim No: 3** | *Status:* |
| T&AA CONSTRUCTION LLC | *Original Filed* | *Filed by:* CR |
| 21220 Dorsey Spring Pl | *Date:* 02/06/2026 | *Entered by:* admin |
| 21220 Dorsey Spring Pl | *Original Entered* | *Modified:* |
| Germantown, MD 20876 | *Date:* 02/06/2026 | |

Amount claimed: $416852.00

Priority  claimed: $249776.00

*History:*

Details ⊙   3-1    02/06/2026 Claim #3 filed by T&AA CONSTRUCTION LLC, Amount claimed: $416852.00 (admin)

*Description:*

*Remarks:*

## Claims Register Summary

**Case Name:** 5410 30th Street DC LLC
**Case Number:** 25-19605
**Chapter:** 11
**Date Filed:** 10/14/2025
**Total Number Of Claims:** 3

| Total Amount Claimed* | $3217819.81 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $2676531.91 | |
| Priority | $264926.00 | |
| Administrative | | |
| Other | $276361.90 | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/10/2026 10:20:19 | | | |
| **PACER Login:** | dtjohn98 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 25-19605 Filed or Entered From: 1/1/1900 Filed or Entered To: 2/10/2026 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |