OES IT TAKE A FI ✕     Service Standards | USPS   ✕   +

○ usps.com/service-standards/



**⊒USPS.COM**   Quick Tools   Send   Receive   Shop   Business   International   Help   Q

## USPS Transit Time Map

View expected delivery times for domestic shipping services based on USPS service standards

Shipping options and delivery time is not guaranteed.

ⓘ **New! Priority Mail® Next Day**

Our new next-day delivery option reaches over 72 million business and residential customers throughout the country.

Explore Priority Mail Next Day

## Get Started!

- Enter the 5-digit ZIP Code™ you're shipping from
- Drag and zoom the map to see the area you're mailing to, as well as Alaska, Hawaii, and U.S. territories

*Required field

| † Mailing & Shipping Services | * Entry Point 5-digit ZIP Code™ | |
|---|---|---|
| First-Class Mail® Letters and Flats ⌄ | 11774 | Search |

⟳ Reset Map

[Map with origination marker and location labels]

◉ Origination    2 Days   3 Days   4 Days   5 Days                Esri, HERE, Garmin, USGS, USGS

With Priority Mail® Next Day, the expected delivery date indicates a delivery time of 72 business hours or based on the acceptance date/time and destination ZIP Code. The expected delivery date does not include delivery time guarantees.

For certain USPS Ground Advantage® packages mailed within the USA/HI, the service standard for USPS Ground Advantage® is 2-11 days.

## ⊒USPS.COM

**HELPFUL LINKS**
Contact Us
Site Index
FAQs
Feedback
USPS Jobs
Careers

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Rights & Permissions

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers
PostalPro

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Contacts
Fair Chance Act
Accessibility Statement

Case 25-19605   Doc 230-18   Filed 07/29/26   Page 2 of 4

* Required field

* Mailing & Shipping Services

First-Class Mail® Letters and Flats ⌄

* Entry Point 5-digit ZIP Code™

20774

**Search**

↻ Reset Map



With Priority Mail® Next Day, the expected delivery date reflects a delivery time of 1 business day and is based on the specified origin, destination, and drop-off time in most cases. The expected delivery date does not come with a money-back guarantee.

For any USPS Ground Advantage® packages that contain HAZMAT, the service standards for USPS Ground Advantage Over 1 lb - 70 lbs apply.

Case 25-19605   Doc 230-18   Filed 07/29/26   Page 3 of 4

Mail & Shipping Services | USF

← → C   usps.com/ship/mail-shipping-services.htm

USPS.COM    Quick Tools    Send    Receive    Ship    Business    International    Help

## Mail & Shipping Services

USPS has express and standard mail services to fit your needs. Depending on what items you're sending and when you want them delivered, choose based on:

- Fastest delivery speed
- Most affordable price
- Shipping online or at a Post Office™ location



## Compare Mail Services

Compare USPS mail services, exploring retail prices, delivery speed and more. Most services automatically include USPS Tracking® except First-Class Mail® service, and you can add Extra Services for purchase.

Save on shipping if you're using Priority Mail Express®, Priority Mail® or USPS Ground Advantage® service, you can enjoy online off Business rate and get lower Commercial Prices. Businesses can get additional savings by opting into the Business account.

| | Fastest Delivery Speed | Simple, Affordable, Reliable | Postcards & Envelopes |
|---|---|---|---|
| | Fast and perfect for your most important mail and packages with some Flat Rate options. | Easy, more, shipping packages by ground | Mail like postcards, letters in small envelopes up to 3.5 oz, and large envelopes up to 13 oz. |
| Description | Priority Mail Express[2] | Priority Mail[2] | USPS Ground Advantage[2] | First-Class Mail[2] |
| | You're sending something urgent that must arrive in a day. You need date-certain delivery with money-back guarantee.[1] | You're sending important items that need to arrive in 1-3 days | Use it ideal for packages with expected delivery in 2-5 days. It also the primary option for small/light items that aren't bulky, etc. | You're sending a letter, envelope under 3.5 oz, or large envelope under 13 oz that mails fast and sends easily. |
| Price | Flat Rate Envelope From $33.00 USPS Shipping Zone. At Your Own Box, Weight Zone From $33.00 | Flat Rate Envelope From $11.00 USPS Shipping Zone. Flat Rate From $11.00 Your Own Box, Weight Zone From $11.00 | From $11.00 | From $0.01 postcards, From $0.01 letters, From $1.00 large envelopes |
| Delivery Speed | 1-2 days | 1-3 days | 2-5 days[1] | 1-5 days |

# Compare Mail Services

Compare USPS mail services by starting retail prices, delivery speed, and more. Most services automatically include USPS Tracking® (except First-Class Mail® service), and you can add insurance and extra services.

**Save on Shipping:** If you're using Priority Mail Express®, Priority Mail®, or USPS Ground Advantage® service, you can ship online with Click-N-Ship® and get lower Commercial Rates. Businesses can get additional savings by opting in to the Business Rate Card.

|  | Fastest Delivery Speed | Simple, Affordable, Reliable | | Postcards & Envelopes |
|---|---|---|---|---|
|  | Fast air delivery for your most important mail and packages (with some Flat Rate options). | Save money shipping packages by ground. | | Mail, like postcards, letters in small envelopes (up to 3.5 oz), and large envelopes (up to 13 oz). |
| Description | Priority Mail Express® | Priority Mail® | USPS Ground Advantage® | First-Class Mail® |
|  | You're sending something urgent that must arrive in 1-3 days. You need date-certain delivery with money-back guarantee. | You're sending important items that need to arrive in 2-3 days. | Low rates for packages with expected delivery in 2-5 days (also the primary option for HAZMAT items that can't travel by air). | You're sending a letter envelope (under 3.5 oz) or large envelope (under 13 oz) that's flat and bends easily. |
| Price | Flat Rate Envelope: From $33.25 USPS Shipping Box or Your Own Box By Weight/Zone: From $33.00 | Flat Rate Envelope: From $11.95 USPS Shipping Box (Flat Rate): From $12.65 Your Own Box By Weight/Zone: From $10.20 | From $7.30 | From $0.61 (postcards) From $0.76 (letters) From $1.63 (large envelopes) |
| Delivery Speed | 1-3 days | 2-3 days | 2-5 days | 1-5 days |