

EXHIBIT
85

**Fill in this information to identify the case:**

Debtor name _5410 30th Street DC, LLC_

United States Bankruptcy Court for the: _Greenbelt_        District of _MD_
(State)

Case number (If known): _25-19605_ .

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☒ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
Santorini Capital, LLC

**Creditor's mailing address**
2000 Massachusetts Ave, NW
Washington, DC 20036

**Creditor's email address, if known**
steven.snider@weinstein.com

Date debt was incurred _____

Last 4 digits of account number      ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien

5631 MacArthur Blvd
Washington, DC 20015

Describe the lien
_____ Loan _____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 975,000.00   Approximately

Column B: $ 4.5 - 5.0M   Estimated

**2.2** Creditor's name
IBI SBL Investment LLP

IBI Falcon US, LLC
**Creditor's mailing address**
C/O Gingo Palumbo Law Group, LLC
Summit One 4700 Rockside Road #440
Independence, OH 44131

**Creditor's email address, if known**
dor@ibi.co.il
michael@gplawllc.com

Date debt was incurred _7/2004_

Last 4 digits of account number _Unknown_

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
    ☒ No. Specify each creditor, including this creditor, and its relative priority.
    _First_
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

5631 MacArthur Blvd, NW
Washington, DC 20016

Describe the lien _Loan_

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $ 2,676,531.91

Column B: $ 4.5 - 5.1 M

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 3,651,531.91