# DEIRDRE T. JOHNSON, ESQ.

### Attorney at Law

Admitted to practice in Maryland



**EXHIBIT**

**87**

**VIA EMAIL**

July 24, 2026

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

Re:　In re 5410 30th Street DC, LLC, Case No. 25-19605-LSS (Chapter 11), United States Bankruptcy Court for the District of Maryland (Greenbelt Division) — Request for Stipulation as to Authenticity of Documents Produced by IBI Falcon US LLC and IBI SBL Investment LP

Dear Mr. VerStandig:

I write regarding the approximately 2,000 pages of documents that IBI Falcon US LLC ("IBI Falcon") and IBI SBL Investment LP ("IBI SBL") produced to the undersigned via email and Dropbox in connection with their responses to the Debtor's First Set of Requests for Production of Documents served May 21, 2026.

As you are aware, trial on the pending motions is fast approaching. Although the individual pages bear Bates stamps (e.g., "IBI Falcon US LLC - 000001" et seq.), the production was made without any index or correlation table identifying which Bates-numbered document responds to which specific Request(s) for Production, requiring the Debtor to independently review and cross-reference approximately 2,000 pages. It will consume disproportionate hearing time if each of those documents must be authenticated individually. The Debtor reserves all rights and objections previously raised regarding the completeness, organization, and timeliness of IBI Falcon's and IBI SBL's document production, and nothing in this letter waives those objections.

In the interest of conserving the Court's time and the parties' resources, and without conceding the relevance, admissibility, or weight of any individual document, the Debtor proposes that IBI Falcon and IBI SBL stipulate to the authenticity of the documents they produced, so that trial time can be devoted to the merits rather than foundational proof of documents that neither side genuinely disputes are what they appear to be.

9701 Apollo Dr, Suite 301　Upper Marlboro, MD 20774
P : (301) 742-5385　　　F: (301) 731-4055
dtjesq@dtjohnsonlaw.com

Enclosed please find the Debtor's proposed Request for Stipulation as to Authenticity of Documents (the "Stipulation"), which itemizes by Bates number the specific documents the Debtor has identified in its review to date, addresses only authenticity under Fed. R. Evid. 901 and 902, and expressly preserves all other objections — including relevance, hearsay, and privilege — for trial. The Debtor reserves the right to supplement the Stipulation with additional Bates-numbered documents as its review of the production continues.

Given the imminent trial date, please review, execute, and return the enclosed Stipulation — or, alternatively, identify in writing, with specificity, each document (by file name, production category, or description) whose authenticity IBI Falcon or IBI SBL disputes and the basis for that dispute — no later than 5:00 p.m. on Tuesday, July 28, 2026.

If IBI Falcon and IBI SBL have not executed the enclosed Stipulation or identified specific, good-faith authenticity disputes by that deadline, the Debtor will treat the produced documents as unopposed for authenticity purposes at trial and will seek appropriate relief from the Court, including a ruling under Fed. R. Evid. 901 or a request for judicial notice, to avoid unnecessary foundation testimony.

Please confirm receipt of this letter and your clients' position on the enclosed Stipulation by the deadline above.

Respectfully,


Deirdre T. Johnson, Esq.
Counsel for the Debtor

Enclosure: Debtor's Request for Stipulation as to Authenticity of Documents

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | \| | |
| | \| | |
| 5410 30th Street DC, LLC, | \| | Case No.: 25-19605 |
| | \| | |
| Debtor | \| | Chapter 11 |
| | \| | |

**DEBTOR'S REQUEST FOR STIPULATION AS TO AUTHENTICITY OF
DOCUMENTS PRODUCED BY IBI FALCON US LLC AND IBI SBL INVESTMENT LP**

Pursuant to Rule 901 and Rule 902 of the Federal Rules of Evidence, made applicable to this contested matter by Rule 9017 of the Federal Rules of Bankruptcy Procedure, and in advance of the trial on Debtor's Motion for Relief from the Automatic Stay (the "Stay Motion") and Debtor's motion concerning IBI Falcon's status as a real party in interest and "party in interest" under 11 U.S.C. §§ 101(5), 101(10), and 1109(b) (the "Party-in-Interest Motion," and together with the Stay Motion, the "Pending Motions"), Debtor 5410 30th Street DC, LLC (the "Debtor") requests that IBI Falcon US LLC ("IBI Falcon") and IBI SBL Investment LP ("IBI SBL," and together with IBI Falcon, "IBI") stipulate as follows:

