

and warrants that

...ver...per...
, the execution, delivery
greements herein contain...
...templated will violate:

...rdinance, regulation,
...uthority or agency, or
41

**EXHIBIT**

**90**

EI

THIS ENDORSEMENT A...
INTE...

Instrument:

Date:

Borrower/Maker:

Original Payee:

Original Principal Amount...

PAY TO THE ORDER OF...
2711 Centerville Road, Wil...
RECOURSE AND WITH...
IMPLIED, OR BY OPE...
WHATSOEVER.

The effective date of this En...



ENDORSEMENT AND ALLONGE

THIS ENDORSEMENT AND ALLONGE IS TO BE ATTACHED TO AND MADE AN
INTEGRAL PART OF THE FOLLOWING:

Instrument:                    Promissory Note

Date:                          05/03/2023

Borrower/Maker:                5410 39th Street DC
                               A(n) Maryland Limited Liability Company

Original Payee:                FTF Lending, LLC,
                               a Delaware limited liability company

Original Principal Amount:     $2,222,000.00

PAY TO THE ORDER OF IH SBL INVESTMENT LP, a Delaware Limited Partnership,
2711 Centerville Road, Wilmington, DE 19808, its successors and/or assigns WITHOUT
RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY, EXPRESS,
IMPLIED, OR BY OPERATION OF LAW, OF ANY KIND AND NATURE
WHATSOEVER.

The effective date of this Endorsement and Allonge is 05/06/2024.

FTF LENDING, LLC,
a Delaware limited liability company

By:    Nolan Heline

Its:   Authorized Agent and Signatory

By:    Nolan Heline
Its:   Capital Markets Financial Analyst

Borrower: 5410 39th Street DC
Loan: FTF 138847, 71928
5511 MacArthur BLVD, Washington, DC 20016



ENDORSEMENT AND ALLONGE

THIS ENDORSEMENT AND ALLONGE IS TO BE ATTACHED TO AND MADE AN INTEGRAL PART OF THE FOLLOWING:

Instrument:               Promissory Note

Date:                     05/03/2023

Borrower/Maker:           5410 39th Street DC
                          A(n) Maryland Limited Liability Company

Original Payee:           FTF Lending, LLC,
                          a Delaware limited liability company

Original Principal Amount:   $2,222,000.00

PAY TO THE ORDER OF IBI SBL INVESTMENT LP, a Delaware Limited Partnership, 2711 Centerville Road, Wilmington, DE 19808, its successors and/or assigns WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED, OR BY OPERATION OF LAW, OF ANY KIND AND NATURE WHATSOEVER.

The effective date of this Endorsement and Allonge is 03/06/2024.

FTF LENDING, LLC,
a Delaware limited liability company

By:    Nolan Heltze

Its:   Authorized Agent and Signatory

By:    Nolan Heltze, Financial Analyst

Its:   Capital Markets, Financial Analyst

Borrower: 5410 39th Street DC
IBI-FTF 159847_71928
Loan: 6631 MacArthur BLVD, Washington, DC 20016

## ENDORSEMENT AND ALLONGE

THIS ENDORSEMENT AND ALLONGE IS TO BE ATTACHED TO AND MADE AN INTEGRAL PART OF THE FOLLOWING:

Instrument:             Promissory Note

Date:                   05/03/2023

Borrower/Maker:         5410 30th Street DC
                        A(n) Maryland Limited Liability Company

Original Payee:         FTF Lending, LLC,
                        a Delaware limited liability company

Original Principal Amount:   $2,222,000.00

PAY TO THE ORDER OF IBI SBL INVESTMENT LP, a Delaware Limited Partnership, 2711 Centerville Road, Wilmington, DE 19808, its successors and/or assigns WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED, OR BY OPERATION OF LAW, OF ANY KIND AND NATURE WHATSOEVER.

The effective date of this Endorsement and Allonge is 03/06/2024.

