**Outlook**

## 5410 - Palumbo - Personal Service Notification for Job 360154

**From** Brandon Snesko <thankyou@samedayprocess.com>
**Date** Wed 7/29/2026 1:50 PM
**To** Deirdre T. Johnson, Esq <dtjesq@dtjohnsonlaw.com>

 1 attachment (2 MB)
4568976a6a3.png;

Thank you for choosing Same Day Process Service! The service below was completed via Personal Service. Please immediately respond via email if you see an issue with the below information and we will respond accordingly. If everything looks good or if we do not receive a response from you, we will send the affidavit to the server to be signed and that will be sent to you shortly!

Same Day Process Service reference number: **360154**

_Reference Numbers:_

Clients Internal reference number: **Deirdre T. Johnson, Esq.**
Job Level Client reference number: **5410 - Palumbo**
Customer Internal reference number:
Job Level Customer reference number:

_Case Information:_

Court: **United States Bankruptcy Court for the District of Maryland -- At Greenbelt**
Court County:
Plaintiff: **In RE: 5410 30th Street DC, LLC, Debtor**
Defendant:
Case Number: **25-19605**
Documents Served: **Subpoena to Testify at a Hearing in a Bankruptcy Case (Remote Appearance by Videoconference); $40.00 Witness Check**

Servee: **Michael Palumbo**
**Manner at which service was completed: Personal Service**
**Person served legal documents:**
**Title:**
**Date Completed: 07/28/2026**
**Service Time: 1:39 PM**

**Description of person served with legal documents:**
**Sex: Male**
**Hair: Salt and Pepper**

**Age: 45-55**
**Skin: Caucasian**
**Height: 5ft4in-5ft8in**
**Weight: 131-160 lbs**

**Address Served:**
**Summit One 4700 Rockside Road, Suite 440**
**Independence**
**OH**
**44131**

**The Process Server was: Cathrene Drake**

**Thank you again for choosing Same Day Process Service. Our goal is that every client experiences fast, professional and friendly service.**

**You are appreciated!**
**Same Day Process Service team**



**Same Day Process Service**
**1413 K Street, NW 7th Floor**
**Washington, DC 20005**
**(202) 398-4200**
**Fax (202) 658-7925**
**www.samedayprocess.com**
**Info@samedayprocess.com**
**CLICK HERE to log in!**

**PRIVACY NOTICE: This message is intended solely for the use of the individual and/or entity**
**to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable state and federal laws. If the reader of this message**
**is not the intended recipient or the employee or agent responsible for delivering the message**
**to the intended recipient, you are hereby notified that any dissemination, distribution,**

**forwarding or copying of this communication is strictly prohibited. If you received this communication in error, please notify sender immediately and delete the original message.**