IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:                                                |
                                                      |
5410 30th Street DC, LLC,                             |          Case No.: 25-19605
                                                      |
        Debtor                                        |          Chapter 11
                                                      |

---

### SUBPOENA TO TESTIFY AT A HEARING IN A BANKRUPTCY CASE

### (REMOTE APPEARANCE BY VIDEOCONFERENCE)

**To: Michael J. Palumbo**
     Authorized Signatory, IBI Falcon US LLC
     *Summit One*
     *4700 Rockside Road, Suite 440*
     *Independence, OH 44131*

**YOU ARE COMMANDED** to appear before the United States Bankruptcy Court for the District of Maryland, Greenbelt Division, the Honorable Lori S. Simpson presiding, at the time, date, and place set forth below, to testify at a hearing in the above-captioned bankruptcy case regarding the matters described below.

**Place of Appearance:** Remotely, by ZoomGov videoconference. Connection information (meeting ID and password) will be provided by counsel for the Debtor in advance of the hearing upon registration with the Court, consistent with the Court's virtual-hearing procedures. For reference, the hearing is before the United States Bankruptcy Court for the District of Maryland, Greenbelt Division, 6500 Cherrywood Lane, Suite 300, Greenbelt, Maryland 20770.

**Date and Time:** August 5, 2026, at 11am

**Subject Matter of Testimony:**

You are commanded to testify concerning the circumstances surrounding your execution, on or about November 11, 2025, of the Affidavit of Non-Residential Mortgage Foreclosure recorded on November 13, 2025, as Document No. 2025110562 among the land records of the District of Columbia Office of Tax and Revenue, Recorder of Deeds, pertaining to the property located at 5631 MacArthur Boulevard NW, Washington, DC 20016, including but not limited to: (a) your identity, position, and authority to sign the affidavit as "Authorized Signatory" of IBI Falcon US LLC; (b) the basis for your personal knowledge of, and the factual statements made in, the affidavit; (c) the documents, instruments, and corporate authorizations (if any) evidencing your authority to act on behalf of IBI Falcon US LLC; and (d) related matters at issue in the Debtor's Motion for Determination that IBI Falcon US LLC Is Not a Party in Interest (DE #133) and the Debtor's Objection to Amended Proof of Claim No. 2 (DE #132) pending in this case.

The provisions of Fed. R. Civ. P. 45(c), (d), (e), and (g), made applicable to this bankruptcy case by Fed. R. Bankr. P. 9016, are attached.

Date: July 27, 2026

/s/ **Deirdre T. Johnson, Esq.**

*Signature of Attorney Issuing Subpoena*

Deirdre T. Johnson, Esq. (Bar No. MD14227)
9701 Apollo Dr, Suite 301
Upper Marlboro, MD 20774
(301) 742-5385 | dtjesq@dtjohnsonlaw.com
Counsel for Debtor, 5410 30th Street DC LLC

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for (name of individual): Michael J. Palumbo

I served the subpoena by delivering a copy to the named person as follows:

_____

_____

on (date) _____; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$_____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*