IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## WITNESS AND EXHIBIT LIST

Come now IBI Falcon US LLC and IBI SBL Investment LP, by and through undersigned counsel, and furnish this list of witnesses to be called, and exhibits to be introduced, at an omnibus hearing on August 5, 2026:

### Witnesses

1.　Any witness designated by the Debtor (without regard to the scope of examination of the Debtor)

2.　Any witness necessary to offer rebuttal or impeachment evidence

### Exhibits

| | |
|---|---|
| Creditor Exhibit 1. | Amended Proof of Claim of IBI Falcon US, LLC |
| Creditor Exhibit 2. | September 1, 2024 Loan Extension Agreement |
| Creditor Exhibit 3. | June 18, 2025 Loan Extension Agreement |
| Creditor Exhibit 4. | Schedule D (ECF No. 15) |
| Creditor Exhibit 5. | Amended Statement of Financial Affairs (ECF No. 30) |
| Creditor Exhibit 6. | June 2026 Monthly Operating Report (ECF No. 219) |
| Creditor Exhibit 7. | First Fee Application of Counsel for Debtor (ECF No. 225) |
| Creditor Exhibit 8. | June 25, 2026 Final Notice Before Tax Sale |

1

| | |
|---|---|
| Creditor Exhibit 9. | Excepts from transcript of hearing conducted on June 15, 2026 in the matter of *5410 30th Street LLC v. IBI Falcon US LLC, et al.* |
| Creditor Exhibit 10. | Debtor's Second Amended Plan of Liquidation (ECF No. 218-1) |
| Creditor Exhibit 11. | Debtor's Opposition to Motion for Relief from Stay (ECF No. 204) (demonstrative only—will not be offered into evidence) |
| Creditor Exhibit 12. | Petition (ECF No. #1) |
| Creditor Exhibit 13. | Certificate of Notice (ECF No. #7) |
| Creditor Exhibit 14. | Any exhibit designated by the Debtor (without regard to whether or not offered by the Debtor) |
| Creditor Exhibit 15. | Exhibits to be offered for rebuttal or impeachment purposes |

Respectfully submitted,

Dated: July 31, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for IBI Falcon US LLC and*
*IBI SBL Investment LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Deirdre Theresa Johnson    dtjesq@dtjohnsonlaw.com
- L. Jeanette Rice                                    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2