IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**LINE REGARDING COMMUNICATIONS
WITH COUNSEL FOR OTHER SECURED CREDITOR**

Comes now IBI Falcon US LLC ("IBI Falcon"), by and through undersigned counsel, and notes as follows:

Counsel for 5410 30th Street DC LLC (the "Debtor") has—earlier this evening—threatened to seek sanctions, and file an ethical grievance, against undersigned counsel. The basis for the threatened sanctions and grievance is an allegation that undersigned counsel contacted another secured creditor in this case (Santorini Capital, LLC) and offered money in exchange for their testimony. *See* Letter, attached hereto as Exhibit A.

The allegation being made is objectively false. Undersigned counsel has not today—or, as best he knows, ever—spoken to the principals of Santorini Capital LLC ("Santorini"). Counsel *did* try to contact a principal of the entity earlier today, and *did* place a phone call to a number associated with the principal. When no one answered, undersigned counsel did *not* leave a voicemail.

Shortly after the foregoing, the undersigned continued to seek information about Santorini and, in so doing, learned the identity of a local attorney who has represented Santorini in two bankruptcy matters in the past. Undersigned counsel knows this local attorney very well; the attorney is someone who has been opposing counsel in dozens of cases over the past several years.

1

Undersigned counsel proceeded to discuss this matter with that attorney and did suggest Santorini may wish to engage in this case to protect its collateral from being eroded from above.

For clarity: absolutely nothing was offered to counsel for Santorini, to Santorini directly, to any agent or principal of Santorini, or to anyone else. This is an absolute objective falsity.

Undersigned counsel has shared the foregoing with counsel for the Debtor who, unfortunately, is persisting in making demands and threatening to seek sanctions. *See* E-mail Thread, attached hereto as Exhibit B.

This is not the first time the Debtor has promulgated falsities in this case. Various citations and quotations have been fabricated and/or misrepresented in multiple filings. The putative good faith of various positions assumed by the Debtor also appears to have been largely premised upon falsities. But it is still disheartening to see the allegations made earlier today, which seem to go a step—if not more than a step—further.

This line is not filed lightly or without extreme consideration. However, given the escalation of the falsities in this case—and the seeming bad faith underlying those falsities—it seems important to create an open and transparent record. There is a very real concern the Debtor and its counsel are proceeding in a manner unmoored to the norms that ordinarily govern practice in this Honorable Court. In the past, these maneuvers have appeared calculated to invite delay; there is an abiding concern such is still the driving motive for increasingly outlandish conduct.

*[Certificate of Service on Following Page]*

Respectfully submitted,

Dated: July 31, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for IBI Falcon US LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Deirdre Theresa Johnson    dtjesq@dtjohnsonlaw.com
- L.    Jeanette    Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig