IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re: | |
| | |
| 5410 30th Street DC, LLC, | Case No.: 25-19605 |
| | |
| Debtor | Chapter 11 |

**NOTICE OF DEBTOR'S MOTION TO STRIKE IBI FALCON US LLC'S AND IBI SBL INVESTMENT LP'S WITNESS AND EXHIBIT LIST AND TO PRECLUDE USE OF UNTIMELY-DISCLOSED WITNESSES AND EXHIBITS AT THE AUGUST 5, 2026 HEARING, AND OF REQUESTED SHORTENED TIME TO RESPOND**

**PLEASE TAKE NOTICE** that on August 2, 2026, 5410 30th Street DC, LLC, the debtor and debtor in possession in the above-captioned chapter 11 case ("Debtor"), filed its *Motion to Strike IBI Falcon US LLC's and IBI SBL Investment LP's Witness and Exhibit List [Dkt. No. 234] and to Preclude Use of Untimely-Disclosed Witnesses and Exhibits at the August 5, 2026 Hearing* (the "Motion to Strike"), seeking entry of an order (a) striking the Witness and Exhibit List [Dkt. No. 234] filed by IBI Falcon US LLC and IBI SBL Investment LP (collectively, "IBI Falcon"), and (b) precluding IBI Falcon from calling any witness or introducing any exhibit at the hearing scheduled for August 5, 2026 (the "Hearing") that was not timely and properly disclosed on or before July 29, 2026.

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously with the Motion to Strike, Debtor has filed a *Motion to Shorten Time and for Expedited Consideration of Debtor's Motion to Strike* (the "Motion to Shorten Time"), requesting that the Court shorten the ordinary notice and objection period that would otherwise apply to the Motion to Strike under Local Bankruptcy Rule 9006-1, so that the Motion to Strike may be considered at, or before, the Hearing.

**PLEASE TAKE FURTHER NOTICE** that, subject to the Court's ruling on the Motion to Shorten Time, Debtor requests that:

(a) any written response or objection to the Motion to Strike be filed with the Court no later than **August 4, 2026, at 12:00 p.m. (noon) Eastern Time**; and

(b) the Motion to Strike be considered at the Hearing on **August 5, 2026**, at 11am, before the Honorable Judge Lori Simpson, United States Bankruptcy Judge, in Courtroom D of the United States Bankruptcy Court for the District of Maryland, Greenbelt Division, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, or by such remote means as the Court may direct.

**PLEASE TAKE FURTHER NOTICE** that if the Court does not grant the Motion to Shorten Time, the notice, response, and hearing deadlines otherwise set forth in Local Bankruptcy Rule 9006-1 and the Federal Rules of Bankruptcy Procedure will govern instead, and Debtor will provide further notice of any resulting schedule.

**PLEASE TAKE FURTHER NOTICE** that if you fail to file a timely written response or objection to the Motion to Strike in accordance with the deadline set forth above, or such other deadline as the Court may order, the Court may grant the relief requested in the Motion to Strike without further notice or hearing. See Local Bankr. R. 9013-1(d).

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion to Strike and the Motion to Shorten Time may be obtained free of charge from undersigned counsel upon request, or may be reviewed on the Court's CM/ECF docket for this case.

Dated: August 2, 2026                                Respectfully submitted,


By: */s/ Deirdre T. Johnson, Esq.*
Deirdre T. Johnson, Esq.
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD 20774
(301) 742-5385 | dtjesq@dtjohnsonlaw.com
*Counsel for Debtor, 5410 30th Street DC LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of August, 2026, a copy of the foregoing was served electronically upon filing via the Court's ECF system upon all parties registered to receive electronic notice in this case, including:

- Maurice B. VerStandig, Esq., counsel for IBI Falcon US LLC — mac@mbvesq.com
- L. Jeanette Rice, Esq., Office of the U.S. Trustee — Jeanette.Rice@usdoj.gov
- USTPRegion04.GB.ECF@USDOJ.GOV

/s/ Deirdre T. Johnson
Deirdre T. Johnson