IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:                                        |
                                              |
5410 30th Street DC, LLC,          |        Case No.: 25-19605
                                              |
        Debtor                                |        Chapter 11
                                              |

**ORDER GRANTING DEBTOR'S MOTION TO SHORTEN TIME AND FOR
EXPEDITED CONSIDERATION OF DEBTOR'S MOTION TO STRIKE IBI FALCON
US LLC'S AND IBI SBL INVESTMENT LP'S WITNESS AND EXHIBIT LIST**

Upon consideration of Debtor's Motion to Shorten Time and for Expedited Consideration of Debtor's Motion to Strike IBI Falcon US LLC's and IBI SBL Investment LP's Witness and Exhibit List and to Preclude Use of Untimely-Disclosed Witnesses and Exhibits at the August 5, 2026 Hearing (the "Motion"), and it appearing that cause exists to grant the relief requested, and pursuant to Fed. R. Bankr. P. 9006(c) and Local Bankruptcy Rule 9013-6, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Motion is GRANTED; and it is further,

ORDERED, that the time to respond or object to Debtor's Motion to Strike IBI Falcon US LLC's and IBI SBL Investment LP's Witness and Exhibit List and to Preclude Use of Untimely-Disclosed Witnesses and Exhibits at the August 5, 2026 Hearing (the "Motion to Strike") is shortened, such that any response or objection must be filed no later than August 4, 2026, at 12:00 p.m. (noon) Eastern Time; and it is further,

ORDERED, that the Motion to Strike will be considered at the hearing scheduled for August 5, 2026, or as soon thereafter as the Court's calendar permits; and it is further,

ORDERED, that Debtor shall serve a copy of the Motion to Strike, the Motion, and this Order on the affected parties identified in the Motion by electronic mail and shall file a certificate of service within one day of entry of this Order; and it is further,

ORDERED, that if no timely objection is filed to the Motion to Strike, the Court may grant the relief requested therein without further notice or hearing.

cc: All parties in interest

End of Order