Entered: August 3rd, 2026
Signed: August 3rd, 2026

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| 5410 30th Street DC LLC, | * | Case No. 25-19605-LSS |
| Debtor. | * | Chapter 11 |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ORDER DENYING MOTION TO CONTINUE

Upon consideration of the Debtor's Motion to Continue August 5, 2026 Hearing and Related Pretrial Deadlines [Dkt. No. 206] ("Motion to Continue"), and the Opposition [Dkt No. 226], filed by IBI Falcon US LLC, in light of the resolution of the discovery disputes through the Order Granting in part, Denying in part Motion To Compel [Dkt. No. 221], and Debtor having failed to allege sufficient cause for further delaying resolution of the matters set for hearing on August 5, 2026, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion to Continue is **DENIED**.

cc:    Debtor – Deirdre Theresa Johnson
       IBI Falcon – Maurice B. VerStandig

### End of Order