Entered: August 4th, 2026
Signed: August 4th, 2026

**DENIED**

Debtor has not alleged sufficient facts to support a finding of prejudice arising from the two day delay in filing the witness and exhibit lists or other good cause for granting the Motion to Strike [Dkt. No. 236].



_Lori Simpson_
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:

5410 30ᵗʰ Street DC, LLC,                                     Case No.: 25-19605

     Debtor                                                  Chapter 11

---

**ORDER GRANTING DEBTOR'S MOTION TO STRIKE IBI FALCON US LLC'S AND IBI SBL INVESTMENT LP'S WITNESS AND EXHIBIT LIST**

Upon consideration of the Debtor's Motion to Strike IBI Falcon US LLC's and IBI SBL Investment LP's Witness and Exhibit List [Dkt. No. 234] and to Preclude Use of Untimely-Disclosed Witnesses and Exhibits at the August 5, 2026 Hearing (the "Motion"), and any response thereto, it is, by the United States Bankruptcy Court for the District of Maryland, it is hereby

ORDERED, that the Motion is GRANTED; and it is further,

ORDERED, that the Witness and Exhibit List [Dkt. No. 234] filed by IBI Falcon US LLC and IBI SBL Investment LP on July 31, 2026 is STRICKEN; and it is further,

ORDERED, that IBI Falcon US LLC and IBI SBL Investment LP are precluded from calling any witness or offering any exhibit at the August 5, 2026 hearing that was not timely and properly disclosed on or before July 29, 2026.

cc: All parties in interest

End of Order