United States Bankruptcy Court
District of Maryland

In re: | Case No. 25-19605-LSS

5410 30th Street DC LLC | Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0          User: admin          Page 1 of 1

Date Rcvd: Aug 03, 2026        Form ID: pdfparty        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

**Recip ID**           **Recipient Name and Address**
db                 +   5410 30th Street DC LLC, 12138 Central Ave, Bowie, MD 20721-1910

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 4

Entered: August 3rd, 2026
Signed: August 3rd, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| 5410 30th Street DC LLC, | * | Case No. 25-19605-LSS |
| Debtor. | * | Chapter 11 |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### <u>ORDER DENYING MOTION TO CONTINUE</u>

Upon consideration of the Debtor's Motion to Continue August 5, 2026 Hearing and Related Pretrial Deadlines [Dkt. No. 206] ("Motion to Continue"), and the Opposition [Dkt No. 226], filed by IBI Falcon US LLC, in light of the resolution of the discovery disputes through the Order Granting in part, Denying in part Motion To Compel [Dkt. No. 221], and Debtor having failed to allege sufficient cause for further delaying resolution of the matters set for hearing on August 5, 2026, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion to Continue is **DENIED**.

cc:   Debtor – Deirdre Theresa Johnson
      IBI Falcon – Maurice B. VerStandig

**End of Order**