United States Bankruptcy Court

District of Maryland

In re:                                                                          Case No. 25-19605-LSS

5410 30th Street DC LLC                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 04, 2026 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 5410 30th Street DC LLC, 12138 Central Ave, Bowie, MD 20721-1910 |
| cr | + | IBI Falcon US LLC, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| intp | + | IBI SBL Investment LP, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com  lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

District/off: 0416-0 User: admin Page 2 of 2
Date Rcvd: Aug 04, 2026 Form ID: pdfparty Total Noticed: 3
TOTAL: 4

Entered: August 4th, 2026
Signed: August 4th, 2026

**DENIED**

Debtor has not alleged sufficient facts to support a finding of prejudice arising from the two day delay in filing the witness and exhibit lists or other good cause for granting the Motion to Strike [Dkt. No. 236].



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:

5410 30ᵗʰ Street DC, LLC,                          Case No.: 25-19605

      Debtor                                        Chapter 11

---

### ORDER GRANTING DEBTOR'S MOTION TO STRIKE IBI FALCON US LLC'S AND IBI SBL INVESTMENT LP'S WITNESS AND EXHIBIT LIST

Upon consideration of the Debtor's Motion to Strike IBI Falcon US LLC's and IBI SBL Investment LP's Witness and Exhibit List [Dkt. No. 234] and to Preclude Use of Untimely-Disclosed Witnesses and Exhibits at the August 5, 2026 Hearing (the "Motion"), and any response thereto, it is, by the United States Bankruptcy Court for the District of Maryland, it is hereby

ORDERED, that the Motion is GRANTED; and it is further,

ORDERED, that the Witness and Exhibit List [Dkt. No. 234] filed by IBI Falcon US LLC and IBI SBL Investment LP on July 31, 2026 is STRICKEN; and it is further,

ORDERED, that IBI Falcon US LLC and IBI SBL Investment LP are precluded from calling any witness or offering any exhibit at the August 5, 2026 hearing that was not timely and properly disclosed on or before July 29, 2026.

cc: All parties in interest

End of Order