United States Bankruptcy Court

District of Maryland

In re:                                                                    Case No. 25-19605-LSS

5410 30th Street DC LLC                                                   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 04, 2026 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 5410 30th Street DC LLC, 12138 Central Ave, Bowie, MD 20721-1910 |
| cr | + | IBI Falcon US LLC, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| intp | + | IBI SBL Investment LP, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

District/off: 0416-0                    User: admin                              Page 2 of 2
Date Rcvd: Aug 04, 2026                 Form ID: pdfparty                        Total Noticed: 3
TOTAL: 4

Entered: August 4th, 2026
Signed: August 4th, 2026

**DENIED**

Motion to Strike [Dkt. No. 236] was denied. The Motion to Shorten
Time [Dkt. No. 238] is denied as moot.



**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:

5410 30th Street DC, LLC,                                    Case No.: 25-19605

　　　　Debtor                                                    Chapter 11

**ORDER GRANTING DEBTOR'S MOTION TO SHORTEN TIME AND FOR
EXPEDITED CONSIDERATION OF DEBTOR'S MOTION TO STRIKE IBI FALCON
US LLC'S AND IBI SBL INVESTMENT LP'S WITNESS AND EXHIBIT LIST**

Upon consideration of Debtor's Motion to Shorten Time and for Expedited Consideration of
Debtor's Motion to Strike IBI Falcon US LLC's and IBI SBL Investment LP's Witness and Exhibit
List and to Preclude Use of Untimely-Disclosed Witnesses and Exhibits at the August 5, 2026
Hearing (the "Motion"), and it appearing that cause exists to grant the relief requested, and
pursuant to Fed. R. Bankr. P. 9006(c) and Local Bankruptcy Rule 9013-6, it is, by the United States
Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Motion is GRANTED; and it is further,

ORDERED, that the time to respond or object to Debtor's Motion to Strike IBI Falcon US LLC's
and IBI SBL Investment LP's Witness and Exhibit List and to Preclude Use of Untimely-Disclosed
Witnesses and Exhibits at the August 5, 2026 Hearing (the "Motion to Strike") is shortened, such
that any response or objection must be filed no later than August 4, 2026, at 12:00 p.m. (noon)
Eastern Time; and it is further,

ORDERED, that the Motion to Strike will be considered at the hearing scheduled for August 5, 2026, or as soon thereafter as the Court's calendar permits; and it is further,

ORDERED, that Debtor shall serve a copy of the Motion to Strike, the Motion, and this Order on the affected parties identified in the Motion by electronic mail and shall file a certificate of service within one day of entry of this Order; and it is further,

ORDERED, that if no timely objection is filed to the Motion to Strike, the Court may grant the relief requested therein without further notice or hearing.

cc: All parties in interest



End of Order