_____RETAIN

_____

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y N
                                                      Exhibits Filed: Y N

PROCEEDING MEMO – CHAPTER 11

Date: 08/05/2026 Time: 11:00

**CASE: 25–19605 5410 30th Street DC LLC**

✓Deirdre Theresa Johnson representing 5410 30th Street DC LLC (Debtor)

representing For Internal Use Only (Trustee)

✓L. Jeanette Rice representing US Trustee – Greenbelt (U.S. Trustee)

L. Jeanette Rice representing U.S. Trustee (U.S. Trustee)

[60] Motion for Sanctions / *Motion to Enforce Automatic Stay* Filed by 5410 30th Street DC LLC. (Attachments: #s3 Certificate of Service)

**MOVANT** : 5410 30th Street DC LLC BY D Johnson

[68] Opposition on behalf of IBI SBL Investment LP, IBI Falcon US LLC Filed by Maurice Belmont VerStandig (related document(s) 2 Proposed Order)

**MOVANT** : IBI Falcon US LLC IBI SBL Investment LP BY ✓M VerStandig M VerStandig

[95] Motion to Convert Case from Chapter 11 to Chapter 7 . Fee Amount $15. Filed by IBI Falcon US LLC. (Attachments: #s4 Proposed Order)

**MOVANT** : IBI Falcon US LLC BY M VerStandig

[100] Opposition on behalf of 5410 30th Street DC LLC Filed by Deirdre Theresa Johnson (related document(s) 3 Certificate of Service)

**MOVANT** : 5410 30th Street DC LLC BY D Johnson

[116] Objection to Claim Number 2 In Re: IBI Falcon US, LLC in the Amount of $2,676,531.91. Notice Served on 2/26/2026 Filed by 5410 30th Street DC LLC. Responses due by 3/30/2026. (Attachments: #s4 Request for Hearing & Discovery)

**MOVANT** : 5410 30th Street DC LLC BY D Johnson

[121] Amended Disclosure Statement Filed by 5410 30th Street DC LLC (related document(s) 2 Certificate of Service)

**MOVANT** : 5410 30th Street DC LLC BY D Johnson

[122] Objection on behalf of IBI Falcon US LLC Filed by Maurice Belmont VerStandig (related document(s) 121 Amended Disclosure Statement filed by Debtor

5410 30th Street DC LLC).

**MOVANT** : IBI Falcon US LLC BY M VerStandig

[126] Response on behalf of IBI Falcon US LLC Filed by
Maurice Belmont VerStandig (related document(s)
1 Proposed Order)

[129] Chapter 11 Plan of Reorganization Filed by IBI Falcon
US LLC.

**MOVANT** : IBI Falcon US LLC BY M VerStandig

[133] Motion *for Determination That IBI Falcon is Not
a Party in Interest* Filed by 5410 30th Street
DC LLC. (Attachments: #s1 Proposed Order)

**MOVANT** : 5410 30th Street DC LLC BY D Johnson

[136] Motion to Continue Hearing Scheduled for *April
20, 2026* Filed by 5410 30th Street DC LLC (related
document(s)s1 Proposed Order) (Johnson, Deirdre).
Modified on 4/16/2026 to update linkage. (McKenna,
Shannon).

**MOVANT** : 5410 30th Street DC LLC BY D Johnson

[139] Opposition on behalf of IBI Falcon US LLC Filed
by Maurice Belmont VerStandig (related document(s)
1 Proposed Order)

**MOVANT** : IBI Falcon US LLC BY M VerStandig

[141] Exhibit/Witness List Filed by Deirdre Theresa Johnson.
(Attachments: #s16 Certificate of Service)

**MOVANT** : 5410 30th Street DC LLC BY D Johnson

[195] Motion for Relief from Stay and Notice of Motion
Re: 5631 MacArthur Blvd., NW, Washington, DC 20016.
Fee Amount $199. Notice Served on 6/29/2026,
Filed by IBI Falcon US LLC. Objections due by 07/14/2026.
with three additional calendar days allowed if
all parties are not served electronically. Hearing
scheduled for 07/27/2026 at 02:00 PM - Courtroom
3-E. (Attachments: #s3 Mailing Matrix)

**MOVANT** : IBI Falcon US LLC BY M VerStandig

[204] Opposition on behalf of 5410 30th Street DC LLC
Filed by Deirdre Theresa Johnson (related document(s)
195 Relief from Stay and Notice of Motion filed
by Creditor IBI Falcon US LLC).

