Entered: August 17th, 2026
Signed: August 16th, 2026

**SO ORDERED**

UNITED STATES BANKRUPTCY COURT DISTRICT OF MARYLAND

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re:<br><br>5410 30TH STREET DC LLC<br><br>Debtor. | Case No. 25-19605-LSS<br>(Chapter 11) |
| IBI FALCON US LLC<br><br>Movant,<br><br>v.<br><br>5410 30TH STREET DC LLC<br><br>Respondent. | |

**ORDER**

Upon consideration of the Motion for Relief from the Automatic Stay (the "Motion"), ECF No. 195, filed by IBI Falcon US LLC ("IBI"), the opposition of the debtor thereto, ECF No. 204, the authorities cited in the Motion, evidence adduced at a hearing on August 5, 2026, and governing law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that IBI is afforded relief from the automatic stay enshrined in section 362(a) of title 11 of the United States Code such that IBI may pursue any and all forms of in rem relief against the real property commonly known as 5631 MacArthur Blvd., NW, Washington, DC 20016, together with any improvements thereupon (the "Property"), including a foreclosure of the Property.

Copies:

All Counsel of Record