Entered: August 25th, 2026

Signed: August 24th, 2026

**SO ORDERED**

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re: | |
| 5410 30th Street DC, LLC, | Case No.: 25-19605 |
| Debtor | Chapter 11 |

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF SUPPLEMENTAL ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Application for Allowance of Supplemental Attorney's Fees and Reimbursement of Expenses (the "Application") filed by Deirdre T. Johnson, Esq., counsel for the Debtor, 5410 30th Street DC, LLC, for services rendered during the period of November 1, 2025 through June 26, 2026, requesting allowance of attorney's fees in the amount of $70,815.00 and reimbursement of expenses in the amount of $21.60, for a total award of $70,836.60; and it appearing that good and sufficient notice of the Application was given to all parties entitled thereto in accordance with Local Bankruptcy Rules 2002-1 and 2070-1; and it appearing that [no objection to the Application has been filed / the objections filed thereto have been resolved or are overruled for the reasons stated on the record]; and for good cause shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Application is GRANTED; and it is further

ORDERED, that Deirdre T. Johnson, Esq. is awarded supplemental attorney's fees in the amount of $70,815.00 and reimbursement of expenses in the amount of $21.60, for a total award of

$70,836.60, allowed as an administrative expense of the bankruptcy estate pursuant to 11 U.S.C. §§ 330(a) and 503(b)(2); and it is further

ORDERED, that the amounts awarded herein shall be paid by the Debtor or through the Chapter 11 Trustee in accordance with the terms of the Debtor's [confirmed plan of reorganization / further order of this Court]; and it is further

ORDERED, that the Clerk of this Court shall serve a copy of this Order on all parties entitled to notice in accordance with the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules.

**cc:**

Deirdre T. Johnson, Esq., Counsel for the Debtor

L. Jeanette Rice, Chapter 11 Trustee

Maurice B. VerStandig, Esq., Counsel for IBI Falcon US, LLC and IBI SBL Investment LP

*END OF ORDER*