United States Bankruptcy Court
District of Maryland

In re:
5410 30th Street DC LLC
Debtor

Case No. 25-19605-LSS
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-0 | User: admin | Page 1 of 2
Date Rcvd: Aug 26, 2026 | Form ID: ntchrgbk | Total Noticed: 3

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | 5410 30th Street DC LLC, 12138 Central Ave, Bowie, MD 20721-1910 |
| cr | + | IBI Falcon US LLC, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| intp | + | IBI SBL Investment LP, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| tr | | For Internal Use Only |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Courtney L. Morgan | courtney.l.morgan@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV |
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

US Trustee - Greenbelt
USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

In re: Case No.: **25–19605 – LSS** Chapter: **11**

**5410 30th Street DC LLC**
Debtor

# NOTICE

Virtual hearing – For hearing access information see www.mdb.uscourts.gov/hearings (Honorable Lori S. Simpson/Video Conference Hearing Protocol/morning docket) to register and generate Zoom link for hearing participation.

PLEASE TAKE NOTICE that a hearing will be held

on 9/8/26 at 10:00 AM

to consider and act upon the following:

60 – Motion for Sanctions / Motion to Enforce Automatic Stay Filed by 5410 30th Street DC LLC. (Attachments: # 1 Notice of Motion # 2 Proposed Order # 3 Certificate of Service) (Johnson, Deirdre)

68 – Opposition on behalf of IBI SBL Investment LP, IBI Falcon US LLC Filed by Maurice Belmont VerStandig (related document(s)60 Motion for Sanctions filed by Debtor 5410 30th Street DC LLC). (Attachments: # 1 Exhibit A – Notice of Foreclosure Sale of Real Property or Condominium Unit # 2 Proposed Order) (VerStandig, Maurice)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 8/26/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Gloria Bellman
301–344–8031