United States Bankruptcy Court
District of Maryland

In re:
5410 30th Street DC LLC
Debtor

Case No. 25-19605-LSS
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 2
Date Rcvd: Aug 26, 2026 Form ID: pdfparty Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 5410 30th Street DC LLC, 12138 Central Ave, Bowie, MD 20721-1910 |
| cr | + | IBI Falcon US LLC, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| intp | + | IBI SBL Investment LP, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Courtney L. Morgan | courtney.l.morgan@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV |
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 4

Entered: August 25th, 2026

Signed: August 24th, 2026

**SO ORDERED**

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re: | |
| 5410 30th Street DC, LLC, | Case No.: 25-19605 |
| Debtor | Chapter 11 |

---

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF SUPPLEMENTAL ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Application for Allowance of Supplemental Attorney's Fees and Reimbursement of Expenses (the "Application") filed by Deirdre T. Johnson, Esq., counsel for the Debtor, 5410 30th Street DC, LLC, for services rendered during the period of November 1, 2025 through June 26, 2026, requesting allowance of attorney's fees in the amount of $70,815.00 and reimbursement of expenses in the amount of $21.60, for a total award of $70,836.60; and it appearing that good and sufficient notice of the Application was given to all parties entitled thereto in accordance with Local Bankruptcy Rules 2002-1 and 2070-1; and it appearing that [no objection to the Application has been filed / the objections filed thereto have been resolved or are overruled for the reasons stated on the record]; and for good cause shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Application is GRANTED; and it is further

ORDERED, that Deirdre T. Johnson, Esq. is awarded supplemental attorney's fees in the amount of $70,815.00 and reimbursement of expenses in the amount of $21.60, for a total award of

$70,836.60, allowed as an administrative expense of the bankruptcy estate pursuant to 11 U.S.C. §§ 330(a) and 503(b)(2); and it is further

ORDERED, that the amounts awarded herein shall be paid by the Debtor or through the Chapter 11 Trustee in accordance with the terms of the Debtor's [confirmed plan of reorganization / further order of this Court]; and it is further

ORDERED, that the Clerk of this Court shall serve a copy of this Order on all parties entitled to notice in accordance with the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules.

**cc:**

Deirdre T. Johnson, Esq., Counsel for the Debtor

L. Jeanette Rice, Chapter 11 Trustee

Maurice B. VerStandig, Esq., Counsel for IBI Falcon US, LLC and IBI SBL Investment LP

*END OF ORDER*