IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**WITNESS AND EXHIBIT LIST**

Come now IBI Falcon US LLC and IBI SBL Investment LP, by and through undersigned counsel, and furnish this list of witnesses to be called, and exhibits to be introduced, at a videoconference hearing on September 8, 2026:

**Witnesses**

1. Any witness designated by the Debtor (without regard to the scope of examination of the Debtor)

2. Any witness necessary to offer rebuttal or impeachment evidence

**Exhibits**

| | |
|---|---|
| Creditor Exhibit 1. | Petition (ECF No. #1) |
| Creditor Exhibit 2. | Certificate of Notice (DE #7) |
| Creditor Exhibit 3. | Excepts from transcript of hearing conducted on June 15, 2026 in the matter of *5410 30th Street LLC v. IBI Falcon US LLC, et al.* |
| Creditor Exhibit 4. | Any exhibit designated by the Debtor (without regard to whether or not offered by the Debtor) |
| Creditor Exhibit 5. | Exhibits to be offered for rebuttal or impeachment purposes |

*[Signature on Following Page]*

Respectfully submitted,

Dated: September 2, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for IBI Falcon US LLC and IBI SBL Investment LP*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of September, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Deirdre Theresa Johnson dtjesq@dtjohnsonlaw.com
- Courtney L. Morgan courtney.l.morgan@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Maurice B. VerStandig
Maurice B. VerStandig