**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MARYLAND (GREENBELT DIVISION)**

| | |
|---|---|
| In re: | |
| 5410 30th Street DC, LLC, | Case No.: 25-19605 |
| Debtor | Chapter 11 |

**DEBTOR'S WITNESS AND EXHIBIT LISTS**

Come now the Debtor, by and through undersigned counsel, and furnishes this list of witnesses to be called, and exhibits to be introduced, at the Omnibus Hearing on September 8, 2026:

WITNESSES

1. Zanetta Williams, Sole Member, 5410 30th Street DC, LLC
2. Michael J. Palumbo (Hostile Witness)
3. Any witness designated by the IBI Falcon US, LLC or IBI SBL Investment LP (without regard to the scope of examination by the Creditor)

3. Any witness necessary to offer rebuttal or impeachment evidence

EXHIBITS

Debtor Exhibit 1 - Affidavit of Non-Residential Mortgage Foreclosure 11-13-25

Debtor Exhibit 2 - Deed of Appointment of Substitute Trustee

Debtor Exhibit 3 – Oren Streit WhatsApp #2 – April 29 2026

Debtor Exhibit 4 – Michael Palumbo Email 2-7-25

Debtor Exhibit 5 – Oren Streit WhatsApp #3 – April 29 2026

Debtor Exhibit 6 – Michael Palumbo Email #2 October 15 2025

Debtor Exhibit 7 – Oren Streit WhatsApp #4 – April 30 2026

Debtor Exhibit 8 – Undeliverable Mail Notice

Debtor Exhibit 9 - Certificate of Notice

Debtor Exhibit 10 - Phone Calls 4/28 & 4/30/26

Debtor Exhibit 11 - DC Municipal Regulation

Debtor Exhibit 12 - Email from Amir Golan

Debtor Exhibit 13 – Missed Call from Oren Streit

Debtor Exhibit 14 – Palumbo PoA

Debtor Exhibit 15 - Phone Call from Amir Golan

Debtor Exhibit 16 - Cease & Desist Letter to IBI 5/5/26

Debtor Exhibit 17 - Verification of Creditor Matrix 10-29-25

Debtor Exhibit 18 - MBV Response to Cease & Desist Letter

Debtor Exhibit 19 – Land Records

Debtor Exhibit 20 – Land Records FTF Lending

Debtor Exhibit 21 – Land Records Gingo Palumbo

Debtor Exhibit 22 – Land Records IBI Falcon

Debtor Exhibit 23 – Land Records IBI SBL

Debtor Exhibit 24 – DC Recorder of Deeds

Debtor Exhibit 25 – IBI Falcon Assignment of Deed of Trust

Debtor Exhibit 26 – IBI Falcon Second Assignment of Deed of Trust

Debtor Exhibit 27 – Action by Written Consent of the Manager

Debtor Exhibit 28 – Oren Streit April 29

Debtor Exhibit 29 – Email from Dor Sagron 9/29/25

Debtor Exhibit 30 – Email from Dor Sagron 2/11/25

Debtor Exhibit 31 – Email from Dor Sagron 9/28/25

Debtor Exhibit 32 – Email from Dor Sagron 10/15/25

Debtor Exhibit 33 – Notice of Foreclosure Sale

Debtor Exhibit 34 – Notice of Bankruptcy Filing

Debtor Exhibit 35 – Opposition to Motion to Enforce Stay

Debtor Exhibit 36 – IBI Falcon Response to Interrogatories

Debtor Exhibit 37 – IBI Falcon Response to RFA

Debtor Exhibit 38 – IBI SBL Response to Interrogatories

Debtor Exhibit 39 – IBI SBL Response to RFA

Debtor Exhibit 40 – IBI Falcon Amended Response to Interrogatories

Debtor Exhibit 41 – IBI SBL Amended Response to Interrogatories

Debtor Exhibit 42 – Mail Delivery Times

Debtor Exhibit 43 – Deposition of Michael J Palumbo

Debtor Exhibit 44 – IBI Falcon 2nd Amended Response to Interrogatories

Debtor Exhibit 45 – IBI SBL 2nd Amended Response to Interrogatories

Debtor Exhibit 46 – First Application of Deirdre T. Johnson, Counsel to the Debtor and Debtor in Possession, For Allowance and Payment of Interim Compensation for Services Rendered and reimbursement of Expenses Incurred for the Period November 1, 2025 through June 30, 2026

Debtor Exhibit 47 – Exhibit A

Debtor Exhibit 48 - Any exhibit designated by the IBI SBL or IBI Falcon (without regard to whether or not offered by IBI SBL or IBI Falcon)

Debtor Exhibit 49 - Any documents necessary to offer as rebuttal or impeachment evidence

Respectfully submitted,

Date: September 3, 2026

/s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD 20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of September, 2026, a copy of the foregoing DEBTOR'S WITNESS AND EXHIBIT LISTS was served electronically upon filing by the Court's CM/ECF system, with copies to:

Courtney L. Morgan courtney.l.morgan@usdoj.gov

Maurice VerStandig mac@mbvesq.com

US Trustee USTPRegion04.GB.ECF@USDOJ.GOV

/s/ Deirdre T. Johnson, Esq
Deirdre T. Johnson, Esq