EXHIBIT
3

7:00 5G 75

Oren

The Managing Partner?
Dor?
6:16 AM

Oren Streit
No, Dor was the VP and I replaced him.
Amir is the managing partner.
He wants to talk with you .
Let's jump to a quick call today at your morning pls
6:25 AM

OS

So Dor is no longer there and this is a new person?
And what would the calm be about?
6:26 AM

Oren Streit
Zanetta, we want to see if we can get into an agreement with you.
We are ready to dismiss the bankruptcy and eventually