
EXHIBIT
5
7:00
5G
Oren
Let's jump t Today ck call
today at your morning pls
6:25 AM
So Dor is no longer there
and this is a new person?
And what would the calm
be about?
6:26 AM
Oren Streit
Zanetta, we want to see if
we can get into an
agreement with you.
We are ready to dismiss the
bankruptcy and eventually
you will loose the property
and bear a lot of legal costs.
We can jump to a call to try
and settle or we can
continue at FC with your
bankruptcy.
I am fine with both- your
choices.
6:47 AM