RE: 5631 MacArthur Boulevard Washington DC 20016 - 5410 30th Street DC LLC

From: Michael Palumbo (michael@gplawllc.com)

To: zanettaw@yahoo.com

Date: Wednesday, October 15, 2025 at 04:30 PM EDT

EXHIBIT
6

Dear Ms. Williams:

Good afternoon.

This office represents IBI Falcon US LLC, successor by assignment to IBI SBL Investment LP, successor by assignment to FTF Lending, LLC.

Attached please find a copy of the Notice of Default and Maturity, Opportunity to Cure, and Notice of Intent to Foreclose. Please govern yourself accordingly.

Please call/email me with any questions/concerns.

Thank you.

Sincerely,
Michael J. Palumbo
**Gingo Palumbo Law Group LLC**
Summit One
4700 Rockside Road, Suite 440
Independence, Ohio 44131
Direct: (216) 503-9512
Fax: (888) 827-0855
Cell: (330) 301-0369

GP

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination, other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer. If applicable, this email is sent to the person or entity to which it is addressed and is sent for settlement purposes only pursuant to Federal and Ohio Rules of Evidence 408 and shall remain confidential and privileged. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

25 10 15-NOD-Maturity-5631MacArthur.pdf

159.2 kB