EXHIBIT 7



You turned off disappearing messages. Tap to change.

Good Morning Oren. I apologize for the delay. The day got away from Me. Please reach out to my attorney regarding the proposed settlement. Her name is Deirdre Johnson and her email address is dtjesq@dtjohnsonlaw.com

10:28 AM

I hope that you both are having a good day/evening

10:28 AM

**1 unread message**

Oren Streit

We prefer to discuss commercial terms with you directly

10:32 AM