Outlook

**U.S. Bankruptcy Court, District of Maryland - Undeliverable Notice, In re: 5410 30th Street DC LLC, Case Number: 25-19605, LSS, Ref: [p-241445753]**

From USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>
Date Fri 10/17/2025 12:46 PM
To Deirdre T. Johnson, Esq <dtjesq@dtjohnsonlaw.com>

EXHIBIT 8

1 attachment (9 KB)
B_P02519605309F10009.PDF;

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

October 18, 2025

From: United States Bankruptcy Court, District of Maryland

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: 5410 30th Street DC LLC, Case Number 25-19605, LSS

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Greenbelt**
**Greenbelt Division**
**6500 Cherrywood Lane, Ste. 300**
**Greenbelt, MD 20770**

Undeliverable Address:
For Internal Use Only

Role type/cr id: tr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Undeliverable Address:
IBI Falcon US LLC, and Any/All Affiliates
9 Ahad Ha'am St
Tel Aviv 3129101

Role type/cr id: 32988022
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Signature of Debtor or Debtor's Attorney

Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**