EXHIBIT
10

6:50 80

# Chats

Ask Meta AI or Search

Archived

[redacted]



**+972 54-761-6860** Thursday
Missed voice call

**Oren** Thursday
Oren: We prefer to discuss commercial terms with you...

**Oren Streit** 4/28/26
Missed voice call

[redacted]

Updates | Calls | Communities | Chats | You