EXHIBIT
13




+972 54-761-6860
now
Missed voice call