


EXHIBIT
15


Message
Remind Me
slide to answer