EXHIBIT

17

United States Bankruptcy Court
District of Maryland

In Re: 5410 30th Street DC, LLC

Debtor(s)

Case Number: 25-19605

Chapter: 11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 10/29/25

Signature of Debtor(s): /s/ Zanetta Williams
/s/

Attn: Albeiro Medina
T&AA Construction, and Any / All Affiliates
11820 Parklawn Dr, Suite 380
Rockville, MD 20852

BHI Construction, and Any/All Affiliates
9342 Annapolis Rd
Lanham, MD 20706

City Concrete, and Any / All Affiliates
9284 Corp Circle
Manassas, VA 20110

DC Municipal Investments, LLC
c/o: Heidi S. Kenny, Esq
Kenny Law Group, LLC
11426 York Rd, 1st Floor
Cockeysville, MD 21030

Kylie Properties, LLC
712 H St, NE #540
Washington, DC 20002

Fund That Flip
1300 E. 4th St, Suite 1310
Cleveland, OH 44114

DC Office of Tax & Revenue
Office of CFO
1101 4th St, SW
Washington, DC 20024

IBI Falcon US LLC, and Any/All Affiliates
9 Ahad Ha'am St
Tel Aviv, Israel 3129101

IBI SBL Investment LP
IBI Falcon US, LLC
c/o Gingo Palumbo Law Group
Summit One
4700 Rockside Road #440
Independence, OH 44131

Santorini Capital LLC, and Any/All Affiliates
2000 Massachusetts Ave, NW
Washington, DC 20036

Washington Gas
Attn: Customer Care
6801 Industrial Rd
Springfield, VA 22151

PEPCO
701 9th St, NW
Washington, DC 20068

DC Water
1385 Canasl St, SE
Washington, DC 20003

Vonis Benitez
612 Oglethorpe St, NW
Washington, DC 20011