The county of Washington D.C. | Office of Tax and Revenue, Recorder of Deeds
Ida Williams

Date: 07/17/2026

EXHIBIT 21

## Search Criteria

**Certified Date Range:** 01/01/1900 – 07/14/2026

**Department:** Real Property
**Search Value:** GINGO Palumbo
**Recorded Date Range:** 01/01/1900-07/17/2026
**Keyword Search:** false
**Search Ocr Text:** false

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2025099413 | OPR/--/-- | REIGO SECURITIZATION SPONSOR 2021-1, LLC, | GINGO PALUMBO LAW GROUP LLC, | POWER OF ATTORNEY | 10/9/2025 | | 2025099999 |
| 2025098143 | OPR/--/-- | IBI SBL Investment LP, | Gingo Palumbo Law Group LLC, | POWER OF ATTORNEY | 10/6/2025 | | |