The county of
Washington D.C.

Office of Tax and Revenue, Recorder of Deeds
Ida Williams

Date: 07/17/2026

EXHIBIT
22

## Search Criteria

**Certified Date Range:** 01/01/1900 – 07/14/2026

**Department:** Real Property

**Search Value:** IBI FALCON

**Recorded Date Range:** 01/01/1900-07/17/2026

**Keyword Search:** false

**Search Ocr Text:** false

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2025112580 | OPR/--/-- | IBI FALCON US LLC, 5410 30TH STREET DC LLC, | DRAZIN RUSSELL S., | APPOINTMENT SUBSTITUTE TRUSTEE | 11/19/2025 | 1446 | 0043 | 2023039109 |
| 2025110562 | OPR/--/-- | IBI Falcon US LLC, | 5410 30th Street DC LLC, | FORECLOSURE AFFIDAVIT | 11/13/2025 | 1446 | 0043 | |
| 2025106567 | OPR/--/-- | IBI SBL INVESTMENT LP, 5410 30TH STREET DC LLC, | IBI FALCON US LLC, | FINANCING STATEMENT ASSIGNMENT | 10/31/2025 | 1446 | 0043 | 2023039110 |
| 2025067961 | OPR/--/-- | IBI SBL INVESTMENT LP, 5410 30TH STREET DC LLC, | IBI FALCON US LLC, | TRUST ASSIGNMENT | 7/9/2025 | 1446 | 0043 | 2023039109, 2024028399 |

Neumo