THE DISTRICT OF COLUMBIA

The county of Washington D.C. | Office of Tax and Revenue, Recorder of Deeds
Ida Williams

Date: 07/17/2026

EXHIBIT 23

## Search Criteria

**Certified Date Range:** 01/01/1900 – 07/14/2026

**Department:** Real Property

**Search Value:** IBI SBL

**Recorded Date Range:** 01/01/1900-07/17/2026

**Keyword Search:** false

**Search Ocr Text:** false

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2025098143 | OPR/–/– | IBI SBL Investment LP, | Gingo Palumbo Law Group LLC, | POWER OF ATTORNEY | 10/6/2025 | | | |
| 2025098466 | OPR/–/– | IBI SBL INVESTMENT LP, | EUCLID REALTY CAPITAL V LLC, | FORECLOSURE NOTICE | 10/7/2025 | 6207 | 0810 | 2022101932 |
| 2025082085 | OPR/–/– | FTF LENDING, LLC, EUCLID REALTY CAPITAL V LLC, | IBI SBL INVESTMENT LP, | TRUST ASSIGNMENT | 8/18/2025 | 6207, 6207 | 0810, 0057 | 2022101932 |
| 2025017114 | OPR/–/– | 5410 30TH STREET DC LLC, FTF LENDING LLC, | IBI SBL INVESTMENT LP, | FINANCING STATEMENT ASSIGNMENT | 2/19/2025 | 1446 | 0043 | 2023039110 |
| 2025098578 | OPR/–/– | EUCLID REALTY CAPITAL V LLC, | IBI SBL INVESTMENT LP, | FORECLOSURE NOTICE | 10/7/2025 | 6207 | 0810 | 2022101932 |
| 2025097932 | OPR/–/– | EUCLID REALTY CAPITAL V LLC, | IBI SBL INVESTMENT LP, | FORECLOSURE AFFIDAVIT | 10/6/2025 | 6207 | 0810 | 2022101932 |
| 2025067961 | OPR/–/– | IBI SBL INVESTMENT LP, , 5410 30TH STREET DC LLC | IBI FALCON US LLC, | TRUST ASSIGNMENT | 7/9/2025 | 1446 | 0043 | 2023039109, 2024028399 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2024028399 | OPR/--/-- | FTF Lending, LLC, 5410 30TH STREET DC, | IBI SBL INVESTMENT LP, | TRUST ASSIGNMENT | 3/27/2024 | 1446 | 0043 | 2023039109, 2025067961 |
| 2025098842 | OPR/--/-- | FTF LENDING, LLC, EUCLID REALTY CAPITAL V LLC, | IBI SBL INVESTMENT LP, | FINANCING STATEMENT ASSIGNMENT | 10/8/2025 | 6207, 6207 | 0810, 0057 | 2022101933 |
| 2025106567 | OPR/--/-- | IBI SBL INVESTMENT LP, , 5410 30TH STREET DC LLC | IBI FALCON US LLC, | FINANCING STATEMENT ASSIGNMENT | 10/31/2025 | 1446 | 0043 | 2023039110 |