Doc #: 2025067961
07/09/2025 01:51 PM

EXHIBIT
26

PREPARED BY AND RETURN TO:

Anthony J. Gingo, Esq.
Gingo Palumbo Law Group LLC
4700 Rockside Road, Suite 440, Independence, Ohio 44131
(216) 503-9511 / anthony@gplawllc.com

ADDRESS: 5631 MacArthur Boulevard NW, Washington DC 20016
PARCEL ID: 1446- -0043
LOAN ID: FTF_71928

# ASSIGNMENT OF DEED OF TRUST

**IBI SBL INVESTMENT LP, a Delaware limited partnership,** having a mailing address at 2711 Centerville Road, Suite 400, Wilmington DE 19808, ("Assignor") for value received, hereby sells, transfers, assigns, and conveys to **IBI FALCON US LLC, a Delaware limited liability company,** having a mailing address in care of The Corporation Trust Company, 1209 Orange Street, Wilmington DE 19801, ("Assignee") without recourse or warranty, express or implied, all of Assignor's right, title and interest in and to a certain instrument titled Deed of Trust, Assignment of Leases and Rents, Fixture Filing, and Security Agreement ("Deed of Trust") which secures a lien on certain lot(s), tract(s), or parcel(s) described in Exhibit A attached hereto and is further described as follows:

| | |
|---|---|
| Dated: | May 3, 2023 |
| Original Loan Amount: | $2,222,000.00 |
| Borrower/Mortgagor: | 5410 30th Street DC LLC, a Maryland limited liability company |
| Recording Information: | May 10, 2023, as Document #2023039109<br>March 27, 2024 as Document #2024028399 |

TOGETHER with the promissory note(s) or obligation(s) described in, and secured by, said Deed of Trust, and the moneys due and to become due thereon; TO HAVE AND TO HOLD the same unto Assignee and to the successors, legal representatives and assigns of Assignee forever.

Assignor hereby represents and warrants that (i) Assignor is the sole legal and equitable owner and holder of the Deed of Trust, (ii) Assignor has full power to sell, transfer, and assign the interest granted by the Deed of Trust; (iii) Assignor has executed no release, discharge, satisfaction, or cancellation of the Deed of Trust or the indebtedness secured thereby; and (iv) Assignor has no interest in the Deed of Trust other than the interest which is being assigned herein.

This Assignment is made without recourse and without representation or warranty, express, implied, or by operation of law, of any kind and nature whatsoever by Assignor. Assignor, by and through Assignor's authorized signatory, has executed this Assignment to be effective as of June 30, 2025.

IN WITNESS WHEREOF, Assignor has caused the foregoing instrument to be executed by its Attorney-in-Fact, Gingo Palumbo Law Group LLC, an Ohio limited liability company, on the 8th day of July, 2025.

ASSIGNOR:

IBI SBL Investment LP,
a Delaware limited partnership

By: Gingo Palumbo Law Group LLC,
an Ohio limited liability company
Its: Attorney-in-Fact

By: Anthony J. Gingo
Its: Co-Managing Member

Notarial Certificate

STATE OF OHIO )
) SS:
COUNTY OF CUYAHOGA )

The foregoing Instrument was acknowledged before me on July 8, 2025, by Anthony J. Gingo, in his capacity as Co-Managing Member of Gingo Palumbo Law Group LLC, an Ohio limited liability company, in its capacity as Attorney-in-Fact for IBI SBL Investment LP, a Delaware limited partnership.

NOTARIAL SEAL
STATE OF OHIO

Attorney Michael J. Palumbo
Resident Mahoning County
Notary Public, State of Ohio
My Commission Has No Expiration Date
Sec 147.03 RC

Notary Public, State of Ohio

## EXHIBIT A

## LEGAL DESCRIPTION

All that certain lot, parcel or tract of land, situate and lying in the City/County of District of Columbia, State of District of Columbia, and being more particularly described as follows:

All that certain lot or parcel of land together with all the improvements thereon located and being in the City of Washington in the District of Columbia and being more particularly described as follows:

Lot Numbered Forty-Three (0043) in Square Numbered One Thousand Four Hundred Forty-Six (1446) in a Subdivision by Zoran Dragacevac and Snezana Mitrovic Living Trust, as per Plat recorded in the Office of the Surveyor for the District of Columbia in Plat Book 220 at Page 24.

For informational purposes only: Being premises known as 5631 MacArthur Boulevard, NW, Washington, DC 20016.

For informational purposes only: The improvements thereon being commonly referred to as 5631 MacArthur Boulevard Northwest, Washington, DC 20016.

Address: 5631 MacArthur Boulevard NW, Washington, DC 20016
Parcel ID: 1446- -0043

Doc #: 2025067961
Filed & Recorded
07/09/2025 01:51 PM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS

| | |
|---|---|
| RECORDING FEES | $25.00 |
| SURCHARGE | $5.00 |
| TOTAL: | $30.00 |