7:00 5G 75

Oren

6:07 AM

EXHIBIT 42

Oren Streit

> Oren Streit
> Hi Zanetta,
> The managing partner want to talk with you.

Wanted to speak with you and the managing partner .
Can we jump into a call today at your morning?

OS 6:15 AM

The Managing Partner?
Dor?

6:16 AM

Oren Streit
No, Dor was the VP and I replaced him.
Amir is the managing partner.
He wants to talk with you .
Let's jump to a quick call today at your morning pls

6:25 AM