EXHIBIT
45

# RE: Call

From: Dor Sagron (dor@ibi.co.il)

To: zanettaw@yahoo.com

Cc: OrenS@IBI.co.il

Date: Monday, September 29, 2025 at 12:06 PM EDT

Hi Zanetta,

Following our recent discussions, here are the only extension options we are prepared to consider:

**Option 1 – Monthly Extension:**
- Monthly interest payment due in advance for each 30-day extension.
- 1% accrued fee payable for each extension.

**Option 2 – DIL Extension:**
- 60-day extension conditioned upon delivery of a Deed in Lieu.
- 1% accrued fee.

Please confirm how you would like to proceed.

Best,
Dor

IBI INVESTMENT HOUSE
ALTERNATIVE

Dor Sagron
VP

Mobile :972-54-7553951
Tel :972-3-5199963
Fax :972-3-5199963
dor@ibi.co.il
www.ibi.co.il

**From:** ZW <zanettaw@yahoo.com>
**Sent:** Monday, September 29, 2025 3:47 PM
**To:** Dor Sagron <dor@ibi.co.il>
**Cc:** Oren Streit <OrenS@IBI.co.il>
**Subject:** Re: Call

Thank you