EXHIBIT
49

# RE: Call

From: Dor Sagron (dor@ibi.co.il)
To: zanettaw@yahoo.com
Cc: OrenS@IBI.co.il
Date: Sunday, September 28, 2025 at 06:48 AM EDT

Zanetta,

Here is the payoff calculation as of September 30, 2025:

- Principal: $2,222,000.00
- Outstanding Interest (06/27/2024–09/30/2025): $359,257.84
- Extension Fee 1% (until 06/30/2025): $22,220.00
- Forbearance Fee 2%: $44,440.00
- Extension Fee 1% (until 09/30/2025): $22,220.00
- Attorney's fees and costs: **not included – should not exceed $10,000**

**Total (excluding legal fees): $2,670,138.84**

Best,
Dor

IBI INVESTMENT HOUSE ALTERNATIVE

Dor Sagron
VP

Mobile :972-54-7553951
Tel :972-3-5199963
Fax :972-3-5199963
dor@ibi.co.il
www.ibi.co.il

**From:** ZW <zanettaw@yahoo.com>
**Sent:** Saturday, September 27, 2025 9:49 PM
**To:** Dor Sagron <dor@ibi.co.il>
**Cc:** Oren Streit <OrenS@IBI.co.il>
**Subject:** Re: Call