EXHIBIT 50

Re: Call

From: ZW (zanettaw@yahoo.com)

To: dor@ibi.co.il

Cc: orens@ibi.co.il

Date: Tuesday, September 30, 2025 at 03:04 PM EDT

In absence (lieu) of the extension agreement that I understand is forthcoming, and based on your response in your email below, I am confirming the extension through October 15, 2025 and proceeding under the understanding that this extension means the maturity date is moved to October 15, 2025, and that no foreclosure or collection activity will be initiated before that date.

If my understanding is not correct, please let me know immediately. Otherwise, I will rely on this extension while I am attempting to finalize repayment

Best,

Zanetta

On Sep 30, 2025, at 1:50 PM, Dor Sagron <dor@ibi.co.il> wrote:

Ok.

<image6db988.PNG> Dor Sagron
VP

Mobile :972-54-7553951
Tel :972-3-5199963
Fax :972-3-5199963
dor@ibi.co.il
www.ibi.co.il

On 30 Sep 2025, at 20:09, ZW <zanettaw@yahoo.com> wrote:

Dor,

I am about to be away from my system for a while and may not receive email.

That said I just wanted to thank you again for your email and agreement to extend the loan through October 15, 2025. During that time, I will work to complete a solution (likely refinance with the lender I mentioned) to repay you.
Best,
Zanetta

On Sep 30, 2025, at 10:08 AM, Dor Sagron <dor@ibi.co.il> wrote:

Doesn't work like this, we can't send you extension docs same day.
We will give you the 2 weeks you asked.

<imaged65301.PNG> Dor Sagron
VP

Mobile :972-54-7553951
Tel :972-3-5199963
Fax :972-3-5199963
dor@ibi.co.il
www.ibi.co.il

**From:** ZW <zanettaw@yahoo.com>
**Sent:** Tuesday, September 30, 2025 5:01 PM
**To:** Dor Sagron <dor@ibi.co.il>
**Cc:** Oren Streit <OrenS@IBI.co.il>
**Subject:** Re: Call

Hello,

Please confirm that you will send the extension document for my signature today before the maturity date expires?

Thanks
Zanetta

On Sep 30, 2025, at 6:42 AM, ZW <zanettaw@yahoo.com> wrote: