**EXHIBIT**
63

Government of the District of Columbia
Office of Tax and Revenue
Recorder of Deeds
1101 4th Street, SW
Washington, DC 20024
Phone (202)727-5374

# NOTICE OF FORECLOSURE SALE OF REAL PROPERTY OR CONDOMINIUM UNIT

(Pursuant to Public Low 90-566, approved October 12, 1968)

Square 2294 Suffix Lot 0041

(List Name and adress of each owner of the real property encumbered by said deed of trust, mortgage, or security instrument.)

TO
5410 30th Street DC LLC 5410 30th Street NW Washington DC 20015
5410 30th Street DC LLC 12138 Central Ave, Ste 388, Bowie, Maryland 20721
5410 30th Street DC LLC 2011 BROOKS DR APT 130 District Heights, MD 20747

FROM Cohn, Goldberg & Deutsch, LLC PHONE (410) 296-2550

YOU ARE HEREBY NOTIFIED THAT IN ORDER TO SATISFY THE DEBT SECURED BY THE DEED OF TRUST, MORTGAGE, OR OTHER SECURITY INSTRUMENT, THE REAL PROPERTY OR CONDOMINIUM UNIT HEREIN DESCRIBED WILL BE SOLD AT A FORECLOSURE SALE TO BE HELD ON September 5, 2025, AT THE OFFICE OF Auctioneer's Gallery of Tidewater Auctions, LLC Chevy Chase Pavilion 5335 Wisconsin Ave NW Suite 440, Washington, DC 20015 11:00AM A.M. THIS SALE DATE IS SUBJECT TO POSTPONEMENT FOR A PERIOD NOT TO EXCED THIRTY (30) CALENDAR DAYS FROM THE ORIGINAL DATE OF FORECLOSURE SALE, AFTER WHICH THIS NOTICE OF FORECLOSURE SHALL EXPIRE.

Security Instrument recorded in the land records of the District of Columbia at the Recorder of Deed on April 4, 2023.

Liber: Folio: Instrument No: 2023027781

Maker(s) of the Note secured by the instrument: 5410 30th Street DC LLC

Phone: Last Known Address: 12138 Central Ave, Ste 388, Bowie, Maryland 20721

Description of Property: Residential-Single Family (Detached) Neighborhood : 011 - Chevy Chase
(two-story brick, dwelling, apartment building, vacant lot condominium unit, etc.)

Address: 5410 30th Street NW, Washington, DC 20015

Square: 2294 Lot: 0041 or Parcel No:

Holder of the Note (Name): FTF Lending LLC

Phone: Address: 1300 E. 9yh Street Suite 800, Cleveland, Ohio 44114

Balance owed on the Note: $ 1,646,284.75 Approx plus att fees

Minimum balance required to cure default obligation pursuant to D.C. Law 5-82 (Right to Cure a Residential Mortgage Foreclosure DefaultAct of 1984.)
$ 1,646,284.75 Approx plus att fees

Name of person to contact to stop foreclosure sale: Richard J. Rogers

Address: 1099 Winterson Road Suite 301, Linthicum Heights, MD 21090 Phone (410) 256-2550

Government of the District of Columbia
Office of Tax and Revenue
Recorder of Deeds
1101 4th Street, SW
Washington, DC 20024
Phone (202)727-5374

# NOTICE OF FORECLOSURE SALE OF REAL PROPERTY OR CONDOMINIUM UNIT

Square 2294 Suffix E Lot 0041

I hereby certify that a Notice of Foreclosure Sale was sent to the present owner(s) of the real property encumbered by the said deed of trust, mortgage, or other security instrument described above, by certified mail, return receipt required on August 5, 2025, and I further certify that I understand that Public Law 90-566 prohibits any foreclosure sale under a power of sale provision contained in any deed of trust, mortgage, or other security instrument until after the owner(s) of the real property encumbered by the said deed of trust, mortgage, or security instrument has been given written notice of such sale, and the Recorder of Deeds, D.C. has received a copy of such notice at least 30 days in advance of such sale.

8/5/25
Date

(Signature of Noteholder or his agent)

Richard J. Regers

I, HEATHER MUNK, a Notary Public in and for the State of Maryland County of Anne Arundel, DO HEREBY CERTIFY THAT Richard J. Regers who is personally well known to me as a party(ies) to this Notice of Foreclosure Sale bearing on the 5 day of AUGUST, 2025, personally appeared before me and executed the said Notice of Foreclosure Sale and acknowledged the same to be He/His act and deed.

