United States Bankruptcy Court
District of Maryland

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
FILED
10/14/2025
11:28 PM

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 10/14/2025 at 11:28 PM and filed on 10/14/2025.

**5410 30th Street DC LLC**
12138 Central Ave
Bowie, MD 20721
Tax ID / EIN: 92-2333860

EXHIBIT
64

The case was filed by the debtor's attorney:

**Deirdre Theresa Johnson**
9701 Apollo Dr
Suite 301
Suite 301
Upper Marlboro, MD 20774
301-742-5385

The bankruptcy trustee is:

**For Internal Use Only**

The case was assigned case number 25-19605 to Judge Lori S. Simpson.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Mark A. Neal**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/19/2025 07:41:53 | | | |
| **PACER Login:** | gplawllc | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 25-19605 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

IBI Falcon US LLC - 000103