EXHIBIT 82

OES IT TAKE A P... × Service Standards | USPS ×

usps.com/service-standards/

USPS.COM Quick Tools Send Receive Shop Business International Help

# USPS Transit Time Map

View expected delivery times for domestic shipping services based on USPS service standards.

Expect one day(s) and delivery time is not guaranteed.

## New! Priority Mail® Next Day

Our new next-day delivery option reaches over 72 million business and residential customers throughout the country.

Explore Priority Mail Next Day



## Get Started!

- Enter the 5-digit ZIP Code™ you're shipping from.
- Drag and zoom the map to see the area you're mailing to, as well as Alaska, Hawaii, and U.S. territories.

* Required field

* Mailing & Shipping Services: First-Class Mail® Letters and Flats

* Entry Point 5-digit ZIP Code™

Search

Reset Map




USPS.COM

HELPFUL LINKS: Contact Us, Site Index, FAQs, Feedback

USPS JOBS: Careers

ON ABOUT.USPS.COM: About USPS Home, Newsroom, USPS Service Updates, Forms & Publications, Government Services, Rights & Permissions

OTHER USPS SITES: Business Customer Gateway, Postal Inspectors, Inspector General, Postal Explorer, National Postal Museum, Resources for Developers, PostalPro

LEGAL INFORMATION: Privacy Policy, Terms of Use, FOIA, No FEAR Act EEO Contacts, Fair Chance Act, Accessibility Statement

* Required field

* Mailing & Shipping Services

First-Class Mail® Letters and Flats

* Entry Point 5-digit ZIP Code™

20774

Search

Reset Map




*With Priority Mail® Next Day, the expected delivery date reflects a delivery time of 1 business day and is based on the specified origin, destination, and drop-off time in most cases. The expected delivery date does not come with a money-back guarantee.*

*For any USPS Ground Advantage® packages that contain HAZMAT, the service standards for USPS Ground Advantage Over 1 lb - 70 lbs apply.*

Mail & Shipping Services | USP

usps.com/ship/mail-shipping-services.htm

USPS.COM Quick Tools Send Receive Shop Business International Help



## Mail & Shipping Services

[illegible]

- [illegible]
- [illegible]
- [illegible]

## Compare Mail Services

[illegible]

[illegible]

| | Fastest Delivery Speed | | Simple, Affordable, Reliable | Postcards & Envelopes |
|---|---|---|---|---|
| | [illegible] | | [illegible] | [illegible] |
| Description | [illegible] | [illegible] | [illegible] | [illegible] |
| | [illegible] | [illegible] | [illegible] | [illegible] |
| Price | [illegible] | [illegible] | [illegible] | [illegible] |
| Delivery Speed | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

## Compare Mail Services

Compare USPS mail services by starting retail prices, delivery speed, and more. Most services automatically include USPS Tracking® (except First-Class Mail® service), and you can add insurance and extra services.

**Save on Shipping:** If you're using Priority Mail Express®, Priority Mail®, or USPS Ground Advantage® service, you can ship online with Click-N-Ship® and get lower Commercial Rates. Businesses can get additional savings by opting in to the Business Rate Card.

| | Fastest Delivery Speed | | Simple, Affordable, Reliable | Postcards & Envelopes |
|---|---|---|---|---|
| | Fast air delivery for your most important mail and packages (with some Flat Rate options). | | Save money shipping packages by ground. | Mail, like postcards, letters in small envelopes (up to 3.5 oz), and large envelopes (up to 13 oz). |
| Description | Priority Mail Express® | Priority Mail® | USPS Ground Advantage® | First-Class Mail® |
| | You're sending something urgent that must arrive in 1-3 days. You need date-certain delivery with money-back guarantee. | You're sending important items that need to arrive in 2-3 days. | Low rates for packages with expected delivery in 2-5 days (also the primary option for HAZMAT items that can't travel by air). | You're sending a letter envelope (under 3.5 oz) or large envelope (under 13 oz) that's flat and bends easily. |
| Price | Flat Rate Envelope: From $33.25<br>USPS Shipping Box or Your Own Box By Weight/Zone: From $33.00 | Flat Rate Envelope: From $11.95<br>USPS Shipping Box (Flat Rate): From $12.65<br>Your Own Box By Weight/Zone: From $10.20 | From $7.30 | From $0.61 (postcards)<br>From $0.78 (letters)<br>From $1.63 (large envelopes) |
| Delivery Speed | 1-3 days | 2-3 days | 2–5 days | 1-5 days |