______RETAIN

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y N
Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 11

Date: 09/08/2026 Time: 10:00

**CASE: 25-19605 5410 30th Street DC LLC**

✓Deirdre Theresa Johnson representing 5410 30th Street DC LLC (Debtor)

representing For Internal Use Only (Trustee)

Courtney L. Morgan representing US Trustee - Greenbelt (U.S. Trustee)

Courtney L. Morgan representing U.S. Trustee (U.S. Trustee)

[60] Motion for Sanctions / *Motion to Enforce Automatic Stay* Filed by 5410 30th Street DC LLC. (Attachments: #s3 Certificate of Service)

**MOVANT** : 5410 30th Street DC LLC BY D Johnson

[68] Opposition on behalf of IBI SBL Investment LP, IBI Falcon US LLC Filed by ✓Maurice Belmont VerStandig (related document(s) 2 Proposed Order)

**MOVANT** : IBI Falcon US LLC IBI SBL Investment LP BY M VerStandig M VerStandig

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

Approved________Denied Approval______Deadline to file Amended D/S____________

Other______________________________________________________________________

Confirmed_______as modified by ____________________________________________

Denied Confirmation_______with leave to amend by___________________________

Other______________________________________________________________________

DISPOSITIONS:

Granted_____Denied 60__Withdrawn_____Consent_____Default____Under Adv._____

Moot________Dismissed______Relief by Operation of Law (no order req.)______

Continued to: ______________________________________________________________

DECISION:

[ ] Signed by Court [ ] Filed by Counsel
[ ] To be prepared by:
[ ] Movant's counsel [ ] Court
[ ] Respondent's counsel [ ] Other __________________________

NOTES: Evidentiary hearing on Motion to enforce stay and for sanctions. At conclusion of movant's case, respondent moved for judgment that there was no knowledge of the bk when the documents were filed and no evidence of damages presented. Motion denied. Mr. Verstandig to prepare the order.