Entered: October 9th, 2026

Signed: October 9th, 2026

**DENIED**

withdrawn on the record.

Lori S. Simpson

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO CONVERT CASE TO CHAPTER 7**

Upon consideration of the motion to convert case to chapter 7, DE #95 (the "Motion"), filed by IBI Falcon US LLC, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the above-captioned case be, and hereby is, CONVERTED to a proceeding under chapter 7 of Title 11 of the United States Code.

Copies: All counsel of record

DENIED