IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re: | |
| 5410 30th Street DC, LLC, | Case No.: 25-19605 |
| Debtor | Chapter 11 |

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2026, a copy of the foregoing Monthly Operating Report for August 2026 was served electronically via the Court's ECF system upon all parties registered to receive notice, including:

- Maurice B. VerStandig, Esq. (mac@mbvesq.com)
- Courtney L. Morgan – courtney.l.morgan@usdoj.gov, and
- Office of the United States Trustee (USTPRegion04.GB.ECF@USDOJ.GOV)

And by US Mail (First Class) pursuant to Local Bankruptcy Rules of the District of Maryland upon:

- All Creditors and Parties in Interest as listed on the Court's Mailing Matrix (attached)

/s/ Deirdre T Johnson, Esq

Deirdre T. Johnson, Esq
Deirdre T Johnson, Attorney at Law
9701 Apollo Dr, Suite 301
Upper Marlboro, MD 20772

Attn: Albeiro Medina
T&AA Construction, and Any / All Affiliates
11820 Parklawn Dr, Suite 380
Rockville, MD 20852

BHI Construction, and Any/All Affiliates
9342 Annapolis Rd
Lanham, MD 20706

City Concrete, and Any / All Affiliates
9284 Corp Circle
Manassas, VA 20110

DC Municipal Investments, LLC
c/o: Heidi S. Kenny, Esq
Kenny Law Group, LLC
11426 York Rd, 1st Floor
Cockeysville, MD 21030

DC Office of Tax & Revenue
Office of CFO
1101 4th St, SW
Washington, DC 20024

DC Water
1385 Canal St, SE
Washington, DC 20003

Fund That Flip / Upright
1300 E. 9th St, Suite 1310
Cleveland, OH 44114

IBI SBL Investment LP
IBI Falcon US, LLC
c/o The VerStandig Law Firm
9812 Falls Rd, #114-160
Potomac, MD 20854

Kylie Properties, LLC
Suite 200 #1060
12345 Parklawn Dr
Washington, DC 20002

PEPCO
701 9th St, NW
Washington, DC 20068

Santorini Capital LLC, and Any/All Affiliates
Suite 200
2000 Massachusetts Ave, NW
Washington, DC 20036

Washington Gas
Attn: Customer Care
6801 Industrial Rd
Springfield, VA 22151

Yonis Benitez
612 Oglethorpe St, NW
Washington, DC 20011