Entered: October 16th, 2026
Signed: October 15th, 2026

**SO ORDERED**

Lori Simpson
LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER DENYING MOTION TO ENFORCE**
**THE AUTOMATIC STAY AND FOR SANCTIONS**

Upon consideration of the motion to enforce the automatic stay and for sanction, ECF No. #60 (the “Motion”), filed by 5410 30th Street DC LLC; the opposition of IBI Falcon US LLC and IBI SBL Investment LP thereto, ECF No. 68; evidence adduced at a hearing on September 15, 2026; governing law; and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that, for the reasons stated on the record at the foregoing hearing, the Motion be, and hereby is, DENIED.

Copies: All counsel of record