TRUIST

468-13-01-00 13069 0 C 001 30 50 004
5410 30TH STREET DC LLC
2011 BROOKS DR APT 130
DISTRICT HEIGHTS MD 20747-1040

# Your account statement

For 09/30/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

## TRUIST SIMPLE BUSINESS CHECKING [redacted]

### Account summary

| | |
|---|---|
| Your previous balance as of 08/31/2026 | $43.12 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 09/30/2026 | = $43.12 |

Effective September 28, 2026, we have revised our Commercial Services Agreement ("CBSA") governing your account and your relationship with Truist Bank. The revised CBSA will be available for you to review at any Truist branch or online at www.truist.com/Advanced-CBSA starting on August 28, 2026. These revisions include those found under Section A (Legal Agreement), Section E (Account Opening), Section F (Account Types), Section G (Account Rules), Section H (Rules Applicable to Certain Accounts), Section H.2 (Non-Interest Bearing Accounts), Section H.3 (Interest Bearing Accounts), Section I (Certificates of Deposit), Section J (Availability of Funds), and Section K (Commercial Funds Transfers) of the CBSA. The revised CBSA will become effective on September 28, 2026. If you do nothing and continue to use or maintain your account on or after September 28, 2026, your continued use or maintaining of the account will be deemed acceptance of the revised CBSA. If you do not accept the revised CBSA, you may close your account at any time before September 28, 2026. If you have questions about the revised CBSA, contact your Relationship Manager, visit your local Truist branch, or call 844-4TRUIST (844-487-8478). **The revised CBSA contains a mutual arbitration agreement providing that you and we agree to submit certain disputes for resolution by a neutral arbitrator on an individual basis and not to sue in court for resolution by a judge or jury (see Section B (Arbitration Agreement)). Read this provision carefully because it has a substantial impact on how such disputes and claims are resolved.**

---

Effective **November 9, 2026**, the Truist Debit Card and ATM fee for transactions conducted at Non Truist Domestic ATMs will be **$3.50**.

The Non-Truist ATM transaction fee is charged per withdrawal, balance inquiry, or transfer when using a Non-Truist Domestic ATM.