United States Bankruptcy Court
District of Maryland

In re:
5410 30th Street DC LLC
Debtor

Case No. 25-19605-LSS
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 2
Date Rcvd: Oct 30, 2026 Form ID: pdfparty Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 5410 30th Street DC LLC, 12138 Central Ave, Bowie, MD 20721-1910 |
| cr | + | IBI Falcon US LLC, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| intp | + | IBI SBL Investment LP, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Courtney L. Morgan | courtney.l.morgan@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV |
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 4

Entered: October 16th, 2026

Signed: October 15th, 2026

**SO ORDERED**

/s/ Lori Simpson

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER DENYING MOTION TO ENFORCE**
**THE AUTOMATIC STAY AND FOR SANCTIONS**

Upon consideration of the motion to enforce the automatic stay and for sanction, ECF No. #60 (the "Motion"), filed by 5410 30th Street DC LLC; the opposition of IBI Falcon US LLC and IBI SBL Investment LP thereto, ECF No. 68; evidence adduced at a hearing on September 15, 2026; governing law; and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that, for the reasons stated on the record at the foregoing hearing, the Motion be, and hereby is, DENIED.

Copies: All counsel of record