**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND (GREENBELT DIVISION)**

In re:

5410 30th Street DC, LLC,

Debtor

Case No.: 25-19605

Chapter 11

**APPLICATION TO APPROVE EMPLOYMENT OF WANDA J. DIXON, ESQ. AND THE DIXON LAW FIRM, LLC AS SPECIAL COUNSEL TO 5410 30TH STREET DC, LLC**

Comes now 5410 30TH Street DC, LLC (the "Debtor" or "Applicant"), pursuant to Sections 327 and 329 of Title 11 of the United States Code (the "Bankruptcy Code"), as well as Federal Rules of Bankruptcy Procedure 2014 and 2016(b), and applies to approve the employment of Wanda J. Dixon, Esq. and The Dixon Law Firm, LLC (together, "Ms. Dixon" or the "Firm") as special counsel to the Debtor for the limited purposes described below, and in support thereof states as follows:

1. This case was commenced when the Debtor filed a petition for Chapter 11 relief, pursuant to Section 301 of the Bankruptcy Code, on October 14, 2025.

2. The Debtor is, and at all times relevant has been, a debtor-in-possession. Deirdre T. Johnson, Esq. continues to serve as the Debtor's general reorganization counsel. [DE # 123]

3. Zanetta Williams is the Debtor's sole member and manager. The Debtor's sole asset is the real property located at 5631 MacArthur Boulevard NW, Washington, D.C. 20016 (the "Property").

5. Ms. Williams, in her personal capacity, has engaged The Dixon Law Firm, LLC to represent her and the Debtor with issues related to the property at 5631 MacArthur Boulevard,

NW, Washington, D.C. 20016. Ms. Williams has advised that she secured the Firm's services on September 4, 2026, and that she will pay the Firm on behalf of herself and the Debtor.

6. Ms. Williams has advised that she intends for the Dixon Law Firm to file suit, and she has requested the registered agents of Fund That Flip ("FTF"), IBI SBL Investment LP ("IBI SBL"), and IBI Falcon, so that those parties may be served.

7. Approval is hereby sought for Wanda J. Dixon, Esq.'s and the Dixon Law Firm's employment to provide the following services to the Debtor as special counsel, for the limited purposes set forth below, and not as general reorganization counsel:

a. Prosecute or defend the civil action(s) described in Paragraph 6, including preparing and filing pleadings, effecting service of process, and appearing before the court;

b. Advise the Debtor regarding foreclosure-related matters concerning the Property, including any foreclosure proceedings commenced by IBI Falcon or its agents under the Stay Relief Order;

c. Coordinate with the Debtor's general reorganization counsel, so that the services of the Firm do not duplicate the services of Ms. Johnson; and

d. Such other related matters as are specifically described in the engagement agreement and approved by the Court.

8. Ms. Dixon has advised that the Firm's office is located at 1300 Caraway Court, Suite 200, Largo, Maryland 20774, and that the Firm's telephone number is (301) 456-5156.

9. Ms. Williams has paid the Dixon Law Firm a retainer of $6,000 from her personal funds on behalf of herself and the Debtor. The Debtor does not propose to pay any compensation to the Firm from property of the estate, and no such payment will be made except upon further application and order of the Court under 11 U.S.C. §§ 330 and 331. All compensation sought in

this matter, to the extent it is subject to the Court's review under 11 U.S.C. § 329, will be subject to the review and approval of the United States Bankruptcy Court for the District of Maryland.

10. Because the Dixon Law Firm's engagement is with Ms. Williams in her personal capacity, and Ms. Williams is the Debtor's sole member, manager, and an insider, this relationship is disclosed pursuant to Fed. R. Bankr. P. 2014(a) and 11 U.S.C. § 329.

11. The Firm has rendered services under the engagement since on or about September 4, 2026. The Debtor seeks approval effective as of September 4, 2026.

12. To the best of the Debtor's knowledge, based upon the Declaration of Wanda J. Dixon, Esq. (the "Declaration"), the Firm does not represent any interest adverse to the Debtor or the estate with respect to the matters for which the Firm is to be employed, and has no connection with the Debtor's creditors or other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as disclosed in the Declaration.

13. Attached hereto, and incorporated herein by reference, are the Declaration of Wanda J. Dixon, Esq., the Statement Pursuant to Fed. R. Bankr. P. 2016(b), and a proposed order.

14. No previous application for the relief requested herein has been made to this or any other court.

WHEREFORE, the Debtor respectfully prays this Honorable Court (i) enter an order approving the employment of Wanda J. Dixon, Esq. and The Dixon Law Firm, LLC as special counsel to the Debtor for the limited purposes described above; and (ii) afford such other and further relief as may be just and proper.

Date: 11/13/26

/s/ Deirdre T. Johnson, Esq

Deirdre T. Johnson, Esq
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD 20774
Phone: (301) 742-5385
dtjesq@dtjohnsonlaw.com
Counsel for the Debtor