IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re: | |
| 5410 30th Street DC, LLC, | Case No.: 25-19605 |
| Debtor | Chapter 11 |

**ORDER AUTHORIZING EMPLOYMENT OF WANDA J. DIXON, ESQ. AND THE DIXON LAW FIRM, LLC AS SPECIAL COUNSEL TO THE DEBTOR PURSUANT TO 11 U.S.C. § 327(e) AND FED. R. BANKR. P. 2014**

Upon consideration of the Debtor's Application to Approve Employment of Wanda J. Dixon, Esq. and The Dixon Law Firm, LLC as Special Counsel (the "Application"), the Declaration of Wanda J. Dixon, Esq. (the "Declaration") and the Disclosure of Compensation pursuant to 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b) submitted therewith, and it appearing that Wanda J. Dixon, Esq. and The Dixon Law Firm, LLC (together, the "Firm") do not hold or represent an interest adverse to the estate with respect to the matters on which the Firm is to be employed, based upon the Declaration; and it appearing that the employment is necessary and in the best interest of the estate; it is hereby

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Debtor is authorized to employ Wanda J. Dixon, Esq. and The Dixon Law Firm, LLC as special counsel to the Debtor pursuant to 11 U.S.C. § 327(e), for the limited purposes described in the Application, effective as of September 2, 2026; and it is further

ORDERED that the employment of the Firm is limited to the purposes described in the Application, and does not include serving as general bankruptcy counsel or conducting the Debtor's Chapter 11 case, which remains the responsibility of Deirdre T. Johnson, Esq. as general reorganization counsel; and it is further

ORDERED that no compensation shall be paid to the Firm from property of the estate except upon further application and order of the Court under 11 U.S.C. §§ 330 and 331; and it is further

ORDERED that the compensation paid or agreed to be paid to the Firm by Zanetta Williams, as disclosed in the Declaration and the Disclosure of Compensation, remains subject to review by the Court under 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b), and the Firm shall promptly file a supplemental disclosure if the information disclosed changes.

cc: All Counsel of Record

END OF ORDER