IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re: | |
| 5410 30th Street DC, LLC, | Case No.: 25-19605 |
| Debtor | Chapter 11 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of November, 2026, a copy of the foregoing Application to Approve Employment of Wanda J. Dixon, Esq. and The Dixon Law Firm, LLC as Special Counsel, together with the Declaration of Wanda J. Dixon, Esq., the Disclosure of Compensation pursuant to 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b), the Conflict Check, and the Proposed Order, was served via the Court's CM/ECF system pursuant to the Local Bankruptcy Rules of the District of Maryland upon:

- Maurice B. VerStandig, Esq., counsel for IBI Falcon US LLC — mac@mbvesq.com
- Courtney Morgan - Courtney.L.Morgan@usdoj.gov
- USTPRegion04.GB.ECF@USDOJ.GOV

/s/ Deirdre T. Johnson
Deirdre T. Johnson