IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re: | |
| 5410 30th Street DC, LLC, | Case No.: 25-19605 |
| Debtor | Chapter 11 |

**DECLARATION OF ZANETTA WILLIAMS IN SUPPORT OF DEBTOR'S MOTION TO SHORTEN TIME AND FOR EXPEDITED CONSIDERATION OF APPLICATION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL**

1. My name is Zanetta Williams. I am over the age of eighteen, and I am competent to testify to the matters set forth herein. I make this declaration from my own personal knowledge, except where I state that a fact is based on a document.

2. I am the sole member and manager of 5410 30th Street DC, LLC (the "Debtor"), the debtor and debtor-in-possession in this Chapter 11 case, which was filed on October 14, 2025.

3. The Debtor's sole asset is the real property located at 5631 MacArthur Boulevard NW, Washington, D.C. 20016 (the "Property"). I am a REALTOR® affiliated with Keller Williams Capital Properties, and I have marketed the Property for sale since August 29, 2025.

4. At the hearing held on September 8, 2026, the Court granted the Motion for Relief from the Automatic Stay filed by IBI Falcon US LLC ("IBI Falcon") (DE #195 and DE #265).

5. A foreclosure sale of the Property has been scheduled for December 1, 2026. A true and correct copy of the notice of sale is attached as Exhibit 1.

6. On September 2, 2026, I signed a Legal Services Agreement with The Dixon Law Firm, LLC (the "Firm") and its principal, Wanda J. Dixon, Esq., in my personal capacity and as

managing member of the Debtor. The agreement states that the Firm is engaged to represent the clients with issues related to the properties at 5410 30th Street, NW, Washington, D.C. 20015 and 5631 MacArthur Boulevard, NW, Washington, D.C. 20016. A true and correct copy of the signed agreement is attached as Exhibit 2.

7. I engaged the Firm because the Debtor requires immediate, specialized real estate litigation counsel, licensed in Washington, D.C., to protect the estate's interests, evaluate and assert affirmative claims and defenses arising out of the loan and foreclosure processes, and challenge the scheduled December 1, 2026, foreclosure sale of the Property located at 5631 MacArthur Blvd. Given the imminent December 1, 2026 auction date, the Firm must be approved on an expedited basis.

9. I am paying the Firm from my personal funds. The Debtor has not paid the Firm, and I understand that the Debtor does not propose to pay the Firm from property of the estate unless the Court first approves that payment on a further application.

10. The Debtor's Application to Approve Employment of Wanda J. Dixon, Esq. and The Dixon Law Firm, LLC as Special Counsel was filed contemporaneously on 11/13/26.

11. It is my understanding that if the Property is sold at the foreclosure sale on December 1, 2026 before the Firm is approved to act for the Debtor, the Debtor will lose its sole asset.

12. For these reasons, I respectfully ask that the Court shorten the time to object to the Application and consider it as soon as possible, and in any event before December 1, 2026.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on: **11/13/26**

/s/ Zanetta Williams

Zanetta Williams
Sole Member and Manager, 5410 30th Street DC, LLC