Government of the District of Columbia
Office of Tax and Revenue
Recorder of Deeds
**1101 4th Street, SW**
**Washington, DC 20024**
**Phone (202)727-5374**

## NOTICE OF FORECLOSURE SALE OF REAL PROPERTY OR CONDOMINIUM UNIT

(Pursuant to Public Low 90-566, approved October 12, 1968)

Square: 1446 Suffix: Lot: 0043

List Name and adress of each owner of the real property encumbered by said deed of trust, mortgage, or security instrument.)

TO: 5410 30TH STREET DC LLC
See Exhibit A

FROM: IBI Falcon US LLC PHONE: (216) 503-9512

YOU ARE HEREBY NOTIFIED THAT IN ORDER TO SATISFY THE DEBT SECURED BY THE DEED OF TRUST, MORTGAGE, OR OTHER SECURITY INSTRUMENT, THE REAL PROPERTY OR CONDOMINIUM UNIT HEREIN DESCRIBED WILL BE SOLD AT A FORECLOSURE SALE TO BE HELD ON December 1, 2026, AT THE OFFICE OF Harvey West Auctioneers, Inc. 5335 Wisconsin Avenue, NW, Suite 440, Washington, DC 20015 2:00 P.M. THIS SALE DATE IS SUBJECT TO POSTPONEMENT FOR A PERIOD NOT TO EXCED THIRTY (30) CALENDAR DAYS FROM THE ORIGINAL DATE OF FORECLOSURE SALE, AFTER WHICH THIS NOTICE OF FORECLOSURE SHALL EXPIRE.

Affidavit of Non-Residential Mortgage Foreclosure recorded on Nov. 13, 2025 as Instrument No. 2025110562

Security Instrument recorded in the land records of the District of Columbia at the Recorder of Deed on May 10, 2023.

Liber: Folio: Instrument No: 2023039109

Maker(s) of the Note secured by the instrument: 5410 30TH STREET DC LLC

Phone: See Exhibit A Last Known Address: See Exhibit A

Description of Property: Single-Family Residential Property
(two-story brick, dwelling, apartment building, vacant lot condominium unit, etc.)

Address: 5631 MacArthur Boulevard, NW, Washington, DC 20016

Square: 1446 Lot: 0043 or Parcel No:

Holder of the Note (Name): IBI Falcon US LLC
Phone: (216) 503-9512 Address: 4700 Rockside Road, Suite 440, Independence, OH 44131

Balance owed on the Note: $ 3,303,989.81 **

Minimum balance required to cure default obligation pursuant to D.C. Law 5-82 ìRight to Cure a Residential Mortgage Foreclosure DefaultAct of 1984.î
$ N/A commercial loan

Name of person to contact to stop foreclosure sale: Russell S. Drazin
Address: 4400 Jenifer Street, N.W., Suite 2, Washington DC 20015 Phone: (202) 223-7900

** as of October 27, 2026

**Government of the District of Columbia**
Office of Tax and Revenue
Recorder of Deeds
**1101 4th Street, SW**
**Washington, DC 20024**
**Phone (202)727-5374**

# NOTICE OF FORECLOSURE SALE OF REAL PROPERTY OR CONDOMINIUM UNIT

Square 1446 Suffix [ ] Lot 0043

I hereby certify that a Notice of Foreclosure Sale was sent to the present owner(s) of the real property encumbered by the said deed of trust, mortgage, or other security instrument described above, by certified mail, return receipt required on October 27 ,20 26 ; and I further certify that I understand that Public Law 90-566 prohibits any foreclosure sale under a power of sale provision contained in any deed of trust, mortgage, or other security instrument until after the owner(s) of the real property encumbered by the said deed of trust, mortgage, or security instrument has been given written notice of such sale, and the Recorder of Deeds, D.C. has received a copy of such notice at least 30 days in advance of such sale.

10/27/2026
Date

(Signature of Noteholder or his agent)

I, Christopher B. Darby , a Notary Public in and for the District of Columbia , DO HEREBY CERTIFY THAT Russell S. Drazin who is personally well known to me as a party(ies) to this Notice of Foreclosure Sale bearing on the 27th day of October , 20 26 , personally appeared before me and executed the said Notice of Foreclosure Sale and acknowledged the same to be his act and deed.

Given under my hand and seal this 27th day of October , 20 26 .

