IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re: | |
| 5410 30th Street DC, LLC, | Case No.: 25-19605 |
| Debtor | Chapter 11 |

---

**ORDER SHORTENING TIME AND SETTING EXPEDITED CONSIDERATION OF APPLICATION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL**

Upon consideration of the Debtor's Motion to Shorten Time and for Expedited Consideration of Application to Approve Employment of Wanda J. Dixon, Esq. and The Dixon Law Firm, LLC as Special Counsel (the "Motion"), and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the time to object to the Debtor's Application to Approve Employment of Wanda J. Dixon, Esq. and The Dixon Law Firm, LLC as Special Counsel (DE # ___) (the "Application") is shortened to November 20, 2026 at 12pm; and it is further

ORDERED that the Application is set for hearing on November 23, 2026 via videoconference, or, if no objection is timely filed, the Court may consider the Application without a hearing; and it is further

ORDERED that the Debtor shall serve a copy of this Order, the Motion, and the Application on the United States Trustee, counsel for IBI Falcon US LLC, and all parties on the mailing matrix by ___________________________, and shall file a certificate of service.

Copies: All Counsel of Record

END OF ORDER