IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re: | |
| 5410 30th Street DC, LLC, | Case No.: 25-19605 |
| Debtor | Chapter 11 |

**NOTICE OF DEBTOR'S MOTION TO SHORTEN TIME AND FOR EXPEDITED CONSIDERATION OF APPLICATION TO APPROVE EMPLOYMENT OF WANDA J. DIXON, ESQ. AND THE DIXON LAW FIRM, LLC AS SPECIAL COUNSEL**

**PLEASE TAKE NOTICE** that on 11/13/26, 5410 30th Street DC, LLC, the debtor and debtor in possession in the above-captioned chapter 11 case ("Debtor"), filed its Application to Approve Employment of Wanda J. Dixon, Esq. and The Dixon Law Firm, LLC as Special Counsel (the "Application"), seeking entry of an order approving the employment of Wanda J. Dixon, Esq. and The Dixon Law Firm, LLC as special counsel to the Debtor, pursuant to 11 U.S.C. § 327 and 329, for the limited purposes described in the Application. A foreclosure sale of the Debtor's real property located at 5631 MacArthur Boulevard NW, Washington, D.C. 20016 has been noticed by IBI Falcon US LLC for December 1, 2026 at 2:00 p.m., at the office of Harvey West Auctioneers, Inc., 5335 Wisconsin Avenue, NW, Suite 440, Washington, DC 20015, to be conducted by Russell S. Drazin, Substitute Trustee.

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously with the Application, Debtor has filed a Motion to Shorten Time and for Expedited Consideration of the Application (the "Motion to Shorten Time"), requesting that the Court shorten the ordinary notice and objection period that would otherwise apply to the Application under Local Bankruptcy Rule 9006-1, so that the Application may be considered before December 1, 2026.

**PLEASE TAKE FURTHER NOTICE** that, subject to the Court's ruling on the Motion to Shorten Time, Debtor requests that:

(a) any written response or objection to the Application be filed with the Court no later than November 20, 2026, at 12pm Eastern Time; and

(b) the Application be considered at a hearing on November 23, 2026 via videoconference, before the Honorable Judge Lori Simpson, United States Bankruptcy Judge, in Courtroom D of the United States Bankruptcy Court for the District of Maryland, Greenbelt Division, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, or by such remote means as the Court may direct, or, if no response or objection is timely filed, that the Court consider the Application without a hearing.

**PLEASE TAKE FURTHER NOTICE** that if the Court does not grant the Motion to Shorten Time, the notice, response, and hearing deadlines otherwise set forth in Local Bankruptcy Rule 9006-1 and the Federal Rules of Bankruptcy Procedure will govern instead, and Debtor will provide further notice of any resulting schedule.

**PLEASE TAKE FURTHER NOTICE** that if you fail to file a timely written response or objection to the Application in accordance with the deadline set forth above, or such other deadline as the Court may order, the Court may grant the relief requested in the Application without further notice or hearing. See Local Bankr. R. 9013-1(d).

**PLEASE TAKE FURTHER NOTICE** that a copy of the Application and the Motion to Shorten Time may be obtained free of charge from undersigned counsel upon request, or may be reviewed on the Court's CM/ECF docket for this case.

Dated: 11/13/26

Respectfully submitted,

By: */s/ Deirdre T. Johnson, Esq.*

Deirdre T. Johnson, Esq.
Bar No. MD14227
9701 Apollo Dr, Suite 301
Upper Marlboro, MD 20774
(301) 742-5385 | dtjesq@dtjohnsonlaw.com
*Counsel for Debtor, 5410 30th Street DC LLC*