IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re: | |
| 5410 30th Street DC, LLC, | Case No.: 25-19605 |
| Debtor | Chapter 11 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of November, 2026, a copy of the foregoing Motion to Shorten Time and for Expedited Consideration, together with the Declaration of Zanetta Williams, the proposed Order, the Notice of Shortened Objection Deadline, and the Application to Approve Employment of Wanda J. Dixon, Esq. and The Dixon Law Firm, LLC as Special Counsel was served electronically upon filing via the Court's ECF system upon all parties registered to receive electronic notice in this case, including:

- Maurice B. VerStandig, Esq., counsel for IBI Falcon US LLC — mac@mbvesq.com
- Courtney Morgan - Courtney.L.Morgan@usdoj.gov
- USTPRegion04.GB.ECF@USDOJ.GOV

/s/ Deirdre T. Johnson
Deirdre T. Johnson