# The Dixon Law Firm, LLC

Wanda J. Dixon, Esq.

1300 Caraway Court, Suite 200, Largo, MD 20774

## Legal Services Agreement

**Zanetta Williams, in her personal capacity, who will pay on behalf of herself and 5410 30th Street, LLC, hereby engages The Dixon Law Firm, LLC, to represent Clients with issues related to the properties at 5410 30th Street, NW DC 20015 and 5631 Macarthur Blvd, NW DC 20016.**

**I understand that The Dixon Law Firm, LLC (the "Firm") makes no warranties or representations concerning the success or outcome of legal matters.**

I understand and agree that I employ The Dixon Law Firm, and The Dixon Law Firm agrees to represent me in this matter, upon the following terms and conditions:

1. **For services rendered to represent me in such capacity in the District of Columbia litigation matters, I agree to pay Six Thousand Dollars ($6,000.00) per month.** The payments will be paid and applied toward the hourly rates and costs defined below. The payments will be used as a credit to the Firm's account against which the Firm will bill its attorney(s)' time at the agreed upon rate for work performed. I understand that these payments do not cover any fees or associated costs of litigation, such as court fees or costs, service of process, etc., and that client will be billed separately for those types of costs. I further understand that the Firm charges for the time spent on telephone calls whether made by client or by the Firm's attorneys or by any other third party with respect to this case. The minimum charge for any and all telephone calls is 0.1 hours. I further understand that the Firm will charge for all written correspondence that leaves its office, including pleadings, letters to the Court and to me. I understand that the minimum charge for this service is 0.1 hours. I also understand that I may be billed for the attorneys' travel time to and from Court and waiting time. I also understand that I am responsible for the additional charges incurred if these payments are not sufficient to cover them, and the attorney will bill me accordingly at the hourly rate. I also understand that in the event that this litigation costs less than the amount of the payments that have been made, the remaining amount that is not used will be returned to me. I acknowledge the **Firm's billing rate is Six Hundred Dollars ($600.00) per hour.**

2. The fees noted above will cover legal services in connection with legal work in the District of Columbia Superior Court. The fees herein stated do not include re-trial or appeal.

3. Should a cost arise, payment thereof will be based upon the following terms:

a. Separate and apart from any fee for professional services, I agree to pay and reimburse The Firm for all costs and expenses which usually include court costs (e.g., filing fees, subpoena and service fees), expert witness fees, fees paid to certified court reporters for preparing hearing or deposition transcripts, fees paid to investigators and incidental expenses.

b. I understand that the Firm will obtain consent before making any substantial expenditures on our behalf (for example, retaining an expert witness or consultant, or undertaking out-of-ama travel), but that no such prior consent will be necessary for incidental expenses such as photocopying, computer-assisted research, messenger service, telephone expense, postage, facsimile transmission and receipt fees, deposition and hearing transcripts, investigators, parking and local travel related costs. I understand that these incidental expenses shall be charged at the Firm's normal billing rate. For costs billed by an outside party such as telephone charges, messenger services, postage, and parking, I understand that The Firm will charge our account for the actual charge imposed by the outside party. I understand that costs and expenses am separate and distinct from the fee that The Firm is charging for professional services.

c. **Separate and apart from the fee for the Firm's professional services, I agree to pay any and all necessary fees for investigators as needed per the discretion of the Attorney. Investigator's fees to be billed at the rate of $50 per hour or the investigator's quoted rate if different.**

4. **I understand that this law office cannot effectively represent me without our cooperation and total honesty, and accordingly, I agree to be open, cooperative and honest with the Firm's attorneys in all matters.**

5. I acknowledge being fully advised of the availability of and have explored other potential counsel, including court-appointed counsel where appropriate, and after due consideration I desire to have attorneys from The Dixon Law Firm, LLC serve as our counsel. I therefore voluntarily enter into this Agreement.

6. The relationship established by this Agreement may be terminated as follows:

a. I may terminate employment for cause if the Firm fails to comply diligently with Attorney's obligation under and pursuant to this Agreement, by notifying The Firm in writing of such termination. In the event of such termination, I agree to pay The Firm all fees that she is entitled at the time of termination.

b. I may terminate the employment of The Firm without cause, by notifying the Firm in writing of such termination. In the event of such termination, I agree to pay the Firm all fees that she is entitled at the time of termination.

c. The Firm may terminate this Agreement if I fail to comply with the terms and conditions of this Agreement, **including the terms regarding payment**, by notifying me in writing of such termination. In the event of such termination, I will pay The Firm for all fees earned up to the time of such termination.

7. In the event the terms and conditions of this Agreement, or any modification thereto am not complied with, or if the account is turned over for collection it is agreed that the balance of the account shall be immediately due and payable. Should a civil action, or other dispute resolution process, be instituted to enforce the terms of this agreement, the laws of the District of Columbia shall govern, and this law office is entitled to reasonable attorney fees, interest, and court costs. **If any of the above matters are not clear, or if I have any questions, I will not hesitate to ask.**

8. Payment of a reasonable attorney's fee is based upon the time and labor required; the circumstances under which the services am performed; the novelty and degree of difficulty of the issues involved and the skill requisite to perform the legal service properly; the amount involved; and the results obtained, provided, however, that such fees shall be no less than normal hourly rates agreed upon here for the attorney in the performance of the work.

9. I understand that the Firm reserves the right to hire substitute counsel to represent me in any hearings that the Firm's staff attorneys are not available to handle. Substitute counsel will be paid the same hourly fee as the Firm.

10. All bills shall be due upon receipt. In the event there is any question about a bill, such question will be brought to the attention of the attorney within ten (10) days of receipt; otherwise, bills am presumed to be correct. All unpaid bills shall bear interest at the rate of 1-1/2% per month or 18% per year on the unpaid balance. If bills am not paid when due or a mutually agreeable payment schedule is not made and adhered to, I agree that the attorney may withdraw as counsel in any proceedings in which she represents me.

11. A service charge of $45.00 will be charged for any dishonored checks.

12. I agree to cooperate with the attorney, to be available for conference on reasonable notice, and to keep the attorney fully informed of all matters relating to the case.

13. In appropriate cases, an attempt will be made to obtain all or a portion of the fee from the adverse party. Any amount actually collected from the adverse party will be credited to our account. I understand that I am solely responsible, however, for all debts incurred by the attorney in conjunction with this case.

14. Both parties acknowledge that this is a contract under seal and extends the period of the statute of limitations in the event of a breach.

I hereby agree to be responsible for the charges herein, including attorney's fees and investigator's fees where necessary to this case.

**Receipt: Six Hundred Dollars ($600.00) for the consultation on August 28, 2026 was paid September 2, 2026**

DATED: This 2nd of September, 2026.

______________________________
**Zanetta Williams**, in her personal capacity

______________________________
**5410 30th Street DC, LLC**
by Zanetta Williams, Managing Member

I HEREBY AGREE to represent the Client in connection with this matter upon the terms and conditions as set forth above if properly executed by the parties above.

BY: ______________________ Date: September 2, 2026
Wanda J. Dixon
The Dixon Law Firm, LLC
wdixon@thedixonlawfirm.law
Tel.: (301) 456-5156