IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-19605-LSS |
| | ) | (Chapter 11) |
| 5410 30TH STREET DC LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER DENYING MOTION TO SHORTEN TIME**

Upon consideration of the motion to shorten time, ECF No. 267 (the "Motion to Shorten Time"), filed by 5410 30th Street DC LLC, the opposition of IBI Falcon US LLC thereto, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion to Shorten Time be, and hereby is, DENIED.

Copies: All counsel of record