Entered: November 17th, 2026

Signed: November 17th, 2026

**DENIED**

Debtor did not comply with Local Rule 9013-6(b) and does not allege sufficient cause for expediting consideration of the Application to Employ. The Motion to Shorten Time [Dkt. No. 267] is DENIED.

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

In re:

5410 30th Street DC, LLC,

Debtor

Case No.: 25-19605

Chapter 11

DENIED

**ORDER SHORTENING TIME AND SETTING EXPEDITED CONSIDERATION OF APPLICATION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL**

Upon consideration of the Debtor's Motion to Shorten Time and for Expedited Consideration of Application to Approve Employment of Wanda J. Dixon, Esq. and The Dixon Law Firm, LLC as Special Counsel (the "Motion"), and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the time to object to the Debtor's Application to Approve Employment of Wanda J. Dixon, Esq. and The Dixon Law Firm, LLC as Special Counsel (DE # ___) (the "Application") is shortened to November 20, 2026 at 12pm; and it is further

ORDERED that the Application is set for hearing on November 23, 2026 via videoconference, or, if no objection is timely filed, the Court may consider the Application without a hearing; and it is further

ORDERED that the Debtor shall serve a copy of this Order, the Motion, and the Application on the United States Trustee, counsel for IBI Falcon US LLC, and all parties on the mailing matrix by ____________________________, and shall file a certificate of service.

Copies: All Counsel of Record

DENIED

END OF ORDER