United States Bankruptcy Court
District of Maryland

In re:
5410 30th Street DC LLC
Debtor

Case No. 25-19605-LSS
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0416-0
Date Rcvd: Nov 17, 2026

User: admin
Form ID: pdfparty

Page 1 of 1
Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 5410 30th Street DC LLC, 12138 Central Ave, Bowie, MD 20721-1910 |
| cr | + | IBI Falcon US LLC, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2026    Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Courtney L. Morgan | courtney.l.morgan@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV |
| Deirdre Theresa Johnson | dtjesq@dtjohnsonlaw.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| US Trustee - Greenbelt | USTPRegion04.GB.ECF@USDOJ.GOV |

TOTAL: 4

Entered: November 17th, 2026

Signed: November 17th, 2026

**DENIED**

Debtor did not comply with Local Rule 9013-6(b) and does not allege sufficient cause for expediting consideration of the Application to Employ. The Motion to Shorten Time [Dkt. No. 267] is DENIED.

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

DENIED

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| In re: | |
| 5410 30th Street DC, LLC, | Case No.: 25-19605 |
| Debtor | Chapter 11 |

**ORDER SHORTENING TIME AND SETTING EXPEDITED CONSIDERATION OF APPLICATION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL**

Upon consideration of the Debtor's Motion to Shorten Time and for Expedited Consideration of Application to Approve Employment of Wanda J. Dixon, Esq. and The Dixon Law Firm, LLC as Special Counsel (the "Motion"), and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the time to object to the Debtor's Application to Approve Employment of Wanda J. Dixon, Esq. and The Dixon Law Firm, LLC as Special Counsel (DE # ___) (the "Application") is shortened to November 20, 2026 at 12pm; and it is further

ORDERED that the Application is set for hearing on November 23, 2026 via videoconference, or, if no objection is timely filed, the Court may consider the Application without a hearing; and it is further

ORDERED that the Debtor shall serve a copy of this Order, the Motion, and the Application on the United States Trustee, counsel for IBI Falcon US LLC, and all parties on the mailing matrix by ___________________________, and shall file a certificate of service.

Copies: All Counsel of Record

DENIED

END OF ORDER