**1. Documents Produced.** IBI Falcon and IBI SBL produced to the Debtor, via email and Dropbox on or about June 22, 2026, approximately 2,000 pages of documents bearing Bates stamps in the form "IBI Falcon US LLC - 0000XX" (the "Produced Documents") in response to the Debtor's First Set of Requests for Production of Documents served May 21, 2026.

**2. General Stipulation of Authenticity.** IBI Falcon and IBI SBL, and each of them, stipulate and agree that each of the Produced Documents (a) is a true, accurate, and complete copy of the document it purports to be; (b) is genuine within the meaning of Fed. R. Evid. 901(a); and (c) to the extent offered as a business record, satisfies the certification requirements of Fed. R. Evid. 902(11)-(12), such that no custodian or other witness need be called at trial solely to establish the authenticity of a Produced Document.

**3. Specific Documents.** Without limiting the general stipulation in Paragraph 2, IBI Falcon and IBI SBL specifically stipulate to the authenticity of the following Produced Documents, identified by Bates number (all Bates numbers below carry the prefix "IBI Falcon US LLC - "). This list reflects the Debtor's review of the production to date and will be supplemented as that review continues.

## A. Note, Allonge, and Loan-Transfer Documents

| Document | Bates No. |
|---|---|
| Promissory Note ($2,222,000.00, effective May 3, 2023; 5410 30th Street DC LLC, Borrower; FTF Lending, LLC, Lender) | 000001-000011 |
| Deed of Trust, Assignment of Leases and Rents, Fixture Filing, and Security Agreement (5410 30th Street DC LLC, Borrower/Trustor; First American TR Services of D.C., LLC, Trustee; FTF Lending, LLC, Beneficiary/Lender; dated May 3, 2023, recorded May 10, 2023, as Instrument No. 2023039109) | 000014-000044; 000183-000212; and 000355-000384 |
| Security Affidavit — Class 1 (D.C. Recorder of Deeds Form ROD 21; executed by Zanetta Williams for 5410 30th Street DC LLC, dated May 3, 2023) | 000045; 000213-000214; and 000385-000386 |
| Guaranty (Zanetta Marie Williams, individual Guarantor, dated May 3, 2023, securing the Note) | 000053-000060 |
| First Allonge (FTF Lending, LLC to IBI SBL Investment LP; stated effective date March 6, 2024) | 000012 |
| Second Allonge (IBI SBL Investment LP to IBI Falcon US LLC; stated effective date June 30, 2025) | 000013 and 000313 |
| Bill of Sale (IBI SBL Investment LP to IBI Falcon US LLC; stated effective date June 30, 2025) | 000099-000100 |
| Assignment of Security Documents (IBI SBL Investment LP to IBI Falcon US LLC; stated effective date June 30, 2025) | 000101-000102 |
| Assignment of Mortgage/Deed of Trust (FTF Lending, LLC to IBI SBL Investment LP; recorded March 27, 2024, as Instrument No. 2024028399) | 000387-000390; 000215-000218; and 000046-000049 |
| Assignment of Deed of Trust (IBI SBL Investment LP to IBI Falcon US LLC; recorded July 9, 2025, as Instrument No. 2025067961) | 000391-000394 and 000050-000052 |
| Amendment and Extension of Promissory Note and Loan Documents and Reaffirmation of Guaranty (extending the maturity date to June 18, 2025; made effective September 1, 2024; executed on behalf of Lender IBI SBL Investment LP by Dor Sagron) | 000297-000304 [A-1] |
| Amendment and Extension of Promissory Note and Loan Documents and Reaffirmation of Guaranty (extending the maturity date from June 30, 2025 to September 30, 2025) | 000314-000317 |

| Document | Bates No. |
|---|---|
| Loan Agreement (5410 30th Street DC LLC, Borrower; FTF Lending, LLC, Lender; Loan No. FTF_158847_71928; Loan Amount $2,222,000.00) | 000061-000087 |
| Amendment to Promissory Note and Reaffirmation of Guaranty (executed via Dropbox Sign by Zanetta Williams and Dor Sagron, completed June 20, 2024) [A-2] | 000104-000109 |

[A-1] Debtor could not identify any document actually bearing Bates Nos. 000305-000312 and reserves the right to request clarification or a corrected copy from IBI.