FTF LENDING, LLC,
a Delaware limited liability company

By:     Nolan Helline

Its:    Authorized Agent and Signatory

By:     Nolan Helline
Its:    Capital Markets Financial Analyst

Borrower: 5410 30th Street DC
Loan: FTF_158847_71928
Property: 5631 MacArthur BLVD, Washington, DC, 20016





PROMISSORY NOTE

$2,232,000.00                                                    Effective May 3, 2023

FOR VALUE RECEIVED, 5410 30th Street DC LLC, a Maryland Limited Liability Company (the "Borrower"), having an address for purposes of notice and legal process at 12138 Central Avenue, Suite 155, Bowie, Maryland 20721, promises to pay to the order of FTE Lending, LLC, a Delaware Limited Liability Company (the "Lender"), having an address for purposes of notice and legal process at 1300 E. 9th St., Suite 800, Cleveland, OH 44114, or at such other place as may be designated in writing by the holder of this Note, the principal sum of $2,232,000.00 in lawful money of the United States of America, together with interest thereon to be computed from the date hereof at the Applicable Interest Rate or Default Rate (as applicable), and to be paid in accordance with the terms of this Note.



approved all construction work and improvements on the Property (as further described in the Loan Agreement) and any additional conditions reasonably required by the Lender.

2.4 Borrower shall begin paying interest to the Lender at the Applicable Interest Rate only on the full amount of the Total Released Funds and interest begins to accrue immediately upon receipt of the Total Released Funds.

2.5 Borrower shall be credited at payoff by the Lender any amount of monies that have not been advanced to the Borrower for usage.

3. **PAYMENT TERMS.**

3.1 Borrower agrees to pay into a holdback account sums under this Note in installments as follows:

3.1.1 On the date hereof in the sum of $22,356.41 representing interest only from the date of this Note through May 31, 2023; and

3.1.2 On the date hereof in the sum of $23,127.32 representing interest only from the date of this Note through June 30, 2023; and

3.1.3 Commencing on July 1, 2023, interest shall accrue in accordance with the terms of this Note, and Borrower shall tender Borrower's first interest payment to Lender on August 1, 2023 and on the first day of each month thereafter ("Monthly Payment Date").

3.1.4 The monies held into the holdback account shall be drawn upon first and applied as the monthly interest payments toward the Total Released Funds. Once the holdback account has been exhausted, Borrower will begin to make their interest payments in according with the terms of the Note.

3.2 All accrued and unpaid interest and the unpaid principal balance hereof are due and payable on the earlier to occur of (i) June 1, 2024 (the "Maturity Date"), or (ii) the date on which the Indebtedness (hereinafter defined) becomes immediately due and payable hereunder. Lender shall include in any final payoff figure the accrual of interest against the Total Released Funds.

3.3 On the date hereof, Borrower shall pay to Lender an origination fee in the sum of $44,440.00 which amount shall be fully earned on the date of this Note.

3.4 On the date hereof, Borrower shall pay to Lender all of Lender's costs and expenses related to this Loan, including, without limitation, Loan servicing fees, appraisal, policy of title insurance and endorsements, recordation of the Mortgage (defined below), Lender's reasonable attorneys' fees, broker's origination fee (if any), broker's processing fee (if any), and all other costs and expenses reflected on the settlement statement prepared by the title company serving as escrow agent for closing of the loan.

3.5 Borrower shall have an option to extend the Maturity Date one (1) three (3) month period from the Maturity Date (each, an "Extension Term"), for a fee payable to Lender equal to 1 % of the Principal, (or 1 % of the Principal minus any Minimum Release Price(s) paid

83

5410 30th Street DC LLC, a Maryland Limited Liability Company
FTF_158847_71928 Tranche

approved all construction work and improvements on the Property (as further described in the Loan Agreement) and any additional conditions reasonably required by the Lender.

2.4 Borrower shall begin paying interest to the Lender at the Applicable Interest Rate only on the full amount of the Total Released Funds and interest begins to accrue immediately upon receipt of the Total Released Funds.

2.5 Borrower shall be credited at payoff by the Lender any amount of monies that have not been advanced to the Borrower for usage.

3. PAYMENT TERMS.

3.1 Borrower agrees to pay into a holdback account sums under this Note in installments as follows:

3.1.1 On the date hereof in the sum of $22,356.41 representing interest only from the date of this Note through May 31, 2023; and

3.1.2 On the date hereof in the sum of $23,127.32 representing interest only from the date of this Note through June 30, 2023; and

3.1.3 Commencing on July 1, 2023, interest shall accrue in accordance with the terms of this Note, and Borrower shall tender Borrower's first interest payment to Lender on August 1, 2023 and on the first day of each month thereafter ("Monthly Payment Date").

3.1.4 The monies held into the holdback account shall be drawn upon first and applied as the monthly interest payments toward the Total Released Funds. Once the holdback account has been exhausted, Borrower will begin to make their interest payments in according with the terms of the Note.