**MOVANT** : 5410 30th Street DC LLC BY D Johnson

[217] Amended Disclosure Statement Filed by 5410
30th Street DC LLC (related document(s) 4 Certificate
of Service)

**MOVANT** : 5410 30th Street DC LLC BY D Johnson

[218] Amended Chapter 11 Plan Filed by 5410 30th Street DC LLC (related document(s) 3 Certificate of Service)

**MOVANT** : 5410 30th Street DC LLC BY D Johnson

[227] Exhibit/Witness List Filed by Deirdre Theresa Johnson. (Attachments: #s20 Debtor Exhibit 20 Land Records FTF Lending)

**MOVANT** : 5410 30th Street DC LLC BY D Johnson

[228] Exhibit/Witness List Filed by Deirdre Theresa Johnson (related document(s) 20 Debtor Exhibit 40 Corporate Resolution Bankruptcy Filing)

**MOVANT** : 5410 30th Street DC LLC BY D Johnson

[229] Exhibit/Witness List Filed by Deirdre Theresa Johnson (related document(s) 18 Debtor Exhibit 60 Lis Pendens)

**MOVANT** : 5410 30th Street DC LLC BY D Johnson

[230] Exhibit/Witness List Filed by Deirdre Theresa Johnson (related document(s) 26 Debtor Exhibit 90 Photos from Document Inspection)

**MOVANT** : 5410 30th Street DC LLC BY D Johnson

[232] Stipulation By 5410 30th Street DC LLC and IBI Falcon / IBI SBL Filed by Deirdre Theresa Johnson (related document(s) 230 Exhibit/Witness List filed by Debtor 5410 30th Street DC LLC).

**MOVANT** : 5410 30th Street DC LLC BY D Johnson

[234] Witness and Exhibit List(IBI Falcon US LLC and IBI SBL Investment LP,) Filed by Maurice Belmont VerStandig (related document(s) 13 Creditor Exhibit 13 – Certificate of Notice (ECF No. #7)) (VerStandig, Maurice)Modified on 8/3/2026 to enhance text. (McKenna, Shannon).

**MOVANT** : IBI Falcon US LLC IBI SBL Investment LP BY M VerStandig M VerStandig

[237] Notice of Motion *to Strike IBI Exhibit & Witness List*.Notice Served on 8/2/2026, Filed by 5410 30th Street DC LLC (related document(s) 236 Motion for Miscellaneous Relief filed by Debtor 5410 30th Street DC LLC). Objections due by 8/4/2026.

**MOVANT** : 5410 30th Street DC LLC BY D Johnson


PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

  Approved_____  Denied Approval_____  Deadline to file Amended D/S_____

Other _____

Confirmed _____ as modified by _____

Denied Confirmation _____ with leave to amend by _____

Other _____

DISPOSITIONS:

Granted 195_ Denied _____ Withdrawn _____ Consent _____ Default _____ Under Adv. _____

Moot _____ Dismissed _____ Relief by Operation of Law (no order req.) _____

Continued to: _____

DECISION:

[ ] Signed by Court          [ ] Filed by Counsel
[ ] To be prepared by:
     [ ] Movant's counsel         [ ] Court
     [ ] Respondent's counsel     [ ] Other _____

NOTES: Multiple matters before the court.  Evidentiary hearing on standing of IBI to file motion for relief and motion for relief from stay, debtor's opposition. Court found IBI has colorable claim, motion for relief granted as outlined in court ruling.  Movant, IBI to prepare order.   IBI's plan/dst withdrawn on record.  IBI indicated will not be pursuing motion to convert. Parties to present motion for violation of the stay on 9-8 virtually.  Claim obj.  will be deferred pending outcome of state court action.