Given under my hand and seal this 5 day of AUGUST, 2025.

Notary Public

HEATHER MUNK
NOTARY PUBLIC
BALTIMORE COUNTY, MD
COMMISSION EXPIRES OCTOBER 19, 2025

My Commission Expires: 10/19/2025
mmddyyyy

COHN, GOLDBERG & DEUTSCH, LLC
1099 WINTERSON ROAD, SUITE 301
LINTHICUM HEIGHTS, MARYLAND 21090

www.cgd-law.com

**Trustee Foreclosure Sale of Improved Real Property**

**5410 30th Street NW, Washington, DC 20015**

The undersigned Trustees will sell at public auction at the auctioneer's gallery of Tidewater Auctions, LLC, Chevy Chase Pavilion, 5335 Wisconsin Ave NW Suite 440, Washington, DC 20015, on

**September 5, 2025 AT 11:00 AM**

THE ABOVE DESCRIBED PROPERTY AND IMPROVEMENTS THEREON situated in Washington, DC and more fully described in a Deed of Trust from 5410 30th Street DC LLC, dated March 31, 2023, recorded in the Office of the Recorder of Deeds for the District of Columbia at Instrument Number 2023027781, with an original principal balance of $1,782,000.00, and an original interest rate of 12.99%, default having occurred under the terms thereof.

**LEGAL DESCRIPTION**

ALL that certain lot, parcel or tract of land, situate and lying in the City/County of District of Columbia, State of District of Columbia, and being more particularly described as follows:

Lot numbered Forty-One (41), in Square numbered East of Square numbered Twenty-Two Hundred and Ninety-four (2294) in the subdivision made by Evelyn E. Smith, as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber 109 at Folio 99.

SUBJECT TO the building restriction line shown on said plat, also as established and shownon plat recorded in Liber 63 at Folio 14, of the aforesaid Surveyor's Office Records.

For informational purposes only: Being premises known as 5410 30th Street, NW, Washington, DC 20015

For informationational purposes only: The improvements thereon being commonly referred to as 5410 30th Street Northwest,Washington, DC 20015.

Tax ID #2294-E -0041

**The property will be sold by Trustee's Deed "as is" without any covenant, expressed or implied, in fee simple subject to conditions restrictions, easements, and all other recorded instruments superior to the Deed of Trust referenced above.**

TERMS OF SALE:

A deposit of the lesser of $85,000.00 or ten percent (10%) of the winning bid amount will be required at time of sale, in cash, certified check, or other form as Trustees may determine. The deposit required to bid at the auction is waived for the Noteholder and any of its successors or assigns. The Noteholder may bid up to the amount owed on the Note plus all costs and expenses of sale on credit and may submit a written bid to the Trustee which shall be announced at sale. The Balance of the purchase price to be paid in cash within 30 days of the sale. At the Trustees' discretion, the foreclosure purchaser, if a corporation or LLC, must produce evidence, prior to bidding, of the legal formation of such entity.

**TIME IS OF THE ESSENCE.** If purchaser fails to settle within the aforesaid thirty (30) days of the sale, the purchaser agrees to pay the Trustees' reasonable attorney fees, plus all costs incurred, if the Trustees have to resell the property. If the purchaser fails to go to settlement the deposit shall be forfeited to the Trustees and all expenses of this sale (including attorney fees and full commission on the gross sales price of the sale) shall be charged against and paid from the forfeited deposit. In the event of a resale the defaulting purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the property regardless of any improvements made to the real property. Interest is to be paid on the unpaid purchase money at the default rate of 24.00% per annum from the date of sale to the date the funds are received in the office of the Trustees. In the event that the settlement is delayed for ANY REASON WHATSOEVER, there shall be no abatement of interest. Taxes, water rent, condominium fees and/or homeowner association dues, all public charges/assessments payable on an annual basis, including sanitary and/or metropolitan district charges, if applicable, to be adjusted for the current year to date of sale and assumed thereafter by the purchaser. Purchaser shall be responsible for the costs of all transfer taxes, documentary stamps and all other costs incident to settlement. Purchaser shall be responsible for physical possession of the property. Purchaser assumes the risk of loss from the date of sale forward. The sale is subject to post sale audit by the Mortgage holder to determine whether the borrower filed bankruptcy, entered into any repayment/forbearance agreement, reinstated or paid off prior to the sale. In any such event the Purchaser agrees that upon notification by the Trustees of such event the sale is null and void and of no legal effect and the deposit returned without interest.

Richard E. Solomon, et al., Sub. Trustees

CGD File #: 463219