Notary Public

My Commission Expires: 08/31/2028
mmddyyyy

DISTRICT OF COLUMBIA
CHRISTOPHER B DARBY
NOTARY PUBLIC
MY COMMISSION EXPIRES 08/31/2028

# EXHIBIT A

Borrower/Grantor/Record Owner:

**5410 30TH STREET DC LLC**, a Maryland limited liability company

12138 Central Avenue, Suite 388, Bowie, MD 20721, Attn: Zanetta Marie Williams

c/o Zanetta Williams, Maryland Resident Agent,
12138 Central Avenue, Suite 388, Bowie, MD 20721

5631 MacArthur Boulevard, NW, Washington, DC 20016

2011 Brooks Drive, Apt. 130, District Heights, MD 20747

1028 South Walter Reed Drive, Apt. 633, Arlington, Virginia 22204

6704 Pauline Court, Bryans Road, MD 20616

1717 N Street NW, Suite 1, Washington, DC 20036

c/o Northwest Registered Agent Service, Inc., D.C. Registered Agent,
1717 N Street NW, Suite 1, Washington, DC 20036

c/o Deirdre Theresa Johnson, attorney,
9701 Apollo Drive, Suite 301, Upper Marlboro, MD 20774

(301) 602-0250

**Pardo & Drazin, LLC**
**Russell S. Drazin, Attorney**
**4400 Jenifer Street, NW, Suite 2**
**Washington, DC 20015**
**202-223-7900**

**SUBSTITUTE TRUSTEE'S SALE OF REAL PROPERTY**

5631 MacArthur Boulevard, NW
Washington, DC 20016

Lot 0043 in Square 1446

Under a power of sale contained in a certain Deed of Trust, Assignment of Leases and Rents, Fixture Filing, and Security Agreement ("Deed of Trust") dated May 3, 2023 and recorded on May 10, 2023 as Instrument No. 2023039109 from 5410 30TH STREET DC LLC ("Borrower"), a Maryland limited liability company, as grantor, to First American TR Services of D.C., LLC ("Original Trustee"), a District of Columbia limited liability company, as trustee, for the benefit of FTF Lending, LLC ("Original Lender"), a Delaware limited liability company, as beneficiary, securing that certain Promissory Note dated May 3, 2023 in the principal amount of $2,222,000.00 made by Borrower, as maker, payable to the order of Original Lender, as payee, default having occurred under the terms thereof, and following the mailing and recordation of a Deed of Appointment of Substitute Trustee removing Original Trustee as trustee under the Deed of Trust and appointing Russell S. Drazin ("Substitute Trustee") as successor trustee under the Deed of Trust, an Affidavit of Non-Residential Mortgage Foreclosure, and a Notice of Foreclosure Sale of Real Property or Condominium Unit, at the request of the current noteholder, Substitute Trustee will sell at public auction at the office of Harvey West Auctioneers, Inc., 5335 Wisconsin Avenue, NW, Suite 440, Washington, DC 20015, on

**DECEMBER 1, 2026 AT 2:00 PM**

ALL THAT LOT OF GROUND AND THE IMPROVEMENTS THEREON (if any) situated in the City of Washington, District of Columbia, known as 5631 MacArthur Boulevard, NW, Washington, DC 20016 (Lot 0043 in Square 1446), and more fully described in the Deed of Trust.

The property will be sold in an "AS IS" condition, with no warranty of any kind, and subject to conditions, restrictions, agreements, liens, and encumbrances of record affecting the same – except those encumbrances of record that are extinguished by operation of District of Columbia law by virtue of the foreclosure of the Deed of Trust.

Purchaser will take title to the property subject to any and all real estate taxes and water and sewer charges. Purchaser assumes the risk of loss or damage to the property from the date of sale forward. Purchaser shall be responsible for obtaining physical possession of the property.

TERMS OF SALE: A deposit of $200,000.00 by cashier's check will be required of purchaser at the time and place of sale. Purchaser shall settle within thirty (30) days of sale. TIME SHALL BE OF THE ESSENCE WITH RESPECT TO SETTLEMENT BY PURCHASER. Balance of the purchase price to be paid in cash or certified funds at settlement. Interest to be paid on the unpaid purchase money from the date of sale to the date of settlement at

the applicable interest rate set forth in the debt instrument secured by the Deed of Trust. Purchaser shall be responsible for payment of all settlement costs.

The noteholder and its affiliates, if a bidder, shall not be required to post a deposit or to pay interest.