## B. Corporate Authority and Foreclosure-Related Documents

| Document | Bates No. |
|---|---|
| Action by Written Consent of the Manager of IBI Falcon US LLC (effective July 8, 2025) | 000540-000541 |
| Affidavit of Non-Residential Mortgage Foreclosure (Michael J. Palumbo on behalf of IBI Falcon US LLC, dated November 11, 2025, recorded as Instrument No. 2025110562) | 000542-000543 and 000573-000574 |
| Deed of Appointment of Substitute Trustee (Michael J. Palumbo, on behalf of IBI Falcon US LLC, dated November 18, 2025, appointing Russell S. Drazin as Substitute Trustee in place of First American TR Services of D.C., LLC, under the Deed of Trust recorded May 10, 2023 as Instrument No. 2023039109 (as assigned to IBI SBL Investment LP by Instrument No. 2024028399 and subsequently to IBI Falcon US LLC by Instrument No. 2025067961); recorded November 19, 2025) [B-1] | 000567-000569 and 000575-000578 |

## C. Related-Property Documents

| Document | Bates No. |
|---|---|
| Assignment of Warranties, Permits, Licenses and Contracts (5410 30th Street DC Hamilton LLC to Santorini Capital LLC, dated January 12, 2024, recorded February 9, 2024, as Instrument No. 2024012685) | 000239-000244 and 000415-000420 |
| Deed of Trust and Security Agreement (5410 30th Street DC LLC, Borrower; Santorini Capital LLC, Beneficiary/Lender; | 000219-000238; 000394-000414 [C-1]; and 000431-000450 |

| Document | Bates No. |
|---|---|
| dated January 12, 2024, recorded February 9, 2024, as Instrument No. 2024012684) | |
| ALTA Loan Policy of Title Insurance (First American Title Insurance Company) | 000088-000098 |
| DC Water and Sewer Authority Delinquent Account Notice (Account No. 2038535-7, dated January 8, 2025) | 000245 |
| Limited Search of Title (Kingdom Title Solutions, dated as of January 21, 2025) | 000110-000111 and 000344-000346 |
| Notice of Pendency of Action (Lis Pendens) — DC Municipal Investments, LLC v. 5410 30th Street DC LLC, et al., D.C. Superior Court No. 2025-CAB-002301 (tax sale foreclosure), recorded May 29, 2025, as Instrument No. 2025052461 [C-2] | 000487-000488 |
| MyTax DC Property Details / tax account printouts for the Property | 000112-000179; 000347-000351; and 000532-000539 |
| Payoff/settlement letter on behalf of IBI Falcon US LLC, dated October 12, 2025 (payoff conditioned on payment by October 15, 2025) | 000341 and 000531 |

## D. Debtor's Bankruptcy Case Filings (as Produced by IBI)

| Document | Bates No. |
|---|---|
| Schedule D: Creditors Who Have Claims Secured by Property, Official Form 206D (Doc. 15, filed October 29, 2025) | 000501 |
| Schedule G: Executory Contracts and Unexpired Leases, Official Form 206G (Doc. 17, filed October 29, 2025) | 000502 |
| Schedule H: Codebtors, Official Form 206H (Doc. 18, filed October 29, 2025) | 000503 [D-2] |
| Corporate Resolution Authorizing Bankruptcy Filing (Doc. 24, filed October 29, 2025) | 000520 |
| Verification of Creditor Matrix (Doc. 25, filed October 29, 2025) | 000521-000523 |
| Chapter 11 Bankruptcy Retainer Agreement (5410 30th Street DC, LLC and Deirdre T. Johnson, Esq.), dated August 29, 2025 | 000524-000526 |