3.2 All accrued and unpaid interest and the unpaid principal balance hereof are due and payable on the earlier to occur of (i) June 1, 2024 (the "Maturity Date"), or (ii) the date on which the Indebtedness (hereinafter defined) becomes immediately due and payable hereunder. Lender shall include in any final payoff figure the accrual of interest against the Total Released Funds.

3.3 On the date hereof, Borrower shall pay to Lender an origination fee in the sum of $44,440.00 which amount shall be fully earned on the date of this Note.

3.4 On the date hereof, Borrower shall pay to Lender all of Lender's costs and expenses related to this Loan, including, without limitation, Loan servicing fees, appraisal, policy of title insurance and endorsements, recordation of the Mortgage (defined below), Lender's reasonable attorneys' fees, broker's origination fee (if any), broker's processing fee (if any), and all other costs and expenses reflected on the settlement statement prepared by the title company serving as escrow agent for closing of the loan.

3.5 Borrower shall have an option to extend the Maturity Date one (1) three (3) month period from the Maturity Date (each, an "Extension Term"), for a fee payable to Lender equal to 1 % of the Principal, (or 1 % of the Principal minus any Minimum Release Price(s) paid

83



ENDORSEMENT AND ALLONGE

THIS ENDORSEMENT AND ALLONGE IS TO BE ATTACHED TO AND MADE AN
INTEGRAL PART OF THE FOLLOWING:

| | |
|---|---|
| Instrument: | Commercial Promissory Note |
| Date: | May 3, 2023 |
| Original Principal Amount: | $2,222,000.00 |
| Loan Number: | FTF_71928 |
| Borrower/Maker: | 5410 30th Street DC LLC, a Maryland limited liability company |
| Original Lender: | FTF Lending, LLC, an Ohio limited liability company |

PAY TO THE ORDER OF **IBI FALCON US LLC, a Delaware limited liability company**, ISAOA/ATIMA, WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED, OR BY OPERATION OF LAW, OF ANY KIND AND NATURE WHATSOEVER.

The effective date of this Endorsement and Allonge is June 30, 2025.

ASSIGNOR:

IBI SBL Investment LP,
a Delaware limited partnership

By:     Gingo Palumbo Law Group LLC,
        an Ohio limited liability company
Its:    Attorney-in-Fact

By:     Anthony J. Gingo
Its:    Co-Managing Member

Collateral: 5631 MacArthur Boulevard NW, Washington, DC 20016

lender has required as a condition to the payment and perform this Guaranty, guaranteeing to Lender the payment and perform ligations under the Loan Documents, as more fully set forth in loan partially in reliance on the execution and delivery of this

FORE, in consideration of the premises and for other nd to induce Lender to make such loan, Guarantor does Lender as follows:

IONS AND WARRANTIES OF GUARANTOR

hereby represents and warrants that:

arantor has the power to enter into and perform

ther this Guaranty, the execution, delivery formance of the agreements herein contained actions herein contemplated will violate:

.1 any statute, ordinance, regulation, governmental authority or agency, or

41

mited Liability Company

## ENDORSEMENT AND ALLONGE

THIS ENDORSEMENT AND ALLONGE IS TO BE ATTACHED TO AND MADE AN INTEGRAL PART OF THE FOLLOWING:

| | |
|---|---|
| Instrument: | Promissory Note |
| Date: | 05/03/2023 |
| Borrower/Maker: | 5410 30th Street DC<br>A(n) Maryland Limited Liability Company |
| Original Payee: | FTF Lending, LLC,<br>a Delaware limited liability company |
| Original Principal Amount: | $2,222,000.00 |

PAY TO THE ORDER OF IBI SBL INVESTMENT LP, a Delaware Limited Partnership, 2711 Centerville Road, Wilmington, DE 19808, its successors and/or assigns WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED, OR BY OPERATION OF LAW, OF ANY KIND AND NATURE WHATSOEVER.

The effective date of this Endorsement and Allonge is 03/06/2024.

FTF LENDING, LLC,
a Delaware limited liability company

By:  Nolan Helline

Its:  Authorized Agent and Signatory

By:  Nolan Helline
Its:  Capital Markets Financial Analyst

Borrower: 5410 30th Street DC
Loan: FTF_158847_71928
Property: 5631 MacArthur BLVD, Washington, DC, 20016



ing of t]
payme
ore fi
nd d

es
ou

ENDORSEMENT AND /

THIS ENDORSEMENT AND ALLONGE IS TO B
INTEGRAL PART OF THE

| | |
|---|---|
| **Instrument:** | Commer |
| **Date:** | May 3, 2 |
| **Original Principal Amount:** | $2,222,0 |
| **Loan Number:** | FTF_71 |
| **Borrower/Maker:** | 5410 30 |
| | a Mary |
| **Original Lender:** | FTF L( |
| | an Ohi |

PAY TO THE ORDER OF **IBI FALCON US L**
ISAOA/ATIMA, WITHOUT RECOURSE AN
WARRANTY, EXPRESS, IMPLIED, OR BY OP
NATURE WHATSOEVER.