In the event that purchaser does not settle as required for any reason, purchaser shall be in default. Upon such default, the deposit shall be forfeited to Substitute Trustee and all of the expenses of this sale (including legal fees and costs, and full commission on the gross sale price) shall be charged against and paid out of the forfeited deposit. Substitute Trustee may resell the property at the risk and expense of the defaulting purchaser. The defaulting purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the property. Defaulting purchaser shall be liable to Substitute Trustee for legal fees and costs incurred by Substitute Trustee in connection with such default.

If Substitute Trustee is unable to settle as set forth herein, purchaser's sole remedy at law and in equity shall be limited to a refund of the deposit and the sale shall be considered null and void and of no effect whatsoever.

Substitute Trustee reserves the right, in Substitute Trustee's sole discretion, to reject any and all bids, to withdraw the property from sale at any time before or at the auction, to extend the time to receive bids, to waive or modify the deposit requirement, to waive or modify the requirement that interest be paid on the unpaid purchase money, and/or to extend the period of time for settlement.

Additional terms may be announced at the sale. The successful bidder will be required to execute and deliver to Substitute Trustee a memorandum or contract of the sale at the conclusion of bidding.

Russell S. Drazin, Substitute Trustee

---

NOV. 17, 19, 23, 25, & 27, 2026
(THE WASHINGTON POST)

Doc #: 2025110562
11/13/2025 09:06 AM

ONE CITY

**Government of the District of Columbia**
Office of Tax and Revenue
Recorder of Deeds
**1101 4th Street, SW**
**Washington, DC 20024**
**Phone (202) 727-5374**

# AFFIDAVIT OF NON-RESIDENTIAL MORTGAGE FORECLOSURE

5410 30th Street DC LLC, a Maryland limited liability company
Property Owner's Last Name

Property Owner's First Name

Defaulted Borrower(s) Name
(If Different From Property Owner's Above)

0043/1446
Lot/Square Number:

I, Michael J. Palumbo [name], Authorized Signatory [title]

of IBI Falcon US LLC, a Delaware limited liability company
[name of institution] ("Lender"), make oath and say that:

1. I have personal knowledge of the matters referred to herein.

2. The subject property is located at

5631 MacArthur Boulevard NW, Washington, DC 20016

3. IBI Falcon US LLC, a Delaware limited liability company is the holder of the mortgage recorded as Instrument Number 2023039109 in the District of Columbia Recorder of Deeds ("Mortgage").

SSL:
1446/0043

4. The subject property identified above is not secured by a residential mortgage as defined by D.C. Official Code § 42-815.01(a).

5. For the reason(s) set forth above, foreclosure of the Mortgage is not subject to mandatory mediation and, therefore, does not require a Mediation Certificate issued by the Mediation Administrator.

I declare and affirm under penalty of perjury that the statements made herein are true and correct to the best of my knowledge, information and belief.

Signature: Michael J. Palumbo

Printed Name: Michael J. Palumbo

Title: Authorized Signatory

Date: November 11, 2025

State of Ohio

County of Cuyahoga

Recording requested by:

Russell S. Drazin
Pardo & Drazin LLC
4400 Jenifer Street, NW
Suite 2
Washington, DC 20015

When recorded mail to:

Russell S. Drazin
Pardo & Drazin, LLC
4400 Jenifer Street, NW
Suite 2
Washington, DC 20015

This Affidavit of Non-Residential Mortgage Foreclosure was acknowledged before me on this 11th day of November, 20 25 by Michael J. Palumbo (name of person) as Authorized Signatory (type of authority, e.g. officer, trustee, etc.) of IBI Falcon US LLC, a Delaware limited liability company (name of party on behalf of whom instrument was executed).

Notary Public

My Commission Expires:

NOTARIAL SEAL
STATE OF OHIO

Attorney Anthony J. Gingo
Resident Cuyahoga County
Notary Public, State of Ohio
My Commission Has No Expiration Date
Sec 147.03 RC

Doc #: 2025110562
Filed & Recorded
11/13/2025 09:06 AM
DANIEL ALTOMARE
DEPUTY RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS

| | |
|---|---|
| RECORDING FEES | $25.00 |
| SURCHARGE | $5.00 |
| TOTAL: | $30.00 |

Doc #: 2025112580
11/19/2025 08:12 AM

**AFTER RECORDING, RETURN TO:**

**Russell S. Drazin**
**Pardo & Drazin, LLC**
**4400 Jenifer Street, NW, Suite 2**
**Washington, DC 20015**

**5631 MacArthur Boulevard, NW**
**Washington, DC 20016**
**Lot 0043 in Square 1446**

# DEED OF APPOINTMENT OF SUBSTITUTE TRUSTEE

**WHEREAS**, by that certain Deed of Trust, Assignment of Leases and Rents, Fixture Filing, and Security Agreement (the "**Deed of Trust**") dated May 3, 2023 and recorded on May 10, 2023 as Instrument No. 2023039109, 5410 30TH STREET DC LLC ("**Borrower**"), a Maryland limited liability company, as grantor, conveyed to First American TR Services of D.C., LLC ("**Original Trustee**"), a District of Columbia limited liability company, as trustee, the real property and improvements (if any) (the "**Property**") commonly known as 5631 MacArthur Boulevard, NW, Washington, DC 20016 (Lot 0043 in Square 1446) and more particularly described in the Deed of Trust and on **EXHIBIT A** attached hereto for the benefit of FTF Lending, LLC ("**Original Lender**"), a Delaware limited liability company, as beneficiary, to secure repayment of that certain Promissory Note (the "**Note**") dated May 3, 2023 in the principal amount of $2,222,000.00 made by Borrower, as maker, payable to the order of Original Lender, as payee; and

**WHEREAS**, by that certain Assignment of Mortgage/Deed of Trust, Assignment of Leases and Rents, Fixture Filing, and Security Agreement dated March 6, 2024 and recorded on March 27, 2024 as Instrument No. 2024028399, Original Lender, as assignor, sold and assigned the Deed of Trust, the Note, and all related rights to IBI SBL Investment LP, a Delaware limited partnership, as assignee; and

**WHEREAS**, by that certain Assignment of Deed of Trust dated July 8, 2025 and recorded on July 9, 2025 as Instrument No. 2025067961, IBI SBL Investment LP, a Delaware limited partnership, as assignor, sold and assigned the Deed of Trust, the Note, and all related rights to IBI Falcon US LLC ("**Lender**"), a Delaware limited liability company, as assignee.

**WHEREAS**, the Deed of Trust and District of Columbia law provide that the holder of the Note secured thereby may remove Original Trustee, and any successor trustee, and appoint a successor trustee; and

**WHEREAS**, as of the execution of this Deed of Appointment of Substitute Trustee, Lender is the current holder of the Note secured by the Deed of Trust, with full power and authority to remove Original Trustee, and any successor trustee, and to appoint a successor trustee.

**NOW, THEREFORE**, by virtue of the authority contained in the Deed of Trust, and pursuant to District of Columbia law, the undersigned holder of the Note secured by the Deed of Trust hereby (1) removes Original Trustee, (2) removes any successor trustee, and (3) appoints **RUSSELL S. DRAZIN**, with an address of **4400 Jenifer Street, NW, Suite 2, Washington, DC 20015**, as Substitute Trustee, to succeed to all of the rights, title, interest, power, and duties conferred upon Original Trustee by the terms of the Deed of Trust, and by applicable law.

**IN WITNESS WHEREOF**, the current holder of the Note has signed and sealed this instrument on this 18th day of November, 2025.

**IBI Falcon US LLC,**
a Delaware limited liability company

[signature]

Name: Michael J. Palumbo
Title: Authorized Signatory

State of OHIO )
) to wit:
County of CUYAHOGA )

**I HEREBY CERTIFY** that on this 18th day of November, 2025, before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared Michael J. Palumbo, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained and in the capacity therein stated, and further acknowledged the foregoing instrument to be his/her act and deed.

**AS WITNESS** my hand and notarial seal the day and year above written.

NOTARY SEAL — STATE OF OHIO

Attorney Anthony J. Gingo
Resident Cuyahoga County
Notary Public, State of Ohio
My Commission Has No Expiration Date
Sec 147.03 RC

[signature]

Anthony J. Gingo, State of Ohio, Notary Public

My Commission Expires:____________________

**EXHIBIT A**

(Legal Description)

All that certain lot or parcel of land situate in the **District of Columbia** and being more particularly described as follows:

> **Lot 43 in Square 1446 in a subdivision made by Zoran Dragacevac and Snezana Mitrovic Living Trust dated May 6, 2018, as per plat recorded in Plat Book 220 at Page 24 in the Office of the Surveyor of the District of Columbia**

**5631 MacArthur Boulevard, NW**
**Washington, DC 20016**

**Lot 0043 in Square 1446**

Doc #: 2025112580
Filed & Recorded
11/19/2025 08:12 AM
DANIEL ALTOMARE
DEPUTY RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS

| | |
|---|---|
| RECORDING FEES | $25.00 |
| SURCHARGE | $5.00 |
| TOTAL: | $30.00 |