| Document | Bates No. |
|---|---|
| Voluntary Petition, Official Form 201 (Doc. 21, filed October 29, 2025) | 000505-000518 |
| Voluntary Petition, Official Form 201 (Doc. 32, filed November 17, 2025) | 000563-000566 |
| Voluntary Petition and accompanying materials, Official Form 201 (labeled range; produced document totals 121 pages) | 000318-000338 [D-1] |
| Schedule A/B: Assets, Official Form 206A/B (Doc. 13, filed October 29, 2025) | 000489-000496 |
| Schedule E/F: Creditors Who Have Unsecured Claims, Official Form 206E/F (Doc. 14, filed October 29, 2025) | 000497-000500 [D-3] |
| List of Creditors Who Have the 20 Largest Unsecured Claims, Official Form 204 (Doc. 22, filed October 29, 2025) | 000519 |
| Amended Schedule E/F: Creditors Who Have Unsecured Claims (Doc. 29, filed November 17, 2025) | 000544-000547 |
| Statement of Financial Affairs, Official Form 207 (Doc. 30, filed November 17, 2025) | 000548-000561 |
| Summary of Assets and Liabilities, Official Form 206Sum (Doc. 31, filed November 17, 2025) | 000562 |
| Monthly Operating Report for November 2025 (Doc. 72, filed December 24, 2025) | 000612-000628 |
| Notice of Rescheduled Hearing on Debtor's Motion for Sanctions / Motion to Enforce Automatic Stay (Doc. 89, filed January 21, 2026) | 000629 |
| Monthly Operating Report for December 2025 (Doc. 91, filed January 21, 2026) | 000630-000646 |
| Proof of Claim, Official Form 410 (Claim 2-1, filed January 29, 2026) | 000647-000701 |
| Order Denying Motion to Shorten Time (Doc. 62-1, filed December 4, 2025) | 000593-000594 |
| Debtor's Chapter 11 Plan (Doc. 105, filed February 10, 2026) | 000749-000791 |
| Debtor's Objection to Proof of Claim No. 2, and exhibits (Doc. 116 and Docs. 116-1 through 116-4, filed February 26, 2026) | 000792-000805 |

| Document | Bates No. |
|---|---|
| IBI Falcon US LLC's Amended Proof of Claim (Claim 2-2, filed March 28, 2026) | 000806-000862 |
| Debtor's Objection to Amended Claim (DE #132), and exhibits (Doc. 132 and Docs. 132-1, 132-2, filed April 15, 2026) | 000863-000907 |

[D-1] The Debtor's review indicates this file contains substantially more than the 21 pages implied by the labeled Bates range (000318-000338); the Debtor reserves the right to confirm the full Bates range of this document and to amend this entry accordingly.

[D-2] The file produced under this description bears the Bates stamp 000503, not 000504; the Debtor identifies the correct Bates number here and reserves the right to confirm the document(s), if any, actually bearing Bates No. 000504.

## E. Adversary Proceeding and Injunctive-Relief Filings (as Produced by IBI)

| Document | Bates No. |
|---|---|
| Debtor's Motion to Enforce the Automatic Stay and for Sanctions (main Case, Doc. 60, pages 1-3 of 9, filed December 3, 2025) [E-1] | 000570-000572 |
| Exhibits to Debtor's Motion to Enforce the Automatic Stay (Notice of Motion, Proposed Order, and Certificate of Service) (main Case, Docs. 60-1, 60-2, 60-3, filed December 3, 2025) | 000579-000581 |
| Debtor's Motion to Shorten Time and exhibits (main Case, Docs. 61, 61-1, 61-2, filed December 3, 2025) [E-2] | 000582-000584 |
| IBI Falcon US LLC's and IBI SBL Investment LP's Opposition to Motion to Enforce the Automatic Stay and for Sanctions (main Case, Doc. 68, filed December 17, 2025) | 000595-000611 |
| Debtor's Opposition to Motion to Convert Case to Chapter 7 (DE #95), and exhibits (main Case, Doc. 100 and Docs. 100-1 through 100-3, filed February 7, 2026) [E-3] | 000702-000748 |
| Debtor's Supplement to Motion to Enforce the Automatic Stay and for Sanctions for Willful Violation of 11 U.S.C. § 362, and Renewed Request for Civil Contempt, Injunctive Relief, and Punitive Damages, and exhibits (main Case, Doc. 160 and Docs. 160-1 through 160-14, filed May 12, 2026) | 000908-000973 |