The effective date of this Endorse and Allonge

A

I
a

I



$2,222,000.00

FOR VALUE RE

"Borrower"), having an

388, Bowie, Maryland 2

Liability Company (the '

9th St., Suite 800, Cleve

holder of this Note, the p

together with interest ther

Rate (as applicable), and

1.    BORROWER'S

1.1    In return

hereinaft



## PROMISSORY NOTE

$2,222,000.00                                                    Effective May 3, 2023

FOR VALUE RECEIVED, 5410 30th Street DC LLC, a Maryland Limited Liability Company (the "Borrower"), having an address for purposes of notice and legal process at 12138 Central Avenue, Suite 388, Bowie, Maryland 20721, promises to pay to the order of FTF Lending, LLC, a Delaware Limited Liability Company (the "Lender"), having an address for purposes of notice and legal process at 1300 E. 9th St., Suite 800, Cleveland, OH 44114, or at such other place as may be designated in writing by the holder of this Note, the principal sum of $2,222,000.00 in lawful money of the United States of America, together with interest thereon to be computed from the date hereof at the Applicable Interest Rate or Default Rate (as applicable), and to be paid in accordance with the terms of this Note.

1.    BORROWER'S PROMISE TO PAY.

1.1    In return for a loan made by Lender to Borrower secured by that certain Mortgage (as hereinafter defined), Borrower promises to pay $2,222,000.00 (the "Principal" or "Total Available Funds"), plus interest and other sums due, to the order of Lender, in accordance with the terms of this Note. Borrower will make all payments under this Note in the form of a federal funds transfer to an account designated by Lender or in such other acceptable method of payment as may be designated by Lender. Borrower understands that Lender may transfer this Note. Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is hereinafter called the "Note Holder".

2.    INTEREST UNDER NON-DUTCH LOAN.

2.1    Absent an Event of Default (as hereinafter defined), interest under this Note shall be due and payable at the "Applicable Interest Rate" (as hereinafter defined) from the date the proceeds have been distributed to or on behalf of the Borrower through the Maturity Date, as the same may be extended, or through the earlier prepayment of the Loan in full. The term "Applicable Interest Rate", as used herein, shall mean an interest rate equal to 12.49% per annum. Interest for any month or fractional part thereof shall be calculated on the basis of a 30-day month and 360-day year, shall accrue on a monthly basis, and shall be due and payable hereunder monthly.

2.2    The Lender shall advance the Principal to the Borrower in certain tranches (each a "Tranche"), not to exceed three (3) total tranches. The first of such tranches shall be referred to as the "First Tranche" and shall not be advanced prior to 30 days after the closing of the Loan; the second of such tranches shall be referred to as the "Second Tranche" and shall not be advanced prior to 60 days after the closing of the Loan; and so on. The final tranche shall be referred to as the "Final Tranche" and shall be advanced at the completion of the construction project.

2.3    No later than 15 business days from the Borrower's request for disbursement of a Tranche, the Lender shall advance the amount requested in said Tranche (individually and collectively with any previous Tranche advanced, the "Total Released Funds") to the Borrower for purposes of continuing work on the Property, provided that the Lender has

82

5410 30th Street DC LLC, a Maryland Limited Liability Company
FTF_158847_71928 Tranche

<u>ENDORSEMENT AND /</u>

THIS ENDORSEMENT AND ALLONGE IS TO B
INTEGRAL PART OF THE

| | |
|---|---|
| **Instrument:** | Commer |
| **Date:** | May 3, 2 |
| **Original Principal Amount:** | $2,222,0 |
| **Loan Number:** | FTF_71 |
| **Borrower/Maker:** | 5410 30 a Mary |
| **Original Lender:** | FTF L an Ohi |

PAY TO THE ORDER OF **IBI FALCON US L**
ISAOA/ATIMA, WITHOUT RECOURSE AN
WARRANTY, EXPRESS, IMPLIED, OR BY OP
NATURE WHATSOEVER.

The effective date of this Endorsement and Allonge

A

II
a

I