| Document | Bates No. |
|---|---|
| Debtor's Motion for Temporary Restraining Order and Preliminary Injunction (main Case, Doc. 161, filed May 12, 2026) | 000974-000981 |
| Related motion (main Case, Doc. 162, filed May 12, 2026) | 000982-000988 |
| Order Denying Debtor's Motion for TRO and Preliminary Injunction [Dkt. No. 161], without prejudice to filing an adversary proceeding (main Case, Doc. 164, filed/entered May 13, 2026) | 000989-000991 |
| Debtor's Opposition to IBI Falcon's Motion for Protective Order to Prevent Debtor from Deposing Michael Palumbo (main Case, Doc. 165, filed May 13, 2026) | 000992-001002 |
| Order Denying IBI Falcon US LLC's Motion for Protective Order to Prevent Debtor from Deposing Michael Palumbo (main Case, Doc. 165-1, filed/entered May 13, 2026) | 001003-001004 |
| Plaintiff's (Debtor's) Complaint (Adv. Pro. No. 26-00129, Doc. 1, filed May 20, 2026) | 001042-001048 |
| Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Adv. Pro. No. 26-00129, Doc. 2, filed May 20, 2026) | 001049-001052 |
| Exhibits to Plaintiff's Motion for TRO and Preliminary Injunction (Adv. Pro. No. 26-00129, Docs. 2-1 through 2-12, filed May 20, 2026) | 001053-001089 |
| IBI Falcon US LLC's Motion to Quash Subpoena (directing IBI Falcon to produce the wet-ink promissory note) (main Case, Doc. 173, filed May 25, 2026) | 001090-001106 |
| IBI Falcon US LLC's Response to Debtor's Objection to Amended Claim (main Case, Doc. 167, filed May 15, 2026) | 001005-001041 |
| IBI Falcon US LLC's Opposition to Debtor's Supplement to Motion to Enforce the Automatic Stay and for Sanctions (main Case, Doc. 175, filed May 26, 2026) | 001107-001124 |
| Order Denying Motion for Temporary Restraining Order and Preliminary Injunction (Adv. Pro. No. 26-00129, Doc. 8, filed/entered May 29, 2026) | 001125 |
| Debtor's Revised Objection to Amended Proof of Claim No. 2 Filed by IBI Falcon US LLC, and exhibits (main Case, Doc. 179 and Docs. 179-1, 179-2, filed May 29, 2026) | 001126-001152 |

| Document | Bates No. |
|---|---|
| Summons and Notice of Pre-Trial Conference (Adv. Pro. No. 26-00129, Doc. 10, filed June 3, 2026) | 001153 |
| Plaintiff's Renewed Motion for Temporary Restraining Order and Preliminary Injunction (Adv. Pro. No. 26-00129, Doc. 11, filed June 3, 2026) | 001154-001157 |
| Exhibits to Plaintiff's Renewed Motion for TRO and Preliminary Injunction (Adv. Pro. No. 26-00129, Docs. 11-1 through 11-13, filed June 3, 2026) | 001158-001196 |
| IBI Falcon US LLC's, IBI SBL Investment LP's, Amir Golan's, Oren Streit's, and Tova Greenbaum's Opposition to Motion for Temporary Restraining Order and Preliminary Injunction (Adv. Pro. No. 26-00129, Doc. 18, filed June 11, 2026) | 001197-001210 |
| IBI Falcon US LLC's Opposition to Motion to Modify Scheduling Order (main Case, Doc. 183, filed June 11, 2026) | 001211-001215 |
| [Proposed] Order Denying Motion to Amend Scheduling Order (submitted as Doc. 183-1, attached to IBI Falcon's Opposition, Doc. 183) | 001216 |
| IBI Falcon US LLC's Omnibus Response to Newly-Filed Motions (main Case, Doc. 184, filed June 12, 2026) | 001217-001218 |
| Order Quashing Subpoena (main Case, Doc. 185, filed/entered June 18, 2026; signed June 17, 2026; noted "No opposition") | 001219 |

[E-2] The file produced under this description is labeled with the range 000582-000592 but in fact contains only three pages, Bates Nos. 000582-000584; the Debtor could not identify any document actually bearing Bates Nos. 000585-000592 and reserves the right to request the remainder of this filing from IBI.

## F. Recorded Property Covenants and Deed

| Document | Bates No. |
|---|---|
| Deed (Short Form D.C.) conveying the Property to 5410 30th Street DC LLC, dated May 3, 2023, recorded May 10, 2023, as Instrument No. 2023039108 | 000180-000182 and 000352-000354 |
| Declaration of Covenants for a Stormwater Management Facility, recorded November 8, 2022, as Instrument No. 2022111542 | 000252-000265 and 000451-000464 |

| Document | Bates No. |
|---|---|
| Covenant for Maintenance of Stormwater Facilities in Public Space, recorded November 8, 2022, as Instrument No. 2022111543 | 000266-000277 and 000465-000476 |
| Declaration of Covenants Prohibiting Use of a Space as a Separate Dwelling Unit, recorded January 17, 2023, as Instrument No. 2023003898 | 000278-000287 and 000477-000486 |

## G. Loan Servicing, Payoff, and Corporate-Status Documents

| Document | Bates No. |
|---|---|
| FCI Lender Services, Inc. Demand Loan Payoff Statement, dated January 7, 2025 (Account No. 399504816; addressed to Zanetta Marie Williams / 5410 30th Street DC LLC) | 000290-000292 |
| UCC Financing Statement (UCC-1) (Debtor 5410 30th Street DC LLC; Secured Party FTF Lending, LLC; recorded May 10, 2023, as Instrument/Doc. No. 2023039110) | 000246-000251 and 000421-000426 |
| UCC Financing Statement Amendment (UCC-3) (Doc. No. 2025017114, recorded February 19, 2025, amending the original UCC-1 Financing Statement, Doc. No. 2023039110) [G-1] | 000293-000296; 000427-000430; and 000527-000530 |
| Delaware Division of Corporations entity-detail printouts for IBI Falcon US LLC (File No. 10091796, formed February 6, 2025) and IBI SBL Investment LP (File No. 5302369, formed February 1, 2017), printed June 18, 2026 | 001220-001221 |

## H. Email Correspondence

| Document | Bates No. |
|---|---|
| Email correspondence between the Debtor (by Zanetta Marie Williams) and representatives of IBI Falcon US LLC and/or IBI SBL Investment LP (including Anthony Gingo, Michael Palumbo, and Dor Sagron) | 001222-001934 |

The Debtor stipulates to the authenticity of the individual email records within this range as records of a regularly conducted activity but reserves all rights to address any given email's admissibility, relevance, completeness under Fed. R. Evid. 106, or status as a settlement communication under Fed. R. Evid. 408 on a document-by-document basis.

## I. Notices of Default and Bankruptcy Filing

| Document | Bates No. |
|---|---|
| Notice of Default (Gingo Palumbo Law Group LLC), dated January 27, 2025 | 000288-000289 |
| Notice of Default (Gingo Palumbo Law Group LLC), dated January 16, 2025 [I-1] | 000342-000343 |
| Notice of Default (Gingo Palumbo Law Group LLC), dated October 15, 2025 [I-2] | 000339-000340 |
| Notice of Bankruptcy Case Filing (case entered and filed October 14, 2025; Case No. 25-19605; assigned to Judge Lori S. Simpson) [I-3] | 000103 |

[I-1] The Debtor received a zero-byte, unreadable file under this description and could not verify its content or Bates range; the Debtor requests that IBI re-produce this document.

**4. Reservation of All Other Objections.** This Stipulation resolves only the question of authenticity under Fed. R. Evid. 901 and 902. Nothing in this Stipulation waives, and each party expressly reserves, all other objections to the admissibility of any Produced Document, including but not limited to relevance (Fed. R. Evid. 401, 402), hearsay (Fed. R. Evid. 801, 802, and any exception or exclusion thereto), unfair prejudice (Fed. R. Evid. 403), completeness (Fed. R. Evid. 106), and privilege.

**5. Response Deadline.** Given the imminent trial on the Pending Motions, IBI Falcon and IBI SBL are requested to execute and return this Stipulation, or to identify in writing, with specificity, any Produced Document(s) whose authenticity is disputed and the basis for such dispute, no later than 48 hours from the date of the letter accompanying this Request, i.e., by 7:00 p.m. on July 28, 2026. Absent a timely, specific objection, the Debtor will treat the Produced Documents as stipulated for authenticity purposes at trial and will so advise the Court.

**STIPULATED AND AGREED:**

**FOR THE DEBTOR:**

_____

Deirdre T. Johnson, Esq.
Counsel for the Debtor
Date: _____

**FOR IBI FALCON US LLC:**


_____

Maurice B. VerStandig, Esq.
Counsel for IBI Falcon US LLC
Date: _____


**FOR IBI SBL INVESTMENT LP:**


_____

Maurice B. VerStandig, Esq.
Counsel for IBI SBL Investment LP
Date: _____

 Outlook

## Re: In re 5410 30th Street DC, LLC — Request for Stipulation as to Authenticity of Documents [Case No. 25-19605-LSS]

**From** Mac VerStandig <mac@mbvesq.com>

**Date** Tue 7/28/2026 2:41 PM

**To** Deirdre T. Johnson, Esq <dtjesq@dtjohnsonlaw.com>

Ms. Johnson,

To follow up on this, I have conferred with my client and we are amenable to stipulating as to the authenticity of all of the documents produced by my clients, with each side reserving as to any other grounds of objection (relevance, etc.).

If this is agreeable, I believe this e-mail should suffice and I ask only that you confirm. But please let me know if you believe I am missing something.

Thanks,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
Phone: (301) 444-4600
Cell: (240) 351-6442
Facsimile: (301) 444-4600
mac@mbvesq.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**From:** Mac VerStandig <mac@mbvesq.com>
**Sent:** Monday, July 27, 2026 9:44 PM
**To:** Deirdre T. Johnson, Esq <dtjesq@dtjohnsonlaw.com>
**Subject:** Re: In re 5410 30th Street DC, LLC — Request for Stipulation as to Authenticity of Documents [Case No. 25-19605-LSS]

Ms. Johnson,

I am still reviewing this and will circle back tomorrow. As a general note, I can indicate that we will almost assuredly stipulate to the authenticity of the produced documents (reserving as to other objections). I am, however, a touch concerned about some of the language in the proposed stipulation, and a touch confounded as to why this needs to be anything more than a one sentence stipulation as to authenticity.

I will have a more definitive response tomorrow (Tuesday).

Thanks,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
Phone: (301) 444-4600
Cell: (240) 351-6442
Facsimile: (301) 444-4600
mac@mbvesq.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**From:** Deirdre T. Johnson, Esq <dtjesq@dtjohnsonlaw.com>
**Sent:** Friday, July 24, 2026 7:38 PM
**To:** Mac VerStandig <mac@mbvesq.com>
**Subject:** In re 5410 30th Street DC, LLC — Request for Stipulation as to Authenticity of Documents [Case No. 25-19605-LSS]

Mr. VerStandig,

Please see the attached letter and the Debtor's proposed Request for Stipulation as to Authenticity of Documents, regarding the approximately 2,000 pages produced by IBI Falcon US LLC and IBI SBL Investment LP in connection with their discovery responses.

Given the imminent trial date, please review, execute, and return the enclosed Stipulation — or identify in writing, with specificity, any documents whose authenticity your clients dispute and the basis for the dispute — no later than 5:00 p.m. on Tuesday, July 28, 2026.

Please let me know if you have any questions.

Regards,

Deirdre T. Johnson, Esq
Attorney at Law
(301) 742-5385
dtjesq@dtjohnsonlaw.com

The information contained in this transmission is solely intended for use by the individual or entity named above.   If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.   If you have received this communication in error, please delete it immediately, and notify us by telephone.  Thank you.